Form 6 (ND/SD Miss. Dec. 2016)

United States District Court
SOUTHERN District of Mississippi

Phi Theta Kappa Honor Society        Plaintiff

v.                                                    Civil Action    3:22-cv-208-CWR-FKB
                                                      No.

HonorSociety.org, Inc., et al.        Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)    Name:            Daniel A. Rozansky

       Firm Name:       STUBBS ALDERTON & MARKILES, LLP

       Office Address:  15260 Ventura Boulevard, 20th Floor

       City:            Sherman Oaks          State CA          Zip 91403

       Telephone:       (818) 444-4548        Fax: (818) 444-6321

       E-Mail:          drozansky@stubbsalderton.com

(B)    Client(s):       HonorSociety.org, Inc.

       Address:         10100 W. Charleston Boulveard, Suite 250

       City:            Las Vegas             State NV          Zip 89135

       Telephone:       866.313.6311          Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

My firm has represented HonorSociety.org, Inc. since 2014.  We are long-time and trust legal advisors to the company.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

Yes, I have represented clients in numerous actions brought under the Lanham Act - - including false designation of origin and trade dress infringement -- as  well as in connection with common law unfair business practices laws of various states.

(C)    I am admitted to practice in the:

☑        State of California

☐        District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

State Bar of California
180 Howard Street
San Francisco, CA  94105
888.800.3400
AttorneyRegulation@calbar.ca.gov

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| U.S. District Courts for the Central District of California | 12/17/1992 |
| U.S. District Courts for the Northern District of California | 07/09/2014 |
| U.S. District Courts for the Southern District of California | 12/10/1993 |
| U.S. District Court of Appeals for the Ninth Circuit | 07/20/2012 |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

Yes     No

(F)    Have you been formally held in contempt or otherwise sanctioned by any court in a written order  in the last five years for disobeying its rules or orders?    ◯   ⦿

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)    Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
| --- | --- | --- |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)    Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court        Style of Case

                                                                Yes    No

(I)    Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?    ⦿    ◯

        Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?    ⦿    ◯

(J)    Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    W. Whitaker Rayner, State Bar Number 4666

Firm Name:    Jones Walker

Office Address:    190 E. Capitol Street, Suite 800

        City: Jackson        State: MS    Zip: 39201

        Telephone: 601.949.4724    Fax:  601.949.4680

Email address: wrayner@joneswalker.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

5/18/2022
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 6th day of June, 2022.

_____
Resident Attorney