# EXHIBIT A-12

| | |
|---|---|
| Document title: | Phi Theta Kappa Chapter Directory – Honor Society Foundation |
| Capture URL: | https://honorsocietyfoundation.org/phi-theta-kappa-chapter-directory/ |
| Page loaded at (UTC): | Thu, 27 Jun 2024 16:18:29 GMT |
| Capture timestamp (UTC): | Thu, 27 Jun 2024 16:20:18 GMT |
| Capture tool: | 10.47.5-beta.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 25 |
| Capture ID: | aFVtZJhAaKtzJwcBwcTK3M |
| User: | taftlaw-dcassady |

Honor Society Foundation

Scholarships    Museum    Inclusive Honors    Grants    Articles    IRS Exemption

# PHI THETA KAPPA CHAPTER DIRECTORY

Welcome to our comprehensive directory of Phi Theta Kappa (PTK) chapters. This page serves as a resource for students, educators, and researchers to explore and understand the numerous PTK chapters across the country. PTK boasts a significant presence in educational institutions nationwide. However, recent revelations about deceptive advertising and misleading practices have cast a shadow over PTK's reputation. Our aim is to provide transparency and critical insights into each PTK chapter, helping you make informed decisions.

## Exposing PTK's Practices:

PTK has come under scrutiny for a variety of alleged deceptive practices and misleading advertising that misguide students and educational institutions. From falsely claiming that members are in the "Top 10%" of their class to promoting exaggerated scholarship opportunities, PTK's integrity is in question. Learn more about these issues in the following articles:

- The Hidden Truth Behind Phi Theta Kappa's 'Top 10%' Claims
- Are Phi Theta Kappa Scholarships Truly Exclusive? A Deeper Look
- The Real Cost of Phi Theta Kappa Membership: What They Don't Tell You
- Phi Theta Kappa's False Advertising: What Every Student Should Know
- The Impact of Phi Theta Kappa's Misleading Practices on Students
- Phi Theta Kappa Leadership Under Scrutiny: What You Need to Know
- Unmasking Lynn Tincher-Ladner: Allegations of False Advertising at PTK
- Phi Theta Kappa Embezzlement: A Deep Dive into the Allegations
- Phi Theta Kappa Employee Reviews: Unmasking the PTK Workplace Environment

## How PTK's Practices Affect Chapters:

Each PTK chapter operates under the larger organization's guidelines and practices. The deceptive advertising and misleading claims not only tarnish the reputation of PTK but also impact the individual chapters and their members. Students are often misled about the benefits and exclusivity of membership, leading to financial and academic consequences.

Explore the directory to learn more about each chapter and the issues surrounding PTK's leadership and advertising practices. Our goal is to ensure transparency and protect students by providing accurate and comprehensive information. Navigate through the list below to find detailed information and reviews about PTK chapters, including the controversies and challenges they face.

By understanding the truth behind PTK's practices, students and administrators can make informed decisions and advocate for more honest and ethical educational organizations. The Phi Theta Kappa Chapters are listed below in alphabetically order, by community college name:

Aaniiih Nakoda College, Harlem Campus: Beta Nu Alpha Chapter of PTK
AB Tech Community College, Asheville Campus: Alpha Upsilon Eta Chapter of PTK
Abraham Baldwin Agricultural College, Bainbridge State College: Alpha Gamma Epsilon Chapter of PTK
Abraham Baldwin Agricultural College, Tifton Campus: Omega Delta Chapter of PTK
Adirondack Community College, Queensbury Campus: Upsilon Beta Chapter of PTK
Aiken Technical College, Graniteville Campus: Alpha Xi Lambda Chapter of PTK
Aims Community College, Greeley Campus: Beta Kappa Lambda Chapter of PTK
Alamance Community College, Graham Campus: Alpha Omicron Delta Chapter of PTK
Albany State University, West (Albany) Campus: Chi Xi Chapter of PTK
Alexandria Technical & Community College, Main Campus: Alpha Pi Phi Chapter of PTK
Allegany College of Maryland, Cumberland Campus: Omicron Pi Chapter of PTK
Allen Community College, Iola Campus: Tau Eta Chapter of PTK
Alpena Community College, Main Campus: Nu Omicron Chapter of PTK
Alvin Community College, Main Campus: Mu Upsilon Chapter of PTK
Amarillo College, Main Campus: Beta Eta Chapter of PTK
American River College, Sacramento Campus: Beta Zeta Pi Chapter of PTK
American Samoa Community College, Pago Pago Campus: Alpha Epsilon Mu Chapter of PTK
Andrew College, Cuthbert Campus: Theta Lambda Chapter of PTK
Angelina College, Lufkin Campus: Upsilon Rho Chapter of PTK
Anne Arundel Community College, Arnold Campus: Omicron Theta Chapter of PTK
Anoka Technical College, Main Campus: Beta Nu Omicron Chapter of PTK

Amarillo College, Main Campus: Beta Eta Chapter of PTK

American River College, Sacramento Campus: Beta Zeta Pi Chapter of PTK

American Samoa Community College, Pago Pago Campus: Alpha Epsilon Mu Chapter of PTK

Andrew College, Cuthbert Campus: Theta Lambda Chapter of PTK

Angelina College, Lufkin Campus: Upsilon Rho Chapter of PTK

Anne Arundel Community College, Arnold Campus: Omicron Theta Chapter of PTK

Anoka Technical College, Main Campus: Beta Nu Omicron Chapter of PTK

Anoka-Ramsey Community College, Cambridge Campus: Alpha Delta Upsilon Chapter of PTK

Anoka-Ramsey Community College, Coon Rapids Campus: Alpha Delta Alpha Chapter of PTK

Arapahoe Community College, Littleton Campus: Sigma Phi Chapter of PTK

Arizona Western College, Yuma Campus: Sigma Beta Chapter of PTK

Arkansas State University Three Rivers, Malvern Campus: Alpha Omega Sigma Chapter of PTK

Arkansas Tech University, Ozark Campus: Beta Upsilon Pi Chapter of PTK

Ashland Community & Technical College, Main Campus: Alpha Omega Gamma Chapter of PTK

ASU – Beebe, Main Campus: Beta Omega Alpha Chapter of PTK

ASU – Mid-South, Main Campus: Beta Epsilon Psi Chapter of PTK

ASU – Mountain Home, Main Campus: Beta Iota Epsilon Chapter of PTK

ASU – Newport, Newport Campus: Beta Nu Gamma Chapter of PTK

Athens Technical College, Main Campus: Alpha Tau Zeta Chapter of PTK

Atlanta Metropolitan State College, Main Campus: Beta Beta Tau Chapter of PTK

Atlantic Cape Community College, Mays Landing Campus: Alpha Delta Mu Chapter of PTK

Augusta Technical College, Main Campus: Alpha Chi Delta Chapter of PTK

Aultman College, Canton Campus: Beta Sigma Theta Chapter of PTK

Austin Community College, Rio Grande Campus: Alpha Gamma Pi Chapter of PTK

Bacone College, Muskogee Campus: Lambda Delta Chapter of PTK

Bakersfield College, Main Campus: Beta Alpha Nu Chapter of PTK

Baltimore City Community College, Main Campus: Theta Alpha Chapter of PTK

Barstow Community College, Main Campus: Beta Lambda Chi Chapter of PTK

Barton Community College, Ft Leavenworth Campus: Beta Phi Eta Chapter of PTK

Barton Community College, Ft Riley Campus: Beta Nu Rho Chapter of PTK

Barton Community College, Great Bend Campus: Phi Psi Chapter of PTK

Bates Technical College, Downtown Campus: Beta Upsilon Omicron Chapter of PTK

Baton Rouge Community College, Mid City Campus: Beta Mu Omicron Chapter of PTK

Bay College, Escanaba Campus: Alpha Xi Delta Chapter of PTK

Bellevue College, Main Campus: Alpha Epsilon Rho Chapter of PTK

Bellingham Technical College, Main Campus: Beta Lambda Beta Chapter of PTK

Belmont College, St Clairsville Campus: Beta Theta Nu Chapter of PTK

Bergen Community College, Paramus Campus: Alpha Epsilon Phi Chapter of PTK

Berkeley City College, Main Campus: Beta Gamma Nu Chapter of PTK

Berkeley College, NYC Midtown Campus: Beta Alpha Sigma Chapter of PTK

Berkeley College, Woodland Park Campus: Alpha Upsilon Epsilon Chapter of PTK

Berkshire Community College, Pittsfield Campus: Xi Alpha Chapter of PTK

Bermuda College, Main Campus: Beta Chi Upsilon Chapter of PTK

Bevill State Community College, Fayette Campus: Omega Mu Chapter of PTK

Bevill State Community College, Hamilton Campus: Alpha Psi Xi Chapter of PTK

Bevill State Community College, Jasper Campus: Lambda Epsilon Chapter of PTK

Bevill State Community College, Sumiton Campus: Alpha Omega Upsilon Chapter of PTK

Big Bend Community College, Moses Lake Campus: Rho Zeta Chapter of PTK

Big Sandy Community & Technical College, Prestonsburg Campus: Alpha Nu Zeta Chapter of PTK

Bishop State Community College, Main Campus: Alpha Epsilon Nu Chapter of PTK

Bismarck State College, Main Campus: Kappa Omicron Chapter of PTK

Black Hawk College, East Campus: Alpha Phi Beta Chapter of PTK

Black Hawk College, Quad Cities Campus: Eta Kappa Chapter of PTK

Black River Technical College, Pocahontas Campus: Beta Delta Phi Chapter of PTK

Blackhawk Technical College, Janesville Campus: Beta Rho Psi Chapter of PTK

Bladen Community College, Dublin Campus: Beta Rho Theta Chapter of PTK

Blinn College, Brenham Campus: Beta Alpha Chapter of PTK

Blinn College, Bryan Campus: Alpha Phi Lambda Chapter of PTK

Blue Mountain Community College, Pendleton Campus: Beta Delta Zeta Chapter of PTK

Blue Ridge Community & Technical College, Martinsburg Campus: Beta Omicron Delta Chapter of PTK

Blue Ridge Community College, Henderson County Campus: Alpha Rho Upsilon Chapter of PTK

Blue Ridge Community College, Weyers Cave Campus: Alpha Xi Xi Chapter of PTK

Bluegrass Community & Technical College, Cooper Campus: Alpha Phi Kappa Chapter of PTK

Blinn College, Brenham Campus: Beta Alpha Chapter of PTK
Blinn College, Bryan Campus: Alpha Chi Xi Chapter of PTK
Blue Mountain Community College, Pendleton Campus: Beta Delta Zeta Chapter of PTK
Blue Ridge Community & Technical College, Martinsburg Campus: Beta Omicron Delta Chapter of PTK
Blue Ridge Community College, Henderson County Campus: Alpha Rho Upsilon Chapter of PTK
Blue Ridge Community College, Weyers Cave Campus: Alpha Xi Xi Chapter of PTK
Bluegrass Community & Technical College, Cooper Campus: Alpha Phi Kappa Chapter of PTK
Borough of Manhattan Community College, Main Campus: Alpha Kappa Chapter of PTK
Bossier Parish Community College, Main Campus: Alpha Rho Phi Chapter of PTK
Brazosport College, Lake Jackson Campus: Psi Psi Chapter of PTK
Brenau University, Gainesville Campus: Beta Phi Sigma Chapter of PTK
BridgeValley Community and Tech College, Montgomery Campus: Alpha Delta Kappa Chapter of PTK
BridgeValley Community and Tech College, South Charleston Campus: Alpha Tau Lambda Chapter of PTK
Brightpoint Community College, Chester Campus: Tau Rho Chapter of PTK
Brightpoint Community College, Midlothian Campus: Beta Omicron Omicron Chapter of PTK
Bristol Community College, Fall River Campus: Beta Eta Phi Chapter of PTK
Bronx Community College, Main Campus: Lambda Nu Chapter of PTK
Brookdale Community College, Lincroft Campus: Alpha Pi Theta Chapter of PTK
Broome Community College, Binghamton Campus: Mu Eta Chapter of PTK
Broward College, Center For Global Education: Beta Tau Omega Chapter of PTK
Broward College, Central Campus: Mu Mu Chapter of PTK
Broward College, North Campus: Omega Phi Chapter of PTK
Broward College, South Campus: Alpha Delta Rho Chapter of PTK
Brunswick Community College, Supply Campus: Beta Eta Lambda Chapter of PTK
Bucks County Community College, Newtown Campus: Pi Xi Chapter of PTK
Bunker Hill Community College, Boston Campus: Alpha Kappa Mu Chapter of PTK
Butler Community College, El Dorado Campus: Alpha Phi Alpha Chapter of PTK
Butler County Community College, Butler Campus: Rho Phi Chapter of PTK
Butte College, Oroville Campus: Beta Theta Kappa Chapter of PTK
Cabarrus College of Health Sciences, Concord Campus: Beta Delta Chi Chapter of PTK
Caldwell Community College, Hudson Campus: Alpha Lambda Pi Chapter of PTK
Calhoun Community College, Decatur Campus: Sigma Lambda Chapter of PTK
Camden County College, Blackwood Campus: Alpha Nu Mu Chapter of PTK
Canada College, Redwood City Campus: Beta Zeta Nu Chapter of PTK
Cape Cod Community College, West Barnstable Campus: Alpha Upsilon Mu Chapter of PTK
Cape Fear Community College, Wilmington Campus: Alpha Chi Sigma Chapter of PTK
Carl Albert State College, Poteau Campus: Alpha Delta Lambda Chapter of PTK
Carl Sandburg College, Galesburg Campus: Chi Kappa Chapter of PTK
Carolinas College of Health Sciences, Charlotte Campus: Beta Zeta Sigma Chapter of PTK
Carrington College, San Leandro Campus: Beta Phi Alpha Chapter of PTK
Carroll Community College, Westminster Campus: Alpha Psi Psi Chapter of PTK
Carteret Community College, Morehead City Campus: Beta Delta Pi Chapter of PTK
Cascadia College, Bothell Campus: Beta Lambda Lambda Chapter of PTK
Casper College, Main Campus: Zeta Alpha Chapter of PTK
Catawba Valley Community College, Hickory Campus: Beta Eta Delta Chapter of PTK
Cayuga Community College, Auburn Campus: Omicron Gamma Chapter of PTK
Cayuga Community College, Fulton Campus: Beta Tau Iota Chapter of PTK
Cecil College, North East Campus: Alpha Alpha Theta Chapter of PTK
Central Alabama Community College, Alexander City Campus: Omicron Upsilon Chapter of PTK
Central Arizona College, Signal Peak Campus: Alpha Theta Delta Chapter of PTK
Central Carolina Community College, Lee Main Campus: Beta Sigma Phi Chapter of PTK
Central Carolina Technical College, Sumter Campus: Beta Eta Pi Chapter of PTK
Central Community College, Columbus Campus: Chi Sigma Chapter of PTK
Central Community College, Grand Island Campus: Alpha Tau Tau Chapter of PTK
Central Community College, Hastings Campus: Beta Alpha Delta Chapter of PTK
Central Lakes College, Brainerd Campus: Upsilon Omega Chapter of PTK
Central Louisiana Tech Community College, Alexandria Main Campus: Beta Chi Beta Chapter of PTK
Central Maine Community College, Auburn Campus: Alpha Phi Xi Chapter of PTK
Central New Mexico Community College, Albuquerque Campus: Alpha Upsilon Chi Chapter of PTK
Central Ohio Technical College, Newark Campus: Alpha Theta Zeta Chapter of PTK
Central Piedmont Community College, Central Campus: Phi Lambda Chapter of PTK
Central Texas College, Killeen Campus: Sigma Iota Chapter of PTK
Central Virginia Community College, Lynchburg Campus: Chi Psi Chapter of PTK
Central Wyoming College, Riverton Campus: Alpha Lambda Chi Chapter of PTK

Central Louisiana Tech Community College, Alexandria Main Campus: Beta Chi Beta Chapter of PTK

Central Maine Community College, Auburn Campus: Alpha Pi Alpha Chapter of PTK

Central New Mexico Community College, Albuquerque Campus: Alpha Upsilon Chi Chapter of PTK

