# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> HONORSOCIETY.ORG INC., <br><br> Defendant/Counter-Plaintiff <br><br> HONOR SOCIETY FOUNDATION, INC., <br><br> Defendant. | Civil Action No. 3:22-cv-00208-CWR-RPM |
| HONORSOCIETY.ORG INC., <br><br> Defendant/Counter-Plaintiff/Third-Party Plaintiff <br><br> v. <br><br> LYNN TINCHER-LADNER, <br><br> Third-Party Defendant. | |

**HONORSOCIETY.ORG, INC. AND HONOR SOCIETY FOUNDATION, INC.'S**
**NOTICE OF PUBLIC FILING**

**To:** The Court

**And to:** All Parties and Their Counsel of Record

Please take notice of HonorSociety.org, Inc. and Honor Society Foundation Inc.'s compliance with the Court's August 9, 2024 Order on Motions to Seal ("Order"), Docket No. 216, as follows:

1. The Order directed PTK and Dr. Tincher-Ladner to file publicly, with certain redactions, their Motion for a Temporary Restraining Order, Preliminary Injunction and/or Gag Order and supporting memorandum, along with declarations of Jonathan Polak and Dr. Lynn Tincher-Ladner. Order at 4.

2. The Order directed HonorSociety and the Foundation to file publicly their response to PTK's motion within seven days of PTK and Dr. Tincher-Ladner's filing. *Id.*

3. PTK and Dr. Tincher-Ladner publicly filed their motion papers on August 14, 2024. *See* Docket Nos. 220 and 221.

4. HonorSociety and the Foundation's response papers are filed publicly as attachments to this notice as follows:

    **Exhibit 1**: HonorSociety.org Inc. and Honor Society Foundation, Inc.'s Response to Phi Theta Kappa Honor Society's Motion for Temporary Restraining Order, Preliminary Injunction and/or Gag Order

    **Exhibits 2-49**: Declaration of Michael Moradian and exhibits thereto

    **Exhibit 50**: Declaration of Toni Marek

    **Exhibit 51-59**: Declaration of Derek Linke and exhibits thereto

    **Exhibit 60**: HonorSociety.org Inc. and Honor Society Foundation, Inc.'s Memorandum in Support of Response to Phi Theta Kappa Honor Society's Motion for Temporary Restraining Order, Preliminary Injunction and/or Gag Order

- 3 -

Dated: August 21, 2024

Respectfully Submitted,

Newman llp

s/ Derek Linke
Derek A. Newman (pro hac vice)
Derek Linke (pro hac vice)
100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401
(310) 359-8200
dn@newmanlaw.com
linke@newmanlaw.com

s/ W. Whitaker Rayner
W. Whitaker Rayner (MS Bar #4666)
Dakota J. Stephens (MS Bar #106695)
Hugh A. Warren (MS Bar #106711)
Jones Walker llp
190 E. Capitol St., Suite 800
Jackson, Mississippi 39201
Tel: (601) 949-4724
wrayner@joneswalker.com
dstephens@joneswalker.com
hwarren@joneswalker.com

Attorneys for Defendant, Counter-Claimant, and Third-Party Plaintiff HonorSociety.org, Inc. and Defendant Honor Society Foundation, Inc.

## Certificate of Service

      I hereby certify that on August 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

Executed this 21st day of August, 2024.      s/ Derek Linke
                                                                           Derek Linke