# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> HONORSOCIETY.ORG, INC., <br><br> Defendant/Counter-Plaintiff <br><br> HONOR SOCIETY FOUNDATION, INC., <br><br> Defendant. | Civil Action No. 3:22-cv-00208-CWR-RPM |
| HONORSOCIETY.ORG, INC., <br><br> Defendant/Counter-Plaintiff/Third-Party Plaintiff <br><br> v. <br><br> LYNN TINCHER-LADNER, <br><br> Third-Party Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL

Daniel A. Rozansky and Michael A. Bernet of the law firm Stubbs Alderton & Markiles LLP ("Stubbs Alderton") hereby move to withdraw as counsel for Defendant/Counter-Plaintiff/Third Party Plaintiff HonorSociety.Org, Inc., and Defendant Honor Society Foundation, Inc. (collectively, the "Honor Society Parties").[1]  The Honor Society Parties will continue to be

---

[1] Michael Moradian was a named Defendant in this action (see Dkt. 1), but was dismissed pursuant to the Court's order on March 15, 2023 (Dkt. 48).

1

represented by attorneys from Newman, LLP, and Jones Walker LLP.

MS Rules of Professional Conduct 1.16(b) permits the withdrawal of counsel if it "can be accomplished without materially adverse effect on the interest of the client, or if: . . . other good cause for withdrawal exists."

Here, withdrawal can be accomplished without materially adverse effect on the interest of the clients, as demonstrated by the fact that the Honor Society Parties have consented to this withdrawal. Plaintiff/Counter-Defendant Phi Theta Kappa Honor Society and Third-Party Defendant Dr. Lynn Tincher-Ladner (collectively, the "PTK Parties") have not consented to this withdrawal.

Good cause also exists to grant this Motion because Stubbs Alderton's withdrawal will not prejudice the Honor Society Parties, the PTK Parties, or delay these proceedings because the Honor Society Parties will continue to be represented by other attorneys from Newman, LLP and Jones Walker LLP.

Accordingly, Stubbs Alderton requests that the Court grant its request to withdraw as counsel for the Honor Society Parties.

Respectfully submitted,

Dated: August 23, 2024

/s/ Daniel A. Rozansky

Daniel A. Rozansky – PHV
Michael A. Bernet – PHV
STUBBS ALDERTON & MARKILES, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, California 91403
Tel: (818) 444-4500
E-mail: drozansky@stubbsalderton.com
E-mail: mbernet@stubbsalderton.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 23, 2024, a copy of the foregoing document was served by via the Court's CM/ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel A. Rozansky*
Daniel A. Rozansky
