# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| PHI THETA KAPPA HONOR SOCIETY, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant | ) | Civil Action No. 3:22-cv-00208-CWR-RPM |
| | ) | |
| v. | ) | |
| | ) | |
| HONORSOCIETY.ORG, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff /Third-Party-Plaintiff | ) | |
| | ) | |
| HONOR SOCIETY FOUNDATION, INC., | ) | |
| | ) | |
| Defendant | ) | |
| ----------------------------------------------- | ) | |
| HONORSOCIETY.ORG, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff /Third-Party-Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DR. LYNN TINCHER-LADNER, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

**PHI THETA KAPPA HONOR SOCIETY'S
NOTICE OF FIRST RULE 30(B)(6) DEPOSITION
TO HONORSOCIETY.ORG, INC.**

Please take notice that under Rule 30(b)(6) of the Federal Rules of Civil Procedure, counsel for Plaintiff/Counter-Defendant, Phi Theta Kappa Honor Society ("PTK") will take the videotaped deposition of Defendant/Counter-Plaintiff HonorSociety.Org, Inc. ("Honor Society") through remote means on August 28, 2024 at 9:00 am Pacific Time. The deposition will take place before a certified shorthand reporter and notary public or other person duly authorized to administer oaths,

and may be recorded by audio, audiovisual, or stenographic means and will continue day-to-day until completed.

Pursuant to Fed. R. Civ. P. 30(b)(6), Honor Society must designate one or more officers, directors, managing agents or other persons who will testify on its behalf as to the matters known or reasonably available to it concerning the subject matters set forth in Schedule B. Please provide that designation no later than two (2) business days prior to the date of the deposition of any designee. The deponent(s) is also required to prepare to testify under the standard set forth in Rule 30(b)(6).

PTK intends to utilize Rule 30(b)(6) for other depositions on other substantive issues in the case. This deposition notice is pursuant to the Court's order that it be taken. (ECF No. 230.) PTK reserves the right to issue further and additional notices for deposition under Rule 30(b)(6) in the future.

Dated this 22nd day of August 2024

                              Respectfully submitted,

                              */s/ Jonathan G. Polak*
                              Jonathan G. Polak (Pro Hac Vice)
                              W. Michael Etienne (Pro Hac Vice)
                              TAFT STETTINIUS & HOLLISTER LLP
                              One Indiana Square, Suite 3500
                              Indianapolis, IN 46204-2023
                              (317) 713-3500 – phone
                              (317) 713-3699 – fax
                              jpolak@taftlaw.com
                              metienne@taftlaw.com

                              Rachel Smoot (Pro Hac Vice)
                              TAFT STETTINIUS & HOLLISTER LLP
                              41 S. High Street, Suite 1800
                              Columbus, OH 43215
                              (614) 221-2838 – phone
                              (614) 221-2007 – fax
                              rsmoot@taftlaw.com

                              */s/ Charles E. Cowan*
                              Michael B. Wallace, MSB # 6904
                              Charles E. Cowan, MSB # 104478
                              Beau M. Bettiga, MSB #105905
                              WISE CARTER CHILD & CARAWAY, P.A.
                              Post Office Box 651
                              Jackson, Mississippi 39205
                              Phone 601-968-5500

                              *Counsel for Plaintiff*

## SCHEDULE A

### Definitions and Instructions

1. "Honor Society," "You," and/or "Your" shall mean Defendant HonorSociety.org, Inc. and any of its parents, subsidiaries, divisions, affiliates, attorneys, related companies, predecessors, successors, assigns, officers, directors, employees, agents and representatives, and all other persons acting or purporting to act on their behalf or at their direction or control.

2. "Moradian" shall mean Michael Moradian.

3. "Plaintiff" and "PTK" shall mean Plaintiff Phi Theta Kappa Honor Society and any of its parents, subsidiaries, divisions, affiliates, attorneys, related companies, predecessors, successors, assigns, officers, directors, employees, agents and representatives, and all other persons acting or purporting to act on their behalf or at their direction or control.

4. "Asari" shall mean David Asari, and anyone acting on his behalf or at his direction.

5. "Person" or "Party" means the singular and plural of natural person, corporation, company, proprietorship, partnership, joint venture, association, firm, government entity, or any other entity recognized in law, and shall include the owners, officers, directors, agents, trustees, parents, subsidiaries, affiliates, assignees, predecessors, and successors of each such "Person" or "Party."

6. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these requests all responses that might otherwise be construed as outside of its scope.

7. The use of the singular form of any word includes the plural and vice versa, and the use of the past tense includes the present tense, and vice versa, as necessary to bring within the scope of these requests all responses that might otherwise be construed as outside of its scope.

## SCHEDULE B

### Deposition Topics

1. Your knowledge of any additions, deletions, revisions, or any other edits made to PTK's Wikipedia page.

2. The facts and circumstances of any additions, deletions, revisions, or any other edits made by You, Moradian, Asari, or any affiliate, employee, independent contractor or Person acting on Your behalf to PTK's Wikipedia page.

3. Whether anyone associated with You is associated with or has otherwise used or accessed the handle "WikiObjectivity."

## **CERTIFICATE OF SERVICE**

      I, Rachel Smoot, do hereby certify that a copy of the foregoing was served via electronic email to the following counsel of record on August 22, 2024:

W. Whitaker Rayner
Dakota J. Stephens
Hugh A. Warren
Kristine Lynn Callahan
JONES WALKER, LLP – Jackson
190 East Capitol Street, Suite 800
Jackson, MS 39205-0427
wrayner@joneswalker.com
dstephens@joneswalker.com
hwarren@joneswalker.com
kcallahan@joneswalker.com

Daniel A. Rozansky
Michael A. Bernet
STUBBS, ALDERTON & MARKILES, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
drozansky@stubbsalderton.com
mbernet@stubbsalderton.com

Derek Newman
Derek Linke
Newman LLP
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
dn@newmanlaw.com
linke@newmanlaw.com

                                            */s/ Rachel Smoot*
                                            Rachel Smoot