Exhibit C

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | | |
|---|---|---|
| PHI THETA KAPPA HONOR SOCIETY, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant | ) | Civil Action No. 3:22-cv-00208-CWR-RPM |
| | ) | |
| v. | ) | |
| | ) | |
| HONORSOCIETY.ORG, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff /Third-Party-Plaintiff | ) | |
| | ) | |
| HONOR SOCIETY FOUNDATION, INC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| ---------------------------------------------------- | ) | |
| | ) | |
| HONORSOCIETY.ORG, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff /Third-Party-Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DR. LYNN TINCHER-LADNER, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

## SUPPLEMENTAL DECLARATION OF W. MICHAEL ETIENNE

I, W. Michael Etienne, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1.    I am counsel of record for Phi Theta Kappa Honor Society ("PTK"), and Dr. Lynn Tincher-Ladner in this action.

2.    On December 5, 2024, PTK was notified that Honor Society continues to distribute a survey titled "Community College Honor Societies Survey," which has the same title as the

survey Honor Society distributed to hundreds-of-thousands of PTK members and potential members in March of 2024. Although, I understand that a change has been made to the survey so that, at its conclusion, it directs recipients to many of the very same webpages subject of the Court's Second Preliminary Injunction Order and PTK's Motion for Contempt and Sanctions. It appears that Honor Society is attempting to maximize the number of PTK's members and potential members that are exposed to its disparaging, misleading, and contemptuous webpages regarding PTK, Dr. Tincher-Ladner, and this lawsuit while PTK's motion seeking sanctions and a finding of contempt are pending before this Court.

3.      A PTK member who received the survey reached out to her PTK chapter advisor stating, "I am a member of PTK and I got an email from 'honorsocietysurvey@gmail.com' and was asked to complete a survey about honor society. The survey was normal, but when I finished and went to submit it, I was redirected to a google search page about 'Phi Theta Kappa Lawsuit' I just wanted to reach out and make you aware that this survey is contacting members and redirecting them to this." Exhibit C-1 is a true and correct copy of the email sent by the student to the chapter advisor, which was forwarded to PTK, all on December 5, 2024. Exhibit C-1 shows that the student took the survey on November 29, 2024.

4.      Exhibit C-2 is a true and correct copy of the Google search page that appears when "Phi Theta Kappa Lawsuit" is searched in Google, as accessed on December 6, 2024. From Exhibit C-1, I understand this is the Google search page to which survey recipients are being redirected when they finish the survey.

5.      Exhibit C-3 is a true and correct copy of one of the seven Honor Society webpages that appears on the "Phi Theta Kappa Lawsuit" Google search page referenced as Exhibit C-2. This webpage is nearly identical to the Exhibit A-7 of the Etienne Declaration (Ex. 242-1) filed in

connection with PTK's Motion for Contempt and Sanctions. While the font size of the disclaimer has been slightly increased, the disclaimer does not appear at the top of the webpage, which is a violation of the Second Preliminary Injunction Order. *See* ECF No. 230 at 26.

6.      Exhibit C-4 is a true and correct copy of another of the seven Honor Society webpages that appears on the "Phi Theta Kappa Lawsuit" Google search page referenced as Exhibit C-2. This webpage is nearly identical to the Exhibit A-5 of the Etienne Declaration (Ex. 242-1) filed in connection with PTK's Motion for Contempt and Sanctions. Again, while the font size of the disclaimer has been slightly increased, the disclaimer does not appear at the top of the webpage, which is a violation of the Second Preliminary Injunction Order. *See* ECF No. 230 at 26.

7.      Exhibit C-5 is a true and correct copy of another of the seven Honor Society webpages that appears on the "Phi Theta Kappa Lawsuit" Google search page referenced as Exhibit C-2. This webpage is nearly identical to the Exhibit A-2 of the Etienne Declaration (Ex. 242-1) filed in connection with PTK's Motion for Contempt and Sanctions. In Exhibit A-2, the targeted school is Hinds Community College. In Exhibit C-5, the targeted school is Ivy Tech Community College. While the font size of the disclaimer has been slightly increased and now appears at the top of the webpage, Honor Society has still minimized the effect of the disclaimer by making the font size of the surrounding text (which is misleading) significantly larger than the disclaimer. This defeats the purpose of the disclaimer, which was ordered to address the surrounding misleading text.

8.      Exhibit C-6 is a true and correct copy of another of the seven Honor Society webpages that appears on the "Phi Theta Kappa Lawsuit" Google search page referenced as Exhibit C-2. Again, the disclaimer does not appear at the top of the webpage.

9.      Exhibit C-7 is a true and correct copy of another of the seven Honor Society webpages that appears on the "Phi Theta Kappa Lawsuit" Google search page referenced as Exhibit C-2. Again, the font size of the surrounding text (which is misleading) is significantly larger than the disclaimer. This defeats the purpose of the disclaimer, which was ordered to address the surrounding misleading text.

10.     Exhibit C-8 is a true and correct copy of another of the seven Honor Society webpages that appears on the "Phi Theta Kappa Lawsuit" Google search page referenced as Exhibit C-2. This appears to be a landing page on Honor Society Foundation's website that lists approximately **1250** AI-generated webpages associated with the community colleges at which PTK has chapters. Each of the 1250 AI-generated webpages appear to be nearly identical to the Exhibit A-2 of the Etienne Declaration (Ex. 242-1) filed in connection with PTK's Motion for Contempt and Sanctions – except that the school is different in each instance. Exhibit C-9 is a true and accurate copy of one example of the approximately 1250 AI-generated webpages. As exemplified by Exhibit C-9, for each of the approximately 1250 AI-generated webpages, while the font size of the disclaimer now appears at the top of the webpage, Honor Society has still minimized the effect of the disclaimer by making the font size of the surrounding text (which is misleading) significantly larger than the disclaimer. This defeats the purpose of the disclaimer, which was ordered to address the surrounding misleading text.

11.     Exhibit C-10 is a true and correct copy of another of the seven Honor Society webpages that appears on the "Phi Theta Kappa Lawsuit" Google search page referenced as Ex. C-2. This webpage is nearly identical to the Exhibit A-4 of the Etienne Declaration (Ex. 242-1) filed in connection with PTK's Motion for Contempt and Sanctions. While the font size of the disclaimer has been slightly increased and now appears at the top of the webpage, Honor Society

4

has still minimized the effect of the disclaimer by making the font size of the surrounding text (which is misleading) significantly larger than the disclaimer. This defeats the purpose of the disclaimer, which was ordered to address the misleading surrounding text.

12.    On December 5, 2024, I received a link to the Community College Honor Societies Survey. Exhibit C-11 is a true and accurate copy of the email I received providing access to the survey. Exhibits C-12, C-13, C-14, and C-15, collectively, are a true and accurate copy of the Community College Honor Societies Survey, as accessed on December 7, 2024.

13.    On December 7, 2024, when Taft counsel accessed the survey, at the conclusion of the survey, we were redirected to a Google search page with the phrase "phi theta kappa false advertising" populated in the Google search bar. This is a slightly different Google search page than the student reported being redirected to when she completed the survey on November 29. That said, it is no less problematic. It may be that Honor Society recently updated the operation of the survey to redirect recipients to the "phi theta kappa false advertising" Google search page, rather than the "Phi Theta Kappa Lawsuit" Google search page. In any event, the results are similar. Exhibit C-16 is a true and accurate copy of the "phi theta kappa false advertising" Google search page, which Taft counsel was redirected to at the conclusion of the survey on December 7, 2024.

14.    Exhibit C-17 is a true and accurate copy of one of the six Honor Society webpages that appears on the "phi theta kappa false advertising" Google search page referenced as Exhibit C-16. This webpage is nearly identical to the Exhibit A-6 of the Etienne Declaration (Ex. 242-1) filed in connection with PTK's Motion for Contempt and Sanctions. While the font size of the disclaimer has been slightly increased, the disclaimer does not appear at the top of the webpage, which is a violation of the Second Preliminary Injunction Order. *See* ECF No. 230 at 26.

Additionally, Honor Society has minimized the effect of the disclaimer by making the font size of the surrounding text (which is misleading) significantly larger than the disclaimer. This defeats the purpose of the disclaimer, which was ordered to address the surrounding misleading text.

15.    Exhibit C-18 is a true and accurate copy of another of the six Honor Society webpages that appears on the "phi theta kappa false advertising" Google search page referenced as Exhibit C-16. This webpage is nearly identical to the Exhibit A-16 of the Etienne Declaration (Ex. 242-1) filed in connection with PTK's Motion for Contempt and Sanctions. While the font size of the disclaimer has been slightly increased, the disclaimer does not appear at the top of the webpage, which is a violation of the Second Preliminary Injunction Order. *See* ECF No. 230 at 26.

16.    Exhibit C-19 is a true and accurate copy of another of the six Honor Society webpages that appears on the "phi theta kappa false advertising" Google search page referenced as Exhibit C-16. This webpage is nearly identical to the Exhibits B-7(a), B-8(a), B-9(a) of the Etienne Declaration (Ex. 261-1) filed in connection with PTK's Reply in support of Motion for Contempt and Sanctions. The targeted school is different in each instance. In Exhibit C-19, the targeted school is Salem Community College. While the font size of the disclaimer has been slightly increased and appears at the top of the webpage, Honor Society has still minimized the effect of the disclaimer by making the font size of the surrounding text (which is misleading) significantly larger than the disclaimer. This defeats the purpose of the disclaimer, which was ordered to address the surrounding misleading text.

17.    Exhibit C-20 is a true and correct copy of another of the six Honor Society webpages that appears on the "phi theta kappa false advertising" Google search page referenced as Exhibit C-16. This webpage targets Jackson College, Central Campus and is hosted by the Honor Society Museum. PTK was not aware of this particular version of Honor Society's AI-

generated content at the time of the second preliminary injunction proceedings; however, it is more of the same misleading content (e.g., "Recent developments have unveiled a lawsuit against PTK, highlighting alarming allegations of false advertising and monopolistic practices."). The smear campaign continues.

18.     Exhibit C-21 is a true and correct copy of another of the six Honor Society webpages that appears on the "phi theta kappa false advertising" Google search page referenced as Exhibit C-16. This webpage is nearly identical to the Exhibit A-30 of the Etienne Declaration (Ex. 242-1) filed in connection with PTK's Motion for Contempt and Sanctions. While the font size of the disclaimer has been slightly increased and now appears at the top of the webpage, Honor Society has still minimized the effect of the disclaimer by making the font size of the surrounding text (which is misleading) significantly larger than the disclaimer. This defeats the purpose of the disclaimer, which was ordered to address the surrounding misleading text.

19.     Exhibit C-22 is a true and correct copy of another of the six Honor Society webpages that appears on the "phi theta kappa false advertising" Google search page referenced as Exhibit C-16. In this webpage hosted by Honor Society Museum, Honor Society has minimized the effect of the disclaimer by making the font size of the surrounding text (which is misleading) significantly larger than the disclaimer. This defeats the purpose of the disclaimer, which was ordered to address the surrounding misleading text.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of December 2024.

*/s/ W. Michael Etienne*
W. Michael Etienne
Attorney
Taft Stettinius & Hollister LLP

# EXHIBIT C-1

FILED WITH REDACTIONS





**From:** Fredrica Tyes (Phi Theta Kappa Member Services) <member.services@ptk.org>
**Sent:** Thursday, December 5, 2024 10:26 AM
**To:** Heather Allen <heather.allen@ptk.org>
**Subject:** [Phi Theta Kappa] Assignment: Question

------------------------------

You have been assigned to this ticket (#295398).



**Fredrica Tyes** (Phi Theta Kappa)

Dec 5, 2024, 10:25 'a0AM CST

**Private note**

Hi Heather! Sending this your way. If there is something we need to say please let me know. It would be great to have some talking points.

 

K████ P███

Nov 29, 2024, 5:59 'a0PM CST

Hi! I am a member of PTK and I got an email from "honorsocietysurvey@gmail.com" and was asked to complete a survey about honor society. The survey was normal, but when I finished and went to submit it, I was redirected to a google search page about "Phi Theta Kappa Lawsuit"
I just wanted to reach out and make you aware that this survey is contacting members and redirecting them to this.

You are an agent. Add a comment by replying to this email or **view ticket in Zendesk Support**

| | |
|---|---|
| Ticket # | 295398 |
| Status | Solved |
| Requester | K████ P███ |
| CCs | – |
| Group | Key/Membership Services |
| Assignee | Heather Allen |
| Priority | – |
| Type | Incident |
| Channel | By Mail |

This email is a service from Phi Theta Kappa.

# EXHIBIT C-2

**Page Vault**

| | |
|---|---|
| Document title: | phi theta kappa lawsuit - Google Search |
| Capture URL: | https://www.google.com/search?q=phi+theta+kappa +lawsuit&rlz=1C1GCEA_enUS1102US1102&oq=phi+theta+kappa+lawsuit&gs_lcrp= EgZjaHJvbWUyBggAEEUYOTIHCAEQIRiPAjIHCAIQIRiPAtIBCDUyMTJqMGoxqAIA sAIA&sourceid=chrome&ie=UTF-8 |
| Page loaded at (UTC): | Fri, 06 Dec 2024 17:12:13 GMT |
| Capture timestamp (UTC): | Fri, 06 Dec 2024 17:13:13 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | kXpyiUKj8C6N2PEFY72tRJ |
| Display Name: | arose |

PDF REFERENCE #:        9s5nyGtQnK8gF5xrP2BuZ2

Google

phi theta kappa lawsuit

Sign in

All    News    Images    Videos    Forums    Shopping    Web    ⋮ More        Tools

✦ AI Overview                                                              Learn more  ⋮

The Phi Theta Kappa (PTK) Honor Society is involved in a lawsuit
against HonorSociety.org:

**Claim**
PTK claims that HonorSociety.org's online actions constitute tortious
interference with contractual relations under Mississippi law.

**Defense**
HonorSociety.org argues that all the information is truthful and that PTK
cannot show how it has suffered any harm.

Supplemental declaration

┌─────────────────────────────────────┐
│           Show more  ⌄               │
└─────────────────────────────────────┘

**Phi Theta Kappa Honor Soc'y v.
HonorSociety.org. - Casetext**
Aug 22, 2024 — In short, PTK's Motion seeks an
injunction enjoining Honor Society from posting these...
◆ Casetext                                        ⋮

**About PTK - Phi Theta Kappa**
On November 19, 1929, the American Association of
Junior Colleges (now the American Association of...

---

◆ Casetext - CoCounsel
https://casetext.com › ... › SD MS › 2024 › August  ⋮

**Phi Theta Kappa Honor Soc'y v. HonorSociety.org.**
Aug 22, 2024 — The Court finds that the plaintiffs' Motion for a Temporary
Restraining Order, Preliminary Injunction and/or Gag Order should be granted in pa...

🛡 Honor Society
https://www.honorsociety.org › articles › phi-theta-kappa...  ⋮

**Phi Theta Kappa Legal Issues: What Students and ...**
Jun 4, 2024 — Misleading "Top 10%" Claims: The **lawsuit** claims **PTK** falsely asserts
that students invited to join are in the "Top 10%" of their class. In ...

## People also ask  ⋮

| What is the controversy with Phi Theta Kappa? | ⌄ |
|---|---|
| Is Phi Theta Kappa reputable? | ⌄ |
| Does everyone get invited to Phi Theta Kappa? | ⌄ |
| Does Phi Theta Kappa look good on a resume? | ⌄ |

Feedback

📰 PR Newswire
https://www.prnewswire.com › news-releases › honor-so...  ⋮

**Honor Society® Sues Phi Theta Kappa Over Deceptive ...**
May 9, 2024 — Filed in the Southern District of Mississippi, the suit alleges that
**PTK's** practices deceive students, educational institutions, and employers.

🏛 Phi Theta Kappa Honor Society
https://www.ptk.org › phi-theta-kappa-sues-las-vegas-c...  ⋮

**Phi Theta Kappa Honor Society Sues Las Vegas Company ...**
The **lawsuit** alleges that HonorSociety.org, a for-profit enterprise, has knowingly and
willfully violated **PTK** registered trademarks.

🛡 Honor Society
https://www.honorsociety.org › articles › phi-theta-kappa...  ⋮

---

PR Newswire
https://www.prnewswire.com › news-releases › honor-so...

**Honor Society® Sues Phi Theta Kappa Over Deceptive ...**

May 9, 2024 — Filed in the Southern District of Mississippi, the suit alleges that **PTK's** practices deceive students, educational institutions, and employers.

Phi Theta Kappa Honor Society
https://www.ptk.org › phi-theta-kappa-sues-las-vegas-c...

**Phi Theta Kappa Honor Society Sues Las Vegas Company ...**

The **lawsuit** alleges that HonorSociety.org, a for-profit enterprise, has knowingly and willfully violated **PTK** registered trademarks.

Honor Society
https://www.honorsociety.org › articles › phi-theta-kappa...

**Phi Theta Kappa Lawsuit: Uncovering Alleged Deceptive ...**

Jun 8, 2024 — A federal **lawsuit** filed by Honor Society® accuses **PTK** and its CEO, Lynn Tincher-Ladner, of engaging in deceptive practices and attempting to ...

LinkedIn · Honor Society®
6 reactions · 5 months ago

**Phi Theta Kappa: Shocking Allegations & Unmasking the ...**

Accusations of deceptive practices, monopolistic behavior, and unethical conduct have been brought to light in a recent **lawsuit** filed by Honor Society.

Honor Society Foundation
https://honorsocietyfoundation.org › phi-theta-kappa-la...

**Phi Theta Kappa Lawsuit: PTK Deceptive Practices and ...**

May 17, 2024 — The **lawsuit**, filed in the Southern District of Mississippi, accuses **PTK** of deceptive practices and attempting to monopolize the community ...

HonorSociety.com
https://honorsociety.com › phi-theta-kappa-ivy-tech-co...

**Phi Theta Kappa Warning! Caution at Ivy Tech Community ...**

Jul 18, 2024 — The **lawsuit** raises serious concerns about false advertising and monopolistic practices. **PTK** is accused of falsely claiming members are in the "Top...

Honor Society Museum
https://honorsocietymuseum.org › phi-theta-kappa-is-su...

**Phi Theta Kappa Is Sued: Disturbing Deceptive Practices ...**

May 17, 2024 — This **lawsuit** alleges deceptive practices and monopolistic strategies executed by **PTK** and its CEO, Lynn Tincher-Ladner.

