# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

December 11, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60452   Phi Theta Kappa v. Honor Society
                  USDC No. 3:22-CV-208

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                                       Sincerely,

                                         LYLE W. CAYCE, Clerk

                                         */s/ Christy Combel*
                             By: _____
                             Christy M. Combel, Deputy Clerk
                             504-310-7651

Mr. Charles Edward Cowan
Mr. William Michael Etienne
Mr. Jack Fitzgibbon Hall
Ms. Rebecca Hawkins
Mr. Arthur S. Johnston III
Mr. Derek Linke
Mr. Derek Newman
Mr. Jonathan Polak
Mr. Marc Randazza
Ms. Rachel Smoot
Mr. Jason Byrne Sykes
Mr. Michael Brunson Wallace
Mr. Jay Marshall Wolman