No. 24-60452

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

PHI THETA KAPPA HONOR SOCIETY,

Plaintiff – Appellee

LYNN TINCHER-LADNER,

Defendant/Third-Party Defendant – Appellee

v.

HONORSOCIETY.ORG, INCORPORATED; HONOR SOCIETY FOUNDATION, INCORPORATED,

Defendants – Appellants
_____

On Appeal from the United States District Court for the Southern District of Mississippi;
USDC No. 3:22-cv-208-CWR-RPM

**APPELLEES' MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

Michael B. Wallace (MSB # 6904)
Rebecca Hawkins (MSB # 8786)
Charles E. Cowan (MSB # 104478)
Jack F. Hall (MSB # 106482)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651

mbw@wisecarter.com
rhw@wisecarter.com
cec@wisecarter.com
jfh@wisecarter.com

Jonathan G. Polak (*Pro Hac Vice*)
W. Michael Etienne (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500 – phone
(317) 713-3699 – fax
jpolak@taftlaw.com
metienne@taftlaw@taftlaw.com

Rachel Smoot (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800
Columbus, OH 43215
(614) 221-2838 – phone
(614) 221-2007 – fax
rsmoot@taftlaw.com

*Counsel for Appellees*

Appellees Phi Theta Kappa Honor Society and Lynn Tincher-Ladner ("Appellees"), by and through counsel, and pursuant to Fed. R. App. P. 10(e)(3) and 27, timely file this Motion to Supplement Record on Appeal, and in support thereof would show unto the Court the following:

1. On August 27, 2024, Appellants HonorSociety.org, Incorporated, and Honor Society Foundation, Incorporated, ("Appellants") filed their Notice of Appeal in the United States District Court for the Southern District of Mississippi, Civil No. 3:22-cv-208. ROA.8345-47. In the order from which Appellants appeal, the district court granted in part Appellees' motion for temporary restraining order, preliminary injunction, and/or gag order, finding that a preliminary injunction was warranted. ROA.8174-76.

2. On August 27, 2024, the record on appeal was requested to be submitted by September 11, 2024. The record on appeal was submitted on September 12, 2024. The record includes many documents filed after the appealed order, which is Docket Entry #230.

3. Because the record on appeal had been prepared on September 12, 2024, subsequent orders, proceedings, and other docket entries that took place in the district court between that date and the date of this motion have been excluded from the record on appeal. The last docket entry item from the district court included in

1

the record on appeal is Docket Entry #260, which was Appellants' response to Appellees' motion for contempt and sanctions. ROA.9075-90.

4. Not included in the record on appeal are the following docket items from the district court proceedings in this matter: Dkt. #261 through Dkt. #325.

5. Pursuant to Fed. R. App. P. 10(e)(3) and this Court's inherent authority, the Court may order supplementation of the record upon motion where such supplementation is timely requested and seeks to add to the record nothing more than "[w]hat in fact went on below." *United States v. Page*, 661 F.2d 1080, 1082 (5th Cir. 1981).

6. The documents sought to be included in the record on appeal by this motion consist of proceedings, orders, and judgments, which all took place in the district court below and which may be relevant and material to the issues on appeal. So that this Court may be fully apprised in its consideration of the appeal issues, Appellees request that the record on appeal be supplemented to include all filings since September 12, 2024, which includes Dkt. #261 through Dkt #325.

7. Pursuant to 5th Cir. R. 27.4, counsel for Appellees contacted Appellants' counsel regarding any opposition to this motion on Friday, December 6, 2024, and Appellants' counsel has neither agreed nor opposed this motion.

WHEREFORE, PREMISES CONSIDERED, Appellants Phi Theta Kappa Honor Society and Lynn Tincher-Ladner respectfully request that the Court enter an

2

order supplementing the record with all district court filings since September 12, 2024, including Docket Entries #261-325 in the district court proceedings below, to be included in the Record on Appeal.

Respectfully submitted this the 9th day of December, 2024.

        Respectfully submitted,

        PHI THETA KAPPA HONOR SOCIETY,
        LYNN TINCHER-LADNER

      By:  *s/ Jack F. Hall*
        MICHAEL B. WALLACE, MSB # 6904
        REBECCA HAWKINS, MSB # 8786
        CHARLES E. COWAN, MSB # 104478
        JACK F. HALL, MSB # 106482

WISE CARTER CHILD & CARAWAY, P.A.
401 East Capitol Street, Suite 600
Jackson, MS 39205
Post Office Box 651
Jackson, MS 39201
Phone: 601-968-5500
Fax: 601-944-7738

Jonathan G. Polak (*Pro Hac Vice*)
W. Michael Etienne (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500 – phone
(317) 713-3699 – fax
jpolak@taftlaw.com
metienne@taftlaw@taftlaw.com

Rachel Smoot (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800

3

Columbus, OH 43215
(614) 221-2838 – phone
(614) 221-2007 – fax
rsmoot@taftlaw.com

### CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B), this document contains 460 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 5th Cir. R. 32.1 and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word, Version 2013, in 14-point Times New Roman font.

This, the 9th day of December, 2024.

                                                               s/ *Jack F. Hall*
                                               Attorney for Appellees

## CERTIFICATE OF SERVICE

The undersigned counsel of record certifies that a true and correct copy of the above and foregoing document has been served this day via ECF upon all counsel of record.

This the 9th day of December, 2024.

                                        s/*Jack F. Hall*
                                        Jack F. Hall,
                                        Attorney for Appellees