UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PHI THETA KAPPA HONOR SOCIETY                                        PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 3:22-CV-208-CWR-RPM

HONORSOCIETY.ORG, INC. et al                                        DEFENDANTS

### ORDER SUSPENDING DISCOVERY RESPONSES AND DEPOSITIONS OF COMMUNITY COLLEGES AND EXPEDITING RESPONSE DEADLINE TO MOTION TO QUASH

This matter is before the Court following the filing of Phi Theta Kappa Honor Society's and Dr. Lynn Tincher-Ladner's [332] Motion to Quash Honor Society's Non-Party Subpoenas to Community Colleges or, in the Alternative, for a Protective Order. The motion is styled "Urgent and Necessitous" pursuant to Local Rule 7(b)(8). Pending the Court's ruling on the motion, the Court suspends discovery responses to the non-party subpoenas to community colleges. The Court also suspends the non-party depositions of the community colleges. Furthermore, the Court shall expedite the response deadline to the motion.

IT IS THEREFORE ORDERED AND ADJUDGED that the discovery responses to the non-party subpoenas to community colleges as well as the non-party depositions of the community colleges are SUSPENDED pending the Court's ruling on Phi Theta Kappa Honor Society's and Dr. Lynn Tincher-Ladner's [332] Motion to Quash Honor Society's Non-Party Subpoenas to Community Colleges or, in the Alternative, for a Protective Order.

IT IS FURTHER ORDERED AND ADJUDGED that, **on or before 12:00 p.m. Central Time on Monday, December 16, 2024**, HonorSociety.Org, Inc. and Honor Society Foundation, Inc. shall file a Response to Phi Theta Kappa Honor Society's and Dr. Lynn Tincher-Ladner's [332]

Motion to Quash Honor Society's Non-Party Subpoenas to Community Colleges or, in the Alternative, for a Protective Order.

IT IS FURTHER ORDERED AND ADJUDGED that HonorSociety.Org, Inc. and Honor Society Foundation, Inc. are directed to identify in the Response the community colleges that have produced documents pursuant to the non-party subpoenas, if any.

IT IS FURTHER ORDERED AND ADJUDGED that HonorSociety.Org, Inc. and Honor Society Foundation, Inc. are directed to attach as exhibits to the Response the written objections received from the community colleges, if any.

SO ORDERED AND ADJUDGED, this the 12th day of December 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE