IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**PHI THETA KAPPA HONOR SOCIETY,**

   *Plaintiff / Counter-Defendant*,

v.

**HONORSOCIETY.ORG, INC., ET AL.,**

   *Defendants/ Counter-Plaintiffs*,

v.

**DR. LYNN TINCHER-LADNER,**

   *Third-Party Defendant.*

CAUSE NO. 3:22-CV-208-CWR-RPM

## ORDER

Before the Court is a *Motion to Dismiss* filed by Defendants HonorSociety.org, Inc. and Honor Society Foundation (together, "Honor Society"). Docket No. 156. Honor Society seeks to dismiss Count V (Tortious Interference with Contract) and Count VI (Tortious Interference with Prospective Business Advantage) of Plaintiff Phi Theta Kappa Honor Society's ("PTK") Second Amended Complaint.

Under the familiar legal standard, the Court accepts the plaintiff's factual allegations as true and makes reasonable inferences in the plaintiff's favor. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). A satisfactory complaint contains a "short and plain statement of the claim showing that the pleader is entitled to relief." *Id.* at 677–78. The complaint need not have "detailed factual allegations," but requires "more than an unadorned, the defendant-

unlawfully-harmed-me accusation." *Id.* at 678 (citation omitted). The plaintiff's claims must also be plausible on their face, which means there is "factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.*

Here, Honor Society argues that PTK cannot prevail on its tortious interference claims because PTK has not identified specific contracts or business expectations lost as a result of Honor Society's surveys and requests. Docket No. 157 at 4. This Court, however, has already held that PTK has a substantial likelihood of prevailing on the merits of its tortious interference claims. Docket No. 130 at 5. And, more to the point, Mississippi law indicates that a plaintiff may prevail on such claims without the degree of specificity Honor Society demands. *See MBF Corp. v. Century Bus. Commc'ns, Inc.*, 663 So. 2d 595, 599 (Miss. 1995).

Because PTK's tortious interference claims overcome dismissal under Rule 12(b)(6), Honor Society's *Motion* is denied.

**SO ORDERED**, this the 23rd day of December, 2024.

s/ Carlton W. Reeves  
UNITED STATES DISTRICT JUDGE
