**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| Phi Theta Kappa Honor Society, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant | ) | Civil Action No. 3:22-cv-00208-CWR-RPM |
| | ) | |
| v. | ) | |
| | ) | |
| HonorSociety.org, Inc., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff /Third-Party-Plaintiff | ) | |
| | ) | |
| Honor Society Foundation, Inc., | ) | |
| | ) | |
| Defendant | ) | |
| ---------------------------------------------------- | ) | |
| HonorSociety.org, Inc., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff /Third-Party-Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Dr. Lynn Tincher-Ladner, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

**PTK'S NOTICE OF PUBLIC FILING**

On December 23, 2024, the Court issued an Order stating, "PTK shall file publicly the document presently located at Docket No. 250-2, pages 47–63 of Moradian's deposition transcript, and the text in the Polak Declaration referring to the same." ECF No. 365 at 3. PTK provides this Notice to the Court in connection with the public filing of those documents.

Specifically, PTK files herewith Dr. Tincher-Ladner's Declaration in Support of its Opposition to Honor Society's Motion to Stay the Preliminary Injunction Pending Appeal (which is the document presently located at Docket No. 250-2), including Exhibit 1 thereto, which is the

document previously filed with redactions. PTK also files herewith, publicly and without redactions, the Polak Declaration (which is presently located at Docket No. 274-1). The Polak Declaration filed herewith includes Ex. A-3 with pages 47–63 of Michael Moradian's May 3, 2024 deposition transcript filed publicly.

As a result of this filing, all documents identified in the Court's December 23 Order are being filed publicly without redactions.

Dated: December 24, 2024                    Respectfully submitted,

                                            */s/ Jonathan G. Polak*
                                            Jonathan G. Polak (Pro Hac Vice)
                                            W. Michael Etienne (Pro Hac Vice)
                                            TAFT STETTINIUS & HOLLISTER LLP
                                            One Indiana Square, Suite 3500
                                            Indianapolis, IN 46204-2023
                                            (317) 713-3500 – phone
                                            (317) 713-3699 – fax
                                            jpolak@taftlaw.com
                                            metienne@taftlaw.com

                                            Rachel Smoot (Pro Hac Vice)
                                            TAFT STETTINIUS & HOLLISTER LLP
                                            41 S. High Street, Suite 1800
                                            Columbus, OH 43215
                                            (614) 221-2838 – phone
                                            (614) 221-2007 – fax
                                            rsmoot@taftlaw.com

                                            Daniel R. Warncke (Pro Hac Vice)
                                            TAFT STETTINIUS & HOLLISTER LLP
                                            425 Walnut Street, Suite 1800
                                            Cincinnati, OH 45202
                                            (513) 357-9397 – phone
                                            dwarncke@taftlaw.com

                                            Philip R. Bautista (Pro Hac Vice)
                                            TAFT STETTINIUS & HOLLISTER LLP
                                            200 Public Square, Suite 3500
                                            Cleveland, OH 44114-2302

(216) 706-3686 — phone
pbautista@taftlaw.com

*/s/ Charles E. Cowan*
Michael B. Wallace, MSB # 6904
Charles E. Cowan, MSB #104478
Beau M. Bettiga, MSB #105905
Jack F. Hall, MSB #106842
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205
Phone 601-968-5500

***Counsel for Phi Theta Kappa Honor Society and
Dr. Lynn Tincher-Ladner***

## CERTIFICATE OF SERVICE

I, Jonathan Polak, do hereby certify that I have this day electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

Dated: December 24, 2024

/s/ Jonathan G. Polak
Jonathan G. Polak