# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY, ) ) Plaintiff/Counter-Defendant ) ) v. ) ) HONORSOCIETY.ORG, INC., ) ) Defendant/Counter-Plaintiff ) /Third-Party-Plaintiff ) ) HONOR SOCIETY FOUNDATION, INC., ) ) Defendant ) ) ------------------------------------------------------- ) ) HONORSOCIETY.ORG, INC., ) ) Defendant/Counter-Plaintiff ) /Third-Party-Plaintiff ) ) v. ) ) DR. LYNN TINCHER-LADNER, ) ) Third-Party Defendant ) | Civil Action No.  3:22-cv-00208-CWR-RPM |

**Declaration of Dr. Lynn Tincher-Ladner**

I, Lynn Tincher-Ladner, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the President and CEO of Phi Theta Kappa Honor Society ("PTK").

2. Since the onset of Honorsociety.org, Inc.'s ("Honor Society") malicious campaign against PTK in March 2024, PTK has already felt the effects.

3. I have already testified at length to PTK's ongoing damages, including through multiple Declarations submitted in support of PTK's Motions for Preliminary Injunction and in person before the Court during the July 12 Preliminary Injunction Hearing.

4. Due to Honor Society's conduct, PTK is experiencing unprecedented member attrition (i.e., members contacting PTK to request cancellation of their lifetime membership) and decline in membership acceptance.

5. In August 2024, PTK's membership acceptance rate was down over 41% on a year over year basis. *See* Ex. 1. This is particularly alarming I understand community college enrollment to be up, and PTK issued more invitations in its summer campaign than it did in 2023. I attribute this decline not only to Honor Society's malicious survey entitled "Community College Honor Societies Survey" ("CCHS Survey") that this Court has already partly enjoined but also Honor Society's online campaign to paint PTK (and myself) as villains.

6. I understand that Honor Society has produced a number of responses it has received in response to the enjoined questions from the CCHS Survey; however, because these responses are marked HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY, I have been unable to personally review them.

7. PTK's counsel provided me a list of only student names and email addresses to compare with the present PTK membership/invitation list. My understanding is that at least two individuals on this list unsubscribed directly after responding to the CCHS Survey that, at the time, included the now enjoined questions.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 6, 2024.

                                                        Lynn Tincher-Ladner, Ph.D.

3

# EXHIBIT 1 to EXHIBIT B

## Membership Overview with Goals Comparison
*Goal: Forecast membership totals*

| | To Date Aug 2023 | To Date Aug 2024 | *GoalTD Forecast | Month Goal Forecast | Goal Difference To Date | Goal Difference Month |
|---|---|---|---|---|---|---|
| **Division I** | | | | | | |
| July | 820 | 676 | 1,222 | 1,222 | -546 | -546 |
| August | 1,703 | 784 | 1,222 | 1,222 | -438 | -438 |
| **Division I: Q3** | **2,523** | **1,460** | **2,082** | **4,428** | **-622** | **-2,968** |
| Division I: YTD | 21,591 | 19,634 | 23,588 | 32,752 | -3,954 | -3,954 |
| **Division II** | | | | | | |
| July | 1,116 | 975 | 1,166 | 1,166 | -191 | -191 |
| August | 2,086 | 1,185 | 1,166 | 1,166 | 19 | 19 |
| **Division II: Q3** | **3,202** | **2,160** | **2,642** | **5,424** | **-482** | **-3,264** |
| Division II: YTD | 21,560 | 20,941 | 23,554 | 31,245 | -2,613 | -2,613 |
| **Division III** | | | | | | |
| July | 576 | 580 | 853 | 853 | -273 | -273 |
| August | 1,370 | 1,022 | 853 | 853 | 169 | 169 |
| **Division III: Q3** | **1,946** | **1,602** | **1,606** | **3,562** | **-4** | **-1,960** |
| Division III: YTD | 15,458 | 15,174 | 16,888 | 22,860 | -1,714 | -1,714 |
| **Division IV** | | | | | | |
| July | 363 | 531 | 905 | 905 | -374 | -374 |
| August | 1,133 | 706 | 905 | 905 | -199 | -199 |
| **Division IV: Q3** | **1,496** | **1,237** | **1,234** | **2,946** | **3** | **-1,709** |
| Division IV: YTD | 16,258 | 16,414 | 17,762 | 24,258 | -1,348 | -1,348 |
| **No Division** | | | | | | |
| July | 2 | 2 | 3 | 3 | -1 | -1 |
| August | 2 | 2 | 3 | 3 | -1 | -1 |
| **No Division: Q3** | **4** | **4** | **3** | **5** | **1** | **-1** |
| No Division: YTD | 16 | 21 | 17 | 88 | 4 | 4 |
| **Total MTD** | **6,294** | **3,699** | **3,763** | **4,149** | **-64** | **-450** |
| Total YTD | 74,883 | 72,186 | 121,000 | 121,000 | -48,814 | -48,814 |
| Percent Change Compared to 2024  M: | -41.2% | | -1.7% | -10.8% | | |
| Y: | -3.6% | | -40.3% | -40.3% | | |

*Forecasted YTD and MTD totals are estimated using the forecasted monthly goal and the average percentage of joins MTD and YTD.



Month to Date — Last Year MTD 6,294; Current Year MTD 3,699; Monthly Goal 4,149



Year to Date — Last Year YTD 74,883; Current Year YTD 72,186; Yearly Goal 121,000

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY