# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> HONORSOCIETY.ORG INC., <br><br> Defendant/Counter-Plaintiff <br><br> HONOR SOCIETY FOUNDATION, INC., <br><br> Defendant. | Civil Action No. 3:22-cv-00208-CWR-RPM |
| HONORSOCIETY.ORG INC., <br><br> Defendant/Counter-Plaintiff/Third-Party Plaintiff <br><br> v. <br><br> LYNN TINCHER-LADNER, <br><br> Third-Party Defendant. | |

**HONORSOCIETY.ORG, INC. AND HONOR SOCIETY FOUNDATION, INC.'S NOTICE OF PUBLIC FILING**

On January 30, 2025, the Court directed HonorSociety.org Inc. and Honor Society Foundation, Inc. to publicly file their Memorandum in Opposition to the Motion to Dismiss Pursuant to Rule 41(b) (Dkt. 400). See Order on Motions to Seal, Docket No. 403.

Thus, they attach as Exhibit 1 their Memorandum in Opposition to the Motion to Dismiss Pursuant to Rule 41(b).

Dated: January 31, 2025

Respectfully Submitted,

Newman llp

s/ Derek A. Newman
Derek A. Newman (pro hac vice)
Derek Linke (pro hac vice)
Keith P. Scully (pro hac vice)
Gregory M. Scialabba (pro hac vice)
100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401
(310) 359-8200
dn@newmanlaw.com
linke@newmanlaw.com
keith@newmanlaw.com
gs@newmanlaw.com

s/ Dakota J. Stephens
W. Whitaker Rayner (MS Bar #4666)
Dakota J. Stephens (MS Bar #106695)
Hugh A. Warren (MS Bar #106711)
Jones Walker llp
190 E. Capitol St., Suite 800
Jackson, Mississippi 39201
Tel: (601) 949-4724
wrayner@joneswalker.com
dstephens@joneswalker.com
hwarren@joneswalker.com

Attorneys for Defendant, Counter-Claimant, and Third-Party Plaintiff HonorSociety.org, Inc. and Defendant Honor Society Foundation, Inc.

## Certificate of Service

I hereby certify that on January 31, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

Executed this 31st day of January, 2025.    s/ Derek A. Newman
                                            Derek A. Newman