# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | | |
|---|---|---|
| Phi Theta Kappa Honor Society, | ) | |
| Plaintiff/Counter-Defendant | ) | Civil Action No. 3:22-cv-00208-CWR-RPM |
| v. | ) | |
| HonorSociety.org, Inc., | ) | |
| Defendant/Counter-Plaintiff /Third-Party-Plaintiff | ) | |
| Honor Society Foundation, Inc., | ) | |
| Defendant | ) | |
| -------------------------------------------------- | ) | |
| HonorSociety.org, Inc., | ) | |
| Defendant/Counter-Plaintiff /Third-Party-Plaintiff | ) | |
| v. | ) | |
| Dr. Lynn Tincher-Ladner, | ) | |
| Third-Party Defendant | ) | |

## PTK'S NOTICE OF PUBLIC FILING

On January 30, 2025, the Court issued an Order (Docket No. 377) stating, "Within three days of this Order, the parties shall publicly file the documents and corresponding exhibits." PTK provides this Notice to the Court in connection with the public filing of those documents.

Specifically, PTK files herewith the following documents:

1 - Ex. A - Rachel Smoot's Declaration (unredacted) and Exs. A-2 and A-7 through A-30;

2 – Ex. B – Lynn Tincher-Ladner's Declaration (unredacted) and Exs. B-1 and B-2; and

3 – PTK and Dr. Lynn Tincher-Ladner's Memorandum in Support of Motion to Dismiss.

1

As a result of this filing, all documents identified in the Court's January 30, 2025 Order are being filed publicly without redactions.

Dated: January 31, 2025 			Respectfully submitted,

*/s/ Rachel Smoot*
Jonathan G. Polak (Pro Hac Vice)
W. Michael Etienne (Pro Hac Vice)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500 – phone
(317) 713-3699 – fax
jpolak@taftlaw.com
metienne@taftlaw.com

Rachel Smoot (Pro Hac Vice)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800
Columbus, OH 43215
(614) 221-2838 – phone
(614) 221-2007 – fax
rsmoot@taftlaw.com

Daniel R. Warncke (Pro Hac Vice)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 357-9397 – phone
dwarncke@taftlaw.com

Philip R. Bautista (Pro Hac Vice)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
(216) 706-3686 — phone
pbautista@taftlaw.com

*/s/ Charles E. Cowan*
Michael B. Wallace, MSB # 6904
Charles E. Cowan, MSB #104478
Beau M. Bettiga, MSB #105905
Jack F. Hall, MSB #106842

        WISE CARTER CHILD & CARAWAY, P.A.
        Post Office Box 651
        Jackson, Mississippi 39205
        Phone 601-968-5500

***Counsel for Phi Theta Kappa Honor Society and Dr. Lynn Tincher-Ladner***

## **CERTIFICATE OF SERVICE**

  I, Jonathan Polak, do hereby certify that I have this day electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

  Dated: January 31, 2025

*/s/ Rachel Smoot*
Rachel Smoot
