

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY, ) | Civil Action No. 3:22-cv-00208-CWR-RPM |
| ) | |
| Plaintiff/Counter-Defendant ) | |
| v. ) | |
| ) | |
| HONORSOCIETY.ORG, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff ) | |
| /Third-Party-Plaintiff ) | |
| ) | |
| HONOR SOCIETY FOUNDATION, INC., ) | |
| ) | |
| Defendant ) | |
| ) | |
| ------------------------------------------------ ) | |
| --- ) | |
| ) | |
| HONORSOCIETY.ORG, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff ) | |
| /Third-Party-Plaintiff ) | |
| v. ) | |
| ) | |
| DR. LYNN TINCHER-LADNER, ) | |
| ) | |
| Third-Party Defendant ) | |

## <u>DECLARATION OF RACHEL SMOOT</u>

I, Rachel Smoot, upon my personal knowledge, hereby submit this declaration pursuant to

28 U.S.C. § 1746 and declare as follows:

1.      I am one of the attorneys for Plaintiff, Phi Theta Kappa Honor Society ("PTK") and

Dr. Lynn Tincher-Ladner ("Tincher-Ladner") in this action. I tender this Declaration in support of

PTK's Motion for Sanctions.

**A. Moradian's Repeated Perjury Related to His Intent and Purported Lack of Malice.**

2.      At the July 17 Evidentiary Hearing, which I attended by Zoom, Michael Moradian testified in part about his motivations in posting the 5,000+ webpages about PTK and Dr. Tincher-Ladner. My co-counsel Jonathan Polak specifically questioned Moradian about any malice he may have had in creating these websites. Mr. Polak asked "Do you want Dr. Tincher-Ladner fired?" Moradian responded: "That is not my intention. It's never been my intention . . . ." *See* Dkt. 229, 7/17/24 Hearing Tr. at 64:11-12.

3.      PTK deposed Moradian on October 1, 2024 as the corporate representative for Honor Society, who was designated to testify as to the Wikipedia revisions to PTK's Wikipedia page. During that deposition, Moradian testified multiple times that he held no ill will toward Dr. Tincher-Ladner or PTK:

- "I have nothing against PTK and I have nothing against Dr. Tincher-Ladner. I think they both have tremendous potential." Ex. A-1, 10/1/24 Moradian Dep. Tr. at 40:5-8;

- "I never had an issue with Don [sic] nor Dr. Lynn-Tincher-Ladner." *Id.* at 75:6-7;

- "And, again, I'm not saying these to hurry anybody's feelings, I respect Dr. Lynn and PTK . . . ." *Id.* at 118:13-14;

- "I don't hold anything against PTK or Lynn. I understand being a leader." *Id.* at 199:8-11;

- "I like the idea of PTK. I like the idea of Dr. Lynn-Tincher-Ladner . . . ." *Id.* at 213:11-13;

- "I am trying my best here to open the doors to Dr. Lynn Tincher-Ladner to help her and to help all of us move forward and focus on creating value for students on spending our money, helping the individuals we are aimed to help and not enriching Jonathan Polak." *Id.* at 263:6-10.

4.      But just over a month later, PTK learned that these were all lies.

**B. Moradian's Improper Communications.**

5.      PTK learned in mid-November that Moradian had been contacting numerous former PTK employees seeking information about PTK and Dr. Tincher-Ladner. At least one of these communications evidenced a violation of the Protective Order. The "deriding" Moradian refers to in the below text message strain refers to a term Dr. Tincher-Ladner used in an email following Steve Mulhollen's departure from PTK:



Ex. A-2, HS_1019311. I was present at Paige Chandler's March 18, 2024 deposition when she testified about Dr. Tincher-Ladner purportedly referring to Mulhollen as an "ass wipe" in a document marked CONFIDENTIAL (under the Protective Order). *See* Ex. A-3, 3/18/24 Chandler Dep. Tr. at 24:6-9. The underlying document, although not introduced as an exhibit, was, and remains, designated CONFIDENTIAL pursuant to the Protective Order. *See* Ex. A-29, PTK0063027. Moradian was present for this testimony, heard the question and answer, and clearly had access to the underlying document. In fact, it is questionable whether such an irrelevant question would have been asked at all if not to satisfy a request to do so directly from Moradian, since no reasonable lawyer would ask such a question in a case involving trademark infringement, commercial false advertising and unfair competition. Further, there are no references in any of the communications between Moradian and other PTK ex-employees about Mulhollen, implying that Moradian was referring to the confidential document in his communication to Mulhollen.

6.      On November 26, PTK requested that Honor Society immediately meet and confer regarding these improper communications and requested a supplemental production no later than Monday, December 2. Ex. A-4, 11/26/24 J. Polak Email. PTK also demanded that Moradian cease all communications with current and former PTK employees. *Id.* Honor Society disagreed that anything was improper about the communications and agreed to "produce [the documents] in due course." *Id.*, 11/27/2024 D. Newman Email. Honor Society further stated that Moradian was "repeat[ing] something he heard from third parties." *Id.*, 12/2/24 D. Newman Email.

7.      Because Honor Society was not cooperating with the timely production of the requested documents, PTK sought the assistance of Magistrate Judge Myers on December 3, 2024. *See* Ex. A-5, 12/3/24 Email from J. Polak. Following a meet and confer at the direction of Magistrate Judge Myers, Honor Society produced dozens of communication strings between

Moradian and as many as 24 PTK employees (both former and at one point allegedly current) on December 10. Despite being responsive to PTK's Request for Production No. 7 served on April 12, 2023, and having these communications since at least May 2024, Honor Society neither supplemented its document production nor its response to the request since its original response dated May 12, 2023. Ex. A-6, Honor Society Response to PTK Request for Production No. 7.[1]

8.    These communications comprised not only text messages but also emails to Moradian's personal email account and PTKLawsuit@gmail.com, which is featured on PTKLawsuit.com, one of the Honor Society websites subject to the Second Preliminary Injunction. *See, e.g.*, Ex. A-7, HS_1019258-59, Ex. A-8, HS_1019277-78. Many of these communications were also made prior to the July 12 and 17 evidentiary hearings. Honor Society had not produced a substantial volume of documents from this email address before December 10, calling into question whether there has been a complete production of responsive documents.

9.    Moradian's communications detail a pattern of subtle bribery and threats in exchange for information (preferably negative) about PTK and Dr. Tincher-Ladner.

10.    For example, Moradian offered to help a former PTK employee "find new work," claiming that Dr. Tincher-Ladner had "wooed [her] away from [her] university position and then unceremoniously let [her] go."

