UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY,   ) | Civil Action No. 3:22-cv-00208-CWR-RPM |
| ) | |
| Plaintiff/Counter-Defendant   ) | |
| v.   ) | |
| ) | |
| HONORSOCIETY.ORG, INC.,   ) | |
| ) | |
| Defendant/Counter-Plaintiff   ) | |
| /Third-Party-Plaintiff   ) | |
| ) | |
| HONOR SOCIETY FOUNDATION, INC.,   ) | |
| ) | |
| Defendant   ) | |
| ) | |
| ------------------------------------------------   ) | |
| ) | |
| HONORSOCIETY.ORG, INC.,   ) | |
| ) | |
| Defendant/Counter-Plaintiff   ) | |
| /Third-Party-Plaintiff   ) | |
| v.   ) | |
| ) | |
| DR. LYNN TINCHER-LADNER,   ) | |
| ) | |
| Third-Party Defendant   ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF MOTION

Third-Party Defendant, Dr. Lynn Tincher-Ladner, files this her Notice of Withdrawal of her Motion for Summary Judgment and Supplemental Motion for Summary Judgment (ECF No. 428) and related memorandum (ECF No. 429), without prejudice to the refiling of same. The motion was filed in error, without accommodation for the Court's order approving the joint stipulation of the parties dated January 13, 2025 (Dkt. Entry Only, No. ECF No. assigned). Further, nothing in this Notice affects Tincher-Ladner's "joinder" in PTK's motion for summary judgment. (ECF No. 427). Counsel for Dr. Tincher-Ladner and counsel for HonorSociety.org, Inc.

conferred on this issue on February 16, 2025, and HonorSociety.org does not oppose this filing. Counsel for HonorSociety.org has also reviewed and approved the form of this Notice. No response from HonorSociety.org is expected or required to give effect to this Notice, including any response to the Motion for Summary Judgment, which is hereby withdrawn.

Dated: February 19, 2025                Respectfully submitted,

*/s/ Jonathan G. Polak*
Jonathan G. Polak (*Pro Hac Vice*)
W. Michael Etienne (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500 – phone
(317) 713-3699 – fax
jpolak@taftlaw.com
metienne@taftlaw@taftlaw.com

Rachel Smoot (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800
Columbus, OH 43215
(614) 221-2838 – phone
(614) 221-2007 – fax
rsmoot@taftlaw.com

Daniel R. Warncke (Pro Hac Vice)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 357-9397 – phone
warncke@taftlaw.com

Philip R. Bautista (Pro Hac Vice)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
(216) 706-3686 — phone
pbautista@taftlaw.com

*/s/ Charles E. Cowan*
Michael B. Wallace, MSB # 6904
Charles E. Cowan, MSB #104478
Beau M. Bettiga, MSB #105905
Jack F. Hall, MSB #106842
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205
Phone 601-968-5500

*Counsel for Phi Theta Kappa Honor Society and Dr. Lynn Tincher-Ladner*

## CERTIFICATE OF SERVICE

I, Jonathan G. Polak, do hereby certify that I have this day electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

Dated: February 19, 2025

*/s/ Jonathan G. Polak*
Jonathan G. Polak