**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY,<br><br>   Plaintiff/Counter-Defendant,<br><br>v.<br><br>HONORSOCIETY.ORG INC.,<br><br>   Defendant/Counter-Plaintiff<br><br>HONOR SOCIETY FOUNDATION, INC.,<br><br>   Defendant.<br><br>HONORSOCIETY.ORG INC.,<br><br>   Defendant/Counter-Plaintiff/Third-Party Plaintiff<br><br>v.<br><br>LYNN TINCHER-LADNER,<br><br>   Third-Party Defendant. | Civil Action No. 3:22-cv-00208-CWR-RPM |

**HONORSOCIETY.ORG INC. AND HONOR SOCIETY FOUNDATION, INC.'S**
**RESPONSE TO PHI THETA KAPPA HONOR SOCIETY'S MOTION**
**FOR SUMMARY JUDGMENT**

HonorSociety.org Inc. and Honor Society Foundation, Inc. (together, "HonorSociety") file this Response to Phi Theta Kappa Honor Society's Motion for Summary Judgment, filed February 14, 2025 at Docket No. 425, based on the following:

1. HonorSociety adopts and incorporates by reference, as if fully and completely set forth herein, the arguments and authorities set forth in HonorSociety's memorandum filed concurrently herewith.

2. In further support of its response, HonorSociety attaches herewith the Declaration of Derek Linke and exhibits thereto.

HonorSociety respectfully requests that the Court deny PTK's motion.

Dated: March 7, 2025                    Respectfully Submitted,

s/ Derek Linke
Derek A. Newman (pro hac vice)
Derek Linke (pro hac vice)
Keith P. Scully (pro hac vice)
Gregory M. Scialabba (pro hac vice)
Newman LLP
100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401
(310) 359-8200
dn@newmanlaw.com
linke@newmanlaw.com
keith@newmanlaw.com
gs@newmanlaw.com

s/ Robert L. Gibbs
Robert L. Gibbs, MSB No. 4816
Gibbs Travis PLLC
210 East Capital Street, Suite 1801
Jackson, Mississippi 39201
Telephone: 601-487-2631
Facsimile: 601-366-4295
rgibbs@gibbstravis.com

Attorneys for Defendant, Counter-Claimant, and Third-Party Plaintiff HonorSociety.org Inc. and Defendant Honor Society Foundation, Inc.

## Certificate of Service

  I hereby certify that on March 7, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

Executed this 7th day of March 2025      s/Derek Linke  
                         Derek Linke