# Exhibit 14

From: "Phi Theta Kappa Honor Society" <member.services@ptk.org>
To:
Date: 3/22/2024 3:04:49 PM
Subject: it's me, hi, I'm legit, it's me

This email originated outside of the Community College System of New Hampshire. Please help keep our organization and users safe. It's up to us; think before you click.





Congratulations on your recent invitation to Phi Theta Kappa. We may have started in 1918, but we know what today's students want and need.

- We are partnered with Manchester Community College who established Phi Theta Kappa in 1989, as a campus student organization.

- 
- We are a REAL honor society and only recognize the top 10% of students.

- We are a non-profit organization, and your membership fee is used only to fund student success.

- We offer more <u>**scholarship**</u> opportunities than any other student organization in the entire nation.

- We have leadership and travel opportunities, including our upcoming <u>Catalyst International Convention in Orlando</u>.

- We have a one-time membership fee, and once a member, always a member. It is for a lifetime!

We hope you will do your research. Check us out and you will find that we help students financially, professionally, academically, and socially. We are the only honor society recognized as an <u>affiliate member of the American Association of Community Colleges</u>.

Highly Confidential Attorneys Eyes Only

Please contact Phi Theta Kappa for more information:

Your Alpha Pi Rho Chapter advisor is Dr. Ray Franke who can be reached at rfranke@ccsnh.edu.





Receive a PTK tassel as our gift to you.

A worldwide network of 3.8 million members strong

Become part of a worldwide network of leaders, change-makers, innovators, entrepreneurs, and students building their own future.

## ABOUT PHI THETA KAPPA HONOR SOCIETY

The mission of Phi Theta Kappa Honor Society is to recognize academic achievement of college students and to provide opportunities for them to grow as scholars and leaders.

This message is intended for:

    

Your local PTK Chapter Advisor: Dr. Ray Franke at rfranke@ccsnh.edu

For more information click here or email us: member.services@ptk.org

Unsubscribe

why did I get this?
Phi Theta Kappa International Honor Society · 1625 Eastover Dr · Jackson, MS 39211-6431 · USA

CCSNH000507