- 1 -

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>HONORSOCIETY.ORG INC.,<br><br>    Defendant/Counter-Plaintiff<br><br>HONOR SOCIETY FOUNDATION, INC.,<br><br>    Defendant. | Civil Action No. 3:22-cv-00208-CWR-RPM |
| HONORSOCIETY.ORG INC.,<br><br>    Defendant/Counter-Plaintiff/Third-Party Plaintiff<br><br>v.<br><br>LYNN TINCHER-LADNER,<br><br>    Third-Party Defendant. | |

**HONORSOCIETY.ORG INC. AND HONOR SOCIETY FOUNDATION, INC.'S MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO DISMISS (DKT. NO. 514)**

- 1 -

Defendant, Counter-Claimant, and Third-Party Plaintiff HonorSociety.org Inc. and Defendant Honor Society Foundation, Inc. move under Fed. R. Civ. P. 54(b) for reconsideration of the Court's Order at Docket No. 514 granting in part Phi Theta Kappa Honor Society and Lynn Tincher-Ladner's motion to dismiss, as follows:

1. HonorSociety adopts and incorporates by reference, as if fully and completely set forth herein, the arguments and authorities set forth in HonorSociety's memorandum filed concurrently herewith.

2. In further support of this motion, HonorSociety attaches herewith the Declaration of Derek Linke and exhibits thereto.

Therefore, HonorSociety respectfully requests that the Court reconsider the order of dismissal at Docket No. 514.

Dated: April 15, 2025

Respectfully Submitted,

s/ Robert L. Gibbs
Robert L. Gibbs, MSB No. 4816
Jamie D. Travis, MSB No. 99692
GIBBS TRAVIS PLLC
210 East Capital Street, Suite 1801
Jackson, Mississippi 39201
Telephone: 601-487-2631
Facsimile: 601-366-4295
rgibbs@gibbstravis.com
jtravis@gibbstravis.com

s/ Derek Linke
Derek A. Newman (pro hac vice)
Derek Linke (pro hac vice)
Keith P. Scully (pro hac vice)
Gregory M. Scialabba (pro hac vice)
NEWMAN LLP
100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401
Telephone: 310-359-8200
dn@newmanlaw.com
linke@newmanlaw.com

- 3 -

keith@newmanlaw.com
gs@newmanlaw.com

Attorneys for Defendant, Counter-Claimant,
and Third-Party Plaintiff HonorSociety.org Inc.
and Defendant Honor Society Foundation, Inc.

## Certificate of Service

      I hereby certify that on April 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

Executed this 15th day of April 2025.        s/ Derek Linke
        Derek Linke