# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>HONORSOCIETY.ORG INC.,<br><br>    Defendant/Counter-Plaintiff<br><br>HONOR SOCIETY FOUNDATION, INC.,<br><br>    Defendant. | Civil Action No. 3:22-cv-00208-CWR-RPM |
| HONORSOCIETY.ORG INC.,<br><br>    Defendant/Counter-Plaintiff/Third-Party Plaintiff<br><br>v.<br><br>LYNN TINCHER-LADNER,<br><br>    Third-Party Defendant. | |

**DECLARATION OF DEREK LINKE IN SUPPORT OF HONORSOCIETY.ORG INC. AND HONOR SOCIETY FOUNDATION, INC.'S MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO DISMISS (DKT. NO. 514)**

I, Derek Linke, hereby declare, under 28 U.S.C. § 1746, as follows:

1. I am over 18 years of age, competent to testify to the matters stated herein, and make this declaration on the basis of personal knowledge.

2. I am an attorney at Newman LLP, and counsel of record for defendants HonorSociety.org, Inc. and Honor Society Foundation, Inc. in this action.

3. This declaration is filed in support of HonorSociety's motion for reconsideration of the Court's Order at Docket No. 514 granting in part Phi Theta Kappa Honor Society and Lynn Tincher-Ladner's motion to dismiss.

4. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of Michael Moradian's testimony from the Rule 30(b)(6) deposition of HonorSociety taken on January 27, 2025.

5. Attached hereto as **Exhibit B** is a true and correct copy of a letter dated September 19, 2024, addressed and sent to Jonathan G. Polak and Rachel A. Smoot, counsel for PTK, regarding HonorSociety's Zendesk Customer Service Call Recordings.

I declare under the penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed April 15, 2025

                                                                                                                 s/Derek Linke
                                                                                                                 Derek Linke