# Exhibit B



**Derek Linke**
Direct   +1.206.274.2827
Main     +1.310.359.8200
linke@newmanlaw.com

100 Wilshire Blvd, Suite 700
Santa Monica, CA  90401

SENT BY EMAIL

September 19, 2024

Jonathan G. Polak
Taft, Stettinius & Hollister, LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
*jpolak@taftlaw.com*

Rachel A. Smoot
Taft Stettinius & Hollister, LLP
41 S. High Street, Suite 1800
Columbus, OH 43215
*rsmoot@taftlaw.com*

    Re:    *Phi Theta Kappa v. HonorSociety.Org., Inc.*, No. 22-cv-00208-CWR-RPM
            **HonorSociety Zendesk Customer Service Call Recordings**

Counsel:

Your August 29, 2024 letter expressed concern that HonorSociety's production may be deficient by failing to include customer service call recordings maintained by Zendesk. In response, HonorSociety contacted Zendesk to determine whether any HonorSociety customer service calls had been recorded. HonorSociety was assured by multiple Zendesk representatives that, because HonorSociety's "plan does not have a call recording feature," "there [are] no call recordings." Zendesk further confirmed that should HonorSociety upgrade its existing plan, that would enable the call recording feature "only for upcoming calls once the plan is upgraded." Attached to this letter is correspondence in which Zendesk repeatedly confirmed there were no call recordings.

Since the hearing with Judge Myers on September 17, 2024, HonorSociety has come across some evidence of call recordings despite Zendesk insisting there are none. HonorSociety is investigating the existence and scope of the recordings, whether they can be accessed and/or downloaded, and the burden for doing so.

Thank you,

NEWMAN LLP

Derek Linke

Encl.



Confidential

HS_612534



Confidential    HS_612535



Confidential                                                                                    HS_612536



Confidential          HS_612537



Confidential    HS_612538



Confidential                                                                                          HS_612539