# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 29, 2025

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 24-60452    Phi Theta Kappa v. Honor Society
                          USDC No. 3:22-CV-208

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Rebecca L. Leto, Deputy Clerk
                          504-310-7703

cc:  Mr. Charles Edward Cowan
     Mr. William Michael Etienne
     Mr. Jack Fitzgibbon Hall
     Ms. Rebecca Hawkins
     Mr. Derek Linke
     Mr. Derek Newman
     Mr. Jonathan Polak
     Mr. Marc Randazza
     Ms. Rachel Smoot
     Mr. Jason Byrne Sykes
     Mr. Michael Brunson Wallace
     Mr. Jay Marshall Wolman