**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY, | ) |
| Plaintiff/Counter-Defendant | ) Civil Action No. 3:22-cv-00208-CWR-RPM |
| v. | ) |
| HONOR SOCIETY.ORG, INC., | ) |
| Defendant/Counter-Plaintiff /Third-Party-Plaintiff | ) |
| HONOR SOCIETY FOUNDATION, INC., | ) |
| Defendant | ) |
| ------------------------------------------------ | ) |
| HONOR SOCIETY.ORG, INC., | ) |
| Defendant/Counter-Plaintiff /Third-Party-Plaintiff | ) |
| v. | ) |
| DR. LYNN TINCHER-LADNER, | ) |
| Third-Party Defendant | ) |

**PHI THETA KAPPA HONOR SOCIETY'S AND LYNN TINCHER-LADNER'S RESPONSE IN OPPOSITION TO HONOR SOCIETY.ORG, INC. AND HONOR SOCIETY FOUNDATION, INC.'S MOTION FOR RECONSIDERATION OF ORDER GRANTING <u>MOTION TO DISMISS</u>**

Plaintiff Phi Theta Kappa Honor Society and Counter-Defendant Dr. Lynn Tincher-Ladner hereby respond in opposition to Defendants HonorSociety.org, Inc. and Honor Society Foundation, Inc.'s (collectively, "Honor Society's") Motion for Reconsideration of Order Granting Motion to Dismiss [Dkt. #528] and request that the Court deny Honor Society's Motion for the reasons explained in their accompanying memorandum brief in support.

WHEREFORE, Plaintiff Phi Theta Kappa Honor Society and Counter-Defendant Dr. Lynn Tincher-Ladner hereby request that the Court enter an order denying Honor Society's for Reconsideration of Order Granting Motion to Dismiss [Dkt. #528]

Dated: April 29, 2025.

                                        Respectfully submitted,

Jonathan G. Polak (*Pro Hac Vice*)
W. Michael Etienne (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500 – phone
(317) 713-3699 – fax
jpolak@taftlaw.com
metienne@taftlaw@taftlaw.com

Rachel Smoot (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800
Columbus, OH 43215
(614) 221-2838 – phone
(614) 221-2007 – fax
rsmoot@taftlaw.com

Daniel R. Warncke (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 357-9397 – phone
dwarncke@taftlaw.com

Philip R. Bautista (*Pro Hac Vice*)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
(216) 706-3686 – phone
pbautista@taftlaw.com

*/s/ Charles E. Cowan*
Michael B. Wallace, MSB # 6904
Charles E. Cowan, MSB #104478
Jack F. Hall, MSB #106482

2

        WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205
Phone 601-968-5500

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Charles E. Cowan, do hereby certify that I have this day filed the foregoing with the Clerk of the Court via the ECF filing system, which sent notification of such filing to all counsel of record.

Dated: April 29, 2025.

        */s/ Charles E. Cowan*
        Charles E. Cowan

3