- 1 -

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY, | Civil Action No. 3:22-cv-00208-CWR-RPM |
| Plaintiff/Counter-Defendant, | |
| v. | |
| HONORSOCIETY.ORG INC., | |
| Defendant/Counter-Plaintiff | |
| HONOR SOCIETY FOUNDATION, INC., | |
| Defendant. | |
| HONORSOCIETY.ORG INC., | |
| Defendant/Counter-Plaintiff/Third-Party Plaintiff | |
| v. | |
| LYNN TINCHER-LADNER, | |
| Third-Party Defendant. | |

**HONORSOCIETY.ORG INC. AND HONOR SOCIETY FOUNDATION, INC.'S RESPONSE IN OPPOSITION TO PTK'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

HonorSociety.org Inc. and Honor Society Foundation, Inc. (together, "HonorSociety") file this response in opposition to Phi Theta Kappa Honor Society's Motion to Enforce Settlement Agreement, filed on June 26, 2025 at Docket No. 567, based on the following:

1. HonorSociety adopts and incorporates by reference, as if fully and completely set forth herein, the arguments and authorities set forth in HonorSociety's memorandum filed concurrently herewith.

2. In further support of its response, HonorSociety attaches herewith the Declaration of Michael Moradian and exhibits thereto.

HonorSociety respectfully requests that the Court deny PTK's motion and order PTK to pay HonorSociety's attorneys' fees incurred as a result of preparing its response and defending against PTK's motion.

Dated: July 10, 2025

Respectfully Submitted,

s/ Robert L. Gibbs
Robert L. Gibbs, MSB No. 4816
Jamie D. Travis, MSB No. 99692
GIBBS TRAVIS PLLC
210 East Capital Street, Suite 1801
Jackson, Mississippi 39201
Telephone: 601-487-2631
Facsimile: 601-366-4295
rgibbs@gibbstravis.com
jtravis@gibbstravis.com

s/ Derek Linke
Derek A. Newman (pro hac vice)
Derek Linke (pro hac vice)
Keith P. Scully (pro hac vice)
Gregory M. Scialabba (pro hac vice)
NEWMAN LLP
100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401
Telephone: 310-359-8200

dn@newmanlaw.com
linke@newmanlaw.com
keith@newmanlaw.com
gs@newmanlaw.com

Attorneys for Defendant, Counter-Claimant,
and Third-Party Plaintiff HonorSociety.org Inc.
and Defendant Honor Society Foundation, Inc.

## Certificate of Service

      I hereby certify that on July 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

Executed the 10th day of July 2025        s/ Derek Linke
                                                  Derek Linke