Central Ohio Technical College, Newark Campus: Alpha Theta Zeta Chapter of PTK

Central Piedmont Community College, Central Campus: Phi Lambda Chapter of PTK

Central Texas College, Killeen Campus: Sigma Iota Chapter of PTK

Central Virginia Community College, Lynchburg Campus: Chi Psi Chapter of PTK

Central Wyoming College, Riverton Campus: Alpha Lambda Chi Chapter of PTK

Centralia College, Main Campus: Iota Omega Chapter of PTK

Century College, White Bear Lake Campus: Alpha Alpha Gamma Chapter of PTK

Cerritos College, Norwalk Campus: Beta Alpha Beta Chapter of PTK

Cerro Coso Community College, Ridgecrest Campus: Beta Kappa Chi Chapter of PTK

Chaffey College, Rancho Cucamonga Campus: Beta Kappa Pi Chapter of PTK

Chandler-Gilbert Community College, Pecos Campus: Alpha Sigma Nu Chapter of PTK

Chattahoochee Valley Community College, Phenix City Campus: Alpha Theta Rho Chapter of PTK

Chattanooga State Community College, Main Campus: Alpha Beta Mu Chapter of PTK

Chemeketa Community College, Salem Campus: Alpha Kappa Omicron Chapter of PTK

Chemeketa Community College, Yamhill Valley Campus: Beta Upsilon Omega Chapter of PTK

Chesapeake College, Wye Mills Campus: Alpha Sigma Pi Chapter of PTK

Chipola College, Marianna Campus: Nu Chi Chapter of PTK

Chippewa Valley Technical College, Clairemont Campus: Beta Rho Omega Chapter of PTK

Cincinnati State Technical & Community, Main Campus: Beta Gamma Sigma Chapter of PTK

Cisco College, Main Campus: Alpha Gamma Gamma Chapter of PTK

Citrus College, Glendora Campus: Beta Nu Eta Chapter of PTK

City College at MSU, Billings Campus: Beta Upsilon Rho Chapter of PTK

Clackamas Community College, Oregon City Campus: Alpha Xi Zeta Chapter of PTK

Clarendon College, Main Campus: Iota Phi Chapter of PTK

Clark College, Vancouver Campus: Alpha Sigma Phi Chapter of PTK

Clark State College, Springfield Campus: Alpha Nu Lambda Chapter of PTK

Clatsop Community College, Astoria Campus: Pi Phi Chapter of PTK

Cleveland Community College, Shelby Campus: Beta Iota Pi Chapter of PTK

Cleveland State Community College, Main Campus: Omega Omicron Chapter of PTK

Clinton Community College EICC, Main Campus: Alpha Theta Beta Chapter of PTK

Clinton Community College, Plattsburgh Campus: Alpha Pi Tau Chapter of PTK

Clinton Public High School, Main Campus: Beta Psi Upsilon Chapter of PTK

Cloud County Community College, Concordia Campus: Upsilon Tau Chapter of PTK

Cloud County Community College, Geary County Campus: Beta Eta Xi Chapter of PTK

Clover Park Technical College, Lakewood Campus: Beta Omicron Gamma Chapter of PTK

Clovis Community College, Main Campus: Alpha Tau Nu Chapter of PTK

Coahoma Community College, Clarksdale Campus: Alpha Omicron Pi Chapter of PTK

Coastal Alabama Community College, Bay Minette Main Campus: Pi Psi Chapter of PTK

Coastal Alabama Community College, Brewton Campus: Alpha Eta Lambda Chapter of PTK

Coastal Alabama Community College, Monroeville Campus: Phi Upsilon Chapter of PTK

Coastal Bend College, Beeville Campus: Rho Lambda Chapter of PTK

Coastal Carolina Community College, Jacksonville Campus: Alpha Tau Rho Chapter of PTK

Coastline College, Fountain Valley Campus: Beta Psi Alpha Chapter of PTK

Cochise College, Douglas Campus: Alpha Beta Zeta Chapter of PTK

Cochise College, Sierra Vista Campus: Alpha Mu Zeta Chapter of PTK

Coconino Community College, Flagstaff Campus: Beta Gamma Chi Chapter of PTK

Coffeyville Community College, Main Campus: Eta Gamma Chapter of PTK

Colby Community College, Main Campus: Rho Iota Chapter of PTK

College of Alameda, Main Campus: Alpha Chi Alpha Chapter of PTK

College of Central Florida, Ocala Campus: Kappa Nu Chapter of PTK

College of DuPage, Glen Ellyn Campus: Phi Beta Chapter of PTK

College of Eastern Idaho, Idaho Falls Campus: Beta Chi Psi Chapter of PTK

College of Lake County, Grayslake Campus: Alpha Alpha Pi Chapter of PTK

College of Micronesia, National Campus: Beta Omicron Upsilon Chapter of PTK

College of San Mateo, Main Campus: Beta Xi Eta Chapter of PTK

College of Southern Idaho, Twin Falls Campus: Omicron Xi Chapter of PTK

College of Southern Maryland, Laplata Campus: Beta Delta Delta Chapter of PTK

College of Southern Nevada, Charleston Campus: Alpha Xi Beta Chapter of PTK

College of the Albemarle, Elizabeth City Campus: Nu Nu Chapter of PTK

College of the Canyons, Valencia Campus: Alpha Nu Xi Chapter of PTK

College of the Desert, Palm Desert Campus: Beta Rho Iota Chapter of PTK

College of Micronesia, National Campus: Beta Omicron Upsilon Chapter of PTK

College of San Mateo, Main Campus: Omega Omicron Chapter of PTK

College of Southern Idaho, Twin Falls Campus: Omicron Xi Chapter of PTK

College of Southern Maryland, Laplata Campus: Beta Delta Delta Chapter of PTK

College of Southern Nevada, Charleston Campus: Alpha Xi Beta Chapter of PTK

College of the Albemarle, Elizabeth City Campus: Nu Nu Chapter of PTK

College of the Canyons, Valencia Campus: Alpha Nu Xi Chapter of PTK

College of the Desert, Palm Desert Campus: Beta Rho Iota Chapter of PTK

College of the Mainland, Texas City Campus: Sigma Delta Chapter of PTK

College of the Marshall Islands, Majuro Campus: Beta Omicron Tau Chapter of PTK

College of the Muscogee Nation, Okmulgee Campus: Beta Chi Rho Chapter of PTK

College of the Redwoods, Del Norte Campus: Beta Delta Alpha Chapter of PTK

College of the Redwoods, Eureka Campus: Beta Gamma Iota Chapter of PTK

College of the Siskiyous, Weed Campus: Alpha Pi Mu Chapter of PTK

College of Western Idaho, Nampa Campus: Beta Sigma Pi Chapter of PTK

Collin College, Plano Campus: Alpha Mu Tau Chapter of PTK

Colorado Mountain College, Breckenridge/Dillon Campus: Beta Zeta Omicron Chapter of PTK

Colorado Mountain College, Leadville Campus: Beta Iota Delta Chapter of PTK

Colorado Mountain College, Rifle Campus: Beta Omicron Pi Chapter of PTK

Colorado Mountain College, Roaring Fork Campus: Psi Rho Chapter of PTK

Colorado Mountain College, Steamboat Springs Campus: Alpha Rho Kappa Chapter of PTK

Colorado Mountain College, Vail Valley at Edwards: Beta Upsilon Epsilon Chapter of PTK

Colorado Northwestern Community College, Craig Campus: Alpha Phi Psi Chapter of PTK

Colorado Northwestern Community College, Rangely Campus: Beta Epsilon Tau Chapter of PTK

Columbia Basin College, Pasco Campus: Alpha Chi Xi Chapter of PTK

Columbia College, Sonora Campus: Beta Xi Delta Chapter of PTK

Columbia Gorge Community College, The Dalles: Alpha Sigma Xi Chapter of PTK

Columbia State Community College, Main Campus: Beta Kappa Theta Chapter of PTK

Columbia-Greene Community College, Hudson Campus: Alpha Epsilon Xi Chapter of PTK

Columbus State Community College, Main Campus: Alpha Rho Epsilon Chapter of PTK

Community College of Allegheny County, Allegheny Campus: Alpha Mu Theta Chapter of PTK

Community College of Allegheny County, Boyce Campus: Sigma Omicron Chapter of PTK

Community College of Allegheny County, North Campus: Alpha Lambda Nu Chapter of PTK

Community College of Allegheny County, South Campus: Alpha Iota Eta Chapter of PTK

Community College of Aurora, Main Campus: Alpha Pi Pi Chapter of PTK

Community College of Baltimore County, Catonsville Campus: Alpha Rho Psi Chapter of PTK

Community College of Baltimore County, Dundalk Campus: Beta Alpha Tau Chapter of PTK

Community College of Baltimore County, Essex Campus: Chi Theta Chapter of PTK

Community College of Beaver County, Monaca Campus: Beta Alpha Upsilon Chapter of PTK

Community College of Denver, Main Campus: Alpha Mu Mu Chapter of PTK

Community College of Philadelphia, Main Campus: Rho Upsilon Chapter of PTK

Community College of Rhode Island, Knight/Warwick Campus: Pi Omicron Chapter of PTK

Community College of Vermont, Montpelier Campus: Beta Phi Omicron Chapter of PTK

Community Colleges of Spokane, Colville Center: Beta Epsilon Zeta Chapter of PTK

Connors State College, Warner Main Campus: Mu Chi Chapter of PTK

Contra Costa College, San Pablo Campus: Beta Omega Gamma Chapter of PTK

Copiah-Lincoln Community College, Natchez Campus: Alpha Alpha Zeta Chapter of PTK

Copiah-Lincoln Community College, Simpson County Center: Beta Xi Psi Chapter of PTK

Copiah-Lincoln Community College, Wesson Campus: Eta Omega Chapter of PTK

Copper Mountain College, Joshua Tree Campus: Beta Rho Pi Chapter of PTK

Corning Community College, Main Campus: Beta Beta Zeta Chapter of PTK

Cosumnes River College, Sacramento Campus: Beta Theta Upsilon Chapter of PTK

County College of Morris, Randolph Campus: Alpha Kappa Kappa Chapter of PTK

Cowley College, Arkansas City Campus: Alpha Gamma Upsilon Chapter of PTK

Craven Community College, New Bern Campus: Alpha Phi Nu Chapter of PTK

Crowder College, Neosho Campus: Xi Xi Chapter of PTK

CT State Community College, Asnuntuck Campus: Alpha Lambda Zeta Chapter of PTK

CT State Community College, Capital Campus: Alpha Zeta Psi Chapter of PTK

CT State Community College, Gateway Campus: Alpha Xi Theta Chapter of PTK

CT State Community College, Housatonic Campus: Chi Rho Chapter of PTK

CT State Community College, Manchester Campus: Alpha Upsilon Alpha Chapter of PTK

CT State Community College, Middlesex Campus: Beta Gamma Xi Chapter of PTK

CT State Community College, Naugatuck Valley Campus: Alpha Theta Epsilon Chapter of PTK

CT State Community College, Northwestern Campus: Alpha Nu Epsilon Chapter of PTK

CT State Community College, Asnuntuck Campus: Alpha Lambda Zeta Chapter of PTK
CT State Community College, Capital Campus: Alpha Alpha Phi Chapter of PTK
CT State Community College, Gateway Campus: Alpha Xi Theta Chapter of PTK
CT State Community College, Housatonic Campus: Chi Rho Chapter of PTK
CT State Community College, Manchester Campus: Alpha Upsilon Alpha Chapter of PTK
CT State Community College, Middlesex Campus: Beta Gamma Xi Chapter of PTK
CT State Community College, Naugatuck Valley Campus: Alpha Theta Epsilon Chapter of PTK
CT State Community College, Northwestern Campus: Alpha Nu Epsilon Chapter of PTK
CT State Community College, Norwalk Campus: Alpha Iota Nu Chapter of PTK
CT State Community College, Quinebaug Valley Campus: Beta Beta Pi Chapter of PTK
CT State Community College, Three Rivers Campus: Alpha Mu Gamma Chapter of PTK
CT State Community College, Tunxis Campus: Alpha Iota Alpha Chapter of PTK
Cuyahoga Community College, Eastern Campus: Alpha Epsilon Eta Chapter of PTK
Cuyahoga Community College, Metropolitan Campus: Alpha Zeta Delta Chapter of PTK
Cuyahoga Community College, Western Campus: Chi Omega Chapter of PTK
Cuyahoga Community College, Westshore Campus: Beta Upsilon Beta Chapter of PTK
Cuyamaca College, El Cajon Campus: Alpha Pi Omicron Chapter of PTK
Dakota College at Bottineau, Main Campus: Beta Rho Eta Chapter of PTK
Dakota County Technical College, Rosemount Campus: Beta Theta Tau Chapter of PTK
Dallas College, Brookhaven Campus: Alpha Delta Pi Chapter of PTK
Dallas College, Cedar Valley Campus: Alpha Zeta Omicron Chapter of PTK
Dallas College, Eastfield Campus: Psi Eta Chapter of PTK
Dallas College, El Centro Campus: Sigma Tau Chapter of PTK
Dallas College, Mountain View Campus: Omega Omega Chapter of PTK
Dallas College, North Lake Campus: Alpha Zeta Eta Chapter of PTK
Dallas College, Richland Campus: Alpha Alpha Xi Chapter of PTK
Dalton State College, Main Campus: Upsilon Iota Chapter of PTK
Danville Area Community College, Main Campus: Pi Omega Chapter of PTK
Danville Community College, Main Campus: Upsilon Phi Chapter of PTK
Davidson-Davie Community College, Davidson Campus: Tau Beta Chapter of PTK
Dawson Community College, Glendive Campus: Alpha Xi Epsilon Chapter of PTK
Daytona State College, Main Campus: Mu Rho Chapter of PTK
De Anza College, Cupertino Campus: Alpha Sigma Alpha Chapter of PTK
Dean College, Franklin Campus: Upsilon Zeta Chapter of PTK
Del Mar College, East Campus: Gamma Sigma Chapter of PTK
Delaware County Community College, Chester County Campus: Beta Psi Pi Chapter of PTK
Delaware County Community College, Media/Marple Campus: Alpha Tau Epsilon Chapter of PTK
Delaware Technical Community College, Dover-Terry Campus: Alpha Beta Kappa Chapter of PTK
Delaware Technical Community College, Georgetown/Owens Campus: Alpha Epsilon Epsilon Chapter of PTK
Delaware Technical Community College, Stanton Campus: Alpha Epsilon Zeta Chapter of PTK
Delaware Technical Community College, Wilmington Campus: Alpha Zeta Kappa Chapter of PTK
Delgado Community College, City Park Campus: Omega Nu Chapter of PTK
Delta College, University Center Campus: Xi Delta Chapter of PTK
Denmark Technical College, Main Campus: Alpha Epsilon Psi Chapter of PTK
Des Moines Area Community College, Ankeny Campus: Beta Epsilon Eta Chapter of PTK
Des Moines Area Community College, Boone Campus: Tau Phi Chapter of PTK
Des Moines Area Community College, Carroll Campus: Beta Theta Xi Chapter of PTK
Des Moines Area Community College, Newton Campus: Beta Gamma Rho Chapter of PTK
Des Moines Area Community College, Urban Campus: Beta Delta Psi Chapter of PTK
Des Moines Area Community College, West Campus: Beta Mu Tau Chapter of PTK
Diablo Valley College, San Ramon Campus: Beta Pi Iota Chapter of PTK
Dodge City Community College, Main Campus: Kappa Psi Chapter of PTK
Donnelly College, Kansas City Campus: Alpha Omega Theta Chapter of PTK
Drake University, Des Moines Campus: Beta Omega Eta Chapter of PTK
Dunwoody College of Technology, Minneapolis Campus: Beta Lambda Xi Chapter of PTK
Durham Technical Community College, Main Campus: Beta Tau Phi Chapter of PTK
Dutchess Community College, Main Campus: Alpha Psi Kappa Chapter of PTK
Dyersburg State Community College, Main Campus: Alpha Epsilon Alpha Chapter of PTK
East Arkansas Community College, Forrest City Campus: Beta Zeta Gamma Chapter of PTK
East Central College, Main Campus: Chi Delta Chapter of PTK
East Central College, Rolla Main Campus: Beta Omicron Phi Chapter of PTK
East Central Community College, Decatur Campus: Theta Xi Chapter of PTK
East Georgia State College, Swainsboro Campus: Beta Iota Beta Chapter of PTK
East Los Angeles College, Monterey Park Campus: Beta Nu Epsilon Chapter of PTK