Honor Society Foundation
https://honorsocietyfoundation.org › tag › ptk-lawsuit

**PTK Lawsuit**

Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by **PTK** on April 20, 2022 for False Designation of Origin.

Results are not personalized

● **United States** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT C-3

| | |
|---|---|
| Document title: | Phi Theta Kappa Legal Issues: What Students and Educators Need to Know | Honor Society - Official Honor Society® Website |
| Capture URL: | https://www.honorsociety.org/articles/phi-theta-kappa-legal-issues-what-students-and-educators-need-know |
| Page loaded at (UTC): | Fri, 06 Dec 2024 17:16:52 GMT |
| Capture timestamp (UTC): | Fri, 06 Dec 2024 17:17:24 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | naSsvaE1qJndwcnmxvG8Fw |
| Display Name: | arose |

PDF REFERENCE #:    rNNEHe9bwurerHqtS2X1u1

# Phi Theta Kappa Legal Issues: What Students and Educators Need to Know

Jun 04,2024



*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

Phi Theta Kappa (PTK), the prominent honor society for community college students, is under legal scrutiny following a federal lawsuit that accuses the organization of deceptive practices and monopolistic behavior. Filed by Honor Society® in the Southern District of Mississippi, the lawsuit alleges that PTK's practices mislead students, educational institutions, and employers. Here's a detailed look at the allegations and what they mean for the community college sector.

## Key Allegations

The lawsuit brings several serious charges against PTK and its CEO, Lynn Tincher-Ladner. The primary allegations include:

1. **Misleading "Top 10%" Claims**: The lawsuit claims PTK falsely asserts that students invited to join are in the "Top 10%" of their class. In reality, PTK's criteria allow a much larger percentage of students to qualify, misleading them about the exclusivity of the honor society. For example, at Oakton Community College, 44% of students meet PTK's GPA standard, far exceeding the top 10%.

2. **Questionable Letters of Recommendation**: PTK is accused of issuing letters of recommendation signed by CEO Lynn Tincher-Ladner, claiming the member is in the top 10% at their school without any factual basis. This practice allegedly deceives students, colleges, and employers about the merit of

ABOUT THE AUTHOR



**HonorSociety.org Member Services** is a student at

ARTICLES YOU MAY LIKE



Linda Abraham, Founder of Accepted.com, discusses the Importance of Leadership Qualities



Work Ethics (in a Preschool)



Preparation for Next Semester (A.K.A How to Have a Stress-Free Winter Break)





Hi. Need any help?



2. **Questionable Letters of Recommendation**: PTK is accused of issuing letters of recommendation signed by CEO Lynn Tincher-Ladner, claiming the member is in the top 10% at their school without any factual basis. This practice allegedly deceives students, colleges, and employers about the merit of PTK membership.

3. **Dubious Scholarship Promotions**: The lawsuit alleges PTK promotes access to $246 million in exclusive scholarships, which are actually broadly available transfer scholarships. This misrepresentation allegedly leads students to pay for PTK membership under false pretenses. PTK also claims its "average member gets $2,500 a year" in scholarships, which is disputed in the lawsuit.

4. **Anticompetitive Tactics**: The lawsuit highlights PTK's alleged attempts to monopolize the community college honor society market through aggressive and deceptive practices. This includes falsely claiming to be the "only official" honor society and selling members' personal information without their consent.

## Educational Institutions' Perspective

Educational institutions that partner with PTK might need to reassess their affiliations and ensure they are not inadvertently supporting misleading practices. The lawsuit encourages colleges to scrutinize Phi Theta Kappa and verify the claims they make to students.

## Broader Educational Implications

This lawsuit against PTK serves as a wake-up call for all honor societies and educational organizations. It underscores the importance of transparency, ethical behavior, and accountability in practices that significantly affect students' futures.

## Staying Informed

As the lawsuit unfolds, staying informed about its developments is crucial. This case highlights the need for students, educators, and institutions to be vigilant about the practices of organizations they engage with.

For detailed information about the lawsuit, you can read the full details here.

## Conclusion

This lawsuit is a crucial step towards ensuring that such organizations operate transparently and ethically. Students and educators must stay informed and advocate for practices that genuinely reflect the values of academic excellence and honesty.

---

ALSO ON **HONORSOCIETY.ORG**

| +27839281381 HAGER WERKEN EMBALMING ... | The Hidden Costs of Ignorance: How a ... | How Honor Societies Can Enhance Your ... | Finley Klinger: Fall 2 Community Service |
|---|---|---|---|
| 3 years ago · 2 comments | 2 years ago · 1 comment | 2 years ago · 1 comment | 2 years ago · 2 comments |
| HonorSociety.org is the preeminent organization dedicated to recognition ... | HonorSociety.org is the preeminent organization dedicated to recognition ... | HonorSociety.org is the preeminent organization dedicated to recognition ... | HonorSociety.org is the preeminent organization dedicated to recognition ... |

0 Comments                                                         💬 Login ▾

 Start the discussion...

### Posts from @HonorSociety



FOLLOW US


HONOR SOCIETY
Career Edge™    Membership    Scholarships    Discounts    Shop    Sign In


0 Comments
 Login ▾

**G**    Start the discussion…

LOG IN WITH

  

OR SIGN UP WITH DISQUS ?

Name

Email

Password

By clicking submit, I authorize Disqus, Inc. and its affiliated companies to:
- Use, sell, and share my information to enable me to use its comment services and for marketing purposes, including cross-context behavioral advertising, as described in our Terms of Service and Privacy Policy
- Supplement the information that I provide with additional information lawfully obtained from other sources, like demographic data from public sources, interests inferred from web page views, or other data relevant to what might interest me, like past purchase or location data
- Contact me or enable others to contact me by email with offers for goods and services (from any category) at the email address provided
- Process any sensitive personal information that I submit in a comment for the purpose of displaying the comment
- Retain my information while I am engaging with marketing messages that I receive and for a reasonable amount of time thereafter. I understand I can opt out at any time through an email that I receive. Companies that we share data with are listed here.



♡ • Share      **Best** Newest Oldest

Be the first to comment.

✉ Subscribe   🔒 Privacy   ⊘ Do Not Sell My Data    **DISQUS**



a reasonable amount of time thereafter. I understand I can opt out at any time through an email that I receive. Companies that we share data with are listed here.

❤️ • Share

Best    Newest    Oldest

Be the first to comment.

✉️ Subscribe    🔒 Privacy    🚫 Do Not Sell My Data

**DISQUS**



### SCHOLARSHIPS & GRANTS

Dues Assistance Program

Scholarships Directory

Scholarship Recipients

All Scholarships

### CAREER EDGE™

Job Listings

Resources Center

Upload Resume

### SHOP

Shop All

Regalia

Frames

Class Rings

### SOCIAL

Facebook

Twitter

YouTube

Instagram

TikTok

### MEMBER BENEFITS

Certificates

Career Edge™ Guides

Restaurant Discounts

Health Plan Discounts

Honor Society Rewards Mastercard

View All

### ABOUT US

Honor Society Cares™

Society Leadership

Elevate Magazine

Privacy Policy

Terms of Use

### CONTACT US

Help Center

FAQs

Member Satisfaction Guarantee

Call / Text Us

    



Honor Society® Membership Club offers exclusive benefits to foster your professional and personal development. We recognize your potential and support your future success with member-only discounts on products and services, including learning, dining, health, and travel. Access special items like graduation honor cords and essential career resources. As a distinct and pioneering honors organization, we're relentlessly committed to providing the tools and community to help you go further.

Call or Text us

1-866-313-6311 (9AM - 7PM EST Monday-Friday)

1025 Connecticut Avenue, NW • Suite 1000 • Washington, DC 20036

9275 W. Russell Rd • Suite 235 • Las Vegas, NV 89145

© 2024 HonorSociety.org, Inc. All rights reserved. Privacy Policy • Terms of Use • Contact Us

Proudly Accredited by the Better Business Bureau







Hi. Need any help?



Document title: Phi Theta Kappa Legal Issues: What Students and Educators Need to Know | Honor Society - Official Honor Society® Website
Capture URL: https://www.honorsociety.org/articles/phi-theta-kappa-legal-issues-what-students-and-educators-need-know
Capture timestamp (UTC): Fri, 06 Dec 2024 17:17:24 GMT
Page 4 of 4

# EXHIBIT C-4

| | |
|---|---|
| Document title: | Phi Theta Kappa Lawsuit: Uncovering Alleged Deceptive Practices and Monopolization \| Honor Society - Official Honor Society® Website |
| Capture URL: | https://www.honorsociety.org/articles/phi-theta-kappa-lawsuit-uncovering-alleged-deceptive-practices-and-monopolization |
| Page loaded at (UTC): | Fri, 06 Dec 2024 17:19:24 GMT |
| Capture timestamp (UTC): | Fri, 06 Dec 2024 17:20:00 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | ernRPxSjSPmrnVMWiYwJQz |
| Display Name: | arose |

PDF REFERENCE #:        eLpsceiV8ASSrwCv6KZ5K8

ALL   NEWS   CAREER FINANCE   INTERNSHIPS   EDUCATION   SERVICE   SCHOLARSHIPS   BOOKS   STUDY ABROAD   TECHNOLOGY   INCLUSION AND DIVERSITY   FINANCIAL AID   WELLNESS   COLLEGE   HIGH SCHOOL

# Phi Theta Kappa Lawsuit: Uncovering Alleged Deceptive Practices and Monopolization

Jun 08,2024



*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

[Phi Theta Kappa](#) (PTK), a known organization for community college students, is currently facing a significant legal challenge. A [federal lawsuit](#) filed by Honor Society® accuses PTK and its CEO, [Lynn Tincher-Ladner](#), of engaging in deceptive practices and attempting to monopolize the community college honor society market. This article delves into the key allegations and their potential impact on students and educational institutions.



## The Allegations

The lawsuit, filed in the Southern District of Mississippi, outlines several troubling practices allegedly masterminded by PTK's leadership. Here are the main points:

1. False "Top 10%" Claims: PTK is accused of falsely claiming in solicitations that invited students are in the "Top 10%" of their class. The criteria set by PTK allow a much higher percentage of students to qualify, misleading many about the exclusivity of PTK membership. For example, at Oakton Community College, 44% of students meet PTK's 3.5+ GPA standard, far exceeding the actual "Top 10%".

ABOUT THE AUTHOR



[HonorSociety.org Member Services](#) is a student at

ARTICLES YOU MAY LIKE



[Everything You Need to Know About Beta Gamma Sigma Honor Society](#)

[Which Majors Have Been Most Impacted by Modern Tech?](#)

[Breaking Down Barriers: How Colleges are Increasing Inclusion for Marginalized Groups](#)

FOLLOW US

Hi. Need any help?



qualify, misleading many about the exclusivity of PTK membership. For example, at Oakton Community College, 44% of students meet PTK's 3.5+ GPA standard, far exceeding the actual "Top 10%".

2. **Alleged Fraudulent Letters of Recommendation:** The lawsuit alleges that PTK issues letters of recommendation, signed by CEO Lynn Tincher-Ladner, falsely claiming that the member is in the top 10% of their school. This practice allegedly deceives students, colleges, and employers about the true merit of PTK membership.

3. **Misleading Scholarship Claims:** PTK is also accused of promoting exclusive access to $246 million in scholarships, which are actually broadly available university transfer scholarships. This misrepresentation leads students to pay for PTK membership under false pretenses. Additionally, PTK allegedly advertises that its "average member gets $2,500 a year" in transfer scholarships, which is claimed to be false.

4. **Anticompetitive Conduct:** The lawsuit highlights PTK's alleged efforts to monopolize the community college honor society market by employing aggressive and deceptive tactics. This includes falsely claiming to be the "only official" honor society and selling members' personal information without consent.

## Broad Awareness

The legal battle against PTK could have far-reaching implications for the purported honor society and its members. It raises important questions about transparency and ethical practices within organizations that claim to uphold high academic and ethical standards. The outcome of this lawsuit could prompt other educational institutions and academic societies to re-evaluate their practices and ensure they are not engaging in similar deceptive tactics.

## What's Next?

As the lawsuit progresses, it will be crucial to monitor its developments and understand how they affect the broader educational community. This case underscores the importance of transparency and accountability in organizations that hold significant influence over students' academic and professional futures.

For more detailed coverage of the ongoing legal battle, you can read the full lawsuit details here.

## Conclusion

The allegations against Phi Theta Kappa highlight the need for greater scrutiny and transparency in honor societies. As this lawsuit unfolds, it will serve as a critical reminder of the importance of integrity and accountability in educational organizations. Students and educators alike should stay informed and advocate for practices that truly reflect the values of academic excellence and ethical conduct.

ALSO ON HONORSOCIETY.ORG

How Honor Societies Can Enhance Your ...
2 years ago · 1 comment
HonorSociety.org is the preeminent organization dedicated to recognition ...

The Hidden Costs of Ignorance: How a ...
2 years ago · 1 comment
HonorSociety.org is the preeminent organization dedicated to recognition ...

in Kuwait city ...
3 years ago · 1 comment
HonorSociety.org is the preeminent organization dedicated to recognition ...

(+27) -712909861 Powerful love spell ...
3 years ago · 1 comment
HonorSociety.org is the preeminent organizatio dedicated to recognitio ...

**FOLLOW US**

Posts from @HonorSociety



# Nothing to see here - yet

When they post, their posts will show up here.

**View on X**

Facebook




Hi. Need any help?

preeminent organization dedicated to recognition ...  preeminent organization dedicated to recognition ...  preeminent organization dedicated to recognition ...  preeminent organizatio dedicated to recognitio

---

**0 Comments**



🗨 Login ▾

**G**

Start the discussion...

**LOG IN WITH**

**OR SIGN UP WITH DISQUS** ❓

Name

Email

Password

By clicking submit, I authorize Disqus, Inc. and its affiliated companies to:

- Use, sell, and share my information to enable me to use its comment services and for marketing purposes, including cross-context behavioral advertising, as described in our Terms of Service and Privacy Policy
- Supplement the information that I provide with additional information lawfully obtained from other sources, like demographic data from public sources, interests inferred from web page views, or other data relevant to what might interest me, like past purchase or location data
- Contact me or enable others to contact me by email with offers for goods and services (from any category) at the email address provided
- Process any sensitive personal information that I submit in a comment for the purpose of displaying the comment
- Retain my information while I am engaging with marketing messages that I receive and for a reasonable amount of time thereafter. I understand I can opt out at any time through an email that I receive. Companies that we share data with are listed here.

→

🤍 • Share

**Best**  Newest  Oldest

Be the first to comment.

✉ Subscribe  🔒 Privacy  🚫 Do Not Sell My Data

**DISQUS**



HONOR SOCIETY

**SCHOLARSHIPS & GRANTS**

Dues Assistance Program

Scholarships Directory

Scholarship Recipients

All Scholarships

**CAREER EDGE™**

Job Listings

Resources Center

Upload Resume

**SHOP**

Shop All

Regalia

Frames

Class Rings

**SOCIAL**

Facebook

Twitter

YouTube

Instagram

TikTok

**MEMBER BENEFITS**

Certificates

**ABOUT US**

Honor Society Cares™

**CONTACT US**

Help Center

Hi. Need any help?

  

a reasonable amount of time thereafter. I understand I can opt out at any time through an
email that I receive. Companies that we share data with are listed here.



♡    • Share                                                    **Best**    Newest    Oldest

Be the first to comment.

✉ Subscribe    🔒 Privacy    🚫 Do Not Sell My Data                      **DISQUS**

---



| SCHOLARSHIPS & GRANTS | CAREER EDGE™ | SHOP | SOCIAL |
|---|---|---|---|
| Dues Assistance Program | Job Listings | Shop All | Facebook |
| Scholarships Directory | Resources Center | Regalia | Twitter |
| Scholarship Recipients | Upload Resume | Frames | YouTube |
| All Scholarships | | Class Rings | Instagram |
| | | | TikTok |

| MEMBER BENEFITS | ABOUT US | CONTACT US |
|---|---|---|
| Certificates | Honor Society Cares™ | Help Center |
| Career Edge™ Guides | Society Leadership | FAQs |
| Restaurant Discounts | Elevate Magazine | Member Satisfaction Guarantee |
| Health Plan Discounts | Privacy Policy | Call / Text Us |
| Honor Society Rewards Mastercard | Terms of Use | |
| View All | | |

   



Honor Society® Membership Club offers exclusive benefits to foster your professional and
personal development. We recognize your potential and support your future success with
member-only discounts on products and services, including learning, dining, health, and
travel. Access special items like graduation honor cords and essential career resources. As a
distinct and pioneering honors organization, we're relentlessly committed to providing the
tools and community to help you go further.

Call or Text us
1-866-313-6311 (9AM - 7PM EST Monday-Friday)
1025 Connecticut Avenue, NW • Suite 1000 • Washington, DC 20036
9275 W. Russell Rd • Suite 235 • Las Vegas, NV 89145
Proudly Accredited by the Better Business Bureau
© 2024 HonorSociety.org, Inc. All rights reserved. Privacy Policy • Terms of Use • Contact Us





 Hi. Need any help?



---

Document title: Phi Theta Kappa Lawsuit: Uncovering Alleged Deceptive Practices and Monopolization | Honor Society - Official Honor Society® Website
Capture URL: https://www.honorsociety.org/articles/phi-theta-kappa-lawsuit-uncovering-alleged-deceptive-practices-and-monopolization
Capture timestamp (UTC): Fri, 06 Dec 2024 17:20:00 GMT                                      Page 4 of 4

# EXHIBIT C-5

PageVault

| | |
|---|---|
| Document title: | Phi Theta Kappa Warning! Caution at Ivy Tech Community College, Marion Campus, Beta Phi Tau Chapter | HonorSociety.com |
| Capture URL: | https://honorsociety.com/phi-theta-kappa-ivy-tech-community-college-marion-campus/ |
| Page loaded at (UTC): | Fri, 06 Dec 2024 17:20:54 GMT |
| Capture timestamp (UTC): | Fri, 06 Dec 2024 17:21:18 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | qJvtc7Lsy16iPMq9LhiLx6 |
| Display Name: | arose |

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*



| Visit HonorSociety.org | Shop Honor Society® | Contact Member Services | Honor Society® Informational Portal |
|---|---|---|---|

## HONOR SOCIETY

| First in Inclusivity | Member Benefits | Scholarships | HonorSociety.org vs. | We're not them™ |
|---|---|---|---|---|
| & Inclusivity First! | To Help you Succeed. | Directory & Recipients. | See how we stack up! | We are Honor Society® |

## Phi Theta Kappa Warning! Caution at Ivy Tech Community College, Marion Campus, Beta Phi Tau Chapter

HOME \ PTK LAWSUIT \



### Phi Theta Kappa Warning! Caution at Ivy Tech Community College, Marion Campus, Beta Phi Tau Chapter

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

### Red Alert regarding Phi Theta Kappa at Ivy Tech Community College, Marion Campus and the PTK Beta Phi Tau Chapter!

*This is a public service announcement and opinion in the interest of protecting students and community colleges. This website is not affiliated with PTK Beta Phi Tau Chapter or Phi Theta Kappa.*

Dear Ivy Tech Community College, Marion Campus Community,

We want to inform you about a lawsuit filed against Phi Theta Kappa (PTK), an honor society known across community colleges. The lawsuit raises serious concerns about false advertising and monopolistic practices.