---

[1] For brevity, PTK is attaching the relevant portion of Honor Society's response that pertains to PTK's Request for Production No. 7.



1:16

← Kathryn Johnson Santhuff  ···

**Kathryn Johnson Santhuff** · 2nd

Teacher | Advisor | Mentor | Educational Consultant | Trainer | Public Speaker | Writer | Editor

SEP 19

**Mike Moradian** · 4:06 pm
**Hi Kate - Quick Question**
Hi Kate,

I recently heard about what happened to you at PTK, and I'm sorry to learn of your experience. I'd like to connect with you to learn more and see if I can help in any way either with the past or helping find you new work.

Please let me know when would be a good time to connect!

Thanks,
-Mike

SEP 20

**Kathryn Johnson Santhuff** · 7:46 am
Mike, Rather than ignore your message, I've decided to be straightforward: I'm not interested in connecting. My experience at PTK is my business. I'm forging a path ahead, and with my years of experience, I'm confident in where I'm

Write a message...

1:16 

← **Kathryn Johnson Santhuff** ···  ☆

Please let me know when would be a good time to connect!

Thanks,
-Mike

SEP 20

 **Kathryn Johnson Santhuff**  · 7:46 am
Mike, Rather than ignore your message, I've decided to be straightforward: I'm not interested in connecting. My experience at PTK is my business. I'm forging a path ahead, and with my years of experience, I'm confident in where I'm headed. Thanks anyway.

NOV 4

 **Mike Moradian**  · 3:02 pm
Hi Kate, my understanding is that Lynn Tincher-Ladner wooed you away from your university position and then unceremoniously let you go. What she did was wrong, and I want to fight on your behalf. Can we chat for a few minutes to learn your perspective? You don't deserve that at all!  Please let me know what works for you, and I'm looking forward to speaking. Thank you! 

NOV 6

 **Kathryn Johnson Santhuff**  · 9:49 am
No thanks.



 Write a message... 

Ex. A-9, HS_1019262-63. Moradian also offered to "learn more" about a former PTK employee's new business, implying he might retain them in some way.



1:16

**← Ron Filipowicz**    ...    📹    ☆

**Ron Filipowicz** · 1st

Higher Education Business Development leader

— OCT 14, 2015 —

**Mike Moradian** 🔗 · 11:46 pm
**Hi Ron - Quick Question**
Hi Ron,

I just stumbled onto your LinkedIn profile and would like to introduce myself. My name is Mike Moradian, and I'm the Executive Director of HonorSociety.org. I'm not sure if you've heard of us yet, but I'd like to tell you more about what we're building, and how there are great opportunities for growth together.

It looks like you've done a lot of impressive things at Phi Theta Kappa, and are a thought leader in college relations. My background is in higher education and marketing, and I know how much it means to building a successful society. Here's an article that discusses my background a little at CollegeBudget.com:
http://www.dmnews.com/features/mad-skills/article/263308/

Would have have a chance to connect briefly for 10 minutes some time next week?

Write a message...



1:17

← **Ron Filipowicz**    •••  📹  ☆

we're building, and now there are great

opportunities for growth together.

It looks like you've done a lot of impressive
things at Phi Theta Kappa, and are a thought
leader in college relations. My background is in
higher education and marketing, and I know how
much it means to building a successful society.
Here's an article that discusses my background
a little at CollegeBudget.com:
http://www.dmnews.com/features/mad-skills/
article/263308/

Would have have a chance to connect briefly for
10 minutes some time next week?
Please let me know.

Thanks,
-Mike

Michael Moradian
HonorSociety.org Executive Director
michael.moradian@honorsociety.org

                    NOV 4

**Mike Moradian** 🔗 · 2:58 pm
Hi Ron, I want to learn more about Ghost
targeted marketing and your experiences. Can
we connect for 10 minutes sometime this week?
Let me know when works buddy! Thank you

Write a message...                    🎤

Ex. A-10, HS_1019264-65.[2]

11.     Just days after Dr. Monica Marlow, Executive Director of the PTK Foundation, left

her position, Moradian reached out "as a resource" to her:



Ex. A-11, HS_1019324.

---

[2] Of note, Moradian initially contacted Ron Filipowicz on October 14, 2015, specifically citing to Filipowicz's "impressive things at Phi Theta Kappa," implying Moradian had done research on PTK and Filipowicz's role there. This stands in stark contrast to Moradian's testimony at the July 17, 2024 Hearing that before 2018, Honor Society had "only heard or talked about them in a group setting, usually when discussing give to 50 to 60 honor societies. We've never really talked about PTK individually at all." Dkt. 229, 7/17/24 Hearing Tr. at 94:23-95:3.

12.     For many, when Moradian reached out, he did not disclose his vested interest in his efforts to gain information, instead couching his attempts to protect students from "abuse" by PTK:



Ex. A-12, HS_1019266.



Ex. A-13, 1019267.



Ex. A-14, HS_1019270.



Ex. A-15, HS_1019271.



Ex. A-16, HS_1019307.



Ex. A-17, HS_1019325.



Ex. A-18, HS_1019332.

13.     Other communications framed Honor Society as the crusading party suing PTK, rather than truthfully revealing that Honor Society counterclaimed two years after PTK filed the lawsuit. For example:



Ex. A-19, HS_1019268.



Ex. A-20, HS_1019269.

14.    But most egregious was Moradian's confirmation of his intent to see Dr. Tincher-Ladner removed as CEO of PTK, because it evidenced his false testimony to the Court on July 17 where he told the Court the opposite:





Ex. A-21, HS_1019334-35.



Ex. A-22, HS_1019341.

15.     In seeking information related to an alleged poor work culture at PTK, Moradian sought information Honor Society claimed to this Court would be relevant to its affirmative defenses to PTK's Lanham Act claims. Honor Society informed the Court that such information would be salient to its defense that it would not trade off an organization with a poor reputation in opposition to PTK's Motion to Quash the NAVEX subpoena. (Dkt. 91 at 8.) Magistrate Judge Ball was unpersuaded by this reasoning, finding that any private complaints (by employees or otherwise) about PTK have no bearing on PTK's public reputation. (Dkt. 95 at 4.)

16.     Moradian also confirmed he would "always respect confidentiality." For example, one PTK employee, Jessie Cameron-Chaney, emailed PTKLawsuit.com, signing her name as "Mr. Smiley" and requesting that Moradian not share any of her information. Ex. A-7, HS_1019258-59. Moradian responded that the best way to "preserve anonymity" would be to "communicate over the phone." *Id. See also* Ex. A-23, HS_1019318 ("Talking is ok. It's better than email in fact."); Ex. A-24, HS_1019322 ("These are all off the record convos . . . .").