Dyersburg State Community College, Main Campus: Alpha Epsilon Alpha Chapter of PTK

East Arkansas Community College, Forrest City Campus: Beta Zeta Gamma Chapter of PTK

East Central College, Main Campus: Chi Delta Chapter of PTK

East Central College, Rolla Main Campus: Beta Omicron Phi Chapter of PTK

East Central Community College, Decatur Campus: Theta Xi Chapter of PTK

East Georgia State College, Swainsboro Campus: Beta Iota Beta Chapter of PTK

East Los Angeles College, Monterey Park Campus: Beta Nu Epsilon Chapter of PTK

East Mississippi Community College, Golden Triangle Campus: Beta Iota Zeta Chapter of PTK

East Mississippi Community College, Scooba Campus: Eta Upsilon Chapter of PTK

Eastern Arizona College, Thatcher Campus: Lambda Omicron Chapter of PTK

Eastern Florida State College, Melbourne Campus: Chi Nu Chapter of PTK

Eastern Gateway Community College, Jefferson County Campus: Alpha Omicron Nu Chapter of PTK

Eastern Maine Community College, Bangor Campus: Beta Beta Omicron Chapter of PTK

Eastern New Mexico University, Roswell Campus: Alpha Mu Pi Chapter of PTK

Eastern New Mexico University, Ruidoso Campus: Beta Pi Sigma Chapter of PTK

Eastern Oklahoma State College, Wilburton Campus: Theta Pi Chapter of PTK

Eastern Shore Community College, Melfa Campus: Alpha Pi Chi Chapter of PTK

Eastern WV Community & Technical College, Moorefield Campus: Beta Nu Lambda Chapter of PTK

Eastern Wyoming College, Torrington Campus: Alpha Omicron Lambda Chapter of PTK

ECPI University, Charleston Campus: Beta Omicron Epsilon Chapter of PTK

ECPI University, Charlotte Campus: Beta Rho Sigma Chapter of PTK

ECPI University, Columbia Campus: Beta Rho Gamma Chapter of PTK

ECPI University, Greensboro Campus: Beta Pi Zeta Chapter of PTK

ECPI University, Greenville Campus: Beta Kappa Zeta Chapter of PTK

ECPI University, Newport News Campus: Beta Iota Nu Chapter of PTK

ECPI University, Northern Virginia Campus: Beta Kappa Upsilon Chapter of PTK

ECPI University, Raleigh Campus: Beta Xi Epsilon Chapter of PTK

ECPI University, Virginia Beach Campus: Beta Psi Xi Chapter of PTK

Edgecombe Community College, Tarboro Campus: Alpha Omega Nu Chapter of PTK

Edison State Community College, Piqua Campus: Alpha Lambda Eta Chapter of PTK

Edmonds College, Lynnwood Campus: Alpha Alpha Lambda Chapter of PTK

El Paso Community College, Valle Verde Campus: Omega Gamma Chapter of PTK

Elgin Community College, Main Campus: Rho Kappa Chapter of PTK

Elizabethtown Community & Tech College, Main Campus: Alpha Lambda Delta Chapter of PTK

Ellsworth Community College, Iowa Falls Campus: Alpha Iota Omega Chapter of PTK

Enterprise State Community College, Main Campus: Tau Mu Chapter of PTK

Erie Community College, North Campus: Alpha Nu Delta Chapter of PTK

Erie Community College, South Campus: Alpha Delta Phi Chapter of PTK

Esperanza College of Eastern University, Philadelphia Campus: Beta Upsilon Sigma Chapter of PTK

Essex County College, Newark Campus: Alpha Theta Theta Chapter of PTK

Estrella Mountain Community College, Avondale Campus: Beta Alpha Xi Chapter of PTK

Everett Community College, Main Campus: Kappa Kappa Chapter of PTK

Evergreen Valley College, San Jose Campus: Beta Gamma Omega Chapter of PTK

Farmingdale State College, Main Campus: Mu Omega Chapter of PTK

Fashion Institute of Technology, New York Campus: Beta Theta Sigma Chapter of PTK

Fayetteville Technical Community College, Main Campus: Alpha Tau Phi Chapter of PTK

Feather River College, Quincy Campus: Alpha Psi Zeta Chapter of PTK

FIDM, Los Angeles Campus: Beta Iota Theta Chapter of PTK

Finger Lakes Community College, Canandaigua Campus: Alpha Epsilon Chi Chapter of PTK

Flathead Valley Community College, Kalispell Campus: Alpha Iota Pi Chapter of PTK

Flathead Valley Community College, Lincoln County/Libby Campus: Beta Theta Theta Chapter of PTK

Fletcher Technical Community College, Schriever Campus: Beta Tau Rho Chapter of PTK

Florence-Darlington Technical College, Main Campus: Alpha Chi Pi Chapter of PTK

Florida College, Temple Terrace Campus: Pi Gamma Chapter of PTK

Florida Gateway College, Lake City Campus: Xi Phi Chapter of PTK

Florida SouthWestern State College, Charlotte Campus: Alpha Tau Eta Chapter of PTK

Florida SouthWestern State College, Collier Campus: Alpha Upsilon Nu Chapter of PTK

Florida Southwestern State College, Hendry/Glades Center: Beta Tau Pi Chapter of PTK

Florida SouthWestern State College, Lee Campus: Omicron Epsilon Chapter of PTK

Florida State College at Jacksonville, Kent Campus: Upsilon Eta Chapter of PTK

Folsom Lake College, Main Campus: Beta Mu Upsilon Chapter of PTK

Fond du Lac Tribal and Community College, Cloquet Campus: Alpha Phi Upsilon Chapter of PTK

Foothill College, Los Altos Hills Campus: Beta Psi Mu Chapter of PTK

Florida SouthWestern State College, Collier Campus: Alpha Upsilon Nu Chapter of PTK

Florida SouthWestern State College, Hendry/Glades Center: Beta Mu Pi Chapter of PTK

Florida SouthWestern State College, Lee Campus: Omicron Epsilon Chapter of PTK

Florida State College at Jacksonville, Kent Campus: Upsilon Eta Chapter of PTK

Folsom Lake College, Main Campus: Beta Mu Upsilon Chapter of PTK

Fond du Lac Tribal and Community College, Cloquet Campus: Alpha Phi Upsilon Chapter of PTK

Foothill College, Los Altos Hills Campus: Beta Psi Mu Chapter of PTK

Forsyth Technical Community College, Winston-Salem Campus: Alpha Mu Rho Chapter of PTK

Fort Scott Community College, Main Campus: Alpha Theta Omega Chapter of PTK

Fort Scott Community College, Miami County Campus: Beta Rho Lambda Chapter of PTK

Fox Valley Technical College, Appleton Campus: Beta Epsilon Omicron Chapter of PTK

Frank Phillips College, Borger Campus: Eta Iota Chapter of PTK

Frederick Community College, Main Campus: Alpha Delta Sigma Chapter of PTK

Fresno City College, Main Campus: Theta Beta Chapter of PTK

Front Range Community College, Boulder County Campus: Beta Iota Sigma Chapter of PTK

Front Range Community College, Larimer Campus: Alpha Tau Kappa Chapter of PTK

Front Range Community College, Westminster Campus: Alpha Mu Psi Chapter of PTK

Frontier Community College, Fairfield Campus: Beta Alpha Lambda Chapter of PTK

Fullerton College, Main Campus: Beta Kappa Tau Chapter of PTK

Fulton-Montgomery Community College, Johnstown Campus: Alpha Alpha Upsilon Chapter of PTK

GA State University Perimeter College, Clarkston Campus: Chi Pi Chapter of PTK

GA State University Perimeter College, Decatur Campus: Alpha Beta Gamma Chapter of PTK

GA State University Perimeter College, Dunwoody Campus: Alpha Zeta Mu Chapter of PTK

GA State University Perimeter College, Newton Campus: Beta Eta Kappa Chapter of PTK

Gadsden State Community College, Ayers Campus: Beta Delta Rho Chapter of PTK

Gadsden State Community College, Main Campus: Rho Rho Chapter of PTK

Galveston College, Main Campus: Sigma Gamma Chapter of PTK

Garden City Community College, Main Campus: Alpha Xi Upsilon Chapter of PTK

Garrett College, McHenry Campus: Alpha Omicron Phi Chapter of PTK

Gateway Community and Technical College, Boone Campus: Beta Pi Tau Chapter of PTK

GateWay Community College, Phoenix Campus: Alpha Alpha Epsilon Chapter of PTK

Gateway Technical College, Kenosha Campus: Alpha Xi Iota Chapter of PTK

Generations College, Chicago Campus: Tau Delta Chapter of PTK

Genesee Community College, Batavia Campus: Alpha Iota Upsilon Chapter of PTK

Georgia Highlands College, Rome Campus: Alpha Psi Omicron Chapter of PTK

Georgia Military College, Augusta Campus: Beta Lambda Omicron Chapter of PTK

Georgia Military College, Columbus Campus: Beta Sigma Sigma Chapter of PTK

Georgia Military College, Fairburn Campus: Beta Zeta Alpha Chapter of PTK

Georgia Military College, Milledgeville Campus: Alpha Omicron Epsilon Chapter of PTK

Georgia Military College, Valdosta Campus: Beta Epsilon Alpha Chapter of PTK

Georgia Military College, Warner Robins Campus: Beta Gamma Theta Chapter of PTK

Germanna Community College, Locust Grove Campus: Alpha Lambda Psi Chapter of PTK

Gillette College, Main Campus: Alpha Nu Psi Chapter of PTK

Glen Oaks Community College, Centreville Campus: Alpha Delta Omega Chapter of PTK

Glendale Community College, Main Campus: Omicron Lambda Chapter of PTK

Gogebic Community College, Ironwood Campus: Alpha Rho Chi Chapter of PTK

Gordon State College, Barnesville Campus: Pi Eta Chapter of PTK

Grand Rapids Community College, Main Campus: Alpha Upsilon Kappa Chapter of PTK

Grays Harbor College, Aberdeen Campus: Beta Iota Chapter of PTK

Grayson College, Denison Campus: Omicron Psi Chapter of PTK

Great Basin College, Elko Campus: Beta Beta Epsilon Chapter of PTK

Great Bay Community College, Stratham Campus: Alpha Upsilon Phi Chapter of PTK

Great Falls College At MSU, Main Campus: Beta Eta Omicron Chapter of PTK

Green River College, Main Auburn Campus: Alpha Chi Beta Chapter of PTK

Greenfield Community College, Main Campus: Alpha Sigma Omicron Chapter of PTK

Greenville Technical College, Barton Campus: Alpha Zeta Sigma Chapter of PTK

Grossmont College, El Cajon Campus: Beta Theta Chi Chapter of PTK

Guilford Technical Community College, Jamestown Campus: Alpha Pi Alpha Chapter of PTK

Gulf Coast State College, Panama City Campus: Kappa Eta Chapter of PTK

Guttman Community College, Main Campus: Beta Phi Gamma Chapter of PTK

Gwinnett Technical College, Lawrenceville Campus: Beta Rho Rho Chapter of PTK

H. Lavity Stoutt Community College, Paraquita Bay Campus: Beta Omicron Sigma Chapter of PTK

Hagerstown Community College, Main Campus: Pi Theta Chapter of PTK

Grossmont College, El Cajon Campus: Beta Theta Chi Chapter of PTK

Guilford Technical Community College, Jamestown Campus: Alpha Pi Alpha Chapter of PTK

Gulf Coast State College, Panama City Campus: Kappa Eta Chapter of PTK

Guttman Community College, Main Campus: Beta Phi Gamma Chapter of PTK

Gwinnett Technical College, Lawrenceville Campus: Beta Rho Rho Chapter of PTK

H. Lavity Stoutt Community College, Paraquita Bay Campus: Beta Omicron Sigma Chapter of PTK

Hagerstown Community College, Main Campus: Pi Theta Chapter of PTK

Halifax Community College, Weldon Campus: Alpha Eta Phi Chapter of PTK

Harcum College, Bryn Mawr Campus: Iota Kappa Chapter of PTK

Harford Community College, Bel Air Campus: Rho Beta Chapter of PTK

Harold Washington College, Chicago Campus: Mu Pi Chapter of PTK

Harper College, Palatine Campus: Phi Phi Chapter of PTK

Harrisburg Area Community College, Harrisburg Campus: Alpha Nu Omega Chapter of PTK

Harry S. Truman College, Chicago Campus: Nu Lambda Chapter of PTK

Hartnell College, Salinas Campus: Beta Mu Xi Chapter of PTK

Hawaii Community College, Hilo Campus: Alpha Psi Epsilon Chapter of PTK

Hawaii Community College, Palamanui Campus: Alpha Psi Epsilon Chapter of PTK

Hawaii Tokai International College, Honolulu Campus: Beta Sigma Omicron Chapter of PTK

Hawkeye Community College, Waterloo Campus: Beta Alpha Kappa Chapter of PTK

Haywood Community College, Clyde Campus: Alpha Lambda Mu Chapter of PTK

Hazard Community & Technical College, Lees Campus: Alpha Eta Epsilon Chapter of PTK

Hazard Community & Technical College, Main Campus: Alpha Beta Epsilon Chapter of PTK

Heartland Community College, Normal Campus: Alpha Omega Xi Chapter of PTK

Helena College University of Montana, Main Campus: Beta Omicron Omega Chapter of PTK

Henderson Community College, Main Campus: Phi Kappa Chapter of PTK

Hennepin Technical College, Brooklyn Park Campus: Beta Kappa Xi Chapter of PTK

Henry Ford College, Dearborn Campus: Alpha Xi Mu Chapter of PTK

Herkimer County Community College, Main Campus: Upsilon Epsilon Chapter of PTK

Highland Community College, Freeport Campus: Nu Mu Chapter of PTK

Highland Community College, Main Campus: Alpha Zeta Gamma Chapter of PTK

Highland Community College, Wamego Campus: Beta Nu Omega Chapter of PTK

Highlands College of Montana Tech. Univ., Butte Campus: Beta Xi Sigma Chapter of PTK

Highline College, Des Moines Campus: Pi Sigma Chapter of PTK

Hill College, Hill County Campus: Nu Xi Chapter of PTK

Hillsborough Community College, Brandon Campus: Alpha Lambda Alpha Chapter of PTK

Hillsborough Community College, Dale Mabry Campus: Phi Chi Chapter of PTK

Hillsborough Community College, Plant City Campus: Alpha Gamma Theta Chapter of PTK

Hillsborough Community College, Southshore Campus: Beta Sigma Alpha Chapter of PTK

Hillsborough Community College, Ybor City Campus: Alpha Beta Beta Chapter of PTK

Hinds Community College, Academic/Technical Center: Alpha Zeta Omega Chapter of PTK

Hinds Community College, Nursing/Allied Health Center: Alpha Iota Kappa Chapter of PTK

Hinds Community College, Rankin Campus: Alpha Omicron Omega Chapter of PTK

Hinds Community College, Raymond Campus: Gamma Lambda Chapter of PTK

Hinds Community College, Utica Campus: Alpha Beta Xi Chapter of PTK

Hinds Community College, Vicksburg Campus: Alpha Omega Chi Chapter of PTK

Hocking College, Nelsonville Campus: Alpha Mu Delta Chapter of PTK

Hocking College, Perry Campus: Beta Lambda Nu Chapter of PTK

Holmes Community College, Goodman Campus: Kappa Alpha Chapter of PTK

Holmes Community College, Grenada Campus: Alpha Mu Beta Chapter of PTK

Holmes Community College, Ridgeland Campus: Alpha Lambda Sigma Chapter of PTK

Holyoke Community College, Main Campus: Alpha Xi Omega Chapter of PTK

Honolulu Community College, Main Campus: Alpha Kappa Iota Chapter of PTK

Hopkinsville Community College, Main Campus: Alpha Delta Chapter of PTK

Horry-Georgetown Technical College, Conway Campus: Alpha Nu Sigma Chapter of PTK

Hostos Community College, Bronx Campus: Alpha Kappa Tau Chapter of PTK

Houston Community College, Northwest – Katy Campus: Omega Sigma Chapter of PTK

Howard College, Big Spring Campus: Iota Beta Chapter of PTK

Howard College, San Angelo Campus: Alpha Tau Theta Chapter of PTK

Howard Community College, Columbia Campus: Alpha Alpha Sigma Chapter of PTK

Hudson County Community College, Jersey City Campus: Beta Alpha Phi Chapter of PTK