PTK is accused of falsely claiming members are in the "Top 10%" of their class, when the actual percentage is much higher, misleading potential members.

Phi Theta Kappa has been alleged to make misleading scholarship claims. In member invitations PTK has said that members have exclusive access to $246 million in scholarships and that the average member receives $2,500 per year. However, significant amounts of these scholarships are not exclusive to PTK members; they are available generally to all students regardless of PTK membership. This false exclusivity towards scholarships eligibility allegedly misleads students into believing they will receive special access to general financial benefits by joining PTK.



SEARCH

| Popular | Recent |
|---|---|

Honor Society E-mail

Regalia, Honor Cords, Stoles & Medallions

HonorSociety.org quote of the day. Keep pushing until you get where you want to go....

Next »

**RECENT POSTS**

› Phi Theta Kappa Warning! Caution at Dawson Community College, Glendive Campus, Alpha Xi Epsilon Chapter

› Phi Theta Kappa Warning! Caution at St. Petersburg College, Health Education Center, Alpha Omega Beta Chapter

› Phi Theta Kappa Warning! Caution at City College at MSU, Billings Campus, Beta Upsilon Rho Chapter

› Phi Theta Kappa Warning! Caution at Motlow State Community College, Moore County Campus, Alpha Xi Pi Chapter

› Phi Theta Kappa Warning! Caution at Pasco-Hernando State College, Porter Campus, Beta Phi Epsilon Chapter

misleading potential members.

Phi Theta Kappa has been alleged to make misleading scholarship claims. In member invitations PTK has said that members have exclusive access to $246 million in scholarships and that the average member receives $2,500 per year. However, significant amounts of these scholarships are not exclusive to PTK members; they are available generally to all students regardless of PTK membership. This false exclusivity towards scholarships eligibility allegedly misleads students into believing they will receive special access to general financial benefits by joining PTK.

Additionally, PTK has allegedly engaged in monopolistic practices, including aggressive tactics to dominate the honor society market and selling members' personal information without consent.

The lawsuit questions the leadership within PTK, including current CEO Lynn Tincher-Ladner, highlighting the need for greater accountability and transparency.

We are committed to protecting students from misleading practices. We encourage everyone to stay informed and consider these implications carefully.

For more information, please refer to these resources:

- Phi Theta Kappa Lawsuit: PTK Deceptive Practices and Attempted Monopoly
- Is Phi Theta Kappa Worth It?
- Is Phi Theta Kappa a Big Deal? No, It's Not
- Lynn Tincher-Ladner: Alleged Misleading Mastermind

We believe that an informed community is a strong community. If you have any questions or concerns, please reach out to **ptklawsuit@gmail.com**.

*Background: The PTK CEO, Lynn Tincher-Ladner, allegedly masterminded these deceptive practices against community college students and institutions and should be held accountable. For more information about the PTK lawsuit, visit www.ptklawsuit.com. To post or follow the topic on social media, use #PTKlawsuit.*



## HonorSociety.org

HonorSociety.org® is the preeminent organization dedicated to recognition of student success, and to empowering students to achieve. Our community emphasizes leadership and is a platform to showcase your talents. Our society's goal is to help you succeed, and to connect you with the people and opportunities to help you achieve your goals.

See Full Bio ›

BY HONORSOCIETY.ORG  |  JULY 18, 2024  |  PTK LAWSUIT  |  0 COMMENTS  |  TAGS: OPINION, PTK LAWSUIT, PUBLIC SERVICE ANNOUNCEMENT



### HonorSociety.org

HonorSociety.org® is the preeminent organization dedicated to recognition of student success, and to empowering students to achieve. Our community emphasizes leadership and is a platform to showcase your talents. Our society's goal is to help you succeed, and to connect you with the people and opportunities to help you achieve your goals.

| Previous | Next |
|---|---|
| PHI THETA KAPPA WARNING! CAUTION AT COLLEGE OF CENTRAL FLORIDA, OCALA CAMPUS, KAPPA NU CHAPTER | PHI THETA KAPPA WARNING! CAUTION AT BACONE COLLEGE, MUSKOGEE CAMPUS, LAMBDA DELTA CHAPTER |

---

- Phi Theta Kappa Warning! Caution at Moore College and more College, Moore County Campus, Alpha Xi Pi Chapter
- Phi Theta Kappa Warning! Caution at Pasco-Hernando State College, Porter Campus, Beta Phi Epsilon Chapter

### CATEGORIES

› Academic
› Blog
› Business
› Ceremony
› Chapters
› Class Rings
› Entertainment
› HonorSociety.org
› Inclusivity
› Instagram
› Motivational
› philanthropy
› Professional Edition
› PTK Lawsuit
› Research
› Scam Alert
› Scholarship
› Tech
› Uncategorized
› Video

### ARCHIVES

› August 2024
› July 2024
› June 2024
› May 2024
› April 2024
› February 2023
› January 2023
› December 2022
› November 2022
› October 2022
› September 2022
› August 2022
› July 2022
› June 2022
› May 2022
› February 2022
› January 2022
› December 2021
› November 2021
› May 2021
› April 2021
› March 2021
› February 2021
› January 2021
› December 2020
› November 2020
› October 2020
› September 2020
› August 2020
› July 2020

PHI THETA KAPPA WARNING! CAUTION AT COLLEGE OF CENTRAL FLORIDA, OCALA CAMPUS, KAPPA NU CHAPTER

PHI THETA KAPPA WARNING! CAUTION AT BACONE COLLEGE, MUSKOGEE CAMPUS, LAMBDA DELTA CHAPTER

Your comment ...

› January 2021
› December 2020
› November 2020
› October 2020
› September 2020
› August 2020
› July 2020
› June 2020
› May 2020
› April 2020
› March 2020
› February 2020
› January 2020
› December 2019
› November 2019
› October 2019
› September 2019
› August 2019
› July 2019
› June 2019
› May 2019
› April 2019
› March 2019
› February 2019
› January 2019
› December 2018
› November 2018
› October 2018
› September 2018
› August 2018
› July 2018
› June 2018
› May 2018
› April 2018
› March 2018
› February 2018
› January 2018
› December 2017
› November 2017
› October 2017
› September 2017
› August 2017
› July 2017
› June 2017
› May 2017
› April 2017
› March 2017
› February 2017
› January 2017
› December 2016
› November 2016
› October 2016
› September 2016
› August 2016
› July 2016
› June 2016
› May 2016
› April 2016
› March 2016
› February 2016
› January 2016
› December 2015
› November 2015

Document title: Phi Theta Kappa Warning! Caution at Ivy Tech Community College, Marion Campus, Beta Phi Tau Chapter | HonorSociety.com
Capture URL: https://honorsociety.com/phi-theta-kappa-ivy-tech-community-college-marion-campus/
Capture timestamp (UTC): Fri, 06 Dec 2024 17:21:18 GMT
Page 3 of 4

› October 2016
› September 2016
› August 2016
› July 2016
› June 2016
› May 2016
› April 2016
› March 2016
› February 2016
› January 2016
› December 2015
› November 2015
› October 2015
› September 2015
› August 2015
› July 2015
› June 2015
› April 2015
› December 2014
› November 2014
› January 1970

## META

› Log in
› Entries feed
› Comments feed
› WordPress.org



**Benefits**

Best-in-class benefits to help you succeed today and tomorrow. Members-only networking, travel and educational tools and events. Dozens of exclusive member benefits tailored to your life.

**Recognition**

From membership certificates, to graduation regalia, HonorSociety.org recognizes students for their academics.

**Scholarship**

HonorSociety.org awards thousands of dollars in scholarships to our member base every year. View our scholarships, comprehensive scholarship directory and previous recipients.

Visit HonorSociety.org ›

**MORE INFORMATION**

› Vault.com Career Insider
› Careington Dental Plan
› Eyemed Vision Care
› Uber Ridesharing Credits
› Qualsight Lasik Vision Correction
› Microsoft Excel Courses

**CURRENT SCHOLARSHIPS**

› Community Service
› Undergraduate Achiever
› Graduate Student Achiever
› Study Abroad
› Member Spotlight
› Scholarship Directory
› Scholarship Recipients

**ACROSS THE WEB**

› HonorSociety.org Reviews
› HonorSociety.org Videos
› HonorSociety.org Job Openings
› HonorSociety.org Privacy Policy
› Employee Reviews
› CrunchBase Profile

**ABOUT US**

› About
› Our Mission
› Our Leadership
› Alumni National Board
› Student National Board
› Frequently Asked Questions
› Contact Member Services

TOP

HonorSociety.com is an informational portal about Honor Society®. For more information, www.honorsociety.org © HonorSociety.org. All Rights Reserved.

# EXHIBIT C-6

🔒 PageVault

| | |
|---|---|
| Document title: | Phi Theta Kappa: Shocking Allegations & Unmasking the Truth. |
| Capture URL: | https://www.linkedin.com/pulse/phi-theta-kappa-shocking-allegations-unmasking-truth-honorsociety-fiuqc |
| Page loaded at (UTC): | Fri, 06 Dec 2024 17:21:34 GMT |
| Capture timestamp (UTC): | Fri, 06 Dec 2024 17:22:01 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | qzousW5hZYTHjTu9Eaa22v |
| Display Name: | arose |




LinkedIn    Articles   People   Learning   Jobs   Games   Sign in   Sign in



Time to unmask the truth at Phi Theta Kappa.

# Phi Theta Kappa: Shocking Allegations & Unmasking the Truth.



Honor Society®
The Honor Society for All.™
Published Jun 12, 2024

+ Follow

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

Phi Theta Kappa (PTK), the self-proclaimed "world's largest honor society for community college students", is facing a firestorm of allegations that could forever alter its reputation. Accusations of deceptive practices, monopolistic behavior, and unethical conduct have been brought to light in a recent lawsuit filed by Honor Society®. This article delves deep into these claims, uncovering the potential impact on students and the broader educational community.

## The Allegations: What PTK Is Accused Of

The lawsuit, filed in the Southern District of Mississippi, presents a troubling picture of PTK's operations under the leadership of CEO Lynn Tincher-Ladner. Here are the key allegations:

👍 Like      💬 Comment      ↗ Share                    🌀 6 · 1 Comment

## Sign in

Stay updated on your professional world

**Sign in**

By clicking Continue to join or sign in, you agree to LinkedIn's User Agreement, Privacy Policy, and Cookie Policy.

**Continue with Google**

New to LinkedIn? Join now

## Insights from the community

Higher Education
What do you do if a student accuses a professor of misconduct in a Higher Education setting?

Teaching
You're faced with a cheating accusation during an exam. How do you handle the situation effectively?

Higher Education
What do you do if your higher education students need a strong advocate?

Higher Education
A student feels dismissed in higher education. How can you ensure their grievances are heard?

K-12 Education
What are the best ways to support a student struggling with their identity?

Higher Education
You're facing sensitive student disciplinary decisions. How can you ensure fairness and impartiality?

Show more ⌄

## Others also viewed



Davis Polk sets new salary bar; Yale Law to wipe out tuition for low-income students; and a partner pay disclosure
Reuters Legal · 2y


Document title: Phi Theta Kappa: Shocking Allegations &amp; Unmasking the Truth.
Capture URL: https://www.linkedin.com/pulse/phi-theta-kappa-shocking-allegations-unmasking-truth-honorsociety-fiuqc
Capture timestamp (UTC): Fri, 06 Dec 2024 17:22:01 GMT
Page 1 of 4




key allegations:

1. **Deceptive Exclusivity Claims**: PTK allegedly misleads students by claiming that those invited to join are in the "Top 10%" of their class. The reality, according to the lawsuit, is that PTK's criteria allow a much larger percentage of students to qualify. This false exclusivity can significantly mislead students about the value and prestige of their membership.

2. **Fraudulent Letters of Recommendation**: The lawsuit contends that PTK issues letters of recommendation, signed by CEO Lynn Tincher-Ladner, falsely stating that the member is in the top 10% of their class. These letters are purportedly issued without any factual basis, deceiving students, educational institutions, and potential employers.

3. **Misleading Scholarship Promises**: PTK is accused of promoting access to $246 million in scholarships as exclusive to its members, when these scholarships are actually available to all students. Additionally, the claim that the "average member gets $2,500 a year" in scholarships is disputed, suggesting that many students are misled about the financial benefits of joining PTK.

4. **Anticompetitive Behavior**: The lawsuit highlights PTK's alleged attempts to dominate the community college honor society market through aggressive tactics. These include falsely claiming to be the "only" and "official" honor society and selling members' personal information without their consent. Such practices not only mislead students but also stifle competition in the academic honor society landscape.



### Recommended by LinkedIn

**Broken Promises: Why Higher Ed Is Backtracking On...**
Janice Gassam Asare, Ph.D. · 1 year ago

**Harvard's Black enrollment dips, plaintiffs' firms...**
Reuters Legal · 2 months ago

**Perkins Coie, Morrison Foerster Sued Over Diversity...**
Bloomberg Law · 1 year ago

**The Student Impact: Misled and Disillusioned**

For students, these allegations are deeply concerning. If proven true, they suggest that many students have been enticed to join PTK under false pretenses, potentially wasting time and money on an organization that does not deliver on its promises. The implications for their academic and professional futures could be significant.

**Educational Institutions: Re-Evaluating PTK**

👍 Like        💬 Comment        ↪ Share        💬 6 · 1 Comment


...bar; Yale Law to wipe out tuition for low-income students; and a partner pay disclosure
Reuters Legal · 2y


What Changes in Corporate DEI now that the Supreme Court Dismantled Affirmative Action in University Admissions?
Bo Young Lee 🔳🔳🔳 · 1y


How to champion free speech — and avoid campus riots
George Anders · 6y


Will California Law Allow UCLA to Play in the Big Ten?
David D. Walker · 2y


The Quest for Diversity: Does Academia Truly Want Black Professors?
Dr. Loren M. Hill · 1y

Supporting Black Student Excellence
Fred McKinney · 2mo

Show more ⌄

### Explore topics

Sales

Marketing

IT Services

Business Administration

HR Management

Engineering

Soft Skills

See All

Document title: Phi Theta Kappa: Shocking Allegations &amp; Unmasking the Truth.
Capture URL: https://www.linkedin.com/pulse/phi-theta-kappa-shocking-allegations-unmasking-truth-honorsociety-fiuqc
Capture timestamp (UTC): Fri, 06 Dec 2024 17:22:01 GMT




### Educational Institutions: Re-Evaluating PTK

Colleges and universities that host PTK chapters may need to reconsider. The allegations suggest a need for greater scrutiny and due diligence to ensure that honor societies and other academic organizations operate transparently and ethically. Institutions must protect their students from misleading practices and ensure that any endorsed organization truly benefits its members.

### The Bigger Picture: A Call for Integrity and Accountability

This lawsuit against PTK underscores the critical need for integrity and accountability in educational organizations. It serves as a wake-up call for all higher education to uphold the highest ethical standards and ensure that their practices are transparent and honest. Students and educators must remain vigilant, advocating for practices that genuinely support academic excellence and personal development.

### A Call to Action

The allegations against Phi Theta Kappa highlight significant issues that need addressing to protect students and uphold the integrity of academic honor societies. This lawsuit is a crucial step towards ensuring that such organizations operate with transparency and accountability. The educational community must rally for reforms that prioritize the genuine interests of students and the true spirit of academic achievement. #PTKlawsuit



👍 Like       💬 Comment       ↗ Share                           🕐 6 · 1 Comment

---

Arianna McComb, BSPS, PPR                                    5mo    ⋯
HVAC Service Manager ▪ Proven expertise in financial reporting and analysis

Good. PTK needs to be reprimanded.

👍 Like · 💬 Reply    |    1 Reaction

---

To view or add a comment, **sign in**

## More articles by Honor Society®



May 21, 2024

🚨 **Breaking News: Lawsuit Filed Against Phi Theta Kappa CEO Lynn Tincher-Ladner** 🚨
Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.

 5 · 1 Comment



May 9, 2024

🚨**Phi Theta Kappa Sued Over Deceptive Practices and Attempted Monopoly**
Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.

👍 9



Feb 21, 2023

**Exposing the Racist Legacy of Traditional Honor Societies and How HonorSociety.org is Leading the**

 
**The Bigger Picture: A Call for Integrity and Accountability**

This lawsuit against PTK underscores the critical need for integrity and accountability in educational organizations. It serves as a wake-up call for all higher education to uphold the highest ethical standards and ensure that their practices are transparent and honest. Students and educators must remain vigilant, advocating for practices that genuinely support academic excellence and personal development.

**A Call to Action**

The allegations against Phi Theta Kappa highlight significant issues that need addressing to protect students and uphold the integrity of academic honor societies. This lawsuit is a crucial step towards ensuring that such organizations operate with transparency and accountability. The educational community must rally for reforms that prioritize the genuine interests of students and the true spirit of academic achievement. #PTKlawsuit



👍 Like    💬 Comment    ↗ Share                          🔵 6 · 1 Comment

Arianna McComb, BSPS, PPR                                    5mo   •••
HVAC Service Manager ▪ Proven expertise in financial reporting and analysis

Good. PTK needs to be reprimanded.