17.     In contacting Cameron-Chaney, who was employed by PTK from August 2021 until September 2024, PTK believes that Moradian was able to gain access to documents that PTK had either objected to producing or would have been produced as HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY. Honor Society claims to have come into possession of a Zendesk ticket (Ex. A-25, HS_1019347) from an unnamed source that it refused to disclose to Magistrate Judge Myers. This ticket contained the PTK member's name and contact information, which both PTK and Honor Society have taken great pains to protect during this litigation. In response to a subpoena issued to Cameron-Chaney, it appears she provided the Zendesk ticket to Honor Society in May 2024. (Ex. A-30, CHANEY000006.) It is unclear what other sensitive information Moradian and Honor Society may have gained access to through a PTK employee.

25

18.     In light of the December 10 production, PTK issued a number of subpoenas to persons Moradian had contacted. Two of these persons were Christin Grissom and Wendy Flores, both former PTK employees, who discussed the dispute and their interactions with Moradian at length. In one text message, Flores relayed to Grissom that Moradian is "determined to get [Dr. Tincher-Ladner] removed from office. He's willing to pay for attorneys fees for any previous staff who has information or documentation to support the toxic behavior." Ex. A-26, GRISSOM0000014. Flores also confirmed that Moradian was working with "Rebecca" (presumably Warren) and was "gonna use the evidence she's been collecting." *Id.*

19.     Separately, when Flores received her subpoena duces tecum from PTK, it appears she prepared notes responsive to the document categories requested. In a set of notes she sent to a third party (but ultimately were altered prior to her production), Flores noted that Moradian was seeking "[g]ossip hoping Lynn is removed from position as CEO as a result of this." Ex. A-27, ConferenceDirect0001928. PTK obtained this original version in response to a subpoena duces tecum issued to Flores' current employer, ConferenceDirect, but did not receive it from Flores herself. A comparison of what was produced to PTK from Flores and what was produced from her employer follows below:

> 2. Any Communications *(means transmission of information or any kind, orally, in writing or in any other manner, at any time or place, and under any circumstances whatsoever)* with anyone about any of the Lawsuit, Honor Society, Honor Society Foundation, Moradian and/or Asari.
>
> a. Yes. Oral communication.
> b. Yes. Text messages with Christian Grissom.
> c. Yes. FB Message with Paige Rakestraw. I don't have the message; it was deleted shortly after we messaged each other.

*Response received from Flores.*

2. Any Communications *(means transmission of information or any kind, orally, in writing or in any other manner, at any time or place, and under any circumstances whatsoever)* with anyone about any of the Lawsuit, Honor Society, Honor Society Foundation, Moradian and/or Asari.

    a. Yes. Oral conversations and texts with former employees. Gossip hoping Lynn is removed from position as CEO as a result of this.

*Response received from Flores' employer.*

*Compare* Ex. A-28, FLORES0000001 *with* Ex. A-27, ConferenceDirect0001928.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of December, 2024.

*/s/ Rachel Smoot*
Rachel Smoot
Attorney
Taft Stettinius & Hollister LLP

# EXHIBIT A-2

5:44





+1 (601) 672-9811 ›

iMessage
Wed, Nov 20 at 3:58 PM

Hi Steve, my name's Mike Moradian. You were named as a witness in a litigation. I just have a couple friendly questions about your time at PTK. Are you available to talk? I don't think it would take more than 10 minutes.

I'd prefer to ask you directly rather than having to take your deposition for a full day. Could we just chat a few minutes at your convenience?

Lynn derided you on your way out. I just have one innocuous question to ask you. Can I please call you and ask, and we go on our ways?

Read 11/20/24 • Edited

iMessage

# EXHIBIT A-7

 Gmail

**PTK Lawsuit <ptklawsuit@gmail.com>**

---

## Info from former employee

**PTK Lawsuit** <ptklawsuit@gmail.com>                                    Fri, Jun 14, 2024 at 9:54 AM
To: J Cameron <macsr6753@gmail.com>

Mr. Smiley,

Thank you immensely for reaching out!

We smile together. We need to fight deception together to protect the 130,000 students a year who are victimized and unwittingly fund this abuse.
The best way to communicate is over the phone in order to preserve anonymity. We will fight to protect you and everyone else who comes forward.

Please call or text me at 805.368.3686 to discuss.
I am fighting for you too and awaiting your call.

Thanks,
-Mike
*PTK Lawsuit Team*

On Fri, Jun 14, 2024 at 9:12 AM J Cameron <macsr6753@gmail.com> wrote:
To whom it may concern,

You may be able to reach out to former employees for information regarding the abusive workplace practices.
There may be more than one, but I know for sure an employee, Christin Grissom, was required to sign an NDA. There is so much information Dr. Ladner doesn't want to get out.

Former employees who quit working to PTK due to deceptive practices may provide you inside information are:

Wendy Giammarco
Christin Grissom (what she can)
Caroline Moreno
Deborah Stamps (former HR)
Susan Booth
Daniel King
Anita Loflin
Nekeisha Johnson (former accounting employee)
Paige Rakestraw
Susan Scaggs
Christopher Bingham
Erica Bold

I may be able to locate contact information for these people if you'd like. There are also current employees who may provide information as long as it is ANONYMOUS.

There are several employees who would confirm the workplace harassment from Lynn Tincher-Ladner. On several occasions, she has cussed and harassed employees.

Additionally, Phi Theta Kappa does not monitor advisors as they should. There is an article of an advisor by the name of Robin Lowe, who embezzled thousands of dollars from the chapter. I'm sure that's not the only one. Students money for membership isn't even being looked over or watched to be sure it's used for PTK purposes.

Highly Confidential -
Attorneys Eyes Only                                                         HS_1019258

Do NOT share my email address or any of my information. But please respond to my email if you have specific questions or would like more information.

Thanks,
Mr. Smiley

Highly Confidential -
Attorneys Eyes Only

HS_1019259

# EXHIBIT A-8

 Gmail

**Mike Moradian <mdmoradian@gmail.com>**

---

## Fwd: Golden Opportunity Scholarship

**Olson, Rebekah (Student)** <Rebekah.Olson@hindscc.edu>                    Fri, Sep 20, 2024 at 12:56 AM
To: "MDMoradian@gmail.com" <MDMoradian@gmail.com>

Get Outlook for iOS

**From:** Rankin Honors <RankinHonors@hindscc.edu>
**Sent:** Tuesday, September 21, 2021 2:26:36 PM
**To:** Olson, Rebekah (Student) <Rebekah.Olson@hindscc.edu>
**Subject:** Re: Golden Opportunity Scholarship

Great!! Your case sensitive passcode is ATHB810542. We are excited for you to become a part of PTK. Feel
free to stop by the Honors Center and find out how to become involved if that is something you want to do.