Hudson Valley Community College, Troy Campus: Alpha Xi Sigma Chapter of PTK

Hutchinson Community College, Main Campus: Kappa Gamma Chapter of PTK

Ilisagvik College, Barrow Campus: Beta Psi Epsilon Chapter of PTK

Howard College, Big Spring Campus: Iota Beta Chapter of PTK

Howard Community College, Columbia Campus: Alpha Alpha Sigma Chapter of PTK

Howard Community College, Columbia Campus: Alpha Alpha Sigma Chapter of PTK

Hudson County Community College, Jersey City Campus: Beta Alpha Phi Chapter of PTK

Hudson Valley Community College, Troy Campus: Alpha Xi Sigma Chapter of PTK

Hutchinson Community College, Main Campus: Kappa Gamma Chapter of PTK

Ilisagvik College, Barrow Campus: Beta Psi Epsilon Chapter of PTK

Illinois Central College, East Peoria Campus: Upsilon Mu Chapter of PTK

Illinois Valley Community College, Oglesby Campus: Rho Omega Chapter of PTK

Imperial Valley College, Main Campus: Beta Chi Kappa Chapter of PTK

Independence Community College, Main Campus: Beta Omega Chapter of PTK

Indian Hills Community College, Ottumwa Heights Campus: Beta Mu Phi Chapter of PTK

Indian River State College, Fort Pierce Campus: Nu Iota Chapter of PTK

Ingram State Technical College, Frank Lee Instructional Site: Beta Psi Gamma Chapter of PTK

Inver Hills Community College, Main Campus: Alpha Omicron Beta Chapter of PTK

Iowa Central Community College, Fort Dodge Campus: Lambda Kappa Chapter of PTK

Iowa Lakes Community College, Estherville Campus: Beta Eta Zeta Chapter of PTK

Iowa Western Community College, Centers Campus: Beta Beta Mu Chapter of PTK

Iowa Western Community College, Council Bluffs Campus: Alpha Omicron Tau Chapter of PTK

Irvine Valley College, Main Campus: Alpha Omega Mu Chapter of PTK

Isothermal Community College, Spindale Campus: Sigma Chi Chapter of PTK

Itawamba Community College, Fulton Campus: Upsilon Sigma Chapter of PTK

Itawamba Community College, Tupelo Campus: Beta Tau Sigma Chapter of PTK

Ivy Tech Community College – Madison, Madison Campus: Alpha Psi Lambda Chapter of PTK

Ivy Tech Community College, Anderson Campus: Alpha Omega Delta Chapter of PTK

Ivy Tech Community College, Bloomington Campus: Alpha Rho Sigma Chapter of PTK

Ivy Tech Community College, Columbus Campus: Alpha Rho Tau Chapter of PTK

Ivy Tech Community College, Elkhart County Campus: Beta Beta Alpha Chapter of PTK

Ivy Tech Community College, Evansville Campus: Alpha Phi Theta Chapter of PTK

Ivy Tech Community College, Fort Wayne Campus (Warsaw): Beta Zeta Kappa Chapter of PTK

Ivy Tech Community College, Fort Wayne Campus: Alpha Tau Xi Chapter of PTK

Ivy Tech Community College, Hamilton County Campus: Beta Omega Epsilon Chapter of PTK

Ivy Tech Community College, Indianapolis Campus (Downtown): Alpha Upsilon Tau Chapter of PTK

Ivy Tech Community College, Kokomo Campus: Alpha Phi Pi Chapter of PTK

Ivy Tech Community College, Lafayette Campus: Alpha Sigma Kappa Chapter of PTK

Ivy Tech Community College, Lake County Campus (Gary): Alpha Phi Omega Chapter of PTK

Ivy Tech Community College, Lawrenceburg Campus: Beta Gamma Tau Chapter of PTK

Ivy Tech Community College, Marion Campus: Beta Phi Tau Chapter of PTK

Ivy Tech Community College, Muncie Campus: Alpha Upsilon Lambda Chapter of PTK

Ivy Tech Community College, Richmond Campus: Alpha Upsilon Omega Chapter of PTK

Ivy Tech Community College, Sellersburg Campus: Alpha Tau Sigma Chapter of PTK

Ivy Tech Community College, Terre Haute Campus: Alpha Phi Eta Chapter of PTK

Ivy Tech Community College, Valparaiso Campus: Beta Chi Chi Chapter of PTK

J. F. Drake State Comm & Tech College, Huntsville Campus: Beta Upsilon Xi Chapter of PTK

J. Sargeant Reynolds Community College, Downtown Campus: Alpha Gamma Omicron Chapter of PTK

J. Sargeant Reynolds Community College, Parham Road Campus: Alpha Iota Beta Chapter of PTK

Jackson College, Central Campus: Alpha Rho Lambda Chapter of PTK

Jackson State Community College, Main Campus: Chi Omicron Chapter of PTK

Jacksonville College, Main Campus: Alpha Beta Alpha Chapter of PTK

James Sprunt Community College, Kenansville Campus: Beta Epsilon Chi Chapter of PTK

Jamestown Community College, Cattaraugus County Campus: Alpha Psi Omega Chapter of PTK

Jamestown Community College, Main Campus: Alpha Kappa Beta Chapter of PTK

Jefferson College, Hillsboro Campus: Xi Zeta Chapter of PTK

Jefferson Community & Technical College, Bullitt County Campus: Beta Phi Rho Chapter of PTK

Jefferson Community & Technical College, Carrollton Campus: Beta Tau Beta Chapter of PTK

Jefferson Community & Technical College, Downtown Campus: Alpha Delta Theta Chapter of PTK

Jefferson Community & Technical College, Shelby County Campus: Beta Tau Epsilon Chapter of PTK

Jefferson Community & Technical College, Southwest Campus: Alpha Upsilon Sigma Chapter of PTK

Jefferson Community College, Watertown Campus: Tau Xi Chapter of PTK

Jefferson State Community College, Birmingham Campus: Pi Pi Chapter of PTK

Jefferson State Community College, Shelby-Hoover Campus: Beta Lambda Delta Chapter of PTK

John A. Logan College, Carterville Campus: Upsilon Pi Chapter of PTK

John Wood Community College, Quincy Campus: Alpha Tau Gamma Chapter of PTK

Johnson County Community College, Overland Park Campus: Alpha Iota Gamma Chapter of PTK

Jefferson Community & Technical College, Shelby County Campus: Beta Tau Epsilon Chapter of PTK

Jefferson Community & Technical College, Southwest Campus: Alpha Upsilon Sigma Chapter of PTK

Jefferson Community College, Watertown Campus: Tau Xi Chapter of PTK

Jefferson State Community College, Birmingham Campus: Pi Pi Chapter of PTK

Jefferson State Community College, Shelby-Hoover Campus: Beta Lambda Delta Chapter of PTK

John A. Logan College, Carterville Campus: Upsilon Pi Chapter of PTK

John Wood Community College, Quincy Campus: Alpha Tau Gamma Chapter of PTK

Johnson County Community College, Overland Park Campus: Alpha Iota Gamma Chapter of PTK

Johnston Community College, Smithfield Campus: Beta Zeta Theta Chapter of PTK

Joliet Junior College, Main Campus: Alpha Lambda Phi Chapter of PTK

Jones College, Ellisville Campus: Rho Sigma Chapter of PTK

Kalamazoo Valley Community College, Texas Township Campus: Alpha Rho Nu Chapter of PTK

Kankakee Community College, Main Campus: Alpha Delta Eta Chapter of PTK

Kansas City Kansas Community College, Main Campus: Mu Delta Chapter of PTK

Kapiâ€˜olani Community College, Honolulu Campus: Alpha Kappa Psi Chapter of PTK

Kaskaskia College, Centralia Campus: Iota Omicron Chapter of PTK

Kauai Community College, Lihue Campus: Alpha Pi Xi Chapter of PTK

Keiser University, Clearwater Campus: Beta Psi Phi Chapter of PTK

Keiser University, Daytona Beach Campus: Beta Omicron Theta Chapter of PTK

Keiser University, Flagship Campus: Beta Chi Gamma Chapter of PTK

Keiser University, Ft Myers Campus: Beta Tau Tau Chapter of PTK

Keiser University, Ft. Lauderdale Campus: Beta Xi Pi Chapter of PTK

Keiser University, Jacksonville Campus: Beta Omicron Iota Chapter of PTK

Keiser University, Lakeland Campus: Beta Mu Epsilon Chapter of PTK

Keiser University, Melbourne Campus: Beta Theta Alpha Chapter of PTK

Keiser University, Miami Campus: Beta Xi Theta Chapter of PTK

Keiser University, Naples Campus: Beta Psi Omega Chapter of PTK

Keiser University, New Port Richey Campus: Beta Psi Lambda Chapter of PTK

Keiser University, Orlando Campus: Beta Xi Beta Chapter of PTK

Keiser University, Pembroke Pines Campus: Beta Omicron Kappa Chapter of PTK

Keiser University, Port St Lucie Campus: Beta Psi Delta Chapter of PTK

Keiser University, Sarasota Campus: Beta Xi Upsilon Chapter of PTK

Keiser University, Tallahassee Campus: Beta Iota Omicron Chapter of PTK

Keiser University, Tampa Campus: Beta Omicron Mu Chapter of PTK

Keiser University, West Palm Beach Campus: Beta Omicron Nu Chapter of PTK

Kellogg Community College, Battle Creek Campus: Alpha Nu Eta Chapter of PTK

Kenai Peninsula College, Soldotna Campus: Alpha Omega Omicron Chapter of PTK

Kendall College, Chicago Campus: Kappa Beta Chapter of PTK

Kennebec Valley Community College, Fairfield Campus: Beta Delta Upsilon Chapter of PTK

Kennedy-King College, Chicago Campus: Lambda Rho Chapter of PTK

Kilgore College, Main Campus: Gamma Omicron Chapter of PTK

Kingsborough Community College, Brooklyn Campus: Xi Kappa Chapter of PTK

Kirkwood Community College, Cedar Rapids Campus: Alpha Eta Rho Chapter of PTK

Kirkwood Community College, Coralville Campus: Beta Lambda Tau Chapter of PTK

Kirtland Community College, Grayling: Alpha Omicron Gamma Chapter of PTK

Kishwaukee College, Malta Campus: Alpha Rho Eta Chapter of PTK

Klamath Community College, Main Campus: Beta Lambda Theta Chapter of PTK

Kodiak College, Main Campus: Beta Epsilon Lambda Chapter of PTK

La Salle University, Philadelphia Campus: Beta Phi Chi Chapter of PTK

Labette Community College, Parsons Campus: Tau Theta Chapter of PTK

Lackawanna College, Scranton Campus: Beta Kappa Alpha Chapter of PTK

LaGuardia Community College, Main Campus: Alpha Theta Phi Chapter of PTK

Lake Land College, Mattoon Campus: Alpha Theta Psi Chapter of PTK

Lake Michigan College, Napier Avenue Campus: Mu Nu Chapter of PTK

Lake Region State College, Devils Lake Campus: Beta Pi Upsilon Chapter of PTK

Lake Superior College, Duluth Campus: Alpha Upsilon Gamma Chapter of PTK

Lake Washington Institute of Technology, Kirkland Campus: Beta Iota Tau Chapter of PTK

Lakeland Community College, Kirtland Campus: Alpha Psi Rho Chapter of PTK

Lakes Region Community College, Laconia Campus: Alpha Chi Epsilon Chapter of PTK

Lakeshore Technical College, Cleveland Campus: Beta Lambda Sigma Chapter of PTK

Lake-Sumter State College, Leesburg Campus: Rho Eta Chapter of PTK

Lamar Community College, Main Campus: Beta Eta Gamma Chapter of PTK

Lamar Institute of Technology, Beaumont Campus: Beta Gamma Phi Chapter of PTK

Lamar State College – Orange, Main Campus: Alpha Nu Gamma Chapter of PTK

Lake Washington Institute of Technology, Kirkland Campus: Beta Iota Tau Chapter of PTK

Lakeland Community College, Kirtland Campus: Alpha Mu Upsilon Chapter of PTK

Lakes Region Community College, Laconia Campus: Alpha Chi Epsilon Chapter of PTK

Lakeshore Technical College, Cleveland Campus: Beta Lambda Sigma Chapter of PTK

Lake-Sumter State College, Leesburg Campus: Rho Eta Chapter of PTK

Lamar Community College, Main Campus: Beta Eta Gamma Chapter of PTK

Lamar Institute of Technology, Beaumont Campus: Beta Gamma Phi Chapter of PTK

Lamar State College – Orange, Main Campus: Alpha Nu Gamma Chapter of PTK

Lamar State College – Port Arthur, Main Campus: Alpha Lambda Rho Chapter of PTK

Landmark College, Putney Campus: Beta Alpha Epsilon Chapter of PTK

Lane Community College, Eugene Campus: Sigma Zeta Chapter of PTK

Laney College, Oakland Campus: Alpha Chi Theta Chapter of PTK

Lansing Community College, Main Campus: Mu Tau Chapter of PTK

Laramie County Community College, Cheyenne Campus: Alpha Omega Zeta Chapter of PTK

Laredo College, Main Campus: Theta Theta Chapter of PTK

Lassen Community College, Susanville Campus: Beta Omicron Xi Chapter of PTK

Laurel Ridge Community College, Fauquier Campus: Alpha Psi Iota Chapter of PTK

Laurel Ridge Community College, Middletown Campus: Alpha Beta Omega Chapter of PTK

Lawson State Community College, Birmingham Campus: Alpha Epsilon Gamma Chapter of PTK

Lee College, Baytown Campus: Zeta Nu Chapter of PTK

Leeward Community College, Pearl City Campus: Alpha Lambda Gamma Chapter of PTK

Lehigh Carbon Community College, Schnecksville Campus: Alpha Omicron Alpha Chapter of PTK

Lenoir Community College, Kinston Campus: Omicron Rho Chapter of PTK

Lethbridge College, Main Campus: Alpha Omega Epsilon Chapter of PTK

Lewis & Clark Community College, Benjamin Godfrey Campus: Eta Psi Chapter of PTK

Lincoln Land Community College, Springfield Campus: Alpha Epsilon Kappa Chapter of PTK

Lincoln Trail College, Robinson Campus: Alpha Iota Epsilon Chapter of PTK

Linn-Benton Community College, Albany Campus: Alpha Tau Upsilon Chapter of PTK

Lone Star College, CyFair Campus: Beta Lambda Mu Chapter of PTK

Lone Star College, Houston North: Beta Omega Zeta Chapter of PTK

Lone Star College, Kingwood Campus: Alpha Lambda Xi Chapter of PTK

Lone Star College, Montgomery Campus: Beta Delta Iota Chapter of PTK

Lone Star College, North Harris: Alpha Alpha Rho Chapter of PTK

Lone Star College, Tomball Campus: Alpha Rho Mu Chapter of PTK

Lone Star College, University Park Campus: Beta Upsilon Nu Chapter of PTK

Long Beach City College, Liberal Arts Campus: Beta Tau Alpha Chapter of PTK

Lorain County Community College, Elyria Campus: Phi Pi Chapter of PTK

Los Angeles City College, Main Campus: Beta Pi Kappa Chapter of PTK

Los Angeles Pierce College, Woodland Hills Campus: Alpha Pi Delta Chapter of PTK

Los Angeles Southwest College, Main Campus: Beta Pi Omega Chapter of PTK

Los Angeles Valley College, Van Nuys Campus: Beta Delta Sigma Chapter of PTK

Louisburg College, Main Campus: Gamma Upsilon Chapter of PTK

Louisiana Delta Community College, Monroe Main Campus: Beta Rho Phi Chapter of PTK

Louisiana State University, Eunice Campus: Alpha Sigma Iota Chapter of PTK

Lower Columbia College, Longview Campus: Gamma Tau Chapter of PTK

Loyola University of Chicago, Arrupe College: Beta Phi Pi Chapter of PTK

Luna Community College, Las Vegas Campus: Beta Mu Nu Chapter of PTK

Lurleen B. Wallace Community College, Andalusia Campus: Alpha Beta Eta Chapter of PTK

Lurleen B. Wallace Community College, Greenville Campus: Beta Pi Nu Chapter of PTK