👍 Like · 💬 Reply · 1 Reaction

To view or add a comment, **sign in**

## More articles by Honor Society®



May 21, 2024
🚨 **Breaking News: Lawsuit Filed Against Phi Theta Kappa CEO Lynn Tincher-Ladner** 🚨
Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.
 5 · 1 Comment



May 9, 2024
🚨**Phi Theta Kappa Sued Over Deceptive Practices and Attempted Monopoly**
Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.
 9



Feb 21, 2023
**Exposing the Racist Legacy of Traditional Honor Societies and How HonorSociety.org is Leading the Charge for Change**
For far too long, traditional honor societies have perpetuated systemic racism by creating barriers for students from...
👍❤️👏 35 · 1 Comment

Linkedⓘn  © 2024    About    Accessibility    User Agreement    Privacy Policy    Your California Privacy Choices    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls

Community Guidelines    Language ∨

Document title: Phi Theta Kappa: Shocking Allegations &amp; Unmasking the Truth.
Capture URL: https://www.linkedin.com/pulse/phi-theta-kappa-shocking-allegations-unmasking-truth-honorsociety-fiuqc
Capture timestamp (UTC): Fri, 06 Dec 2024 17:22:01 GMT

# EXHIBIT C-7

| Document title: | Phi Theta Kappa Is Sued: Disturbing Deceptive Practices And Monopolistic Tactics - Honor Society Museum |
|---|---|
| Capture URL: | https://honorsocietymuseum.org/phi-theta-kappa-is-sued-disturbing-deceptive-practices-and-monopolistic-tactics/ |
| Page loaded at (UTC): | Fri, 06 Dec 2024 17:22:43 GMT |
| Capture timestamp (UTC): | Fri, 06 Dec 2024 17:23:12 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 8 |
| Capture ID: | 6qzh22mAaDhXx9hGmQ6MEx |
| Display Name: | arose |

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

# Honor Society Museum

COLLECTION      ARTICLES      EVENTS & PROGRAMS      CONTACT US      ABOUT US

# Phi Theta Kappa Is Sued: Disturbing Deceptive Practices And Monopolistic Tactics

📅 May 17, 2024      📁 PTK Lawsuit, Uncategorized      🏷 Abuse, Community College, Protect Students, PTK Lawsuit



*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

*The Honor Society Museum is committed to protecting students and preserving the integrity and transparency of academic institutions. In line with this mission, we bring to light a significant legal battle that has unfolded against Phi Theta Kappa (PTK), known as "the" community college honor society. This lawsuit alleges deceptive practices and monopolistic strategies executed by PTK and its CEO, Lynn Tincher-Ladner.*

## ALLEGATIONS OF MISLEADING PRACTICES

*The federal lawsuit, filed in the Southern District of Mississippi, highlights several alarming practices. Among the most concerning are:*

***False "Top 10%" Claims:*** *PTK is accused of misleading students by claiming in their membership invitations that the recipients are in the "Top 10%" of their class. This assertion is used to encourage students to pay membership fees. However, the criteria set by PTK actually allow a much larger percentage of students to qualify. For instance, at Oakton Community College, 44% of students meet PTK's 3.5+ GPA requirement, which significantly exceeds the true "Top 10%" standard. This misrepresentation creates a false sense of exclusivity.*

***Questionable Letters of Recommendation:*** *The lawsuit also addresses PTK's practice of issuing letters of recommendation, signed by CEO Lynn Tincher-Ladner, stating that the PTK member is in the top 10% at their school. This claim is often made without any factual basis, deceiving students, educational institutions, and potential employers about the member's academic standing.*

***Misleading Scholarship Information:*** *PTK allegedly promotes access to $246 million in scholarships as an exclusive benefit of membership. In reality, these scholarships are generally available to all students, not just PTK members. Additionally, PTK claims that the "average member gets $2,500 a year" in transfer scholarships, which is reportedly false. Such statements mislead students about the financial benefits of joining PTK.*

## ANTICOMPETITIVE CONDUCT

*The lawsuit further accuses PTK of engaging in practices intended to stifle competition within the community college honor society market. By misleading students and institutions, PTK allegedly attempts to monopolize this market, restricting students' options for honor society memberships.*

## CALL TO ACTION

*The Honor Society Museum encourages those who have been affected by PTK's practices to come forward. It is vital to protect the academic community from these alleged predatory behaviors. If you have experienced misleading practices by PTK, please reach out to your state attorney general's office or the Better Business Bureau.*

*For those with additional insights or information regarding PTK's practices, we urge you to contact PTKLawsuit@gmail.com. Your privacy and confidentiality will be respected.*

*For more details about the lawsuit, visit www.ptklawsuit.com. To participate in the discussion on social media, use the hashtag #PTKlawsuit.*

*Together, we can uphold the values of integrity and transparency in honor societies, ensuring that these organizations truly honor their members and their commitments.*

*Honor Society Foundation*

*Together, we can uphold the values of integrity and transparency in honor societies, ensuring that these organizations truly honor their members and their commitments.*

---

### Honor Society Foundation

*See Full Bio ›*

---

«  🔴 *PHI THETA KAPPA CAUTION ADVISED: ALPHA KAPPA BETA CHAPTER AT JAMESTOWN COMMUNITY COLLEGE, MAIN CAMPUS*

🔴 *PHI THETA KAPPA CAUTION ADVISED: ALPHA NU ETA CHAPTER AT KELLOGG COMMUNITY COLLEGE, BATTLE CREEK CAMPUS*  »

## DID YOU LIKE THIS? SHARE IT!

    

## 0 COMMENTS ON "PHI THETA KAPPA IS SUED: DISTURBING DECEPTIVE PRACTICES AND MONOPOLISTIC TACTICS"

Comments are closed.

---

Search …   Search

### RECENT POSTS

— 🔴 *Phi Theta Kappa Caution Advised: Beta Delta Psi Chapter at Des Moines Area Community College, Urban Campus*

— 🔴 *Phi Theta Kappa Caution Advised: Beta Omicron Chi Chapter at Yuba College, Marysville Campus*

— 🔴 *Phi Theta Kappa Caution Advised: Alpha Alpha Zeta Chapter at Copiah-Lincoln Community College, Natchez Campus*

— 🔴 *Phi Theta Kappa Caution Advised: Alpha Xi Psi Chapter at Nashville State Community College, Main Campus*

— 🔴 *Phi Theta Kappa Caution Advised: Beta Gamma Epsilon Chapter at Stark State*

---

🚨 *Phi Theta Kappa Caution Advised: Alpha Xi Psi Chapter at Nashville State Community College, Main Campus*

🚨 *Phi Theta Kappa Caution Advised: Beta Gamma Epsilon Chapter at Stark State College, North Canton Campus*

 **RECENT COMMENTS**

— *Yessenia Hackett-Evans* on *Becoming an Honor Society Leader: How to Start Your Own Chapter*

— *Ray* on *Honor Society Scams: How to Make Sure That Your Honor Society is Legit*

**ARCHIVES**

— *June 2024*
— *May 2024*
— *April 2024*
— *March 2023*
— *October 2020*
— *July 2019*
— *June 2019*
— *May 2019*
— *April 2019*
— *February 2019*

**CATEGORIES**

— *18th Century*
— *19th Century*
— *20th Century*
— *21st Century*
— *Alpha Omega Alpha*
— *Blog*
— *Collections*
— *Dartmouth*
— *Harvard*
— *High School*
— *Historical*
— *History*
— *Honor Society*
— *Honor Society Foundation Books*
— *HonorSociety.Org*
— *Inclusivity*
— *Iowa State*
— *Junior High School*

— *HonorSociety.Org*
— *Inclusivity*
— *Iowa State*
— *Junior High School*
— *Key*
— *Member Trips*
— *National Honor Society*
— *Phi Beta Kappa*
— *PTK Lawsuit*
— *Ptklawsuit*
— *Regalia*
— *Sigma Xi*
— *Societies*
— *Stanford*
— *Uncategorized*
— *University*
— *Vanderbilt*

*META*

— *Log in*
— *Entries feed*
— *Comments feed*
— *WordPress.org*

SEARCH ...          |   Q


*Phi Theta Kappa Caution Advised: Beta Delta Psi Chapter at Des Moines Area Community College, Urban Campus*
JUNE 22, 2024


*Phi Theta Kappa Caution Advised: Beta Omicron Chi Chapter at Yuba College, Marysville Campus*
JUNE 22, 2024


*Phi Theta Kappa Caution Advised: Alpha Alpha Zeta Chapter at Copiah-Lincoln Community College,*


*Phi Theta Kappa Caution Advised: Alpha Alpha Zeta Chapter at Copiah-Lincoln Community College, Natchez Campus*

📅 JUNE 22, 2024


*Phi Theta Kappa Caution Advised: Alpha Xi Psi Chapter at Nashville State Community College, Main Campus*

📅 JUNE 22, 2024


*Phi Theta Kappa Caution Advised: Beta Gamma Epsilon Chapter at Stark State College, North Canton Campus*

📅 JUNE 22, 2024

📁 *CATEGORIES*

— *Blog* (5)
— *Collections* (18)
  — *18th Century* (1)
  — *19th Century* (5)
  — *20th Century* (13)
  — *21st Century* (1)
— *High School* (2)
— *Historical* (7)
— *History* (1)
— *Honor Society* (3)
  — *Member Trips* (2)
— *Honor Society Foundation Books* (4)
— *Inclusivity* (1)
— *Junior High School* (1)
— *Key* (1)
— *PTK Lawsuit* (1)
— *Ptklawsuit* (1,244)
— *Regalia* (2)
— *Societies* (12)
  — *Alpha Omega Alpha* (1)
  — *HonorSociety.Org* (3)
  — *National Honor Society* (1)
  — *Phi Beta Kappa* (6)
  — *Sigma Xi* (1)

Document title: Phi Theta Kappa Is Sued: Disturbing Deceptive Practices And Monopolistic Tactics - Honor Society Museum
Capture URL: https://honorsocietymuseum.org/phi-theta-kappa-is-sued-disturbing-deceptive-practices-and-monopolistic-tactics/
Capture timestamp (UTC): Fri, 06 Dec 2024 17:23:12 GMT

— *Alpha Omega Alpha*  (1)
— *HonorSociety.Org*  (3)
— *National Honor Society*  (1)
— *Phi Beta Kappa*  (6)
— *Sigma Xi*  (1)
— *Uncategorized*  (9)
— *University*  (7)
— *Dartmouth*  (1)
— *Harvard*  (2)
— *Iowa State*  (1)
— *Stanford*  (1)
— *Vanderbilt*  (1)

*WE ARE SOCIAL!*

*Connect with Honor Society Museum on social media channels for updates and news.*



*HISTORY OF SPECIFIC HONOR SOCIETIES*                    ⌃ *BACK TO TOP OF THE PAGE*



*The Honor Society Museum is dedicated to preserving and enhancing the illustrious 200+ year history of honor societies.*

*The Honor Society Museum is organized and sponsored by the* **Honor Society Foundation**.

Terms & conditions
Privacy policy & cookies
Terms of use

# EXHIBIT C-8

| | |
|---|---|
| Document title: | PTK Lawsuit - Honor Society Foundation |
| Capture URL: | https://honorsocietyfoundation.org/tag/ptk-lawsuit/ |
| Page loaded at (UTC): | Fri, 06 Dec 2024 17:24:17 GMT |
| Capture timestamp (UTC): | Fri, 06 Dec 2024 17:24:45 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 10 |
| Capture ID: | 8Gn2GLyVQV9pkRyY2L9DYj |
| Display Name: | arose |

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*



*June 22, 2024* | *By Honor Society Foundation* | *In abuse*

## Lynn Tincher-Ladner's PTK Compensation & Salary Review

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and [...]

*Read More*

0





*June 21, 2024* | *By Honor Society Foundation* | *In PTK Lawsuit*

## Phi Theta Kappa Alert at SUNY College of Technology at Alfred, Main Campus: Caution Advised Regarding the PTK Alpha Sigma Mu Chapter

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and […]

**Read More**

0





*June 20, 2024* | *By Honor Society Foundation* | *In PTK Lawsuit*

## Phi Theta Kappa Alert at Louisiana Delta Community College, Monroe Main Campus: Caution Advised Regarding the PTK Beta Rho Phi Chapter

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and […]

**Read More**

0



*June 20, 2024* | *By Honor Society Foundation* | *In PTK Lawsuit*

Phi Theta Kappa Alert at Santa Monica College, Main Campus:

*June 20, 2024* | *By Honor Society Foundation* | *In PTK Lawsuit*

## Phi Theta Kappa Alert at Santa Monica College, Main Campus: Caution Advised Regarding the PTK Beta Kappa Delta Chapter

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and […]

**Read More**



*June 20, 2024* | *By Honor Society Foundation* | *In PTK Lawsuit*

## Phi Theta Kappa Alert at Central Virginia Community College, Lynchburg Campus: Caution Advised Regarding the PTK Chi Psi Chapter

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and […]

**Read More**

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and [...]

Read More





*June 20, 2024* | *By Honor Society Foundation* | *In PTK Lawsuit*

## Phi Theta Kappa Alert at Southwestern Oregon Community College, Coos Bay Campus: Caution Advised Regarding the PTK Alpha Kappa Phi Chapter

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and [...]

Read More







*June 20, 2024* | *By Honor Society Foundation* | *In PTK Lawsuit*

## Phi Theta Kappa Alert at Paradise Valley Community College, Phoenix Campus: Caution Advised Regarding the PTK Alpha Omicron Chi Chapter

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and [...]

**Read More**







*June 20, 2024* | *By Honor Society Foundation* | *In PTK Lawsuit*

## Phi Theta Kappa Alert at Southside Virginia Community College, Christanna Campus: Caution Advised Regarding the PTK Alpha Theta Chi Chapter

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and […]

*Read More*







*June 20, 2024* | *By Honor Society Foundation* | *In PTK Lawsuit*

## Phi Theta Kappa Alert at Cosumnes River College, Sacramento Campus: Caution Advised Regarding the PTK Beta Theta Upsilon Chapter

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and [...]

**Read More**

0

*June 20, 2024* | *By Honor Society Foundation* | *In PTK Lawsuit*

## Phi Theta Kappa Alert at Northwest Vista College, San Antonio Campus: Caution Advised Regarding the PTK Beta Lambda Upsilon Chapter

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian



*June 20, 2024*  |  *By Honor Society Foundation*  |  *In PTK Lawsuit*

## Phi Theta Kappa Alert at Northwest Vista College, San Antonio Campus: Caution Advised Regarding the PTK Beta Lambda Upsilon Chapter

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and […]

**Read More**

0

‹ NEWER                    1   2   …   125                    OLDER ›

WHO WE ARE

CONTACT
IRS EXEMPTION

WHAT WE DO

Thought Leadership Articles
History of Specific Honor Societies

ABOUT US

The Honor Society Foundation exists first and foremost to help achievers like you build relationships with similar values-driven and goal-oriented people and organizations, while striving to provide Scholarships to those who go above and beyond.

FIND US ELSEWHERE

2022 TOP-RATED NONPROFIT

Platinum Transparency 2023
Candid.

© 2024 Honor Society Foundation. All rights reserved.

# EXHIBIT C-9

| Document title: | Phi Theta Kappa Alert at SUNY College of Technology at Alfred, Main Campus: Caution Advised Regarding the PTK Alpha Sigma Mu Chapter - Honor Society Foundation |
| --- | --- |
| Capture URL: | https://honorsocietyfoundation.org/ptk-suny-college-of-technology-at-alfred-main-campus/ |
| Page loaded at (UTC): | Fri, 06 Dec 2024 20:16:21 GMT |
| Capture timestamp (UTC): | Fri, 06 Dec 2024 20:16:52 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | jce1TJQc5QY3oiQcXi5Y9t |
| Display Name: | arose |

PDF REFERENCE #:        gvzAEESQGhuyxHwtVhjXhD

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

## Honor Society Foundation

Museum      Inclusive Honors      Grants      Articles      IRS Exemption

---

*June 21, 2024* | *By Honor Society Foundation*

*In* **PTK Lawsuit**

# PHI THETA KAPPA ALERT AT SUNY COLLEGE OF TECHNOLOGY AT ALFRED, MAIN CAMPUS: CAUTION ADVISED REGARDING THE PTK ALPHA SIGMA MU CHAPTER



Phi Theta Kappa Red Alert

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued by PTK in federal court on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

## Dear SUNY College of Technology at Alfred, Main Campus Community,

We are reaching out to you with an urgent message regarding the honor society Phi Theta Kappa (PTK), which has a presence at this campus. HSF is not related to this

Search …

**Archives**

| | |
|---|---|
| June 2024 | May 2024 |
| November 2023 | October 2023 |
| September 2023 | August 2023 |
| July 2023 | June 2023 |
| May 2023 | April 2023 |
| March 2023 | February 2023 |
| January 2023 | December 2022 |
| November 2022 | October 2022 |
| September 2022 | August 2022 |
| July 2022 | June 2022 |
| May 2022 | April 2022 |
| March 2022 | February 2022 |
| January 2022 | December 2021 |
| November 2021 | October 2021 |
| September 2021 | August 2021 |
| July 2021 | June 2021 |
| May 2021 | April 2021 |
| March 2021 | February 2021 |
| January 2021 | December 2020 |
| November 2020 | October 2020 |
| September 2020 | July 2020 |
| April 2020 | March 2020 |
| January 2020 | December 2019 |
| November 2019 | October 2019 |
| September 2019 | July 2019 |
| June 2019 | May 2019 |
| April 2019 | March 2019 |

**Categories**

Select Category ▾

**Tags**

- abuse
- Amazon E-Book
- Arizona State University
- Bloomsburg University
- California Lutheran University
- Cal State Long Beach
- Colorado
- community scholarship
- community service

message regarding the honor society Phi Theta Kappa (PTK), which has a presence at this campus. HSF is not related to this campus, but recent developments have brought to light shocking allegations against PTK that we believe every member of our community should be aware of.

## Alarming Allegations Against PTK

PTK is currently facing a lawsuit that accuses the organization of engaging in serious deceptive practices and monopolistic tactics. These allegations are not just minor infractions; they represent a significant breach of trust that could severely impact community college students.

**False Advertising Claims:**

- **Top 10% Misrepresentation:** PTK claims that its members are in the "Top 10%" of their class. However, evidence shows that the actual percentage of qualifying students is much higher, misleading students about the exclusivity and value of their membership.
- **Misleading Scholarship Promises:** PTK has been alleged of making misleading scholarship claims. They suggest that members have exclusive access to $246 million in scholarships and that the average member receives $2,500 per year. However, many of these scholarships are not exclusive to PTK members; they are available to all students. This false exclusivity misleads students into believing they will receive unique financial benefits by joining PTK.