Best Regards,
Joy D. Rhoads
Julie Crockett

Rankin Honors
601-936-1992
1515082090321_PastedImage

**From:** Olson, Rebekah (Student) <Rebekah.Olson@hindscc.edu>
**Sent:** Tuesday, September 21, 2021 10:54 AM
**To:** Rankin Honors <RankinHonors@hindscc.edu>
**Subject:** Re: Golden Opportunity Scholarship

Oh that is exciting! I will pay $45 to join for the opportunity. Do you have an invitation code I can use to
apply?

Thanks,
Rebekah Olson

**From:** Rankin Honors <RankinHonors@hindscc.edu>
**Sent:** Tuesday, September 21, 2021 9:02 AM
**To:** Olson, Rebekah (Student) <Rebekah.Olson@hindscc.edu>
**Subject:** Golden Opportunity Scholarship

Congratulations on your academic success! According to our records, you have been contacted because you
are now eligible to join PTK. We wanted to let you know that you have been awarded a Golden Opportunity
Scholarship from Phi Theta Kappa. The normal cost to become a member is $105 but with this scholarship
you will only have to pay $45 should you choose to join. If you are interested, you can come by the Honors
Center and submit a paper application or you can join online by going to www.ptk.org.

Best Regards,
Joy D. Rhoads
Julie Crockett

Highly Confidential -
Attorneys Eyes Only                                                                 HS_1019277

Rankin Honors
601-936-1992
1515082090321_PastedImage

Highly Confidential -
Attorneys Eyes Only

# EXHIBIT A-9

1:16



**Kathryn Johnson Santhuff**  · 2nd

Teacher | Advisor | Mentor | Educational Consultant | Trainer | Public Speaker | Writer | Editor

---

**SEP 19**

 **Mike Moradian** 🔗 · 4:06 pm
**Hi Kate - Quick Question**
Hi Kate,

I recently heard about what happened to you at PTK, and I'm sorry to learn of your experience. I'd like to connect with you to learn more and see if I can help in any way either with the past or helping find you new work.

Please let me know when would be a good time to connect!

Thanks,
–Mike

---

**SEP 20**

 **Kathryn Johnson Santhuff** 🔗 · 7:46 am
Mike, Rather than ignore your message, I've decided to be straightforward: I'm not interested in connecting. My experience at PTK is my business. I'm forging a path ahead, and with my years of experience, I'm confident in where I'm

✐  Write a message...                      🎤

Highly Confidential -
Attorneys Eyes Only                HS_1019262

1:16

80

← **Kathryn Johnson Santhuff**    •••        ☆

Please let me know when would be a good time to connect!

Thanks,
-Mike

--- **SEP 20** ---

 **Kathryn Johnson Santhuff**  • 7:46 am
Mike, Rather than ignore your message, I've decided to be straightforward: I'm not interested in connecting. My experience at PTK is my business. I'm forging a path ahead, and with my years of experience, I'm confident in where I'm headed. Thanks anyway.

--- **NOV 4** ---

 **Mike Moradian**  • 3:02 pm
Hi Kate, my understanding is that Lynn Tincher-Ladner wooed you away from your university position and then unceremoniously let you go. What she did was wrong, and I want to fight on your behalf. Can we chat for a few minutes to learn your perspective? You don't deserve that at all!  Please let me know when works for you, and I'm looking forward to speaking. Thank you! 

--- **NOV 6** ---

 **Kathryn Johnson Santhuff**  • 9:49 am
No thanks.

😊

📎    Write a message…    🎤

Highly Confidential -
Attorneys Eyes Only

# EXHIBIT A-10

1:16

 **Ron Filipowicz** ···  ☆



**Ron Filipowicz** · 1st

Higher Education Business Development leader

OCT 14, 2015

 **Mike Moradian**  · 11:46 pm

**Hi Ron - Quick Question**
Hi Ron,

I just stumbled onto your LinkedIn profile and would like to introduce myself. My name is Mike Moradian, and I'm the Executive Director of HonorSociety.org. I'm not sure if you've heard of us yet, but I'd like to tell you more about what we're building, and how there are great opportunities for growth together.

It looks like you've done a lot of impressive things at Phi Theta Kappa, and are a thought leader in college relations. My background is in higher education and marketing, and I know how much it means to building a successful society. Here's an article that discusses my background a little at CollegeBudget.com:
http://www.dmnews.com/features/mad-skills/article/263308/

Would have have a chance to connect briefly for 10 minutes some time next week?

 Write a message... 🎤

Highly Confidential - Attorneys Eyes Only                HS_1019264

← **Ron Filipowicz**   •••

we're building, and how there are great opportunities for growth together.

It looks like you've done a lot of impressive things at Phi Theta Kappa, and are a thought leader in college relations. My background is in higher education and marketing, and I know how much it means to building a successful society. Here's an article that discusses my background a little at CollegeBudget.com:

http://www.dmnews.com/features/mad-skills/article/263308/

Would have have a chance to connect briefly for 10 minutes some time next week?
Please let me know.

Thanks,
-Mike

Michael Moradian
HonorSociety.org Executive Director
michael.moradian@honorsociety.org

---

NOV 4

**Mike Moradian**  • 2:58 pm

Hi Ron, I want to learn more about Ghost targeted marketing and your experiences. Can we connect for 10 minutes sometime this week? Let me know when works buddy! Thank you

Write a message...

# EXHIBIT A-11

5:54

◀ Phone

MM

Monica ›

iMessage
Mon, Nov 4 at 2:38 PM

Hello Ms. Marlowe!
How are you doing on this fine day?
Congratulations on your big move!
I'd like to chat when you have the
chance, and I'm here as a resource for
you however I can be of service. From
what I can tell, you are a great person
and deserve the best. That's what I'd
like to make sure you get. Let's chat! :)
-Mike

My name is Mike Moradian from Honor
Society, and I'd like to connect with
directly soon. Please let me know if
you have a moment to chat.