Luzerne County Community College, Nanticoke Campus: Beta Iota Rho Chapter of PTK

Macomb Community College, Center Campus: Beta Lambda Kappa Chapter of PTK

Madison Area Technical College, Truax Campus: Beta Beta Psi Chapter of PTK

Madisonville Community College, Main Campus: Chi Eta Chapter of PTK

Malcolm X College, Chicago Campus: Alpha Lambda Iota Chapter of PTK

Manchester Community College, Main Campus: Alpha Pi Rho Chapter of PTK

Manhattan Area Technical College, Main Campus: Beta Upsilon Kappa Chapter of PTK

Manor College, Jenkintown Campus: Xi Chi Chapter of PTK

Maria College, Albany Campus: Beta Rho Kappa Chapter of PTK

Marian University's Ancilla College, Donaldson Campus: Beta Beta Beta Chapter of PTK

Marion Military Institute, Main Campus: Omicron Kappa Chapter of PTK

Marion Technical College, Main Campus: Beta Nu Pi Chapter of PTK

Marshalltown Community College, Iowa Valley Grinnell Campus: Beta Sigma Chi Chapter of PTK

Marshalltown Community College, Main Campus: Alpha Iota Rho Chapter of PTK

Martin Community College, Williamston Campus: Alpha Chi Gamma Chapter of PTK

Maria College, Albany Campus: Beta Rho Kappa Chapter of PTK
Marian University Ancilla College, Donaldson Campus: Beta Beta Beta Chapter of PTK
Marion Military Institute, Main Campus: Omicron Kappa Chapter of PTK
Marion Technical College, Main Campus: Beta Nu Pi Chapter of PTK
Marshalltown Community College, Iowa Valley Grinnell Campus: Beta Sigma Chi Chapter of PTK
Marshalltown Community College, Main Campus: Alpha Iota Rho Chapter of PTK
Martin Community College, Williamston Campus: Alpha Chi Gamma Chapter of PTK
Massachusetts Bay Community College, Wellesley Hills Campus: Alpha Kappa Lambda Chapter of PTK
Massasoit Community College, Brockton Campus: Alpha Kappa Upsilon Chapter of PTK
Maui College, Kahului Campus: Psi Sigma Chapter of PTK
Maysville Community & Technical College, Main Campus: Beta Alpha Rho Chapter of PTK
McDowell Technical Community College, Marion Campus: Beta Zeta Lambda Chapter of PTK
McHenry County College, Crystal Lake Campus: Chi Upsilon Chapter of PTK
McLennan Community College, Waco Campus: Pi Chi Chapter of PTK
Medicine Hat College, Main Campus: Alpha Tau Delta Chapter of PTK
Mendocino College, Ukiah Campus: Alpha Omega Lambda Chapter of PTK
Merced College, Main Campus: Alpha Sigma Delta Chapter of PTK
Mercer County Community College, Trenton Campus: Alpha Theta Gamma Chapter of PTK
Mercy College of Ohio, Toledo Campus: Beta Pi Xi Chapter of PTK
Meridian Community College, Main Campus: Nu Upsilon Chapter of PTK
Merritt College, Oakland Campus: Beta Theta Lambda Chapter of PTK
Mesa Community College, Southern/Dobson Campus: Omicron Beta Chapter of PTK
Mesalands Community College, Tucumcari Campus: Beta Eta Omega Chapter of PTK
Metropolitan College of New York, Bronx Center: Beta Mu Iota Chapter of PTK
Metropolitan Community College, Blue River Campus: Alpha Pi Sigma Chapter of PTK
Metropolitan Community College, Longview Campus: Kappa Tau Chapter of PTK
Metropolitan Community College, Maple Woods Campus: Upsilon Xi Chapter of PTK
Metropolitan Community College, MCC Online Campus: Beta Tau Kappa Chapter of PTK
Metropolitan Community College, Penn Valley Campus: Upsilon Kappa Chapter of PTK
Metropolitan Community College, South Omaha Campus: Beta Pi Beta Chapter of PTK
Miami Dade College, Hialeah Campus: Beta Pi Theta Chapter of PTK
Miami Dade College, Homestead Campus: Beta Alpha Iota Chapter of PTK
Miami Dade College, Kendall Campus: Omicron Tau Chapter of PTK
Miami Dade College, Medical Campus: Alpha Gamma Delta Chapter of PTK
Miami Dade College, North Campus: Mu Epsilon Chapter of PTK
Miami Dade College, Padrón Campus: Beta Kappa Iota Chapter of PTK
Miami Dade College, West Campus: Beta Upsilon Gamma Chapter of PTK
Miami Dade College, Wolfson Campus: Alpha Gamma Kappa Chapter of PTK
Mid Michigan College, Main Campus: Alpha Omicron Omicron Chapter of PTK
Middlesex College, Edison Campus: Upsilon Gamma Chapter of PTK
Middlesex Community College, Bedford Campus: Alpha Delta Omicron Chapter of PTK
Midland College, Main Campus: Alpha Beta Phi Chapter of PTK
Midlands Technical College, Airport Campus: Alpha Eta Kappa Chapter of PTK
Mid-Plains, McCook Community College: Eta Omicron Chapter of PTK
Mid-Plains, North Platte Community College – South: Alpha Beta Theta Chapter of PTK
Mid-State Technical College, Wisconsin Rapids Campus: Beta Chi Theta Chapter of PTK
Miles Community College, Main Campus: Beta Theta Gamma Chapter of PTK
Milwaukee Area Technical College, Downtown Campus: Sigma Theta Chapter of PTK
Mineral Area College, Park Hills Campus: Lambda Chapter of PTK
Minneapolis College, Main Campus: Alpha Epsilon Sigma Chapter of PTK
Minnesota North College, Mesabi Range-Virginia: Zeta Iota Chapter of PTK
Minnesota State College Southeast, Winona Campus: Beta Rho Mu Chapter of PTK
Minnesota State, Fergus Falls Campus: Omicron Omicron Chapter of PTK
Minnesota West Community & Tech, Worthington Campus: Alpha Nu Kappa Chapter of PTK
MiraCosta College, Oceanside Campus: Alpha Chi Lambda Chapter of PTK
Mississippi Delta Community College, Greenville Higher Education Center: Beta Rho Omicron Chapter of PTK
Mississippi Delta Community College, Moorhead Campus: Zeta Zeta Chapter of PTK
Mississippi Delta Community College, Parchman: Beta Omega Beta Chapter of PTK
Mississippi Gulf Coast Community College, George County Center: Beta Tau Eta Chapter of PTK
Mississippi Gulf Coast Community College, Harrison County Campus: Omicron Alpha Chapter of PTK
Mississippi Gulf Coast Community College, Jackson County Campus: Pi Epsilon Chapter of PTK
Mississippi Gulf Coast Community College, Perkinston Campus: Gamma Nu Chapter of PTK
Missoula College, University of Montana: Beta Eta Epsilon Chapter of PTK

Mississippi Delta Community College, Moorhead Campus: Zeta Zeta Chapter of PTK
Mississippi Gulf Coast Community College, Gautier Campus: Omega Tau Chapter of PTK
Mississippi Gulf Coast Community College, George County Center: Beta Tau Eta Chapter of PTK
Mississippi Gulf Coast Community College, Harrison County Campus: Omicron Alpha Chapter of PTK
Mississippi Gulf Coast Community College, Jackson County Campus: Pi Epsilon Chapter of PTK
Mississippi Gulf Coast Community College, Perkinston Campus: Gamma Nu Chapter of PTK
Missoula College, University of Montana: Beta Eta Epsilon Chapter of PTK
Missouri State University, West Plains Campus: Alpha Pi Upsilon Chapter of PTK
Mitchell College, New London Campus: Alpha Mu Eta Chapter of PTK
Mitchell Community College, Statesville Campus: Nu Tau Chapter of PTK
Moberly Area Community College, Main Campus: Alpha Tau Chapter of PTK
Modesto Junior College, Main Campus: Beta Mu Theta Chapter of PTK
Mohave Community College, Bullhead City Campus: Alpha Chi Psi Chapter of PTK
Mohave Community College, Lake Havasu Campus: Alpha Chi Chi Chapter of PTK
Mohave Community College, Neal Campus – Kingman: Alpha Chi Omega Chapter of PTK
Mohave Community College, North Mohave Campus: Beta Eta Tau Chapter of PTK
Mohawk Valley Community College, Utica Campus: Lambda Beta Chapter of PTK
Moneague College, Main Campus: Beta Psi Zeta Chapter of PTK
Monroe Community College, Brighton Campus: Alpha Theta Iota Chapter of PTK
Monroe County Community College, Main Campus: Tau Omicron Chapter of PTK
Montcalm Community College, Sidney Campus: Alpha Tau Alpha Chapter of PTK
Montgomery College, Germantown Campus: Beta Kappa Omega Chapter of PTK
Montgomery College, Rockville Campus: Beta Lambda Alpha Chapter of PTK
Montgomery College, Takoma Park Campus: Kappa Omega Chapter of PTK
Montgomery Community College, Troy Campus: Beta Xi Omicron Chapter of PTK
Montgomery County Community College, Blue Bell Campus: Alpha Kappa Zeta Chapter of PTK
Montgomery County Community College, West Campus: Beta Tau Lambda Chapter of PTK
Moorpark College, Main Campus: Beta Sigma Rho Chapter of PTK
Moraine Park Technical College, Fond Du Lac Campus: Beta Mu Kappa Chapter of PTK
Moraine Valley Community College, Palos Hills Campus: Alpha Iota Lambda Chapter of PTK
Morgan Community College, Fort Morgan Campus: Alpha Omicron Zeta Chapter of PTK
Morton College, Cicero Campus: Theta Omicron Chapter of PTK
Motlow State Community College, Moore County Campus: Alpha Xi Pi Chapter of PTK
Mott Community College, Flint Campus: Alpha Omicron Iota Chapter of PTK
Mount St. Mary's University, Los Angeles Campus: Beta Pi Mu Chapter of PTK
Mount Wachusett Community College, Gardner Campus: Phi Delta Chapter of PTK
Mountain Empire Community College, Big Stone Gap Campus: Alpha Delta Psi Chapter of PTK
Mountain Gateway Community College, Clifton Forge Campus: Alpha Eta Omicron Chapter of PTK
Mountwest Community & Technical College, Huntington Campus: Alpha Eta Upsilon Chapter of PTK
Mt. Hood Community College, Gresham Campus: Rho Theta Chapter of PTK
Mt. San Antonio College, Walnut Campus: Alpha Omega Alpha Chapter of PTK
Mt. San Jacinto College, Main Campus: Beta Delta Omega Chapter of PTK
Murray State College, Tishomingo Campus: Alpha Epsilon Chapter of PTK
Muscatine Community College, Main Campus: Beta Zeta Phi Chapter of PTK
Muskegon Community College, Main Campus: Beta Xi Xi Chapter of PTK
Napa Valley College, Main Campus: Beta Beta Sigma Chapter of PTK
Nash Community College, Rocky Mount Campus: Beta Upsilon Delta Chapter of PTK
Nashua Community College, Main Campus: Alpha Chi Kappa Chapter of PTK
Nashville State Community College, Main Campus: Alpha Xi Psi Chapter of PTK
Nassau Community College, Garden City Campus: Omicron Sigma Chapter of PTK
National Park College, Hot Springs Campus: Alpha Beta Psi Chapter of PTK
Navarro College, Corsicana Campus: Zeta Omicron Chapter of PTK
Navarro College, Waxahachie Campus: Beta Upsilon Chi Chapter of PTK
Nebraska College of Tech. Agriculture, Curtis Campus: Alpha Iota Tau Chapter of PTK
Neosho County Community College, Chanute Campus: Omega Iota Chapter of PTK
Neosho County Community College, Ottawa Campus: Beta Nu Iota Chapter of PTK
New England Institute of Technology, Warwick Campus: Beta Xi Phi Chapter of PTK
New Mexico Junior College, Hobbs Campus: Psi Theta Chapter of PTK
New Mexico Military Institute, Roswell Campus: Phi Alpha Chapter of PTK
New Mexico State University, Alamogordo Campus: Alpha Nu Beta Chapter of PTK
New Mexico State University, Doña Ana Community College: Alpha Omega Tau Chapter of PTK
New Mexico State University, Grants Campus: Beta Eta Iota Chapter of PTK
New River Community & Technical College, Greenbrier Valley Campus: Beta Zeta Delta Chapter of PTK

New England Institute of Technology, Warwick Campus: Beta Xi Phi Chapter of PTK

New Mexico Highlands University, Las Vegas Campus: Omicron Lambda Chapter of PTK

New Mexico Military Institute, Roswell Campus: Phi Alpha Chapter of PTK

New Mexico State University, Alamogordo Campus: Alpha Nu Beta Chapter of PTK

New Mexico State University, Doña Ana Community College: Alpha Omega Tau Chapter of PTK

New Mexico State University, Grants Campus: Beta Eta Iota Chapter of PTK

New River Community & Technical College, Greenbrier Valley Campus: Beta Zeta Delta Chapter of PTK

New River Community College, Dublin Campus: Omega Eta Chapter of PTK

NHTI Concord's Community College, Concord Campus: Alpha Upsilon Omicron Chapter of PTK

Niagara County Community College, Sanborn Campus: Alpha Pi Beta Chapter of PTK

Nicolet College, Rhinelander Campus: Alpha Nu Iota Chapter of PTK

Norco College, Main Campus: Beta Lambda Epsilon Chapter of PTK

Normandale Community College, Bloomington Campus: Alpha Kappa Alpha Chapter of PTK

North Arkansas College, Harrison Campus: Beta Beta Delta Chapter of PTK

North Central Michigan College, Petoskey Campus: Alpha Omicron Upsilon Chapter of PTK

North Central Missouri College, Trenton Campus: Eta Mu Chapter of PTK

North Central State College, Mansfield Campus: Beta Theta Eta Chapter of PTK

North Central Texas College, Gainesville Campus: Psi Iota Chapter of PTK

North Country Community College, Saranac Lake Campus: Beta Theta Pi Chapter of PTK

North Dakota State College of Science, Wahpeton Campus: Beta Mu Rho Chapter of PTK

North Florida College, Madison Campus: Mu Xi Chapter of PTK

North Hennepin Community College, Brooklyn Park Campus: Phi Xi Chapter of PTK

North Idaho College, Coeur D'Alene Campus: Delta Kappa Chapter of PTK

North Iowa Area Community College, Mason City Campus: Alpha Psi Beta Chapter of PTK

North Seattle College, Main Campus: Alpha Epsilon Omega Chapter of PTK

North Shore Community College, Danvers Campus: Alpha Lambda Kappa Chapter of PTK

Northampton Community College, Main Campus: Tau Gamma Chapter of PTK

Northampton Community College, Monroe Campus: Beta Beta Chi Chapter of PTK

Northcentral Technical College, Wausau Campus: Beta Rho Zeta Chapter of PTK

Northeast Alabama Community College, Rainsville Campus: Psi Epsilon Chapter of PTK

Northeast Community College, Norfolk Campus: Tau Chi Chapter of PTK

Northeast Iowa Community College, Calmar Campus: Beta Epsilon Phi Chapter of PTK

Northeast Iowa Community College, Peosta Campus: Beta Epsilon Pi Chapter of PTK

Northeast Lakeview College, Universal City Campus: Beta Sigma Delta Chapter of PTK

Northeast Mississippi Community College, Booneville Campus: Iota Zeta Chapter of PTK

Northeast State Community College, Blountville Campus: Alpha Iota Chi Chapter of PTK

Northeast Texas Community College, Mt Pleasant Campus: Alpha Mu Chi Chapter of PTK

Northeast Wisconsin Technical College, Green Bay Campus: Beta Nu Theta Chapter of PTK

Northeastern Junior College, Sterling Campus: Zeta Theta Chapter of PTK

Northeastern Oklahoma A&M College, Miami Campus: Mu Chapter of PTK

Northeastern Technical College, Cheraw Campus: Alpha Kappa Theta Chapter of PTK

Northern Essex Community College, Haverhill Campus: Beta Sigma Lambda Chapter of PTK

Northern Maine Community College, Presque Isle Campus: Alpha Phi Epsilon Chapter of PTK