**Monopolistic Practices:**

- **Aggressive Tactics:** PTK has allegedly used aggressive methods to dominate the community college honor society market, including falsely claiming to be "the only official" honor society and selling members' personal information without consent.

## Leadership Under Scrutiny

The current CEO, Lynn Tincher-Ladner, is at the center of these allegations. The need for accountability and transparency within PTK has never been more critical. Her leadership has come into question, and it is imperative that we hold those in power responsible for their actions.

## A Call to Action

As a community, we must take a stand against these deceptive practices to protect our students and ensure their educational experience is not marred by misleading information. This is not just about one honor society; it is about safeguarding the integrity of our academic institutions and standing up for social justice.

We urge you to:

1. **Stay Informed:** Educate yourself about the allegations and understand their potential impact on our students.
2. **Speak Out:** Share this information with others and raise awareness about the issues surrounding PTK.
3. **Demand Accountability:** Call for greater transparency and accountability from PTK's leadership.

For more information and to join the movement for transparency and justice, please refer to these resources:

- Phi Theta Kappa Lawsuit: PTK Deceptive Practices and Attempted Monopoly
- Is Phi Theta Kappa Worth It?
- Is Phi Theta Kappa a Big Deal? No, It's Not



*About*

The Honor Society Foundation exists first and foremost to help achievers like you build relationships with similar values-driven and goal-oriented people and organizations, while striving to provide Scholarships those who go above and beyond.

leadership.

and organizations, while striving to provide
relationships that promote mutual respect and...

  

For more information and to join the movement for transparency and justice, please refer to these resources:

- Phi Theta Kappa Lawsuit: PTK Deceptive Practices and Attempted Monopoly
- Is Phi Theta Kappa Worth It?
- Is Phi Theta Kappa a Big Deal? No, It's Not
- Lynn Tincher-Ladner: Alleged Misleading Mastermind
- Phi Theta Kappa Sexual Harassment: Stunning Allegations Revisited
- Phi Theta Kappa Embezzlement: A Deep Dive into the Allegations
- Phi Theta Kappa Employee Reviews: Unmasking the PTK Workplace Environment
- Phi Theta Kappa Reviews: Real Student Experiences
- Trustpilot Reviews on PTK

Together, we can make a difference and ensure that our students receive the honest and transparent support they deserve. If you have any questions or concerns, please reach out to PTKLawsuit@gmail.com.

Stand with us in this fight for justice and integrity.

—

This is a public service announcement in the interest of protecting students and community colleges. This website is not affiliated with Phi Theta Kappa.

The PTK CEO, Tincher-Ladner, allegedly masterminded these deceptive practices against community college students and institutions and should be held accountable. For more information about the PTK lawsuit, visit www.ptklawsuit.com. To post or follow the topic on social media, use #PTKlawsuit.

**Call for Action:**

If you have insights or information about PTK's alleged deceptive practices, please email PTKLawsuit@gmail.com.

---



**Honor Society Foundation**

See Full Bio ›

---



---

| PREVIOUS STORY | NEXT STORY |
|---|---|
| Phi Theta Kappa Alert at Louisiana Delta Community College, Monroe Main Campus: Caution Advised Regarding the PTK Beta Rho Phi Chapter | Honor Societies at American Samoa Community College, Pago Pago Campus: Phi Theta Kappa and PTK's Alpha Epsilon Mu Chapter |

# Related Articles

## Related Articles



Lynn Tincher-Ladner's PTK Compensation & Salary Review



Phi Theta Kappa Alert at Louisiana Delta Community College, Monroe Main Campus: Caution Advised Regarding the PTK Beta Rho Phi Chapter

## Leave your comment

DISPLAY NAME *

EMAIL ADDRESS *

*(will not be shared)*

COMMENT *

Submit Comment

### WHO WE ARE

CONTACT
IRS EXEMPTION

### WHAT WE DO

Thought Leadership Articles
History of Specific Honor Societies

### ABOUT US

The Honor Society Foundation exists first and foremost to help achievers like you build relationships with similar values-driven and goal-oriented people and organizations, while striving to provide Scholarships to those who go above and beyond.

### FIND US ELSEWHERE

2022 TOP-RATED NONPROFIT

Platinum



Lynn Tincher-Ladner's PTK Compensation &
Salary Review

Phi Theta Kappa Alert at Louisiana Delta
Community College, Monroe Main Campus:
Caution Advised Regarding the PTK Beta Rho Phi
Chapter

## Leave your comment

DISPLAY NAME *

EMAIL ADDRESS *

*(will not be shared)*

COMMENT *

Submit Comment

## WHO WE ARE

CONTACT

IRS EXEMPTION

## WHAT WE DO

Thought Leadership Articles

History of Specific Honor Societies

## ABOUT US

The Honor Society Foundation exists first
and foremost to help achievers like you build
relationships with similar values-driven and
goal-oriented people and organizations,
while striving to provide Scholarships to
those who go above and beyond.

## FIND US ELSEWHERE

GREATNONPROFITS
2022 TOP-RATED
NONPROFIT

Platinum
Transparency
2023

**Candid.**

© 2024 Honor Society Foundation. All rights reserved.

Document title: Phi Theta Kappa Alert at SUNY College of Technology at Alfred, Main Campus: Caution Advised Regarding the PTK Alpha Sigma Mu Chapter - Honor…
Capture URL: https://honorsocietyfoundation.org/ptk-suny-college-of-technology-at-alfred-main-campus/
Capture timestamp (UTC): Fri, 06 Dec 2024 20:16:52 GMT

# EXHIBIT C-10

| | |
|---|---|
| Document title: | Phi Theta Kappa Lawsuit: PTK Deceptive Practices and Attempted Monopoly - Honor Society Foundation |
| Capture URL: | https://honorsocietyfoundation.org/phi-theta-kappa-lawsuit-ptk-deceptive-practices-and-attempted-monopoly/ |
| Page loaded at (UTC): | Fri, 06 Dec 2024 17:25:55 GMT |
| Capture timestamp (UTC): | Fri, 06 Dec 2024 17:26:52 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | b34WrYMLTbdbwtbTS7mzJB |
| Display Name: | arose |

PDF REFERENCE #:          2MvbMHYwd6xeS7Tn3PpCGn

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.

May 17, 2024  |  By Honor Society Foundation                    In *abuse*, *PTK Lawsuit*

# PHI THETA KAPPA LAWSUIT: PTK DECEPTIVE PRACTICES AND ATTEMPTED MONOPOLY



*Phi Theta Kappa Red Alert*

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., and Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

*In a bold move to defend students, parents, and the educational community, a lawsuit was filed against Phi Theta Kappa (PTK) and its CEO, Lynn Tincher-Ladner. The lawsuit, filed in the Southern District of Mississippi, accuses PTK of deceptive practices and attempting to monopolize the community college honor society market. The allegations claim that PTK's actions have misled students, educational institutions, and employers. Read the news release or visit the PTKlawsuit.com portal.*

## The Allegations Against Phi Theta Kappa

*The lawsuit outlines several disturbing practices allegedly orchestrated by CEO Lynn Tincher-Ladner, including:*

*False "Top 10%" Claims: PTK is accused of falsely stating in their solicitations that invited students are in the "Top 10%" of their class to entice them to pay membership fees. In reality, PTK's criteria allow a much larger percentage of students to qualify. For instance, at Oakton Community College, 44% of students meet PTK's 3.5+ GPA standard—far exceeding the actual "Top 10%." This misleads students about the exclusivity of PTK membership.*

### Archives

| | |
|---|---|
| June 2024 | May 2024 |
| November 2023 | October 2023 |
| September 2023 | August 2023 |
| July 2023 | June 2023 |
| May 2023 | April 2023 |
| March 2023 | February 2023 |
| January 2023 | December 2022 |
| November 2022 | October 2022 |
| September 2022 | August 2022 |
| July 2022 | June 2022 |
| May 2022 | April 2022 |
| March 2022 | February 2022 |
| January 2022 | December 2021 |
| November 2021 | October 2021 |
| September 2021 | August 2021 |
| July 2021 | June 2021 |
| May 2021 | April 2021 |
| March 2021 | February 2021 |
| January 2021 | December 2020 |
| November 2020 | October 2020 |
| September 2020 | July 2020 |
| April 2020 | March 2020 |
| January 2020 | December 2019 |
| November 2019 | October 2019 |
| September 2019 | July 2019 |
| June 2019 | May 2019 |
| April 2019 | March 2019 |

### Categories

Select Category ▼

### Tags

- abuse
- Amazon E-Book
- Arizona State University
- Bloomsburg University
- California Lutheran University
- Cal State Long Beach
- Colorado
- community scholarship
- community service

including:

*False "Top 10%" Claims:* PTK is accused of falsely stating in their solicitations that invited students are in the "Top 10%" of their class to entice them to pay membership fees. In reality, PTK's criteria allow a much larger percentage of students to qualify. For instance, at Oakton Community College, 44% of students meet PTK's 3.5+ GPA standard—far exceeding the actual "Top 10%." This misleads students about the exclusivity of PTK membership.

*Fraudulent Letters of Recommendation:* PTK allegedly issues letters of recommendation, signed by CEO Lynn Tincher-Ladner, claiming that the PTK member is in the top 10% at their school—without any factual basis. This deception misleads students, colleges, and employers regarding the true merit of PTK membership.

*Misleading Scholarship Claims:* PTK is accused of promoting exclusive access to $246 million in scholarships, which are actually widely available university transfer scholarships. This misrepresentation leads students to pay for PTK membership under false pretenses. Additionally, PTK allegedly claims that its "average member gets $2,500 a year" in transfer scholarships, which is false. These misleading statements deceive students about the benefits of PTK membership.

These deceptive tactics, the lawsuit claims, have enabled PTK to misappropriate significant funds from students by exploiting their trust and aspirations. Moreover, PTK is accused of selling and sharing member data under false pretenses, further compromising student privacy and trust.

## Monopolistic Conduct and Suppression of Competition

The lawsuit also accuses PTK of engaging in anticompetitive behavior aimed at excluding competition from the community college market. Mikal Calvert states, "Phi Theta Kappa's actions have unfairly restricted the choices for honor society memberships in community colleges, misleading countless students. This lawsuit seeks to dismantle these falsehoods and promote a market that truly values inclusivity and excellence."

## Call to Action

The Honor Society Foundation urges anyone affected by PTK's deceptive practices to come forward. "We must protect vulnerable students and educational institutions from these alleged predatory behaviors," emphasizes Calvert. "We encourage anyone who believes they have been misled by Phi Theta Kappa to contact their state attorney general's office or the Better Business Bureau."

If you have information about PTK's deceptive practices, please email PTKLawsuit@gmail.com. Your privacy and confidentiality will be respected.

For more information about the lawsuit, visit www.ptklawsuit.com. To join the conversation on social media, use #PTKlawsuit.

By working together, we can ensure that honor societies truly honor their members and uphold the highest ethical standards.



### Honor Society Foundation

See Full Bio ›



| PREVIOUS STORY | NEXT STORY |
|---|---|
| Phi Theta Kappa Alert at Washburn University, Topeka Campus: Caution | Phi Theta Kappa Alert at Massasoit Community College, Brockton Campus: |



*About*

The Honor Society Foundation exists first and foremost to help achievers like you build relationships with similar values-driven and goal-oriented people and organizations, while striving to provide Scholarships those who go above and beyond.

  

Document title: Phi Theta Kappa Lawsuit: PTK Deceptive Practices and Attempted Monopoly - Honor Society Foundation
Capture URL: https://honorsocietyfoundation.org/phi-theta-kappa-lawsuit-ptk-deceptive-practices-and-attempted-monopoly/
Capture timestamp (UTC): Fri, 06 Dec 2024 17:26:52 GMT

 

**PREVIOUS STORY**

*Phi Theta Kappa Alert at Washburn University, Topeka Campus: Caution Advised Regarding the PTK Alpha Mu Omicron Chapter*

**NEXT STORY**

*Phi Theta Kappa Alert at Massasoit Community College, Brockton Campus: Caution Advised Regarding the PTK Alpha Kappa Upsilon Chapter*

## Related Articles



Lynn Tincher-Ladner's PTK Compensation & Salary Review



Phi Theta Kappa Alert at SUNY College of Technology at Alfred, Main Campus: Caution Advised Regarding the PTK Alpha Sigma Mu Chapter

## Leave your comment

DISPLAY NAME *

COMMENT *

EMAIL ADDRESS *

*(will not be shared)*

Submit Comment

Document title: Phi Theta Kappa Lawsuit: PTK Deceptive Practices and Attempted Monopoly - Honor Society Foundation
Capture URL: https://honorsocietyfoundation.org/phi-theta-kappa-lawsuit-ptk-deceptive-practices-and-attempted-monopoly/
Capture timestamp (UTC): Fri, 06 Dec 2024 17:26:52 GMT



Lynn Tincher-Ladner's PTK Compensation & Salary Review

Phi Theta Kappa Alert at SUNY College of Technology at Alfred, Main Campus: Caution Advised Regarding the PTK Alpha Sigma Mu Chapter

## Leave your comment

**DISPLAY NAME** *

**EMAIL ADDRESS** *

*(will not be shared)*

[ Submit Comment ]

### WHO WE ARE

CONTACT

IRS EXEMPTION

### WHAT WE DO

Thought Leadership Articles

History of Specific Honor Societies

### ABOUT US

*The Honor Society Foundation exists first and foremost to help achievers like you build relationships with similar values-driven and goal-oriented people and organizations, while striving to provide Scholarships to those who go above and beyond.*

### FIND US ELSEWHERE



© 2024 Honor Society Foundation. All rights reserved.

# EXHIBIT C-11

**Etienne, Mike**

| | |
|---|---|
| **From:** | Deshauntae Anderson <dande110@email.tjc.edu> |
| **Sent:** | Thursday, December 5, 2024 7:24 PM |
| **To:** | Etienne, Mike |
| **Subject:** | Fwd: Action Needed |



**This message needs your attention**

• This is their first email to your company.

Report or Mark Safe          Taft - Powered by Mimecast

---------- Forwarded message ---------
From: **honorsocietysurvey@gmail.com** via SurveyMonkey <member@surveymonkeyuser.com>
Date: Mon, Dec 2, 2024 at 5:09 PM
Subject: Action Needed
To: Deshauntae Anderson <dande110@email.tjc.edu>

# Community College Honor Societies Survey

We recently contacted you about a survey, but haven't received your responses. We'd really appreciate your participation.

Click the button below to start or continue the survey. Thank you for your time.

Begin Survey

Please do not forward this email as its survey link is unique to you.
Privacy | Unsubscribe

Powered by SurveyMonkey®

1

# EXHIBIT C-12

Page Vault

| | |
|---|---|
| Document title: | Community College Honor Societies Survey |
| Capture URL: | https://www.surveymonkey.com/r/?sm=DOoPzotxMVXU_2FdjappMlTgKoEKE9nUspZ QaGiEY_2BQHqEy0WMY4pH_2FZYEd_2FeG6Iw5 |
| Page loaded at (UTC): | Sat, 07 Dec 2024 20:26:53 GMT |
| Capture timestamp (UTC): | Sat, 07 Dec 2024 20:27:41 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | tw7Ko8tJagbAFunEQ96vVt |
| Display Name: | RSmoot |

# Community College Honor Societies Survey

1. Which honor societies have you **HEARD OF** while in Community College?

☐ Delta Alpha Pi [For Disabilities]

☐ Sigma Kappa Delta [For English]

☐ Phi Sigma Pi [Honors Fraternity]

☐ SALUTE [For Veterans]

☐ Psi Beta [For Psychology]

☐ National Adult Education Honor Society (NAEHS)

☐ Kappa Beta Delta [For Business]

☐ OADN Alpha Delta Nu [For Nursing]

☐ Society for Collegiate Leadership & Achievement (SCLA)

☐ Mu Alpha Theta [For Mathematics]

☐ Phi Rho Pi [For Forensics]

☐ National Society of Leadership & Success (NSLS)

☐ Honor Society® (HonorSociety.org)

☐ NSNA Leadership University Honor Society [For Nursing]

☐ Phi Theta Kappa (PTK)

☐ Alpha Beta Gamma [For Business]

☐ Alpha Beta Kappa [General]

☐ National Society of Collegiate Scholars (NSCS)

☐ National Technical Honor Society (NTHS)

☐ Other (please specify)

☐ None of the above

2. Which honor societies have you **JOINED** while in Community College?

☐ Alpha Beta Gamma [For Business]

☐ Society for Collegiate Leadership & Achievement (SCLA)

2. Which honor societies have you **JOINED** while in Community College?

☐ Alpha Beta Gamma [For Business]

☐ Society for Collegiate Leadership & Achievement (SCLA)

☐ Phi Rho Pi [For Forensics]

☐ Mu Alpha Theta [For Mathematics]

☐ National Society of Leadership & Success (NSLS)

☐ Phi Sigma Pi [Honors Fraternity]

☐ Kappa Beta Delta [For Business]

☐ National Society of Collegiate Scholars (NSCS)

☐ Psi Beta [For Psychology]

☐ Delta Alpha Pi [For Disabilities]

☐ NSNA Leadership University Honor Society [For Nursing]

☐ National Adult Education Honor Society (NAEHS)

☐ Phi Theta Kappa (PTK)

☐ OADN Alpha Delta Nu [For Nursing]

☐ SALUTE [For Veterans]

☐ Alpha Beta Kappa [General]

☐ Sigma Kappa Delta [For English]

☐ Honor Society® (HonorSociety.org)

☐ National Technical Honor Society (NTHS)

☐ Other (please specify)

[                                                      ]

☐ None of the above

3. Have you been invited to Phi Theta Kappa (PTK) ever?

○ Yes

○ No

☐ Delta Alpha Pi [For Disabilities]

☐ NSNA Leadership University Honor Society [For Nursing]

☐ National Adult Education Honor Society (NAEHS)

☐ Phi Theta Kappa (PTK)

☐ OADN Alpha Delta Nu [For Nursing]

☐ SALUTE [For Veterans]

☐ Alpha Beta Kappa [General]

☐ Sigma Kappa Delta [For English]

☐ Honor Society® (HonorSociety.org)

☐ National Technical Honor Society (NTHS)

☐ Other (please specify)

[                                    ]

☐ None of the above

3. Have you been invited to Phi Theta Kappa (PTK) ever?

◯ Yes

◯ No

NEXT



Powered by

SurveyMonkey®

See how easy it is to create surveys and forms.