Delivered

iMessage

Highly Confidential -
Attorneys Eyes Only

HS_1019324

# EXHIBIT A-12

1:17

79

← **Onjalai Flake**    •••

You haven't connected with **Onjalai Flake**    



**Onjalai Flake** • 3rd
Founder & CEO at Lady O Events

MAY 20

 **Mike Moradian** 🔲 • 6:16 pm
**Hi Onjalai - Quick Question**
Hi Onjalai,

A contact who used to work at PTK recommended that I get in touch with you. I had some questions about your time at PTK and just wanted to connect with you whenever you have the time. Please let me know.

Thanks!
–Mike

ⓘ Improve your chances of hearing back. Verified members get 30% more messages on average. **Verify now**.

Highly Confidential - Attorneys Eyes Only        HS_1019266

# EXHIBIT A-13

1:18



← **Larry Horn**    •••



**Larry Horn** • 2nd

Retired.

---

MAY 16

 **Mike Moradian**  • 2:24 pm

**Hi Larry - Quick Question**
Hi Larry,

I was referred to contact you about PTK by ex-
employees, and could really use your help.
We're working to protect students, employees
and others from potential abuses at PTK. Can
we have a quick call at your convenience?

Please let me know.

Thanks!
-Mike

---

ℹ️ Improve your chances of hearing back. Verified members
get 30% more messages on average. **Verify now**.

---

Highly Confidential -
Attorneys Eyes Only                    HS_1019267

# EXHIBIT A-14

6:06

 **Dawneen Banks**    •••        ☆



**Dawneen Banks** 🛡 • 2nd

Senior Business Development, Higher Education

---

MAY 16

 **Mike Moradian** 🔳 • 4:43 pm

**Hi Dawneen - Quick question**
Hi Dawneen,

Cassie Mendrop recommended that I get in touch with you. I had some questions about your time at PTK and just wanted to connect with you whenever you have the time. Please let me know.

Thanks!
-Mike

---

MAY 18

 **Dawneen Banks** • 4:40 pm

Hi Mike! Please tell Cassie "hello" for me! I would be happy to connect with you about Phi Theta Kappa! Feel welcome to text me a few times that work for you: 720-717-0771.

😊➕

---

 Write a message...    🎤

Highly Confidential - Attorneys Eyes Only    HS_1019270

# EXHIBIT A-15

7:01



← **LinkedIn Member**    •••

 **Mike Moradian**  • 2:21 pm
**Hi Luke - Quick Question**
Hi Luke,

I was referred to contact you about PTK by ex-employees and ex-IO's, and could really use your help. We're working to protect students, employees and others from potential abuses at PTK. Can we have a quick call at your convenience?

Please let me know.

Thanks!
-Mike

 **LinkedIn Member**  • 2:27 pm
Hi Mike -

Can you give me some context here? Who referred you to me and what are you hoping to achieve? I haven't worked for PTK in quite some time.

 **Mike Moradian**  • 2:33 pm
Wendy (Giancomo) Flores and Toni Marek both referred me to contact you. If we can have a quick call I'll explain everything and leave it in your hands if you want to chat further, no pressure. My cell is 805-368-3686. Feel free to call or text me

ℹ️ LinkedIn member unable to receive messages.

Highly Confidential -
Attorneys Eyes Only          HS_1019271

# EXHIBIT A-16

5:38

‹ 53

+1 (718) 909-9503 ›

iMessage
Mon, Jul 8 at 2:32 PM

Hi Nancy, my name is Mike Moradian. I am researching PTK's practices for a complaint and was told you would be a good person to talk to. We need to protect students and employees of PTK from abuse and I'd appreciate your time for a quick call 🙏

Any chance we could talk for 5-10 minutes? I can work around your schedule :)

Read 7/8/24

iMessage

# EXHIBIT A-17

12:27



58



+1 (601) 940-6201 ›

iMessage
Mon, Jul 8 at 3:43 PM

Hi Casey, this is Mike Moradian. I wanted to learn more about your thoughts on PTK and Lynn. Would you be able to chat for a few minutes at your convenience? 🙏

I am no longer affiliated with Phi Theta Kappa and reserve no comment.

Thanks. If you ever change your mind please feel free to reach out.
To learn more, feel free to visit ptklawsuit.com or google "Phi Theta Kappa lawsuit." Thanks!

Delivered

iMessage

Highly Confidential -
Attorneys Eyes Only

# EXHIBIT A-18

12:30

‹ 58

+1 (601) 259-2941 ›

iMessage
Thu, May 16 at 1:03 PM

Hi Stacy, this is Mike Moradian. I was referred to contact you by Wendy, Deborah and basically everyone. I'd like to learn more about your experiences with PTK and Lynn, in an effort to protect students and employees from abuse. Are you available to chat for a bit? 🙏

Mon, Jun 17 at 11:28 AM

Hi Stacy. Do you have a quick moment to tell me your perspective on Lynn Tincher Ladner and PTK? I need your help to protect students and employees hurt by her

Mon, Jul 8 at 3:49 PM

Hi Stacy, any chance we can speak soon? Deborah Stamps insisted I contact you. Please lend me just a couple minutes

Delivered

iMessage

Highly Confidential - Attorneys Eyes Only          HS_1019332

# EXHIBIT A-19

1:18

← **Kierra T. Handy**    ⋯

You haven't connected with **Kierra T. Handy**    



**Kierra T. Handy** · 2nd

Digital Marketing & Brand Developer

---

MAY 16

 **Mike Moradian** 🔳 · 2:06 pm
**Hi Kierra - Quick Question**
Hi Kierra,

I was referred to contact you by an ex-PTK employee. I'm the president of Honor Society, and we're in a lawsuit with PTK in order to protect students, employees and the general public from the leadership abuse at PTK, and I'd like to hear your story. Can we connect sometime soon?

Please let me know.

Thank you!
-Mike

ⓘ Improve your chances of hearing back. Verified members get 30% more messages on average. **Verify now**.

Highly Confidential - Attorneys Eyes Only          HS_1019268

# EXHIBIT A-20

1:18

← **Steve Mulhollen**                        •••

---

You haven't connected with **Steve Mulhollen**   



**Steve Mulhollen** 🛡 • 2nd
CPA, SHRM-SCP

---

MAY 16

**Mike Moradian** 🔗 • 11:13 am
**Hi Steve - Quick Question**
Hi Steve,

I was referred to contact you by an ex-PTK employee. We're suing PTK in order to protect students, employees and the general public from the leadership abuse at PTK, and I'd like to hear your story. Can we connect sometime soon?

Please let me know.

Thank you!
-Mike

---

ℹ️ Improve your chances of hearing back. Verified members get 30% more messages on average. **Verify now**.