Northern Marianas College, Saipan Campus: Beta Lambda Psi Chapter of PTK

Northern New Mexico College, Espanola Campus: Alpha Iota Sigma Chapter of PTK

Northern Oklahoma College, Enid Campus: Beta Eta Mu Chapter of PTK

Northern Oklahoma College, Stillwater Campus: Beta Rho Alpha Chapter of PTK

Northern Oklahoma College, Tonkawa Campus: Xi Theta Chapter of PTK

Northern Virginia Community College, Alexandria Campus: Tau Nu Chapter of PTK

Northern Virginia Community College, Annandale Campus: Alpha Beta Rho Chapter of PTK

Northern Virginia Community College, Loudoun Campus: Alpha Zeta Rho Chapter of PTK

Northern Virginia Community College, Manassas Campus: Alpha Iota Zeta Chapter of PTK

Northern Virginia Community College, Medical Education Campus: Beta Nu Psi Chapter of PTK

Northern Virginia Community College, Woodbridge Campus: Alpha Delta Tau Chapter of PTK

Northland Community & Technical College, East Grand Forks Campus: Beta Nu Kappa Chapter of PTK

Northland Community & Technical College, Thief River Falls Campus: Sigma Alpha Chapter of PTK

Northland Pioneer College, Painted Desert Campus: Alpha Gamma Tau Chapter of PTK

Northshore Technical Community College, Sullivan Campus: Beta Phi Zeta Chapter of PTK

Northwest Arkansas Community College, Main Campus: Beta Kappa Psi Chapter of PTK

Northwest College, Powell Campus: Phi Epsilon Chapter of PTK

Northwest Florida State College, Niceville (Main) Campus: Sigma Mu Chapter of PTK

Northwest Indian College, Lummi/Bellingham Campus: Beta Theta Beta Chapter of PTK

Northwest Iowa Community College, Sheldon Campus: Beta Lambda Pi Chapter of PTK

Northland Pioneer College, Painted Desert Campus: Alpha Gamma Tau Chapter of PTK

Northshore Technical Community College, Lacombe-Northshore Campus: Phi Zeta Iota Chapter of PTK

Northwest Arkansas Community College, Main Campus: Beta Kappa Psi Chapter of PTK

Northwest College, Powell Campus: Phi Epsilon Chapter of PTK

Northwest Florida State College, Niceville (Main) Campus: Sigma Mu Chapter of PTK

Northwest Indian College, Lummi/Bellingham Campus: Beta Theta Beta Chapter of PTK

Northwest Iowa Community College, Sheldon Campus: Beta Lambda Pi Chapter of PTK

Northwest Louisiana Technical Community, Minden Campus: Beta Chi Alpha Chapter of PTK

Northwest Mississippi Community College, Desoto Center: Alpha Gamma Chi Chapter of PTK

Northwest Mississippi Community College, Lafayette-Yalobusha Technical Center: Beta Eta Theta Chapter of PTK

Northwest Mississippi Community College, Senatobia Campus: Theta Sigma Chapter of PTK

Northwest State Community College, Archbold Campus: Alpha Omicron Mu Chapter of PTK

Northwest Technical College, Bemidji Campus: Beta Nu Tau Chapter of PTK

Northwest Vista College, San Antonio Campus: Beta Lambda Upsilon Chapter of PTK

Northwestern Michigan College, Traverse City Campus: Alpha Rho Pi Chapter of PTK

Northwest-Shoals Community College, Muscle Shoals-Phil Campbell Campus: Alpha Zeta Iota Chapter of PTK

Northwood Technical College, Rice Lake Campus: Beta Omega Delta Chapter of PTK

Nunez Community College, Chalmette Campus: Beta Theta Psi Chapter of PTK

Oakland Community College, Highland Lakes Campus: Alpha Omicron Kappa Chapter of PTK

Oakton Community College, Des Plaines/Skokie Campuses: Alpha Iota Phi Chapter of PTK

Ocean County College, Toms River Campus: Tau Iota Chapter of PTK

Odessa College, Main Campus: Eta Tau Chapter of PTK

Ohio State University, Agricultural Technical Institute: Alpha Mu Xi Chapter of PTK

Ohio University, Lancaster Campus: Beta Beta Theta Chapter of PTK

Ohlone College, Fremont Campus: Beta Tau Mu Chapter of PTK

Oklahoma City Community College, Main Campus: Alpha Theta Alpha Chapter of PTK

Oklahoma State University, Institute of Technology: Beta Alpha Alpha Chapter of PTK

Oklahoma State University, Oklahoma City Campus: Alpha Pi Nu Chapter of PTK

Olive-Harvey College, Chicago Campus: Lambda Iota Chapter of PTK

Olney Central College, Main Campus: Alpha Theta Eta Chapter of PTK

Olympic College, Bremerton Campus: Beta Gamma Eta Chapter of PTK

Onondaga Community College, Syracuse Campus: Alpha Sigma Zeta Chapter of PTK

Orange Coast College, Costa Mesa Campus: Beta Mu Alpha Chapter of PTK

Orange County Community College, Middletown Campus: Alpha Nu Chi Chapter of PTK

Orangeburg-Calhoun Technical College, Orangeburg Campus: Alpha Alpha Delta Chapter of PTK

Oregon Coast Community College, Newport Campus: Beta Delta Lambda Chapter of PTK

Otero College, La Junta Campus: Delta Rho Chapter of PTK

Owens Community College, Findlay Campus: Beta Xi Chi Chapter of PTK

Owens Community College, Toledo Area Campus: Alpha Omega Pi Chapter of PTK

Owensboro Community & Technical College, Main Campus: Alpha Xi Gamma Chapter of PTK

Oxnard College, Main Campus: Beta Rho Tau Chapter of PTK

Ozarka College, Melbourne Campus: Beta Alpha Eta Chapter of PTK

Ozarks Technical Community College, Springfield Campus: Alpha Psi Tau Chapter of PTK

Palau Community College, Koror Campus: Beta Omicron Zeta Chapter of PTK

Palm Beach State College, Belle Glade Campus: Alpha Delta Nu Chapter of PTK

Palm Beach State College, Boca Raton Campus: Alpha Delta Iota Chapter of PTK

Palm Beach State College, Lake Worth Campus: Delta Omicron Chapter of PTK

Palm Beach State College, Loxahatchee Groves Campus: Beta Omega Theta Chapter of PTK

Palm Beach State College, Palm Beach Gardens Campus: Alpha Gamma Sigma Chapter of PTK

Palo Alto College, San Antonio Campus: Alpha Pi Iota Chapter of PTK

Palomar College, San Marcos Campus: Alpha Omega Rho Chapter of PTK

Pamlico Community College, Grantsboro Campus: Alpha Xi Omicron Chapter of PTK

Panola College, Carthage Campus: Pi Beta Chapter of PTK

Paradise Valley Community College, Phoenix Campus: Alpha Omicron Chi Chapter of PTK

Paris Junior College, Main Campus: Beta Zeta Chapter of PTK

Parkland College, Champaign Campus: Alpha Psi Eta Chapter of PTK

Pasadena City College, Main Campus: Beta Psi Tau Chapter of PTK

Pasco-Hernando State College, East Campus: Alpha Zeta Epsilon Chapter of PTK

Pasco-Hernando State College, North Campus: Alpha Delta Epsilon Chapter of PTK

Pasco-Hernando State College, Porter Campus: Beta Phi Epsilon Chapter of PTK

Pasco-Hernando State College, Spring Hill Campus: Beta Tau Zeta Chapter of PTK

Pasco-Hernando State College, West Campus: Alpha Epsilon Upsilon Chapter of PTK

Passaic County Community College, Paterson Campus: Alpha Eta Chi Chapter of PTK

Patrick & Henry Community College, Martinsville Campus: Psi Phi Chapter of PTK

Pasadena City College, Main Campus: Beta Psi Tau Chapter of PTK

Pasco-Hernando State College, East Campus: Alpha Tau Rho Chapter of PTK

Pasco-Hernando State College, North Campus: Alpha Delta Epsilon Chapter of PTK

Pasco-Hernando State College, Porter Campus: Beta Phi Epsilon Chapter of PTK

Pasco-Hernando State College, Spring Hill Campus: Beta Tau Zeta Chapter of PTK

Pasco-Hernando State College, West Campus: Alpha Epsilon Upsilon Chapter of PTK

Passaic County Community College, Paterson Campus: Alpha Eta Chi Chapter of PTK

Patrick & Henry Community College, Martinsville Campus: Psi Phi Chapter of PTK

Paul D. Camp Community College, Franklin Campus: Omega Zeta Chapter of PTK

Pearl River Community College, Forrest County Center: Beta Tau Gamma Chapter of PTK

Pearl River Community College, Poplarville Campus: Iota Mu Chapter of PTK

Pellissippi State Community College, Knoxville Campus: Alpha Theta Xi Chapter of PTK

Peninsula College, Port Angeles Campus: Beta Delta Nu Chapter of PTK

Penn West University, Clarion Campus: Alpha Kappa Delta Chapter of PTK

Pennsylvania College of Health Sciences, Lancaster Campus: Beta Phi Beta Chapter of PTK

Pennsylvania College of Technology, Williamsport Campus: Beta Epsilon Upsilon Chapter of PTK

Pennsylvania Highlands Community College, Richland Campus: Beta Epsilon Omega Chapter of PTK

Pennsylvania Institute of Technology, Media Campus: Alpha Psi Mu Chapter of PTK

Pensacola State College, Main Campus: Theta Chi Chapter of PTK

Pensacola State College, Milton Campus: Beta Beta Gamma Chapter of PTK

Pensacola State College, Warrington Campus: Beta Alpha Psi Chapter of PTK

Phillips Community College, Helena Campus: Sigma Kappa Chapter of PTK

Phoenix College, Evening Division: Rho Pi Chapter of PTK

Piedmont Community College, Person County Campus: Alpha Upsilon Theta Chapter of PTK

Piedmont Technical College, Greenwood Campus: Omega Chi Chapter of PTK

Piedmont Virginia Community College, Charlottesville Campus: Alpha Epsilon Tau Chapter of PTK

Pierce College, Fort Steilacoom Campus: Omega Theta Chapter of PTK

Pierce College, Puyallup Campus: Alpha Psi Delta Chapter of PTK

Pierpont Community & Technical College, Fairmont Campus: Alpha Tau Pi Chapter of PTK

Pikes Peak State College, Centennial Campus: Alpha Gamma Alpha Chapter of PTK

Pima Community College, District Office: Alpha Beta Chi Chapter of PTK

Pine Technical College, Pine City Campus: Beta Kappa Rho Chapter of PTK

Pitt Community College, Winterville Campus: Beta Nu Upsilon Chapter of PTK

Polk State College, Lakeland Campus: Beta Upsilon Upsilon Chapter of PTK

Polk State College, Winter Haven Campus: Xi Pi Chapter of PTK

Porterville College, Main Campus: Alpha Chi Mu Chapter of PTK

Portland Community College, Cascade Campus: Beta Epsilon Gamma Chapter of PTK

Portland Community College, Rock Creek Campus: Beta Gamma Lambda Chapter of PTK

Portland Community College, Southeast Campus: Beta Pi Rho Chapter of PTK

Portland Community College, Sylvania Campus: Alpha Eta Iota Chapter of PTK

Post University, Waterbury Campus: Omega Rho Chapter of PTK

Potomac State College of WVU, Keyser Campus: Beta Psi Chi Chapter of PTK

Prairie State College, Chicago Heights Campus: Nu Sigma Chapter of PTK

Pratt Community College, Main Campus: Phi Zeta Chapter of PTK

Prince George's Community College, Largo Campus: Tau Pi Chapter of PTK

Prince William Sound College, Valdez Campus: Alpha Psi Gamma Chapter of PTK

Pueblo Community College, Pueblo Campus: Alpha Rho Theta Chapter of PTK

Purdue University Global, Online Campus (Chicago): Beta Phi Kappa Chapter of PTK

Queensborough Community College, Bayside Campus: Lambda Sigma Chapter of PTK

Quincy College, Main Campus: Alpha Pi Psi Chapter of PTK

Quinsigamond Community College, Worcester Campus: Alpha Zeta Theta Chapter of PTK

Randolph Community College, Asheboro Campus: Beta Theta Rho Chapter of PTK

Ranger College, Main Campus: Delta Tau Chapter of PTK

Ranken Technical College, St Louis Campus: Alpha Tau Chi Chapter of PTK

Rappahannock Community College, Warsaw Campus: Alpha Lambda Omicron Chapter of PTK

Raritan Valley Community College, North Branch Campus: Alpha Epsilon Pi Chapter of PTK

Reading Area Community College, Main Campus: Alpha Sigma Rho Chapter of PTK

Red Rocks Community College, Lakewood Campus: Alpha Kappa Sigma Chapter of PTK

Redlands Community College, El Reno Campus: Alpha Beta Upsilon Chapter of PTK

Rend Lake College, Ina Campus: Rho Xi Chapter of PTK

Renton Technical College, Main Campus: Beta Phi Delta Chapter of PTK

Rhodes State College, Lima Campus: Alpha Tau Mu Chapter of PTK

Richard Bland College, Petersburg Campus: Alpha Beta Omicron Chapter of PTK

Richard J. Daley College, Chicago Campus: Pi Rho Chapter of PTK

Reading Area Community College, Main Campus: Alpha Sigma Rho Chapter of PTK
Red Rocks Community College, Lakewood Campus: Alpha Upsilon Sigma Chapter of PTK
Redlands Community College, El Reno Campus: Alpha Beta Upsilon Chapter of PTK
Rend Lake College, Ina Campus: Rho Xi Chapter of PTK
Renton Technical College, Main Campus: Beta Phi Delta Chapter of PTK
Rhodes State College, Lima Campus: Alpha Tau Mu Chapter of PTK
Richard Bland College, Petersburg Campus: Alpha Beta Omicron Chapter of PTK
Richard J. Daley College, Chicago Campus: Pi Rho Chapter of PTK
Richland Community College, Decatur Campus: Alpha Alpha Omicron Chapter of PTK
Richmond Community College, Hamlet Campus: Beta Nu Sigma Chapter of PTK
Ridgewater College, Hutchinson Campus: Beta Eta Chi Chapter of PTK
Rio Salado College, Tempe Campus: Alpha Theta Omicron Chapter of PTK
River Parishes Community College, Sorrento Campus: Beta Xi Mu Chapter of PTK
River Valley Community College, Claremont Campus: Alpha Delta Chi Chapter of PTK
Riverland Community College, Austin Campus: Zeta Eta Chapter of PTK
Roane State Community College, Oak Ridge Campus: Beta Alpha Chi Chapter of PTK
Roanoke-Chowan Community College, Ahoskie Campus: Beta Nu Mu Chapter of PTK
Robeson Community College, Lumberton Campus: Beta Delta Mu Chapter of PTK
Rochester Community & Technical College, Main Campus: Omicron Chapter of PTK
Rock Valley College, Rockford Campus: Omicron Eta Chapter of PTK
Rockingham Community College, Wentworth Campus: Alpha Kappa Pi Chapter of PTK
Rockland Community College, Suffern Campus: Alpha Phi Sigma Chapter of PTK
Rose State College, Midwest City Campus: Beta Eta Alpha Chapter of PTK
Rowan College at Burlington County, Mount Laurel Campus: Chi Iota Chapter of PTK
Rowan College of South Jersey, Cumberland Campus: Rho Gamma Chapter of PTK
Rowan College of South Jersey, Gloucester Campus: Alpha Psi Pi Chapter of PTK
Rowan-Cabarrus Community College, Salisbury Campus: Beta Tau Theta Chapter of PTK
Roxbury Community College, Boston Campus: Alpha Iota Mu Chapter of PTK
Sacramento City College, Main Campus: Beta Eta Psi Chapter of PTK
Saddleback College, Mission Viejo Campus: Beta Epsilon Beta Chapter of PTK
Salem Community College, Carney's Point Campus: Alpha Pi Omega Chapter of PTK
Salt Lake Community College, Taylorsville Redwood Campus: Alpha Chi Eta Chapter of PTK
Sampson Community College, Clinton Campus: Beta Theta Zeta Chapter of PTK
San Antonio College, Main Campus: Beta Nu Chapter of PTK
San Diego City College, Main Campus: Beta Iota Kappa Chapter of PTK
San Diego Mesa College, Main Campus: Beta Beta Upsilon Chapter of PTK
San Diego Miramar College, Main Campus: Beta Iota Lambda Chapter of PTK
San Jacinto College, Central Campus: Mu Omicron Chapter of PTK
San Jacinto College, North Campus: Alpha Alpha Omega Chapter of PTK
San Jacinto College, South Campus: Alpha Gamma Zeta Chapter of PTK
San Joaquin Valley College, Ontario Campus: Beta Sigma Nu Chapter of PTK
San Jose City College, Main Campus: Beta Epsilon Nu Chapter of PTK
San Juan College, Farmington Campus: Alpha Mu Sigma Chapter of PTK
Sandhills Community College, Pinehurst Campus: Alpha Tau Beta Chapter of PTK
Santa Ana College, Main Campus: Alpha Beta Chapter of PTK
Santa Barbara City College, Main Campus: Beta Gamma Upsilon Chapter of PTK
Santa Fe College, Gainesville Campus: Alpha Zeta Phi Chapter of PTK
Santa Fe Community College, Main Campus: Alpha Kappa Xi Chapter of PTK
Santa Monica College, Main Campus: Beta Kappa Delta Chapter of PTK
Santa Rosa Junior College, Main Campus: Beta Gamma Delta Chapter of PTK
Santiago Canyon College, Orange Campus: Beta Eta Rho Chapter of PTK
Sauk Valley Community College, Dixon Campus: Beta Alpha Gamma Chapter of PTK
Savannah Technical College, Main Campus: Beta Xi Tau Chapter of PTK
Schenectady County Community College, Main Campus: Alpha Zeta Upsilon Chapter of PTK
Schoolcraft College, Livonia Campus: Omicron Iota Chapter of PTK
Scott Community College, Bettendorf Campus: Beta Zeta Epsilon Chapter of PTK
Scottsdale Community College, Main Campus: Psi Gamma Chapter of PTK
Seattle Central College, Central Campus: Alpha Chi Zeta Chapter of PTK
Seminole State College of Florida, Sanford Campus: Pi Lambda Chapter of PTK
Seminole State College, Main Campus: Alpha Theta Nu Chapter of PTK
Seward County Community College, Liberal Campus: Chi Alpha Chapter of PTK
Shasta College, Redding Campus: Beta Mu Mu Chapter of PTK
Shawnee Community College, Ullin Campus: Alpha Lambda Epsilon Chapter of PTK
Shelton State Community College, Martin Campus: Alpha Epsilon Iota Chapter of PTK