Privacy & Cookie Notice

# EXHIBIT C-13

Page Vault

| | |
|---|---|
| Document title: | Community College Honor Societies Survey |
| Capture URL: | https://www.surveymonkey.com/r/?sm=DOoPzotxMVXU_2FdjappMlTgKoEKE9nUspZ<br>QaGiEY_2BQHqEy0WMY4pH_2FZYEd_2FeG6Iw5 |
| Page loaded at (UTC): | Sat, 07 Dec 2024 20:27:47 GMT |
| Capture timestamp (UTC): | Sat, 07 Dec 2024 20:28:12 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko)<br>Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 6GxH6XD8qeVPqZ2VPtQLS4 |
| Display Name: | RSmoot |

PDF REFERENCE #:        aAnWQHJPE1PdMokgEKR34h

# Community College Honor Societies Survey

4. How did you receive your invitation to Phi Theta Kappa (PTK)?

[                                                                ]

5. What was your GPA at the time of being invited/enrolling in PTK?

[                                                                ]

6. Did you pay dues and join Phi Theta Kappa (PTK)?

◯ Yes

◯ No

NEXT



Powered by

SurveyMonkey®

See how easy it is to create surveys and forms.

## Community College Honor Societies Survey

4. How did you receive your invitation to Phi Theta Kappa (PTK)?

5. What was your GPA at the time of being invited/enrolling in PTK?

6. Did you pay dues and join Phi Theta Kappa (PTK)?

○ Yes

○ No

NEXT



Powered by
**SurveyMonkey**

See how easy it is to create surveys and forms.

# EXHIBIT C-14

PageVault

| | |
|---|---|
| Document title: | Community College Honor Societies Survey |
| Capture URL: | https://www.surveymonkey.com/r/?sm=DOoPzotxMVXU_2FdjappMlTgKoEKE9nUspZ QaGiEY_2BQHqEy0WMY4pH_2FZYEd_2FeG6Iw5 |
| Page loaded at (UTC): | Sat, 07 Dec 2024 20:28:22 GMT |
| Capture timestamp (UTC): | Sat, 07 Dec 2024 20:28:50 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | 73EidkTaMY44ZheHBnpPLE |
| Display Name: | RSmoot |

PDF REFERENCE #:        69vpmkAT3MFys2bJf4cQK5



# Community College Honor Societies Survey

7. How satisfied are you with your PTK membership?

○ Very satisfied

○ Satisfied

○ Neutral

○ Dissatisfied

○ Very dissatisfied

NEXT



Powered by

**SurveyMonkey**

See how easy it is to create surveys and forms.

# EXHIBIT C-15

| | |
|---|---|
| Document title: | Community College Honor Societies Survey |
| Capture URL: | https://www.surveymonkey.com/r/?sm=DOoPzotxMVXU_2FdjappMlTgKoEKE9nUspZ QaGiEY_2BQHqEy0WMY4pH_2FZYEd_2FeG6Iw5 |
| Page loaded at (UTC): | Sat, 07 Dec 2024 20:28:55 GMT |
| Capture timestamp (UTC): | Sat, 07 Dec 2024 20:29:52 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | mLVfh9fJYwQd125Q6XKgLZ |
| Display Name: | RSmoot |

PDF REFERENCE #:        9B9sGoo8LMfFfER5c3edn2

# Community College Honor Societies Survey

8. Please elaborate on why you are dissatisfied with PTK. The truth is important and your opinion matters!

9. If you were offered a refund of your PTK Membership, would you want to be refunded?

○ Yes

○ No

10. What do you like least about Phi Theta Kappa (PTK)?

11. Diversity, inclusion and belonging

○ Extremely important

○ Very important

○ Somewhat important

○ Not so important

○ Not at all important

12. Which race/ethnicity best describes you? (Please choose only one.)

12. Which race/ethnicity best describes you? (Please choose only one.)

○ American Indian or Alaskan Native

○ Asian / Pacific Islander

○ Black or African American

○ Hispanic

○ White / Caucasian

○ Multiple ethnicity / Other (please specify)

[                                        ]

* 13. How likely is it that you would recommend Phi Theta Kappa (PTK) to a friend or colleague?

NOT AT ALL LIKELY                                                                                          EXTREMELY LIKELY

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

Thank you for very much for sharing your knowledge and opinions on the community college honor society space.



NEXT

Powered by

**SurveyMonkey**

See how easy it is to create surveys and forms.

12. Which race/ethnicity best describes you? (Please choose only one.)

○ American Indian or Alaskan Native

○ Asian / Pacific Islander

○ Black or African American

○ Hispanic

○ White / Caucasian

○ Multiple ethnicity / Other (please specify)

[                                        ]

* 13. How likely is it that you would recommend Phi Theta Kappa (PTK) to a friend or colleague?

NOT AT ALL LIKELY                                                          EXTREMELY LIKELY

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

Thank you for very much for sharing your knowledge and opinions on the community college honor society space.

NEXT



Powered by

SurveyMonkey®

See how easy it is to create surveys and forms.

# EXHIBIT C-16

**Page Vault**

| | |
|---|---|
| Document title: | phi theta kappa false advertising - Google Search |
| Capture URL: | https://www.google.com/search?q=phi+theta+kappa+false+advertising |
| Page loaded at (UTC): | Sat, 07 Dec 2024 20:30:29 GMT |
| Capture timestamp (UTC): | Sat, 07 Dec 2024 20:30:53 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | fsGBmwFqvYaEiF9caZaL8C |
| Display Name: | RSmoot |

PDF REFERENCE #:        usmCvCZD8tAUDxvLMtgfgv





PR Newswire
https://www.prnewswire.com › news-releases › honor-so...

**Honor Society® Sues Phi Theta Kappa Over Deceptive ...**

May 9, 2024 — Honor Society has filed claims in a federal **lawsuit** against **Phi Theta Kappa** (**PTK**) and its CEO, Lynn Tincher-Ladner, accusing them of misleadin...



Casetext - CoCounsel
https://casetext.com › ... › SD MS › 2024 › August

**Phi Theta Kappa Honor Soc'y v. HonorSociety.org.**

Aug 22, 2024 — Honor Society's posts about an alleged monopoly, **false advertising**, and cybersquatting relate to or restate the counts pled in its counter-...



Honor Society Foundation
https://honorsocietyfoundation.org › phi-theta-kappa-sa...

**Phi Theta Kappa at Salem Community College, Carney's ...**

The **lawsuit** raises serious concerns about **false advertising** and monopolistic practices. **PTK** is accused of falsely claiming members are in the "Top 10%" of ...



Honor Society Museum
https://honorsocietymuseum.org › phi-theta-kappa-jack...

**Phi Theta Kappa Alert: Is PTK Worth It at Jackson College ...**

**False Advertising** Claims: **PTK** is accused of misleadingly claiming that its members are in the "Top 10%" of their class, whereas the actual percentage of ...



collegebudget.com
https://collegebudget.com › 2024 › May › 21

**Lynn Tincher-Ladner & Phi Theta Kappa Are Sued for False ...**

May 21, 2024 — This includes allegedly **deceptive marketing** tactics and claims intended to stifle competition and limit student options, all orchestrated to ...



Honor Society Museum
https://honorsocietymuseum.org › ptk-carrington-colleg...

**Beta Phi Alpha Chapter at Carrington College, San ...**

Jun 22, 2024 — Key Allegations Against **PTK**. **PTK** stands accused of **falsely advertising** that its members are in the "Top 10%" of their class. Investigations...



Casetext - CoCounsel
https://casetext.com › ... › SD MS › 2024 › March

**Phi Theta Kappa Honor Soc'y v. Honorsociety.Org.**

Mar 29, 2024 — In this suit, **PTK** alleges that Honor Society is infringing upon **PTK**'s trademarks and trade dress. **PTK** says it has received more than 100 individual...

Reddit · r/CUNY
1 comment · 2 months ago

**Phi Theta Kappa : r/CUNY**

Good if you plan to transfer to a 4 year college that is affiliated with **PTK** because you can good scholarship if you meet criterias.

Missing: ~~false~~ | Show results with: **false**



1    2    3    4    5    6    7    8    9    10

Next

● **United States** - From your IP address - Update location

Help     Send feedback     Privacy     Terms

# EXHIBIT C-17

PageVault

| | |
|---|---|
| Document title: | Phi Theta Kappa Lawsuit \| Honor Society - Official Honor Society® Website |
| Capture URL: | https://www.honorsociety.org/phi-theta-kappa-lawsuit |
| Page loaded at (UTC): | Sat, 07 Dec 2024 20:30:58 GMT |
| Capture timestamp (UTC): | Sat, 07 Dec 2024 20:31:44 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | 5DyLkFtV9nYCou6QZrjoi3 |
| Display Name: | RSmoot |

# Phi Theta Kappa Lawsuit

## False Advertising & Attempted Monopoly - The Phi Theta Kappa Lawsuit Details

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

Phi Theta Kappa (PTK) is currently embroiled in a lawsuit that raises serious questions about its integrity and practices. Allegations of deceptive advertising, misleading scholarship claims, and anticompetitive behavior have come to light, challenging the very foundation of PTK's esteemed reputation. As details unfold, it's crucial for students, educators, and the broader community to understand the implications of these allegations and make informed decisions about their involvement with PTK. For a deeper dive into PTK's scholarship claims, visit our detailed page on Phi Theta Kappa Scholarships: What You Need to Know Before You Join. Additionally, our support page provides comprehensive coverage of the Phi Theta Kappa Lawsuit, and for those questioning the value of membership, see our analysis on Is PTK Worth It?. To understand more about PTK, refer to our Phi Theta Kappa Honor Society Summary.

Stay informed and vigilant as we continue to provide updates on this significant case affecting the academic community.

**Read the federal lawsuit complaint against Phi Theta Kappa:**

Phi Theta Kappa Sued by HonorSociety.org Lawsuit Details 2024 False Advertising







LYNN TINCHER-LADNER,

Third-Party Defendant.

**HONORSOCIETY.ORG, INC.'S SECOND-AMENDED COUNTERCLAIMS AND
SECOND-AMENDED THIRD-PARTY COMPLAINT**

Download this PDF        1    of 47

# FOR IMMEDIATE RELEASE - News Alert: Honor Society® Sues Phi Theta Kappa Over Deceptive Practices and Attempted Monopoly

Las Vegas, NV, May 9, 2024: In resolute defense of students, parents and the educational community, Honor Society® has filed claims in a federal lawsuit against Phi Theta Kappa (PTK) and its CEO, Lynn Tincher-Ladner, accusing them of misleading students and attempting to monopolize the community college honor society market. Filed in the Southern District of Mississippi, the suit alleges that PTK's practices deceive students, educational institutions, and employers.

The lawsuit details several troubling practices allegedly masterminded by CEO Lynn Tincher-Ladner, including:

1. **False "Top 10%" Claims**: PTK is accused of falsely claiming in solicitations that invited students are in the "Top 10%" of their class to entice them to pay membership fees. PTK's criteria allow a much higher percentage of students to qualify. For example, at Oakton Community College, 44% of students meet PTK's 3.5+ GPA standard—significantly more than the actual "Top 10%." This misleads both those within and beyond this percentile about the exclusivity and prestige of PTK membership.
2. **Alleged Fraudulent Letters of Recommendation**: Compounding the member invitation issue, Phi Theta Kappa issues letters of recommendation on behalf of its members, with CEO Lynn Tincher-Ladner's signature, claiming that the PTK member is in the top 10% at their school—without any basis. This deceives students, colleges, and employers about the true academic achievements of PTK members.
3. **Misleading Scholarship Claims**: PTK allegedly promotes exclusive access to $246 million in scholarships, which are actually broadly available university transfer scholarships. This misrepresentation leads students to pay for PTK membership under false pretenses. Furthermore, Phi Theta Kappa allegedly advertises that its "average member gets $2,500 a year" in transfer scholarships, which is false. These alleged misrepresentations deceive students as to the benefits PTK provided.

These and other deceptive tactics, the lawsuit alleges, have allowed PTK to misappropriate significant sums from students, by exploiting their trust and aspirations. Moreover, the lawsuit alleges that PTK has sold and shared member data under false pretenses, further compromising student privacy and trust.


Hi. Need any help?



These and other deceptive tactics, the lawsuit alleges, have allowed PTK to misappropriate significant sums from students, by exploiting their trust and aspirations. Moreover, the lawsuit alleges that PTK has sold and shared member data under false pretenses, further compromising student privacy and trust.

PTK has also allegedly engaged in anticompetitive conduct intended to exclude competition from the community college market, harming students as a result. Mikal Calvert, marketing director of Honor Society®, states, "Phi Theta Kappa's actions have unfairly restricted the choices for honor society memberships in community colleges, misleading countless students. This lawsuit aims to dismantle these falsehoods and advocate for a market that truly values inclusivity and excellence."

Honor Society® urges those affected by PTK's deceptive practices to come forward. "We must protect vulnerable students and educational institutions from these alleged predatory behaviors," emphasizes Calvert. "We encourage anyone who believes they have been misled by Phi Theta Kappa to contact their state attorney general's office or the Better Business Bureau."

For more information about the lawsuit, visit www.ptklawsuit.com. To post or follow the topic on social media, use #PTKlawsuit.

**Call for Action:**

If you have insights or information about PTK's alleged deceptive practices, please email PTKLawsuit@gmail.com. Your privacy and confidentiality will be respected.

**About Honor Society®:**

Honor Society® is a forward-thinking, technology-driven society dedicated to recognizing academic and professional excellence. For over a decade, Honor Society® has been at the forefront of promoting inclusivity and dismantling systemic bias and structural racism, providing a platform that encourages achievement at all levels. Committed to empowering its members, Honor Society® has reached millions of students and professionals across the nation, promoting inclusive excellence through personalized recognition, diverse programming, and wide-ranging career resources. As a pioneering leader in the honor society community, Honor Society® addresses critical issues often incumbent in historical honor societies, such as accessibility, equity, and inclusivity. It is a proud member of the National Association of Diversity Officers in Higher Education (NADOHE), reinforcing its role as "The Honor Society for All™." For more information about the society, visit HonorSociety.org.

### 

**More Links:**

Lynn Tincher-Ladner Lawsuit

Phi Theta Kappa Lawsuit

Phi Theta Kappa News Release





**More Links:**

[Lynn Tincher-Ladner Lawsuit](#)

[Phi Theta Kappa Lawsuit](#)

[Phi Theta Kappa News Release](#)



## SCHOLARSHIPS & GRANTS

Dues Assistance Program

Scholarships Directory

Scholarship Recipients

All Scholarships

## CAREER EDGE™

Job Listings

Resources Center

Upload Resume

## SHOP

Shop All

Regalia

Frames

Class Rings

## SOCIAL

Facebook

Twitter

YouTube

Instagram

TikTok

## MEMBER BENEFITS

Certificates

Career Edge™ Guides

Restaurant Discounts

Health Plan Discounts

Honor Society Rewards Mastercard

View All

## ABOUT US

Honor Society Cares™

Society Leadership

Elevate Magazine

Privacy Policy

Terms of Use

## CONTACT US

Help Center

FAQs

Member Satisfaction Guarantee

Call / Text Us





Honor Society® Membership Club offers exclusive benefits to foster your professional and personal development. We recognize your potential and support your future success with member-only discounts on products and services, including learning, dining, health, and travel. Access special items like graduation honor cords and essential career resources. As a distinct and pioneering honors organization, we're relentlessly committed to providing the tools and community to help you go further.

Call or Text us

1-866-313-6311 (9AM - 7PM EST Monday-Friday)

1025 Connecticut Avenue, NW • Suite 1000 • Washington, DC 20036

9275 W. Russell Rd • Suite 235 • Las Vegas, NV 89145

Proudly Accredited by the Better Business Bureau

© 2024 HonorSociety.org, Inc. All rights reserved. Privacy Policy • Terms of Use • Contact Us






Document title: Phi Theta Kappa Lawsuit | Honor Society - Official Honor Society® Website

Capture URL: https://www.honorsociety.org/phi-theta-kappa-lawsuit

Capture timestamp (UTC): Sat, 07 Dec 2024 20:31:44 GMT

# EXHIBIT C-18

Page Vault

| | |
|---|---|
| Document title: | Unmasking Lynn Tincher-Ladner: The Allegations of False Advertising at PTK \| Honor Society - Official Honor Society® Website |
| Capture URL: | https://www.honorsociety.org/articles/unmasking-lynn-tincher-ladner-allegations-false-advertising-ptk |
| Page loaded at (UTC): | Sat, 07 Dec 2024 20:32:35 GMT |
| Capture timestamp (UTC): | Sat, 07 Dec 2024 20:33:11 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | rQ3xfmq9jMZDsavZynxzdW |
| Display Name: | RSmoot |

HONOR SOCIETY

Career Edge   Membership   Scholarships   Discounts   Shop   Sign In

ALL | NEWS | CAREER FINANCE | INTERNSHIPS | EDUCATION | SERVICE | SCHOLARSHIPS | BOOKS | STUDY ABROAD | TECHNOLOGY | INCLUSION AND DIVERSITY | FINANCIAL AID | WELLNESS | COLLEGE | HIGH SCHOOL

# Unmasking Lynn Tincher-Ladner: The Allegations of False Advertising at PTK

Jun 16, 2024



*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

Phi Theta Kappa (PTK), long purported to be "the world's largest honor society for community college students", is facing significant scrutiny under the leadership of CEO Lynn Tincher-Ladner. Recent allegations have surfaced, accusing PTK of false advertising and deceptive practices. This article aims to provide a detailed analysis of these allegations, shedding light on how Lynn Tincher-Ladner's decisions have impacted PTK's reputation and the well-being of its members.

## The Allegations
### False Claims of Exclusivity

One of the core allegations against PTK under Tincher-Ladner's leadership is the false claim of exclusivity. PTK often advertises that its members are in the "Top 10%" of their class, a prestigious accolade that suggests a high level of academic achievement. However, investigations have revealed that the criteria for membership often include a much larger percentage of students. At some institutions, up to 44% of students meet PTK's GPA standards. This significant discrepancy misleads students about the true value and exclusivity of their membership.

For more details on this, you can refer to the Truth Behind PTK's Top 10% Claim.