Highly Confidential - Attorneys Eyes Only          HS_1019269

# EXHIBIT A-21

5:49

◀ Phone

◀ 53    Mr. Smiley ›

Text Message • SMS
Fri, Jun 14 at 10:03 AM

Hi Mike, this is Mr. Smiley. I'd like to text you rather than call for this matter.



Do you have phone numbers for the people you suggested I contact?

PTK is aggressive and willing to lie. We are going to win this by everyone telling the truth together. So your help means the world to overcoming Lynn, PTK and their injustices

I don't have phone numbers for all, but I can send their social media pages or any personal emails I may know.

Sure. Whatever you can give would be great. Calls are best because they're not documented in any way. For example if we speak it's just me and you and no one can ever know what we say. I will vigorously defend all communications to the max, but that's the best

But I am comfortable when you are comfortable, so text is fine too :)

Text Message • SMS

Highly Confidential - Attorneys Eyes Only    HS_1019334

5:49

◀ Phone

  

Mr. Smiley ›

Is there anything else that you can point us to look into?

Of course, I've seen PTK do great things for students but I've also seen some less than great things.

Is there anything in particular that may help?

What have you seen?

The things would help is lying, deception, bullying from Lynn or PTK. Copying, anticompetitive behavior etc

Toxic work environments, disrespect to employees from Dr. Lynn Tincher-Ladner directly, inappropriate comments regarding her sexual orientation, as well as blatant acknowledgment that her membership marketing is spam.

I believe it all. Can you shed light or provide evidence (or point me to someone who can) regarding these

Can I give you social media of the other people in order for you to message them? They may know more or have specific emails or instances of bullying to provide.

Text Message • SMS

# EXHIBIT A-22

5:50

◀ Phone

◀ 53

M

Mr. Smiley ›

The case is over a year out still. We're already two years into this Lynn's ego case.... But a few of these songbirds can and should be deposed as early as mid summer to tell their story on the record

I understand that, from what I was told, she was asked to come to headquarters from a remote position and when she wanted to return remote, they did not allow her to. She was essentially fired for not being comfortable in Mississippi.

It's the dumbest case ever if you know anything about it. Just Lynn power tripping and spending nonprofit's money to fight her ego trip. No merit whatsoever

That's good, I hope your team is able to get Lynn out of her position.

We can and must together! For the sake of students and PTK itself. Our story alone is not enough. Everyone has to tell their story so it's clear it's a pattern of abuse by her

Any stories of Lynn or PTK covering up complaints by students or schools?

Are the employees being subpoenaed

Text Message • SMS

# EXHIBIT A-23

5:52

◀ Phone

WF

Wendy ›

> Are you free to chat today? Want to connect some more dots

Delivered

Tue, May 14 at 12:43 PM

Send me an email. My husband is a retired federal agent and wants me to back out of involvement. I'll do what I can via email.

> Talking is ok. It's better than email in fact. We can always respect confidentiality. Your opinions mean a lot and can make a difference in protecting students.

Tue, May 14 at 4:15 PM

> Had a great call with Susan, thank you again! I really do want to just talk informally. It's the best way to make change without being really in it. If you could connect more tomorrow or later this week to at least make sure we're clear on how to best communicate going forward it would mean a lot 🙏

Thu, Jul 4 at 12:16 PM

> Hey Wendy, Happy 4th of July! 🇺🇸

> I'd love to catch up sometime just generally nothing specific. Some pretty exciting news to share. 😀

iMessage

Highly Confidential - Attorneys Eyes Only        HS_1019318

# EXHIBIT A-24

5:53

◀ Phone

◀ 53

CM

Cassie ›

I definitely want change to happen with PTK but am nervous about my name being dragged into this. I am fine with speaking with you, but I really don't want my name mentioned please.

I promise to do my best to keep your name out. These are all off the record convos and I won't be quoting you or sharing things you said. The others reached out to me and wanted to be involved so it's different.

Thank you.

I understand and respect your position and the last thing I would want is to bring issues of any sort. We are all trying to get past this. I will keep things quiet and will share updates if there are any. Hopefully there will be good ones :)

I appreciate that. Good luck. I'm glad to know you are advocating for employees (past and current) and students.

Thank you. Yes it's really all about restoring this organization back to its true mission of understanding itself and helping people 🙏

I'm optimistic, and I'll send you

iMessage

Highly Confidential -
Attorneys Eyes Only

# EXHIBIT A-25

## 🍃 #237371 Questions about PTK

---

**Submitted**
January 26, 2023 at 12:20 PM

**Received via**
Mail

**Requester**
Ethan P <flappyfly@outlook.com>

**Status**
Closed

**Group**
Key/Membership Services

**Assignee**
Jessie Chaney

---

**Topic**
Student::Membership Eligibility

---

**Ethan P**  January 26, 2023 at 12:20 PM

Just received an email from Phi Thera Kappa to become an Honor Society member.

Still reading up on it but the email mentioned that I am in the top 10% of students. I was wondering where this number came from and how I could verify this statistic myself.

Thanks in advance, Ethan

---

**Jessie Chaney**  February 2, 2023 at 11:36 AM                    Internal note

Anita, do we have any report or chart to show this statistic?

---

**Anita Loflin**  February 10, 2023 at 10:35 AM                    Internal note

I don't know what data source Dr. Lynn actually pulled the data from, I'm sure she's too busy to ask... There is this report you could direct them to: https://gpacalculator.net/gpa-scale/3-9-gpa/ What do you think?

---

**Jessie Chaney**  February 13, 2023 at 9:08 AM

Hi Ethan,

Thank you for your email. While I don't have direct access to the reports from our CEO that determined your ranking, I do have a link you might find helpful! Please visit this website: https://gpacalculator.net/gpa-scale/3-9-gpa/ . It shows that students with a 3.5 GPA or higher are in the 90th percentile for academics. Since a 3.5 is required for invitation to PTK, you are automatically at the top 10% of students when you receive your invitation. Your rank may be higher depending on your GPA status.
For more information regarding class rank, please contact your college.

Please let us know if you have any further questions.
Thank you,
Jessie Chaney (she/her)
Membership Support Specialist
Phi Theta Kappa Honors Society

---

Support Software by **Zendesk**

Highly Confidential -
Attorneys Eyes Only

HS_1019347

# EXHIBIT A-26

To: **Wendy Flores**

refused. So he's digging up stuff from Rod days to current day, looking into Courtney Lange and her Prima Donna position in the Foundation department, he's talked to old IO officers, old staff like Luke and Dawneen and it seems the students that filed that lawsuit against Rod feel like they were dismissed by PTK and Lynn and want justice. He's determined to get her removed from office. He's willing to pay for attorneys fees for any previous staff who has information or documentation to support the toxic behavior. Supposedly you are gonna be deposed in a few weeks. Not sure what deposed means. 🧙‍♀️ Susan told me this.