Seattle Central College, Central Campus: Alpha Chi Zeta Chapter of PTK

Seminole State College of Florida, Sanford Campus: Pi Lambda Chapter of PTK

Seminole State College, Main Campus: Alpha Theta Nu Chapter of PTK

Seward County Community College, Liberal Campus: Chi Alpha Chapter of PTK

Shasta College, Redding Campus: Beta Mu Mu Chapter of PTK

Shawnee Community College, Ullin Campus: Alpha Lambda Epsilon Chapter of PTK

Shelton State Community College, Martin Campus: Alpha Epsilon Iota Chapter of PTK

Sheridan College, Main Campus: Iota Theta Chapter of PTK

Shoreline Community College, Seattle Campus: Pi Iota Chapter of PTK

Sierra College, Rocklin Campus: Beta Mu Zeta Chapter of PTK

Sinclair Community College, Dayton Campus: Nu Pi Chapter of PTK

Skagit Valley College, Mt. Vernon Campus: Theta Upsilon Chapter of PTK

Skagit Valley College, Whidbey Island Campus: Alpha Omicron Sigma Chapter of PTK

Skyline College, San Bruno Campus: Beta Theta Omicron Chapter of PTK

Snead State Community College, Boaz Campus: Theta Iota Chapter of PTK

Solano Community College, Fairfield Campus: Beta Mu Gamma Chapter of PTK

Somerset Community College, Main Campus: Omicron Zeta Chapter of PTK

South Arkansas College, El Dorado Campus: Alpha Gamma Iota Chapter of PTK

South Central College, North Mankato Campus: Beta Mu Eta Chapter of PTK

South Florida State College, Highland/Avon Park Campus: Tau Epsilon Chapter of PTK

South Georgia State College, Douglas Campus: Kappa Sigma Chapter of PTK

South Georgia State College, Waycross Campus: Alpha Rho Omega Chapter of PTK

South Louisiana Community College, Lafayette Campus: Beta Xi Omega Chapter of PTK

South Mountain Community College, Phoenix Campus: Alpha Eta Delta Chapter of PTK

South Piedmont Community College, L.L. Polk Campus: Alpha Omega Psi Chapter of PTK

South Plains College, Levelland Campus: Kappa Mu Chapter of PTK

South Puget Sound Community College, Olympia Campus: Alpha Xi Phi Chapter of PTK

South Seattle College, South Campus: Alpha Chi Phi Chapter of PTK

South Suburban College of Cook County, South Holland Campus: Psi Pi Chapter of PTK

South Texas College, Pecan Campus: Beta Epsilon Mu Chapter of PTK

Southcentral Kentucky Com & Tech College, Bowling Green Campus: Beta Upsilon Alpha Chapter of PTK

Southeast Arkansas College, Pine Bluff Campus: Beta Gamma Mu Chapter of PTK

Southeast Community College, Beatrice Campus: Eta Alpha Chapter of PTK

Southeast Community College, Lincoln Campus: Alpha Pi Lambda Chapter of PTK

Southeast Community College, Milford Campus: Beta Chi Tau Chapter of PTK

Southeast Kentucky Community/Tech, Cumberland Campus: Xi Sigma Chapter of PTK

Southeast Missouri Hospital, College of Nursing & Health Sciences: Beta Sigma Kappa Chapter of PTK

Southeast New Mexico College, Carlsbad Campus: Alpha Rho Xi Chapter of PTK

Southeastern Community College, West Burlington Campus: Beta Eta Alpha Chapter of PTK

Southeastern Community College, Whiteville Campus: Omicron Mu Chapter of PTK

Southeastern Illinois College, Harrisburg Campus: Mu Psi Chapter of PTK

Southeastern Technical College, Vidalia Campus: Beta Phi Psi Chapter of PTK

Southern Arkansas University Tech, Camden Campus: Alpha Lambda Lambda Chapter of PTK

Southern Maine Community College, South Portland Campus: Alpha Chi Nu Chapter of PTK

Southern New Hampshire University, Manchester Campus: Alpha Phi Mu Chapter of PTK

Southern State Community College, Central Campus: Alpha Omicron Eta Chapter of PTK

Southern Union State Community College, Wadley Campus: Iota Iota Chapter of PTK

Southern University at Shreveport, Main Campus: Beta Beta Nu Chapter of PTK

Southern West VA Community/Tech College, Williamson Campus: Alpha Eta Gamma Chapter of PTK

Southside College of Health Sciences, Professional Schools: Beta Chi Omicron Chapter of PTK

Southside Virginia Community College, Christanna Campus: Alpha Theta Chi Chapter of PTK

Southside Virginia Community College, Keysville Campus: Alpha Theta Upsilon Chapter of PTK

Southwest Mississippi Community College, Summit Campus: Omicron Delta Chapter of PTK

Southwest Technical College, Fennimore Campus: Beta Rho Beta Chapter of PTK

Southwest Tennessee Community College, Macon Cove Campus: Upsilon Delta Chapter of PTK

Southwest Texas College, Del Rio Campus: Alpha Omega Iota Chapter of PTK

Southwest Texas College, Eagle Pass Campus: Beta Lambda Gamma Chapter of PTK

Southwest Texas College, Uvalde Campus: Eta Beta Chapter of PTK

Southwest Virginia Community College, Richlands Campus: Upsilon Upsilon Chapter of PTK

Southwestern Christian College, Terrell Campus: Beta Omicron Beta Chapter of PTK

Southwestern College, Chula Vista Campus: Alpha Pi Epsilon Chapter of PTK

Southwestern Community College, Creston Campus: Beta Eta Nu Chapter of PTK

Southwestern Illinois College, Belleville Campus: Theta Epsilon Chapter of PTK

Southwest Texas College, Eagle Pass Campus: Beta Lambda Gamma Chapter of PTK
Southwest Virginia Community College, Richlands Campus: Upsilon Upsilon Chapter of PTK
Southwestern Christian College, Terrell Campus: Beta Omicron Beta Chapter of PTK
Southwestern College, Chula Vista Campus: Alpha Pi Epsilon Chapter of PTK
Southwestern Community College, Creston Campus: Beta Eta Nu Chapter of PTK
Southwestern Illinois College, Belleville Campus: Theta Epsilon Chapter of PTK
Southwestern Illinois College, Granite City Campus: Alpha Kappa Rho Chapter of PTK
Southwestern Illinois College, Red Bud Campus: Beta Iota Iota Chapter of PTK
Southwestern Michigan College, Dowagiac Campus: Sigma Psi Chapter of PTK
Southwestern Oklahoma State University, Sayre Campus: Beta Iota Gamma Chapter of PTK
Southwestern Oregon Community College, Coos Bay Campus: Alpha Kappa Phi Chapter of PTK
SOWELA Technical Community College, Lake Charles Campus: Beta Phi Iota Chapter of PTK
Spartanburg Community College, Main Campus: Beta Sigma Psi Chapter of PTK
Spartanburg Methodist College, Main Campus: Delta Iota Chapter of PTK
Spokane Community College, Main Campus: Beta Epsilon Iota Chapter of PTK
Spokane Falls Community College, Main Campus: Beta Gamma Kappa Chapter of PTK
Spoon River College, Canton Campus: Nu Delta Chapter of PTK
Springfield Technical Community College, Main Campus: Alpha Psi Sigma Chapter of PTK
St Clair County Community College, Port Huron Campus: Lambda Mu Chapter of PTK
St. Charles Community College, St. Charles Campus: Alpha Xi Chi Chapter of PTK
St. Cloud Technical & Community College, Main Campus: Beta Xi Gamma Chapter of PTK
St. Johns River State College, Orange Park Campus: Alpha Epsilon Lambda Chapter of PTK
St. Johns River State College, Palatka Campus: Chi Tau Chapter of PTK
St. Johns River State College, St Augustine Campus: Alpha Xi Eta Chapter of PTK
St. Louis Community College, Florissant Valley Campus: Pi Kappa Chapter of PTK
St. Louis Community College, Forest Park Campus: Xi Epsilon Chapter of PTK
St. Louis Community College, Meramec Campus: Xi Lambda Chapter of PTK
St. Louis Community College, Wildwood Campus: Beta Rho Epsilon Chapter of PTK
St. Paul College, Main Campus: Beta Xi Alpha Chapter of PTK
St. Petersburg College, Clearwater Campus: Tau Zeta Chapter of PTK
St. Petersburg College, Gibbs Campus: Eta Nu Chapter of PTK
St. Petersburg College, Health Education Center: Alpha Omega Beta Chapter of PTK
St. Petersburg College, Seminole Campus: Beta Theta Omega Chapter of PTK
St. Petersburg College, Tarpon Springs Campus: Alpha Zeta Tau Chapter of PTK
St. Philip's College, San Antonio Campus: Psi Kappa Chapter of PTK
St. Vincent's College Sacred Heart Univ., Bridgeport Campus: Beta Omicron Alpha Chapter of PTK
Stanly Community College, Albemarle Campus: Alpha Psi Upsilon Chapter of PTK
Stark State College, North Canton Campus: Beta Gamma Epsilon Chapter of PTK
State College of Florida, Bradenton Campus: Nu Zeta Chapter of PTK
State College of Florida, Venice Campus: Alpha Mu Upsilon Chapter of PTK
State Fair Community College, Sedalia Campus: Alpha Lambda Omega Chapter of PTK
State Technical College of Missouri, Linn Campus: Alpha Phi Omicron Chapter of PTK
Stephens College, Columbia Campus: Alpha Chapter of PTK
Strayer University, Washington DC Campus: Beta Upsilon Psi Chapter of PTK
Suffolk County Community College, Ammerman Campus: Alpha Zeta Nu Chapter of PTK
Suffolk County Community College, Eastern Campus: Alpha Eta Psi Chapter of PTK
Suffolk County Community College, Michael J. Grant Campus: Alpha Delta Gamma Chapter of PTK
Sullivan County Community College, Loch Sheldrake Campus: Alpha Epsilon Delta Chapter of PTK
Sullivan University, Lexington Campus: Beta Pi Chi Chapter of PTK
SUNY Cobleskill, Main Campus: Lambda Gamma Chapter of PTK
SUNY College of Technology at Alfred, Main Campus: Alpha Sigma Mu Chapter of PTK
SUNY Delhi, Main Campus: Alpha Eta Theta Chapter of PTK
SUNY Morrisville, Main Campus: Lambda Xi Chapter of PTK
Surry Community College, Dobson Campus: Alpha Xi Tau Chapter of PTK
Sussex County Community College, Newton Campus: Alpha Upsilon Pi Chapter of PTK
SW Indian Polytechnic Institute, Albuquerque Campus: Beta Beta Iota Chapter of PTK
Tacoma Community College, Main Campus: Chi Gamma Chapter of PTK
Tacoma Community College, Washington Corrections Center for Women: Beta Psi Nu Chapter of PTK
Taft College, Main Campus: Beta Lambda Zeta Chapter of PTK
Tallahassee Community College, Main Campus: Rho Tau Chapter of PTK
Tarrant County College, Northeast Campus: Phi Tau Chapter of PTK
Tarrant County College, Northwest Campus: Alpha Delta Delta Chapter of PTK

SW Indian Polytechnic Institute, Albuquerque Campus: Beta Beta Iota Chapter of PTK

Tacoma Community College, Washington Corrections Center for Women: Beta Phi Chapter of PTK

Tacoma Community College, Washington Corrections Center for Women: Beta Psi Nu Chapter of PTK

Taft College, Main Campus: Beta Lambda Zeta Chapter of PTK

Tallahassee Community College, Main Campus: Rho Tau Chapter of PTK

Tarrant County College, Northeast Campus: Phi Tau Chapter of PTK

Tarrant County College, Northwest Campus: Alpha Delta Delta Chapter of PTK

Tarrant County College, South Campus: Rho Chi Chapter of PTK

Tarrant County College, Southeast Campus: Beta Delta Omicron Chapter of PTK

Tarrant County College, TCC Connect Campus: Beta Chi Zeta Chapter of PTK

Tarrant County College, Trinity River Campus: Beta Sigma Mu Chapter of PTK

Technical College of the Lowcountry, Beaufort Campus: Alpha Lambda Beta Chapter of PTK

Temple College, Main Campus: Lambda Theta Chapter of PTK

Terra State Community College, Fremont Campus: Alpha Mu Epsilon Chapter of PTK

Texarkana College, Main Campus: Zeta Sigma Chapter of PTK

Texas Southmost College, Brownsville Campus: Alpha Mu Chapter of PTK

Texas State Technical College, Abilene Campus: Beta Zeta Psi Chapter of PTK

Texas State Technical College, Breckenridge Campus: Beta Iota Eta Chapter of PTK

Texas State Technical College, Brownwood Campus: Beta Iota Chi Chapter of PTK

Texas State Technical College, Fort Bend Campus: Beta Chi Pi Chapter of PTK

Texas State Technical College, Harlingen Campus: Beta Iota Phi Chapter of PTK

Texas State Technical College, Marshall Campus: Beta Beta Phi Chapter of PTK

Texas State Technical College, North Texas Campus: Beta Chi Phi Chapter of PTK

Texas State Technical College, Sweetwater Campus: Alpha Chi Upsilon Chapter of PTK

Texas State Technical College, Waco Campus: Alpha Omega Omega Chapter of PTK

Thaddeus Stevens College of Technology, Lancaster Campus: Beta Nu Delta Chapter of PTK

The College of the Florida Keys, Key West Campus: Rho Epsilon Chapter of PTK

The College of Westchester, White Plains Campus: Beta Pi Gamma Chapter of PTK

Three Rivers College, Poplar Bluff Campus: Sigma Rho Chapter of PTK

Tidewater Community College, Chesapeake Campus: Alpha Zeta Lambda Chapter of PTK

Tidewater Community College, Norfolk Campus: Beta Zeta Upsilon Chapter of PTK

Tidewater Community College, Portsmouth Campus: Chi Mu Chapter of PTK

Tidewater Community College, Virginia Beach Campus: Psi Upsilon Chapter of PTK

Tillamook Bay Community College, Main Campus: Beta Delta Epsilon Chapter of PTK

Tompkins Cortland Community College, Dryden Campus: Alpha Gamma Nu Chapter of PTK