## Misleading Scholarship Promises

PTK's scholarship opportunities are a major draw for students, but the reality may not align with the promises made. PTK has promoted access to $246 million in scholarships as exclusive to its members, but many of these scholarships are available to all students, not just PTK members. Additionally, PTK's claim that the "average member gets $2,500 a

TrustedSite

ABOUT THE AUTHOR



HonorSociety.org Member Services is a student at

ARTICLES YOU MAY LIKE



Five Tips to Help You Prepare for Finals



8 Effective Study Habits to Boost Your Grades



S.T.E.M: The New Courses for the Future

FOLLOW US

Posts from @HonorSociety

Hi. Need any help?

## Misleading Scholarship Promises

PTK's scholarship opportunities are a major draw for students, but the reality may not align with the promises made. PTK has promoted access to $246 million in scholarships as exclusive to its members, but many of these scholarships are available to all students, not just PTK members. Additionally, PTK's claim that the "average member gets $2,500 a year" in scholarships has been disputed, suggesting that many students are misled about the financial benefits of joining the society.

To learn more, visit Phi Theta Kappa Scholarships: Are They as Exclusive as Advertised?.

## Fraudulent Letters of Recommendation

Another troubling allegation is the practice of issuing letters of recommendation that falsely claim members are in the top 10% of their class. These letters, signed by CEO Lynn Tincher-Ladner, are provided without verifying the students' actual class rank. This practice deceives educational institutions and potential employers about the student's academic standing, undermining the integrity of the recommendations PTK provides.

## Impact on PTK's Public Image

The accumulation of these deceptive practices has significantly tarnished PTK's image. Once revered as a prestigious honor society, PTK's reputation is now under question. The leadership of Lynn Tincher-Ladner is at the center of this controversy, with calls for greater accountability and transparency in how PTK operates.

For a broader look at PTK's issues, you can read Is PTK Worth It? A Critical Look at Phi Theta Kappa.

## The Need for Awareness

Educational institutions that host PTK chapters must be aware of these allegations and consider the potential impact on their students. Supporting an organization accused of deceptive practices could have serious implications for the college's credibility and the trust placed in them by students and parents.

## Conclusion

The allegations against PTK and Lynn Tincher-Ladner highlight the need for transparency and accountability in honor societies. Students and educational institutions deserve to be informed about the true nature of the organizations they are affiliated with. As these issues continue to unfold, it is crucial for PTK to address these allegations and work towards restoring its integrity and trust within the academic community.

For more information on the lawsuit against PTK, visit the PTK Lawsuit Support Page and PTK Lawsuit Summary.

By staying informed and advocating for honest practices, we can help protect the interests of students and uphold the true values of academic excellence and integrity.

ALSO ON HONORSOCIETY.ORG



| Understanding the Basics of ... | In ... | The Impact of Technology on ... | Elevate - The Honor Society Magazine |
|---|---|---|---|
| 2 years ago · 1 comment | 3 years ago · 7 comments | 2 years ago · 1 comment | 3 years ago · 1 comment |
| HonorSociety.org is the preeminent organization dedicated to ... | HonorSociety.org is the preeminent organization dedicated to ... | HonorSociety.org is the preeminent organization dedicated to ... | HonorSociety.org is the preeminent organizatio dedicated to ... |

0 Comments

Login ▾



Posts from @HonorSociety

Nothing to see here - yet

When they post, their posts will show up here.

View on X

Facebook



Start the discussion...

LOG IN WITH          OR SIGN UP WITH DISQUS ?

Name



Hi. Need any help?



Start the discussion...

**LOG IN WITH**     **OR SIGN UP WITH DISQUS** 

Name

Email

Password

By clicking submit, I authorize Disqus, Inc. and its affiliated companies to:

• Use, sell, and share my information to enable it to use its comment services and for marketing purposes, including cross-context behavioral advertising, as described in our Terms of Service and Privacy Policy

• Supplement the information that I provide with additional information lawfully obtained from other sources, like demographic data from public sources, interests inferred from web page views, or other data relevant to what might interest me, like past purchase or location data

• Contact me or enable others to contact me by email with offers for goods and services (from any category) at the email address provided

• Process any sensitive personal information that I submit in a comment for the purpose of displaying the comment

• Retain my information while I am engaging with marketing messages that I receive and for a reasonable amount of time thereafter. I understand I can opt out at any time through an email that I receive. Companies that we share data with are listed here.

♡   • Share                                                    Best   Newest   Oldest

Be the first to comment.

✉ Subscribe    🔒 Privacy    ⓘ Do Not Sell My Data                          **DISQUS**



## HONOR SOCIETY

**SCHOLARSHIPS & GRANTS**

Dues Assistance Program

Scholarships Directory

Scholarship Recipients

All Scholarships

**CAREER EDGE™**

Job Listings

Resources Center

Upload Resume

**SHOP**

Shop All

Regalia

Frames

Class Rings

**SOCIAL**

Facebook

Twitter

YouTube

Instagram

TikTok

**MEMBER BENEFITS**

Certificates

Career Edge™ Guides

Restaurant Discounts

Health Plan Discounts

Honor Society Rewards Mastercard

**ABOUT US**

Honor Society Cares™

Society Leadership

Elevate Magazine

Privacy Policy

Terms of Use

**CONTACT US**

Help Center

FAQs

Member Satisfaction Guarantee

Call / Text Us

Hi. Need any help?

a reasonable amount of time thereafter. I understand I can opt out at any time through an email that I receive. Companies that we share data with are listed here.



♡ • Share

Best  Newest  Oldest

Be the first to comment.

 Subscribe  🔒 Privacy  ⊘ Do Not Sell My Data

DISQUS

 HONOR SOCIETY

**SCHOLARSHIPS & GRANTS**

Dues Assistance Program

Scholarships Directory

Scholarship Recipients

All Scholarships

**CAREER EDGE™**

Job Listings

Resources Center

Upload Resume

**SHOP**

Shop All

Regalia

Frames

Class Rings

**SOCIAL**

Facebook

Twitter

YouTube

Instagram

TikTok

**MEMBER BENEFITS**

Certificates

Career Edge™ Guides

Restaurant Discounts

Health Plan Discounts

Honor Society Rewards Mastercard

View All

**ABOUT US**

Honor Society Cares™

Society Leadership

Elevate Magazine

Privacy Policy

Terms of Use

**CONTACT US**

Help Center

FAQs

Member Satisfaction Guarantee

Call / Text Us

   

 Honor Society® Membership Club offers exclusive benefits to foster your professional and personal development. We recognize your potential and support your future success with member-only discounts on products and services, including learning, dining, health, and travel. Access special items like graduation honor cords and essential career resources. As a distinct and pioneering honors organization, we're relentlessly committed to providing the tools and community to help you go further.

Call or Text us

1-866-313-6311 (9AM - 7PM EST Monday-Friday)

1025 Connecticut Avenue, NW • Suite 1000 • Washington, DC 20036

9275 W. Russell Rd • Suite 235 • Las Vegas, NV 89145

© 2024 HonorSociety.org, Inc. All rights reserved. Privacy Policy • Terms of Use • Contact Us

Proudly Accredited by the Better Business Bureau

  

Hi. Need any help?



---

Document title: Unmasking Lynn Tincher-Ladner: The Allegations of False Advertising at PTK | Honor Society - Official Honor Society® Website

Capture URL: https://www.honorsociety.org/articles/unmasking-lynn-tincher-ladner-allegations-false-advertising-ptk

Capture timestamp (UTC): Sat, 07 Dec 2024 20:33:11 GMT

# EXHIBIT C-19

Page Vault

| | |
|---|---|
| Document title: | Phi Theta Kappa at Salem Community College, Carney's Point Campus: Alpha Pi Omega Chapter of PTK - Honor Society Foundation |
| Capture URL: | https://honorsocietyfoundation.org/phi-theta-kappa-salem-community-college-carneys-point-campus/ |
| Page loaded at (UTC): | Sat, 07 Dec 2024 20:33:28 GMT |
| Capture timestamp (UTC): | Sat, 07 Dec 2024 20:33:52 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | a3bQyGRPm2HietXWVAWNzb |
| Display Name: | RSmoot |

PDF REFERENCE #:    xevGGCE2yMekcUVhnXKUtd

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.

Honor Society Foundation

Museum        Inclusive Honors        Grants        Articles        IRS Exemption

# PHI THETA KAPPA AT SALEM COMMUNITY COLLEGE, CARNEY'S POINT CAMPUS: ALPHA PI OMEGA CHAPTER OF PTK

Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.

## Dear Salem Community College, Carney's Point Campus Community,

We want to inform you about a lawsuit filed against Phi Theta Kappa (PTK), an honor society known across community colleges. The lawsuit raises serious concerns about false advertising and monopolistic practices.

PTK is accused of falsely claiming members are in the "Top 10%" of their class, when the actual percentage is much higher, misleading potential members.

Phi Theta Kappa has been alleged to make misleading scholarship claims. In member invitations PTK has said that members have exclusive access to $246 million in scholarships and that the average member receives $2,500 per year. However, significant amounts of these scholarships are not exclusive to PTK members; they are available generally to all students regardless of PTK membership. This false exclusivity towards scholarships eligibility allegedly misleads students into believing they will receive special access to general financial benefits by joining PTK.

Additionally, PTK has allegedly engaged in monopolistic practices, including aggressive tactics to dominate the honor society market and selling

access to general financial benefits by joining PTK.

Additionally, PTK has allegedly engaged in monopolistic practices, including aggressive tactics to dominate the honor society market and selling members' personal information without consent.

The lawsuit questions the leadership within PTK, including current CEO Lynn Tincher-Ladner, highlighting the need for greater accountability and transparency.

We are committed to protecting students from misleading practices. We encourage everyone to stay informed and consider these implications carefully.

For more information, please refer to these resources:

- Phi Theta Kappa Lawsuit: PTK Deceptive Practices and Attempted Monopoly
- Is Phi Theta Kappa Worth It?
- Is Phi Theta Kappa a Big Deal? No, It's Not
- Lynn Tincher-Ladner: Alleged Misleading Mastermind

The PTK CEO, Tincher-Ladner, allegedly masterminded these deceptive practices against community college students and institutions and should be held accountable. For more information about the PTK lawsuit, visit www.ptklawsuit.com. To post or follow the topic on social media, use #PTKlawsuit.

This is a public service announcement in the interest of protecting students and community colleges. This website is not affiliated with Phi Theta Kappa

**Call for Action**:

If you have insights or information about PTK's alleged deceptive practices, please email PTKLawsuit@gmail.com.

## WHO WE ARE

CONTACT
IRS EXEMPTION

## WHAT WE DO

Thought Leadership Articles
History of Specific Honor Societies

## ABOUT US

The Honor Society Foundation exists first and foremost to help achievers like you build relationships with similar values-driven and goal-oriented people and organizations, while striving to provide Scholarships to those who go above and beyond.

## FIND US ELSEWHERE

Platinum Transparency 2023 Candid.

## member's personal information without consent.

### The lawsuit questions the leadership within PTK, including current CEO Lynn Tincher-Ladner, highlighting the need for greater accountability and transparency.

### We are committed to protecting students from misleading practices. We encourage everyone to stay informed and consider these implications carefully.

For more information, please refer to these resources:

- Phi Theta Kappa Lawsuit: PTK Deceptive Practices and Attempted Monopoly
- Is Phi Theta Kappa Worth It?
- Is Phi Theta Kappa a Big Deal? No, It's Not
- Lynn Tincher-Ladner: Alleged Misleading Mastermind

The PTK CEO, Tincher-Ladner, allegedly masterminded these deceptive practices against community college students and institutions and should be held accountable. For more information about the PTK lawsuit, visit www.ptklawsuit.com. To post or follow the topic on social media, use #PTKlawsuit.

This is a public service announcement in the interest of protecting students and community colleges. This website is not affiliated with Phi Theta Kappa

**Call for Action**:

If you have insights or information about PTK's alleged deceptive practices, please email PTKLawsuit@gmail.com.

---

**WHO WE ARE**

CONTACT

IRS EXEMPTION

**WHAT WE DO**

Thought Leadership Articles

History of Specific Honor Societies

**ABOUT US**

The Honor Society Foundation exists first and foremost to help achievers like you build relationships with similar values-driven and goal-oriented people and organizations, while striving to provide Scholarships to those who go above and beyond.

**FIND US ELSEWHERE**



© 2024 Honor Society Foundation. All rights reserved.

Document title: Phi Theta Kappa at Salem Community College, Carney's Point Campus: Alpha Pi Omega Chapter of PTK - Honor Society Foundation
Capture URL: https://honorsocietyfoundation.org/phi-theta-kappa-salem-community-college-carneys-point-campus/
Capture timestamp (UTC): Sat, 07 Dec 2024 20:33:52 GMT

Page 3 of 3

# EXHIBIT C-20

Page Vault

| | |
|---|---|
| Document title: | Phi Theta Kappa Alert: Is PTK Worth It at Jackson College, Central Campus? - Honor Society Museum |
| Capture URL: | https://honorsocietymuseum.org/phi-theta-kappa-jackson-college-central-campus/ |
| Page loaded at (UTC): | Sun, 08 Dec 2024 05:33:11 GMT |
| Capture timestamp (UTC): | Sun, 08 Dec 2024 05:33:41 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | cpyXuvYRpLisUQ1PxhGF6e |
| Display Name: | RSmoot |

**Honor Society Museum**

COLLECTION          ARTICLES          EVENTS & PROGRAMS          CONTACT US          ABOUT US

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

*Attention: PTK Alpha Rho Lambda Chapter at Jackson College, Central Campus*

Dear Jackson College, Central Campus Community,

The Honor Society Museum is issuing an urgent news release to inform and protect our community about serious concerns regarding Phi Theta Kappa (PTK), an honor society widely known across community colleges. Recent developments have unveiled a lawsuit against PTK, highlighting alarming allegations of false advertising and monopolistic practices.

## CRITICAL ALLEGATIONS AGAINST PTK

The lawsuit against PTK exposes significant issues that warrant our collective attention and action:

*False Advertising Claims:*

PTK is accused of misleadingly claiming that its members are in the "Top 10%" of their class, whereas the actual percentage of qualifying students is much higher. This deceptive practice misleads potential members about the exclusivity and value of their membership. Furthermore, PTK has been found to make misleading scholarship claims. They suggest that members have exclusive access to $246 million in scholarships and that the average member receives $2,500 per year. However, many of these scholarships are not exclusive to PTK members; they are available to all students. This false exclusivity misleads students into believing they will receive unique financial benefits by joining PTK.

*Monopolistic Practices:*

PTK has allegedly employed aggressive tactics to dominate the honor society market, including falsely claiming to be "the" and "only official" honor society for community colleges and selling members' personal information without consent.

## LEADERSHIP ACCOUNTABILITY

The current CEO, Lynn Tincher-Ladner, is at the center of these allegations. The lawsuit highlights the urgent need for greater accountability and transparency within PTK. Her leadership has come into question, and it is imperative that we hold those in power responsible for their actions.

## A CALL FOR UNITY AND ACTION

We urge our community to come together to combat these deceptive practices and protect our students. This is not just about one honor society; it is about standing up against misleading practices that harm our academic integrity. Together, we can create a safer and more transparent environment for our students.

## HOW YOU CAN HELP

1. **Stay Informed:** Educate yourself about the allegations against PTK and understand their potential impact on our students.
2. **Raise Awareness:** Share this information with others and encourage them to stay informed about the issues surrounding PTK.
3. **Demand Accountability:** Advocate for greater transparency and accountability from PTK's leadership.

For more detailed information and to join the movement for transparency and justice, please refer to these resources:

- PTK Lawsuit Articles
- Phi Theta Kappa Lawsuit
- Lynn Tincher-Ladner's PTK Compensation Salary Review

For more detailed information and to join the movement for transparency and justice, please refer to these resources:

- PTK Lawsuit Articles
- Phi Theta Kappa Lawsuit
- Lynn Tincher-Ladner's PTK Compensation Salary Review

Together, we can ensure that our students receive the honest and transparent support they deserve. If you have any questions or concerns, please reach out to ptklawsuit@gmail.com.

Let us stand united in this fight for justice and integrity.

Sincerely,

*Honor Society Museum*

—

**Public Service Announcement: Protecting Students and Community Colleges**

This announcement aims to safeguard students and community colleges from deceptive practices. Please note, this website is not affiliated with Phi Theta Kappa.

Allegations indicate that PTK CEO Lynn Tincher-Ladner orchestrated these deceptive practices against community college students and institutions. Accountability is essential. For comprehensive information on the PTK lawsuit, visit PTK Lawsuit.

# DID YOU LIKE THIS? SHARE IT!

    

## 0 COMMENTS ON "PHI THETA KAPPA ALERT: IS PTK WORTH IT AT JACKSON COLLEGE, CENTRAL CAMPUS?"

### LEAVE COMMENT

You must be logged in to post a comment.

## DID YOU LIKE THIS? SHARE IT!

    

## 0 COMMENTS ON "PHI THETA KAPPA ALERT: IS PTK WORTH IT AT JACKSON COLLEGE, CENTRAL CAMPUS?"

### LEAVE COMMENT

You must be logged in to post a comment.

---

HISTORY OF SPECIFIC HONOR SOCIETIES                                                          ⌃ BACK TO TOP OF THE PAGE

The Honor Society Museum is dedicated to preserving and enhancing the illustrious 200+ year history of honor societies.

The Honor Society Museum is organized and sponsored by the **Honor Society Foundation**.