She's legit the craziest person. The narcissist in her won't give up. Truly psycho! I hope those girls get some kind of closure & justice. So does this mean that this deposition info is coming from Rebecca to Susan?

Oh no!!! Susan is talking directly with Mike!!! He's waiting for Rebecca to quit or get fired, and then he's gonna use the evidence she's been collecting.

Dawneen reestablished that PTK Rehab FB page after Mike talked to her. She invited me and I joined and voiced my say.  So did Vickie Embry.

Hell yesssss! Get it, Susan!!!!

Omg i need in on this page.

Just for freakin giggles. Not that I can say anything yet

CONFIDENTIAL - Subject to Protective Order

# EXHIBIT A-27

Abby – below are the (5) items subject to subpoena and in red are the definitions they list in the subpoena for the terms: Communications and concerning.

I added my answers Yes or No to these questions.  I gave **you** details but will not provide those details unless I am asked to.

Give me your thoughts.  Any communications are due by 5pm on Monday.

### DOCUMENTS SUBJECT TO SUBPOENA

1. Any Communications *(means transmission of information or any kind, orally, in writing or in any other manner, at any time or place, and under any circumstances whatsoever)* with anyone associated with Honor Society, Honor Society Foundation, Moradian, or Asari concerning *(means relating to, referring to, describing, evidencing, consitutuing, identifying, mentioning, discussing, or analyzing)* PTK, Dr. Tincher-Ladner, and/or this Lawsuit.

   a. Yes.  Sent email to ptklawsuit@gmail.com in 3rd quarter of the year of 2023 introducing myself as former employee.  Discussed toxic workplace environment, bullying, gaslighting, manipulation tactics, etc. Link to email can be found here: Phi Theta Kappa Lawsuit | Honor Society - Official Honor Society® Website
   b. Yes. Oral and text messages with Michael Moradian sharing former employees' name and contact information that may can assist with information needed or the lawsuit.

2. Any Communications *(means transmission of information or any kind, orally, in writing or in any other manner, at any time or place, and under any circumstances whatsoever)* with anyone about any of the Lawsuit, Honor Society, Honor Society Foundation, Moradian and/or Asari.

   a. Yes. Oral conversations and texts with former employees.  Gossip hoping Lynn is removed from position as CEO as a result of this.

3. Any Communications *(means transmission of information or any kind, orally, in writing or in any other manner, at any time or place, and under any circumstances whatsoever)* with any reporter, newspaper, blogger, journalist or news outlet concerning any of PTK, Dr. Tincher-Ladner, or this Lawsuit.
   a. Yes. Oral conversation on the telephone with Marina Villeneuve – Investigative Reporter with the Hechinger Report.  I did not have the information she was seeking as it pertained to the PTK vs Honor Society lawsuit.

4. Any Communications *(means transmission of information or any kind, orally, in writing or in any other manner, at any time or place, and under any circumstances whatsoever)* you have had with any state Attorney General regarding PTK from April 20, 2022 to the present.

   a. NONE

5. Any complaints you have made to the Better Business Bureau about PTK from April 20, 2022 to the present.
    a. NONE

CONFIDENTIAL - Subject to Protective Order

# EXHIBIT A-28

**WENDY FLORES**

**DOCUMENTS SUBJECT TO SUBPOENA**

1. Any Communications *(means transmission of information or any kind, orally, in writing or in any other manner, at any time or place, and under any circumstances whatsoever)* with anyone associated with Honor Society, Honor Society Foundation, Moradian, or Asari concerning *(means relating to, referring to, describing, evidencing, consitutuing, identifying, mentioning, discussing, or analyzing)* PTK, Dr. Tincher-Ladner, and/or this Lawsuit.

   a. Yes.  Sent email to ptklawsuit@gmail.com on May 13, 2024.
   b. Yes. Oral Communication with Moradian on
      i. May 13, 2024
      ii. December 10 and 12, 2024

2. Any Communications *(means transmission of information or any kind, orally, in writing or in any other manner, at any time or place, and under any circumstances whatsoever)* with anyone about any of the Lawsuit, Honor Society, Honor Society Foundation, Moradian and/or Asari.

   a. Yes. Oral communication.
   b. Yes. Text messages with Christian Grissom.
   c. Yes. FB Message with Paige Rakestraw. I don't have the message; it was deleted shortly after we messaged each other.

3. Any Communications *(means transmission of information or any kind, orally, in writing or in any other manner, at any time or place, and under any circumstances whatsoever)* with any reporter, newspaper, blogger, journalist or news outlet concerning any of PTK, Dr. Tincher-Ladner, or this Lawsuit.

   a. Yes. Oral Communication.

4. Any Communications *(means transmission of information or any kind, orally, in writing or in any other manner, at any time or place, and under any circumstances whatsoever)* you have had with any state Attorney General regarding PTK from April 20, 2022, to the present.

   a. NONE

5. Any complaints you have made to the Better Business Bureau about PTK from April 20, 2022, to the present.
   a. NONE



He has subpoenaed every document I brought with me, including my handwritten notes (which was my planner that had documented issues with/corresponding dates, handwritten notes that I referenced, the binders and all that was in my bookbag). And my severance agreement.

Whoever is at that office with her today is in for one hell of a day.



CONFIDENTIAL - Subject to Protective Order

FLORES0000003



6:39

CG
Christian ›

Ahhh ha ha this one:

Unmasking Lynn Tincher-Ladner: The Allegations of False Advertising at PTK | Honor Society - Official Honor Society®...
honorsociety.org

I'm dying laughing!!

If we really knew what he wanted to say vs. what he actually puts out there

Mon, Jul 1 at 8:16 PM

OMG! I forgot to send this to you this weekend. Update from Susan!!

Saying hello
Ran into Rebecca at Renaissance today. Clift notes... She is actively looking for jobs. Keep eye open for anything she might be

iMessage

6:36

CG

Christian ›

He has subpoenaed every document I brought with me, including my handwritten notes (which was my planner that had documented issues with/corresponding dates, handwritten notes that I referenced, the binders and all that was in my bookbag). And my severance agreement.

Whoever is at that office with her today is in for one hell of a day.

Happy Dance

She'll get to see what was subpoenaed?

Not sure yet. If he enters pieces of it into evidence, I know she will.

iMessage



CONFIDENTIAL - Subject to Protective
Order

FLORES0000007



10:41

CG
Christian ›

she suspects.