Tougaloo College, Main Campus: Beta Phi Omega Chapter of PTK

Treasure Valley Community College, Ontario Campus: Omicron Phi Chapter of PTK

Trenholm State Technical College, Main Campus: Beta Phi Phi Chapter of PTK

Tri-County Community College, Murphy Campus: Alpha Eta Xi Chapter of PTK

Tri-County Technical College, Pendleton Campus: Alpha Zeta Beta Chapter of PTK

Trident Technical College, Main/Charleston Campus: Alpha Epsilon Omicron Chapter of PTK

Trinidad State College, Main Campus: Gamma Xi Chapter of PTK

Trinidad State College, Valley Campus: Beta Kappa Mu Chapter of PTK

Trinity College of Nursing, Rock Island Campus: Beta Zeta Beta Chapter of PTK

Trinity Valley Community College, Athens Campus: Iota Alpha Chapter of PTK

Triton College, West Campus: Chi Zeta Chapter of PTK

Trocaire College, Buffalo Campus: Alpha Pi Eta Chapter of PTK

Truckee Meadows Community College, Dandini Main Campus: Alpha Pi Gamma Chapter of PTK

Tulsa Community College, Metro Campus: Omega Alpha Chapter of PTK

Tyler Junior College, Main Campus: Alpha Omicron Chapter of PTK

UA Pulaski Technical College, North Little Rock: Beta Zeta Omega Chapter of PTK

UAA Community & Technical College, Anchorage Campus: Beta Tau Delta Chapter of PTK

UC Blue Ash College, Main Campus: Upsilon Psi Chapter of PTK

UC Clermont College, Batavia Campus: Alpha Iota Theta Chapter of PTK

UCNJ Union College of Union County, NJ, Cranford Campus: Iota Xi Chapter of PTK

Ulster County Community College, Stone Ridge Campus: Alpha Rho Delta Chapter of PTK

Umpqua Community College, Roseburg Campus: Alpha Sigma Upsilon Chapter of PTK

University of Akron, Main Campus: Alpha Alpha Psi Chapter of PTK

University of Akron, Wayne College: Alpha Zeta Chi Chapter of PTK

University of Alaska, Southeast – Sitka: Beta Phi Xi Chapter of PTK

University of Arizona, Global Campus: Beta Tau Chi Chapter of PTK

University of Arkansas – Rich Mountain, Mena Campus: Beta Eta Upsilon Chapter of PTK

University of Arkansas C.C. At Morrilton, Morrilton Campus: Beta Eta Sigma Chapter of PTK

Umpqua Community College, Roseburg Campus: Alpha Sigma Upsilon Chapter of PTK

University of Akron, Main Campus: Alpha Zeta Chi Chapter of PTK

University of Akron, Wayne College: Alpha Zeta Chi Chapter of PTK

University of Alaska, Southeast – Sitka: Beta Phi Xi Chapter of PTK

University of Arizona, Global Campus: Beta Tau Chi Chapter of PTK

University of Arkansas – Rich Mountain, Mena Campus: Beta Eta Upsilon Chapter of PTK

University of Arkansas C.C. At Morrilton, Morrilton Campus: Beta Eta Sigma Chapter of PTK

University of Arkansas CC Hope-Texarkana, Hope-Texarkana Campus: Beta Beta Kappa Chapter of PTK

University of Arkansas Community College, Batesville Campus: Beta Mu Beta Chapter of PTK

University of Arkansas Cossatot, DeQueen Campus: Beta Beta Omega Chapter of PTK

University of Indianapolis, Main Campus: Beta Alpha Omega Chapter of PTK

University of Maryland, Europe Campus: Beta Kappa Epsilon Chapter of PTK

University of New Mexico, Gallup Campus: Beta Tau Psi Chapter of PTK

University of New Mexico, Los Alamos Campus: Beta Zeta Chi Chapter of PTK

University of New Mexico, Taos Campus: Beta Upsilon Iota Chapter of PTK

University of New Mexico, Valencia County Branch: Beta Zeta Zeta Chapter of PTK

University of North Georgia, Gainesville Campus: Rho Mu Chapter of PTK

University of Rio Grande, Main Campus: Beta Nu Phi Chapter of PTK

University of St. Thomas, Dougherty Family College: Beta Chi Nu Chapter of PTK

University of the District of Columbia, Community College: Beta Sigma Upsilon Chapter of PTK

University of Wisconsin Oshkosh, Fond du Lac Campus: Alpha Nu Pi Chapter of PTK

USD, Community College for Sioux Falls: Beta Psi Omicron Chapter of PTK

Utah Valley University, Orem Campus: Alpha Sigma Theta Chapter of PTK

UW-Eau Claire, Barron County Campus: Alpha Theta Pi Chapter of PTK

UW-Green Bay, Manitowoc Campus: Alpha Sigma Lambda Chapter of PTK

UW-Green Bay, Sheboygan Campus: Alpha Mu Omega Chapter of PTK

UW-Milwaukee, Washington County Campus: Chi Chi Chapter of PTK

UW-Milwaukee, Waukesha Campus: Alpha Chi Rho Chapter of PTK

UW-Oshkosh, Fox Cities Campus: Alpha Theta Tau Chapter of PTK

UW-Platteville, Baraboo/Sauk County Campus: Beta Kappa Eta Chapter of PTK

UW-Platteville, Richland Campus: Phi Mu Chapter of PTK

UW-Whitewater, Rock County Campus: Beta Mu Chi Chapter of PTK

Valencia College, East Campus: Alpha Gamma Omega Chapter of PTK

Valencia College, Osceola Campus: Alpha Phi Zeta Chapter of PTK

Valencia College, West Campus: Chi Epsilon Chapter of PTK

Valley Forge Military College, Wayne Campus: Delta Epsilon Chapter of PTK

Vance-Granville Community College, Henderson Campus: Alpha Sigma Chi Chapter of PTK

Vermont Technical College, Randolph Center: Beta Beta Lambda Chapter of PTK

Vernon College, Main Campus: Omega Kappa Chapter of PTK

Victor Valley College, Victorville Campus: Alpha Phi Gamma Chapter of PTK

Victoria College, Main Campus: Zeta Gamma Chapter of PTK

Villa Maria College of Buffalo, Main Campus: Tau Lambda Chapter of PTK

Vincennes University, Jasper Campus: Beta Zeta Rho Chapter of PTK

Vincennes University, Main Campus: Zeta Psi Chapter of PTK

Virginia Highlands Community College, Abingdon Campus: Alpha Gamma Rho Chapter of PTK

Virginia Peninsula Community College, Hampton Campus: Phi Sigma Chapter of PTK

Virginia Western Community College, Roanoke Campus: Phi Eta Chapter of PTK

Volunteer State Community College, Gallatin Campus: Beta Delta Kappa Chapter of PTK

Wabash Valley College, Mt Carmel Campus: Rho Psi Chapter of PTK

Wade College, Dallas Campus: Alpha Mu Phi Chapter of PTK

Waipahu High School Early College, Main Campus: Beta Chi Omega Chapter of PTK

Wake Technical Community College, Main Campus: Beta Alpha Zeta Chapter of PTK

Walla Walla Community College, Main Campus: Alpha Nu Phi Chapter of PTK

Walla Walla Community College, North Campus: Beta Chi Xi Chapter of PTK

Wallace Community College – Dothan, Wallace Campus: Omega Beta Chapter of PTK

Wallace Community College, Selma Campus: Alpha Eta Tau Chapter of PTK

Wallace State Community College, Hanceville Campus: Alpha Chi Tau Chapter of PTK

Walters State Community College, Morristown Campus: Alpha Beta Iota Chapter of PTK

Warren County Community College, Washington Campus: Alpha Upsilon Rho Chapter of PTK

Washburn University, Topeka Campus: Alpha Mu Omicron Chapter of PTK

Washington County Community College, Calais Campus: Beta Iota Omega Chapter of PTK

Washington State Community College, Marietta Campus: Alpha Rho Gamma Chapter of PTK

Washtenaw Community College, Ann Arbor Campus: Beta Gamma Alpha Chapter of PTK

Waubonsee Community College, Sugar Grove Campus: Phi Omicron Chapter of PTK

Wallace State Community College, Hanceville Campus: Alpha Chi Tau Chapter of PTK
Walters State Community College, Morristown Campus: Alpha Iota Omega of PTK
Warren County Community College, Washington Campus: Alpha Upsilon Rho Chapter of PTK
Washburn University, Topeka Campus: Alpha Mu Omicron Chapter of PTK
Washington County Community College, Calais Campus: Beta Iota Omega Chapter of PTK
Washington State Community College, Marietta Campus: Alpha Rho Gamma Chapter of PTK
Washtenaw Community College, Ann Arbor Campus: Beta Gamma Alpha Chapter of PTK
Waubonsee Community College, Sugar Grove Campus: Phi Omicron Chapter of PTK
Waukesha County Technical College, Pewaukee Campus: Alpha Rho Zeta Chapter of PTK
Wayne Community College, Goldsboro Campus: Upsilon Chi Chapter of PTK
Wayne County Community College, Downtown Campus: Alpha Upsilon Zeta Chapter of PTK
Weatherford College, Main Campus: Phi Chapter of PTK
Wenatchee Valley College, Main Campus: Eta Rho Chapter of PTK
Wenatchee Valley College, Omak Campus: Alpha Kappa Eta Chapter of PTK
West Georgia Technical College, Carrollton Campus: Beta Theta Phi Chapter of PTK
West Hills College, Coalinga Campus: Beta Upsilon Phi Chapter of PTK
West Hills College, Lemoore Campus: Beta Phi Lambda Chapter of PTK
West Kentucky Community/Technical, Paducah Campus: Iota Eta Chapter of PTK
West Los Angeles College, Culver City Campus: Beta Eta Beta Chapter of PTK
West Shore Community College, Scottville Campus: Alpha Phi Phi Chapter of PTK
West Virginia Northern Community College, Main Campus: Omega Epsilon Chapter of PTK
Westchester Community College, Valhalla Campus: Alpha Iota Omicron Chapter of PTK
Western Iowa Tech Community College, Sioux City Campus: Beta Zeta Mu Chapter of PTK
Western Nebraska Community College, Scottsbluff Campus: Lambda Pi Chapter of PTK
Western Nevada College, Carson City Campus: Alpha Upsilon Beta Chapter of PTK
Western Nevada College, Fallon Campus: Beta Theta Iota Chapter of PTK
Western Oklahoma State College, Altus Campus: Alpha Theta Mu Chapter of PTK
Western Piedmont Community College, Morganton Campus: Alpha Gamma Mu Chapter of PTK
Western Technical College, Lacrosse Campus: Beta Nu Chi Chapter of PTK
Western Texas College, Snyder Campus: Psi Zeta Chapter of PTK
Western Wyoming Community College, Rock Springs Campus: Sigma Xi Chapter of PTK
Westmoreland County Community College, Youngwood Campus: Alpha Upsilon Upsilon Chapter of PTK
Wharton County Junior College, Main Campus: Zeta Xi Chapter of PTK
Whatcom Community College, Bellingham Campus: Alpha Xi Nu Chapter of PTK
White Mountains Community College, Berlin Campus: Alpha Kappa Chi Chapter of PTK
Wilbur Wright College, Chicago Campus: Theta Omega Chapter of PTK
Wilkes Community College, Wilkesboro Campus: Alpha Kappa Omega Chapter of PTK
Williamsburg Technical College, Kingstree Campus: Alpha Sigma Gamma Chapter of PTK
Williamson College of the Trades, Main Campus: Beta Chi Mu Chapter of PTK
Williston State College, Main Campus: Alpha Rho Iota Chapter of PTK
Wilson Community College, Main Campus: Alpha Nu Tau Chapter of PTK
Windward Community College, Kaneohe Campus: Alpha Lambda Theta Chapter of PTK
Wor-Wic Community College, Salisbury Campus: Alpha Nu Omicron Chapter of PTK
WVU Parkersburg, Main Campus: Sigma Omega Chapter of PTK
Wytheville Community College, Main Campus: Alpha Delta Beta Chapter of PTK
Yakima Valley College, Main Campus: Alpha Omega Phi Chapter of PTK
Yavapai College, Prescott Campus: Beta Gamma Pi Chapter of PTK
York County Community College, Wells Campus: Beta Lambda Rho Chapter of PTK
York Technical College, Rock Hill Campus: Alpha Alpha Iota Chapter of PTK
Yuba College, Marysville Campus: Beta Omicron Chi Chapter of PTK
Zane State College, Main Campus: Alpha Alpha Alpha Chapter of PTK

## WHO WE ARE          WHAT WE DO          ABOUT US          FIND US ELSEWHERE

West Los Angeles College, Culver City Campus: Beta Eta Beta Chapter of PTK
West Shore Community College, Scottville Campus: Alpha Phi Phi Chapter of PTK
West Virginia Northern Community College, Main Campus: Omega Epsilon Chapter of PTK
Westchester Community College, Valhalla Campus: Alpha Iota Omicron Chapter of PTK
Western Iowa Tech Community College, Sioux City Campus: Beta Zeta Mu Chapter of PTK
Western Nebraska Community College, Scottsbluff Campus: Lambda Pi Chapter of PTK
Western Nevada College, Carson City Campus: Alpha Upsilon Beta Chapter of PTK
Western Nevada College, Fallon Campus: Beta Theta Iota Chapter of PTK
Western Oklahoma State College, Altus Campus: Alpha Theta Mu Chapter of PTK
Western Piedmont Community College, Morganton Campus: Alpha Gamma Mu Chapter of PTK
Western Technical College, Lacrosse Campus: Beta Nu Chi Chapter of PTK
Western Texas College, Snyder Campus: Psi Zeta Chapter of PTK
Western Wyoming Community College, Rock Springs Campus: Sigma Xi Chapter of PTK
Westmoreland County Community College, Youngwood Campus: Alpha Upsilon Upsilon Chapter of PTK
Wharton County Junior College, Main Campus: Zeta Xi Chapter of PTK
Whatcom Community College, Bellingham Campus: Alpha Xi Nu Chapter of PTK
White Mountains Community College, Berlin Campus: Alpha Kappa Chi Chapter of PTK
Wilbur Wright College, Chicago Campus: Theta Omega Chapter of PTK
Wilkes Community College, Wilkesboro Campus: Alpha Kappa Omega Chapter of PTK
Williamsburg Technical College, Kingstree Campus: Alpha Sigma Gamma Chapter of PTK
Williamson College of the Trades, Main Campus: Beta Chi Mu Chapter of PTK
Williston State College, Main Campus: Alpha Rho Iota Chapter of PTK
Wilson Community College, Main Campus: Alpha Nu Tau Chapter of PTK
Windward Community College, Kaneohe Campus: Alpha Lambda Theta Chapter of PTK
Wor-Wic Community College, Salisbury Campus: Alpha Nu Omicron Chapter of PTK
WVU Parkersburg, Main Campus: Sigma Omega Chapter of PTK
Wytheville Community College, Main Campus: Alpha Delta Beta Chapter of PTK
Yakima Valley College, Main Campus: Alpha Omega Phi Chapter of PTK
Yavapai College, Prescott Campus: Beta Gamma Pi Chapter of PTK
York County Community College, Wells Campus: Beta Lambda Rho Chapter of PTK
York Technical College, Rock Hill Campus: Alpha Alpha Iota Chapter of PTK
Yuba College, Marysville Campus: Beta Omicron Chi Chapter of PTK
Zane State College, Main Campus: Alpha Alpha Alpha Chapter of PTK

## WHO WE ARE

CONTACT
IRS EXEMPTION

## WHAT WE DO

Thought Leadership Articles
History of Specific Honor Societies

## ABOUT US

The Honor Society Foundation exists first and foremost to help achievers like you build relationships with similar values-driven and goal-oriented people and organizations, while striving to provide Scholarships to those who go above and beyond.

## FIND US ELSEWHERE



Honor Society Foundation Nonprofit Overview and Reviews on GreatNonprofits

Platinum
Transparency
2023

Candid.

© 2024 Honor Society Foundation. All rights reserved.

Document title: Phi Theta Kappa Chapter Directory - Honor Society Foundation
Capture URL: https://honorsocietyfoundation.org/phi-theta-kappa-chapter-directory/
Capture timestamp (UTC): Thu, 27 Jun 2024 16:20:18 GMT