Terms & conditions
Privacy policy & cookies
Terms of use



# EXHIBIT C-21

PageVault

| | |
|---|---|
| Document title: | Lynn Tincher-Ladner & Phi Theta Kappa Are Sued for False Advertising: What You Need to Know - College Budget |
| Capture URL: | https://collegebudget.com/2024/05/21/lynn-tincher-ladner-phi-theta-kappa-are-sued-for-false-advertising-what-you-need-to-know/ |
| Page loaded at (UTC): | Sat, 07 Dec 2024 20:35:45 GMT |
| Capture timestamp (UTC): | Sat, 07 Dec 2024 20:36:13 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 9 |
| Capture ID: | aymZ2z38ZyQjJ2XtUV7Whc |
| Display Name: | RSmoot |

PDF REFERENCE #:        2YhgVPKNTfqNvmzfA6V99w

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

 

# College Budget

Articles and Reviews for Students



College Life    College Tuition    Reviews    Student Loans    Honor Societies

**PTK Lawsuit**

# Lynn Tincher-Ladner & Phi Theta Kappa Are Sued for False Advertising: What You Need to Know

 By collegebudget   🕐 May 21, 2024   🏷 lawsuit, phi theta kappa, PTK



*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

## False Advertising & Attempted Monopolization Highlight the Alleged Claims Against Tincher-Ladner.

In a significant development to protect community college students, *Honor Society has filed a federal lawsuit*

---

Document title: Lynn Tincher-Ladner &amp; Phi Theta Kappa Are Sued for False Advertising: What You Need to Know - College Budget
Capture URL: https://collegebudget.com/2024/05/21/lynn-tincher-ladner-phi-theta-kappa-are-sued-for-false-advertising-what-you-need-to-know/
Capture timestamp (UTC): Sat, 07 Dec 2024 20:36:13 GMT

Page 1 of 8

*plaintiffs in this action. Hon. Soc'y v. Moradian, et al., regarding these actions pl... against...Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-*

# False Advertising & Attempted Monopolization Highlight the Alleged Claims Against Tincher-Ladner.

*In a significant development to protect community college students, Honor Society has filed a federal lawsuit against Lynn Tincher-Ladner, CEO of Phi Theta Kappa (PTK). The lawsuit, initiated in the Southern District of Mississippi, brings forward serious allegations of deceptive practices and monopolistic behavior under Tincher-Ladner's leadership. For students, parents, and educators, these claims warrant close attention.*

## Key Allegations Against Lynn Tincher-Ladner

**False "Top 10%" Claims:** *Under Tincher-Ladner's leadership, PTK is accused of misleading students by falsely claiming they are in the top 10% of their class to entice them to pay membership fees. At some colleges, a much higher percentage of students qualify, raising concerns about the accuracy and ethics of these claims.*

**Questionable Letters of Recommendation:** *The lawsuit alleges that PTK, under Tincher-Ladner's direction, issues letters of recommendation stating that members are in the top 10% of their class, often without any factual basis. This could potentially mislead students, colleges, and employers about the actual merit of PTK membership.*

**Misleading Scholarship Information:** *PTK promotes access to $246 million in scholarships as an exclusive benefit of membership. However, these scholarships are generally available to all students. Additionally, PTK claims that the "average member gets $2,500 a year" in transfer scholarships, which the lawsuit argues is misleading and deceptive.*

## Privacy Concerns

*The lawsuit also addresses issues of privacy, accusing PTK under Tincher-Ladner's leadership of selling and sharing member data under false pretenses. This raises significant ethical questions about how PTK manages personal information and the integrity of its practices.*

## Anticompetitive Conduct

*Tincher-Ladner is further accused of engaging in monopolistic behavior to dominate the community college honor society market. This includes allegedly deceptive marketing tactics and claims intended to stifle competition and limit student options, all orchestrated to maintain PTK's market dominance.*

## Impact on Students

*For current and prospective members of PTK, these allegations are crucial. Understanding the true value and ethics of the organizations you join is essential. The lawsuit highlights the importance of transparency and honesty in honor societies, which should recognize academic excellence without misleading students or exploiting their aspirations.*

## Call to Action

*If students feel they have been misled by PTK or have encountered any related issues, it is important to speak out. Honor Society encourages affected individuals to share their experiences and seek justice. Students can contact their state attorney general's office or the Better Business Bureau if they believe they have been misled by PTK.*

*For more details about the lawsuit and to join the conversation, visit www.ptklawsuit.com and use the hashtag #PTKlawsuit on social media.*

## Commentary from College Budget

*At College Budget, we believe this lawsuit is more than just a legal battle; it serves as a crucial reminder of the*



For more details on this developing story, stay tuned for further updates. Join the conversation and share your thoughts using the hashtag #PTKlawsuit on social media.

## *Commentary from College Budget*

*At College Budget, we believe this lawsuit is more than just a legal battle; it serves as a crucial reminder of the need for accountability and integrity in academic honor societies. The allegations against Lynn Tincher-Ladner and PTK underscore the importance of transparent and honest practices within such organizations. As this case unfolds, we will continue to monitor developments and provide updates to ensure that students and their families are informed and protected.*

**Have thoughts on this issue? Share your comments below and let us know how you feel about these allegations against Lynn Tincher-Ladner and PTK.**

---

Related

| | | |
|---|---|---|
| *Phi Theta Kappa Lawsuit: What You Need to Know* | *Is Theta Alpha Kappa Worth it? Dues, Costs, Requirements & More* | *Is Phi Alpha Theta Worth it? Dues, Costs, Requirements & More* |
| *May 21, 2024* | *January 28, 2023* | *January 13, 2023* |
| *In "PTK Lawsuit"* | *In "Honor Societies"* | *In "Honor Societies"* |



### *collegebudget*

*See Full Bio* ›

     

**‹‹ *Phi Theta Kappa Lawsuit: What You Need to Know***



### *By collegebudget*

## *Related Post*



PTK Lawsuit

**Phi Theta Kappa Lawsuit: What You Need to Know**

collegebudget   *May 21, 2024*



Document title: Lynn Tincher-Ladner &amp; Phi Theta Kappa Are Sued for False Advertising: What You Need to Know - College Budget
Capture URL: https://collegebudget.com/2024/05/21/lynn-tincher-ladner-phi-theta-kappa-are-sued-for-false-advertising-what-you-need-to-know/
Capture timestamp (UTC): Sat, 07 Dec 2024 20:36:13 GMT

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

**Post Comment**

## Search

**Search**

Alpha Beta Gamma

Alpha Chi

Alpha Epsilon

Alpha Epsilon Delta

Alpha Epsilon Rho

Alpha Eta Mu Beta

Alpha Epsilon Chi

Alpha Epsilon Rho

Alpha Eta Mu Beta

Alpha Iota Delta

Alpha Kappa Delta

Alpha Kappa Mu

Alpha Lambda Delta

Alpha Phi Sigma

Alpha Pi Mu

Alpha Sigma Lambda

Alpha Sigma Mu

Alpha Sigma Nu

Beta Gamma Sigma

Beta Kappa Chi

Beta Phi Mu

Chi Epsilon

Chi Sigma Opta

College Life

College Tuition

Delta Epsilon Sigma

Delta Mu Delta

Delta Tau Alpha

Epsilon Pi Phi

Epsilon Pi Tau

Eta Kappa Nu

Gamma Theta Upsilon

Golden Key

High School Honor Societies

Gamma Theta Upsilon

Golden Key

High School Honor Societies

Honor Societies

Kappa Mu Epsilon

Kappa Omicron Nu

Kappa Tau Alpha

Lambda Pi Eta

Lambda Sigma

Mortar Board

Mu Kappa Tau

NSCS

Omega Chi Epsilon

Omega Rho

Omicron Delta Epsilon

Omicron Delta Kappa

Order of Omega

Phi Alpha

Phi Alpha Theta

Phi Beta Delta

Phi Beta Kappa

Phi Eta Sigma

Phi Kappa Phi

Phi Lambda Sigma

Phi Sigma

Phi Sigma Iota

Phi Sigma Tau

Phi Upsilon Omicron

Pi Delta Phi

Phi Sigma Tau

Phi Upsilon Omicron

Pi Delta Phi

Pi Gamma Mu

Pi Kappa Lambda

Pi Mu Epsilon

Pi Omega Pi

Pi Sigma Alpha

Pi Tau Sigma

Pi Theta Epsilon

Psi Beta

Psi Chi

PTK Lawsuit

Reviews

Rho Chi

Rho Kappa

Sigma Beta Delta

Sigma Delta Pi

Sigma Lambda Alpha

Sigma Lambda Chi

Sigma Pi Sigma

Sigma Tau Delta

Sigma Theta Tau

Sigma Xi

Student Loans

Tau Alpha Pi

Tau Beta Pi

Tau Sigma Delta

Sigma Beta Delta

Sigma Delta Pi

Sigma Lambda Alpha

Sigma Lambda Chi

Sigma Pi Sigma

Sigma Tau Delta

Sigma Theta Tau

Sigma Xi

Student Loans

Tau Alpha Pi

Tau Beta Pi

Tau Sigma Delta

Theta Alpha Kappa

Uncategorized

Upsilon Pi Epsilon

Xi Sigma Pi

## You Missed



*PTK Lawsuit*
Lynn Tincher-Ladner & Phi Theta Kappa Are Sued for False Advertising: What You Need to Know

*PTK Lawsuit*
Phi Theta Kappa Lawsuit: What You Need to Know

*Honor Societies*  *Kappa Mu Epsilon*  *Reviews*
Is Kappa Mu Epsilon Worth it? Dues, Costs, Requirements & More

*Alpha Sigma Mu*  *Honor Societies*  *Reviews*
Is Alpha Sigma Mu Worth it? Dues, Costs, Requirements & More

## College Budget

Articles and Reviews for Students



Copyright © All rights reserved | Blogus by Themeansar.

# EXHIBIT C-22

**Page Vault**

| | |
|---|---|
| Document title: | ☐  Phi Theta Kappa Caution Advised: Beta Phi Alpha Chapter at Carrington College, San Leandro Campus - Honor Society Museum |
| Capture URL: | https://honorsocietymuseum.org/ptk-carrington-college-san-leandro-campus/ |
| Page loaded at (UTC): | Sat, 07 Dec 2024 20:36:24 GMT |
| Capture timestamp (UTC): | Sat, 07 Dec 2024 20:36:48 GMT |
| Capture tool: | 10.54.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | tXv8GQg1bUqG1uGGEw1VpA |
| Display Name: | RSmoot |

*Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.*

# 🚨 Phi Theta Kappa Caution Advised: Beta Phi Alpha Chapter at Carrington College, San Leandro Campus

⬜ June 22, 2024    ▭ Ptklawsuit    ▯ Ptklawsuit



Disclaimer: The author of this article is not a neutral party in the referenced litigation. HonorSociety.org Inc., Honor Society Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.

Search … | Search

## RECENT POSTS

— 🚨Phi Theta Kappa Caution Advised: Beta Delta Psi Chapter at Des Moines Area Community College, Urban Campus

— 🚨Phi Theta Kappa Caution Advised: Beta Omicron Chi Chapter at Yuba College, Marysville Campus

— 🚨Phi Theta Kappa Caution Advised: Alpha Alpha Zeta Chapter at Copiah-Lincoln Community College, Natchez Campus

— 🚨Phi Theta Kappa Caution Advised: Alpha Xi Psi Chapter at Nashville State Community College, Main Campus

— 🚨Phi Theta Kappa Caution Advised: Beta Gamma Epsilon Chapter at Stark State College, North Canton Campus

 ## RECENT COMMENTS

— Yessenia Hackett-Evans on Becoming an Honor Society Leader: How to Start Your Own Chapter

— Ray on Honor Society Scams: How to Make Sure That Your Honor Society is Legit

 ## ARCHIVES

— June 2024
— May 2024
— April 2024
— March 2023
— October 2020
— July 2019
— June 2019
— May 2019
— April 2019
— February 2019

## 🗂 CATEGORIES

Foundation Inc., and its president Michael Moradian were sued in federal court by PTK on April 20, 2022 for False Designation of Origin, Trade Dress Infringement, and Unfair Competition. Honor Society and Michael Moradian countersued and are presently defendants/counter-plaintiffs in this litigation. Litigation is still ongoing and all claims made regarding this case are just allegations against the parties.

# Important Update for Students at the Carrington College, San Leandro Campus: Be Aware!

Dear Carrington College, San Leandro Campus Community,

We are reaching out to alert you to some serious concerns involving Phi Theta Kappa (PTK), an honor society across many community colleges. A lawsuit has been filed against PTK, unveiling disturbing allegations of false advertising and monopolistic practices that demand our attention.

## KEY ALLEGATIONS AGAINST PTK

PTK stands accused of falsely advertising that its members are in the "Top 10%" of their class. Investigations have revealed that the actual percentage of students who qualify is significantly higher, misleading students about the exclusivity and prestige of their membership. PTK has also been alleged to make misleading scholarship claims. They suggest that members have exclusive access to $246 million in scholarships and that the average member receives $2,500 per year. However, many of these scholarships are not exclusive to PTK members; they are available to all students. This false exclusivity misleads students into believing they will receive unique financial benefits by joining PTK.

Moreover, PTK has allegedly engaged in monopolistic practices, including aggressive tactics to dominate the honor society market and the unauthorized sale of members' personal information. The leadership of PTK, particularly CEO Lynn Tincher-Ladner, has come under scrutiny, raising urgent questions about accountability and transparency within the organization.

## CALL TO ACTION: PROTECT OUR STUDENTS

We urge you to stay informed and take action to protect our community from these deceptive practices. It is crucial that we work together to ensure transparency and integrity in all educational organizations.

Steps You Can Take:

1. **Educate Yourself:** Familiarize yourself with the details of the lawsuit against PTK and understand the potential impact on our students.
2. **Spread the Word:** Inform your peers about the issues associated with PTK and encourage them to stay vigilant.
3. **Advocate for Change:** Demand greater transparency and accountability from PTK's leadership, including Lynn Tincher-Ladner.

For further information and to support efforts for justice and transparency, please visit the following resources:

— PTK Lawsuit Articles
— PTK Lawsuit: Deceptive Practices and Attempted Monopoly
— Lynn Tincher-Ladner's PTK Compensation Salary Review

📕 Phi Theta Kappa

📁 CATEGORIES

— 18th Century
— 19th Century
— 20th Century
— 21st Century
— Alpha Omega Alpha
— Blog
— Collections
— Dartmouth
— Harvard
— High School
— Historical
— History
— Honor Society
— Honor Society Foundation Books
— HonorSociety.Org
— Inclusivity
— Iowa State
— Junior High School
— Key
— Member Trips
— National Honor Society
— Phi Beta Kappa
— PTK Lawsuit
— Ptklawsuit
— Regalia
— Sigma Xi
— Societies
— Stanford
— Uncategorized
— University
— Vanderbilt

META

— Log in
— Entries feed
— Comments feed
— WordPress.org

SEARCH ...

Honor Society Museum

— PTK Lawsuit Articles

— PTK Lawsuit: Deceptive Practices and Attempted Monopoly

— Lynn Tincher-Ladner's PTK Compensation Salary Review

By standing together, we can protect our students from misleading practices and ensure that they receive the honest support they deserve. If you have any questions or concerns, please contact **PTKlawsuit@gmail.com**.

Let's unite for transparency and justice.

Sincerely,

Honor Society Museum

—

*Public Service Announcement: Protect Students and Community Colleges*

This announcement aims to safeguard students and community colleges from deceptive practices. Please note, this website is not affiliated with PTK Beta Phi Alpha Chapter Chapter nor Phi Theta Kappa.

Allegations indicate that PTK CEO Lynn Tincher-Ladner orchestrated these deceptive practices against community college students and institutions. Accountability is essential. For comprehensive information on the PTK lawsuit, visit PTK Lawsuit.

> ## Honor Society Museum
>
> See Full Bio ›

---

« **PHI THETA KAPPA CAUTION ADVISED: LAMBDA GAMMA CHAPTER AT SUNY COBLESKILL, MAIN CAMPUS**

» **PHI THETA KAPPA CAUTION ADVISED: ALPHA PSI DELTA CHAPTER AT PIERCE COLLEGE, PUYALLUP CAMPUS**

## DID YOU LIKE THIS? SHARE IT!

     


**Phi Theta Kappa Caution Advised: Beta Delta Psi Chapter at Des Moines Area Community College, Urban Campus**
JUNE 22, 2024


**Phi Theta Kappa Caution Advised: Beta Omicron Chi Chapter at Yuba College, Marysville Campus**
JUNE 22, 2024


**Phi Theta Kappa Caution Advised: Alpha Alpha Zeta Chapter at Copiah–Lincoln Community College, Natchez Campus**
JUNE 22, 2024


**Phi Theta Kappa Caution Advised: Alpha Xi Psi Chapter at Nashville State Community College, Main Campus**
JUNE 22, 2024


**Phi Theta Kappa Caution Advised: Beta Gamma Epsilon Chapter at Stark State College, North Canton Campus**
JUNE 22, 2024

---

📁 **CATEGORIES**

— Blog (5)
— Collections (18)
— 18th Century (1)
— 19th Century (5)
— 20th Century (13)

    

## DID YOU LIKE THIS? SHARE IT!

## 0 COMMENTS ON "🎏PHI THETA KAPPA CAUTION ADVISED: BETA PHI ALPHA CHAPTER AT CARRINGTON COLLEGE, SAN LEANDRO CAMPUS"

Comments are closed.

Collections (18)
— 18th Century (1)
— 19th Century (5)
— 20th Century (13)
— 21st Century (1)
High School (2)
— Historical (7)
— History (1)
Honor Society (3)
— Member Trips (2)
Honor Society Foundation Books (4)
— Inclusivity (1)
Junior High School (1)
— Key (1)
PTK Lawsuit (1)
— Ptklawsuit (1,244)
Regalia (2)
Societies (12)
— Alpha Omega Alpha (1)
— HonorSociety.Org (3)
— National Honor Society (1)
— Phi Beta Kappa (6)
— Sigma Xi (1)
Uncategorized (9)
University (7)
— Dartmouth (1)
— Harvard (2)
— Iowa State (1)
— Stanford (1)
— Vanderbilt (1)

## WE ARE SOCIAL!

Connect with Honor Society Museum on social media channels for updates and news.



---

The Honor Society Museum is dedicated to preserving and enhancing the illustrious 200+ year history of honor societies.

The Honor Society Museum is organized and sponsored by the **Honor Society**

Terms & conditions

Privacy policy & cookies

Terms of use



— Alpha Omega Alpha (1)

— HonorSociety.Org (3)

— National Honor Society (1)

— Phi Beta Kappa (6)

— Sigma Xi (1)

— Uncategorized (9)

— University (7)

— Dartmouth (1)

— Harvard (2)

— Iowa State (1)

— Stanford (1)

— Vanderbilt (1)

WE ARE SOCIAL!

Connect with Honor Society Museum on social media channels for updates and news.

HISTORY OF SPECIFIC HONOR SOCIETIES

∧ BACK TO TOP OF THE PAGE

The Honor Society Museum is dedicated to preserving and enhancing the illustrious 200+ year history of honor societies.

The Honor Society Museum is organized and sponsored by the **Honor Society Foundation**.

Terms & conditions

Privacy policy & cookies

Terms of use