Today 10:24 AM

I just blind copied you on my response to the attorney

Get.it.girl! Smart move to call him out on hearsay and proof. This is even more evidence that she is spiraling.

Yes she is!!! 🙏 🙏 🙏

She's doing just like she did with us when ethics point violations were submitted when she'd ask us "who does this sound like". Even when she had no proof of exactly who it was, she'd sling mud just to see what stuck.

Karma is getting her ass!!! Finally!!!

Delivered

iMessage



12:00

**CG**

Christian ›

iMessage
Today 10:59 AM

Hi Wendy! It's Mike from Honor Society. Thank you for reaching out! This is your time to make a difference and I'm ready to listen. Please call me back at your convenience 🙏

I sure will! I have an 1100 call and will call right after!

Delivered

Perfect. Looking forward to it!



Goooooo Wendy!!! Call me when you get done talking to him. Can't wait to hear about this. I saw several other docs this weekend from their court proceedings

Mon, May 13 at 1:42 PM

Just talked to the CEO for an hour. When are you available to talk?

iMessage



**Well, well, well...glad to see that someone else besides us is on to her shit.**



10:41

CG
Christian ›

she suspects.

Today 10:24 AM

I just blind copied you on my response to the attorney

Get.it.girl! Smart move to call him out on hearsay and proof. This is even more evidence that she is spiraling.

Yes she is!!! 🙏 🙏 🙏

She's doing just like she did with us when ethics point violations were submitted when she'd ask us "who does this sound like". Even when she had no proof of exactly who it was, she'd sling mud just to see what stuck.

Karma is getting her ass!!! Finally!!!

Delivered

+    iMessage

CONFIDENTIAL - Subject to Protective Order

FLORES0000011

| | |
|---|---|
| **From:** | Wendy Flores |
| **To:** | PTKLawsuit@gmail.com |
| **Subject:** | Former Employee of PTK |
| **Date:** | Monday, May 13, 2024 10:39:29 AM |

See below:

http://kingfish1935.blogspot.com/2024/05/food-fight-ivory-tower-edition.html

Read the last anonymous comment – that came from a previous employee, no doubt. I too am a previous employee. I walked out one afternoon after 25 years, no notice. Other employees were bullied by her and fired. Two filed lawsuits against her and won (wrongful termination and EEOC). One employee has three binders of evidence against Lynn, one email where Lynn states she is going to strangle the employee if she doesn't do what Lynn asked. Some of these previous employees may can help prove your stance and would be willing to! We have been waiting for this day. The board is a joke, and she has George wrapped around her finger.

Happy to talk more about all this and share other previous employee's contact information.

**Wendy Flores**
Global Account Executive
**Cell:** 601-832-8341
**www.conferencedirect.com**

# ConferenceDirect
Your Global Partner for Meetings & Events

FLORES0000012

# EXHIBIT A-29

**Message**

___

| | |
|---|---|
| **From**: | Lynn Tincher-Ladner [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AC8C525B7FC5493DB26BE1D6061F8874-LYNN.TINCHE] |
| **Sent**: | 1/22/2018 10:21:55 PM |
| **To**: | Monica Marlowe [monica.marlowe@ptk.org] |
| **Subject**: | Re: Foundation Financials - change in procedure |

Good for you! That's my Monica! Thank God he is gone.

Lynn Tincher-Ladner, Ph.D.
President and CEO
Phi Theta Kappa Honor Society

On Jan 22, 2018, at 4:17 PM, Monica Marlowe <monica.marlowe@ptk.org> wrote:

She's nervous because she is really having to get in there and learn it.  And you know how I am…I ask A LOT of questions because I have to truly understand it to be able to talk about.  Which is why Steve cut me off.  She said he called her and said that I was asking a whole bunch of questions and to start sending it to him and not copy me.  Unbelievable!  I think me pushing her to explain every single budget line was good for both of us.  We caught some errors in the process.  But I do feel like I understand it now.

**From:** Lynn Tincher-Ladner
**Sent:** Monday, January 22, 2018 4:02 PM
**To:** Monica Marlowe <monica.marlowe@ptk.org>
**Subject:** RE: Foundation Financials - change in procedure

I guess now.. that he told River Hills he was the CEO, I can believe it.  But before that, I wouldn't have guessed.  I am sure paige is freaking out.

-Lynn

**From:** Monica Marlowe
**Sent:** Monday, January 22, 2018 4:00 PM
**To:** Lynn Tincher-Ladner <lynn.tincher-ladner@ptk.org>
**Subject:** RE: Foundation Financials - change in procedure

Can you believe he would tell them not to copy me…on my OWN budget!!

**From:** Lynn Tincher-Ladner
**Sent:** Monday, January 22, 2018 3:57 PM
**To:** Monica Marlowe <monica.marlowe@ptk.org>
**Subject:** RE: Foundation Financials - change in procedure

Asswipe.

**From:** Monica Marlowe
**Sent:** Monday, January 22, 2018 3:54 PM
**To:** Lynn Tincher-Ladner <lynn.tincher-ladner@ptk.org>
**Subject:** FW: Foundation Financials - change in procedure

No wonder I don't know more about my budget...Steve asked them to stop copying me on the director's report and send it to him.  But then he never sent it to me!!!  Read that email...so mad

---

**From:** Paige Chandler
**Sent:** Monday, January 22, 2018 3:51 PM
**To:** Monica Marlowe <monica.marlowe@ptk.org>
**Subject:** FW: Foundation Financials - change in procedure

Here you go…

Kind regards,
Paige

---

**From:** Paige Chandler
**Sent:** Friday, September 15, 2017 4:38 PM
**To:** Frances Bowers <frances.bowers@ptk.org>
**Subject:** Foundation Financials - change in procedure

Hey Frances,

Steve asked that since Monica is still learning everything if we would send the Foundation financials to him without copying Monica.  He will then set aside some time to go over them with Monica.

He wasn't complaining at all, and we were perfectly fine sending them to directly to her, but he would like to make this change so he can get her up to speed on the financials.  I am excited that she looks at them and wants to understand them.

I don't know if you will see this before you go, but if you do, have a MARVELOUS time at the beach!!!!  I hope you get lots of R&R!!!

Kind regards,
Paige

<image001.jpg>

Join us for the #PTKPartyOfTheCentury
April 19-21, 2018 | Kansas City, Missouri

**Paige B Chandler**
Director, Financial Services
Controller
Phi Theta Kappa Honor Society
1625 Eastover Drive
Jackson, MS 39211
P (601) 987-5673
www.ptk.org

# EXHIBIT A-30

