# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY, | Civil Action No. 3:22-cv-00208-CWR-RPM |
|     Plaintiff/Counter-Defendant, | |
| v. | |
| HONORSOCIETY.ORG INC., | |
|     Defendant/Counter-Plaintiff | |
| HONOR SOCIETY FOUNDATION, INC., | |
|     Defendant. | |
| HONORSOCIETY.ORG INC., | |
|     Defendant/Counter-Plaintiff/Third-Party Plaintiff | |
| v. | |
| LYNN TINCHER-LADNER, | |
|     Third-Party Defendant. | |

**DECLARATION OF MICHAEL MORADIAN IN SUPPORT OF HONORSOCIETY'S RESPONSE TO PTK'S SECOND MOTION TO ENFORCE SETTLEMENT AGREEMENT**

I, Michael Moradian, hereby declare as follows:

1.    I am over 18 years of age, competent to testify to the matters stated herein, and make this declaration on the basis of personal knowledge.

2.    I am the founder, President, Treasurer, and executive director of defendant HonorSociety Inc. and the President and Treasurer of defendant Honor Society Foundation Inc.

3.    I submit this declaration in support of HonorSociety's response to PTK's second motion to enforce the parties' settlement agreement.

4.    The parties' settlement agreement ("Agreement") provides that, ███████████ ████████████████████████████████████████ ████████████████████████████████████████ ██████████████████████████ Attached as **Exhibit 1** is a true and correct copy of the Agreement, including Exhibits A and B thereto.

5.    Exhibit A to the Agreement is a ████████████████████████ ████████████████████████████████████████.

6.    The Agreement was principally drafted by PTK and its counsel. This includes, in particular, the language relating to ██████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ██████████████████████.

7.    PTK and its counsel also drafted the ████████████████ ████████████████████████████████████████ ██████████████████████████████.

8.    ████████████████████████ ████████ ████████████ ████████████████████████████████████████ ████████████████████████████████████████ ██████████████████████████████.

2

9. ██████████████████████████ ████████ ██████████████

██████████████████████████████████████████████████

████████████████████████ ████████ █████████████

█████████████████████

10. ██████████████████████████████████████████

██████████████████████████████████

██████ ██████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████

11. █████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████████████

████████

12. █████████████████████████████████████████

██████████████████████████████████████████████

████ ██████████████ ████████████████████

13. When HonorSociety received PTK's letters alleging violations of the Agreement, █

███████████████████████████████████████████

██████████████████████████████████████████

14. On August 12, 2025, ██████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████

████████████ Attached hereto as **Exhibit 2** is a true and correct copy of my Slack message

conveying that instruction. And when I contacted Ongage as part of HonorSociety's

investigation, I learned for the first time that Ongage does not provide for suppression of addresses with subdomains unless the subdomain is explicitly added to the suppression list.

15.     In other words, HonorSociety learned only then ███████████████████████ ███████████████████████████████████████████ ██████████████████████████.

16.     HonorSociety investigated whether it could ██████████████████████ ██████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████.

17.     To my frustration, HonorSociety determined that ████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████. A true and correct copy of HonorSociety's customer-service exchange with Ongage in mid-August 2025 about the subdomain wildcarding issue is attached hereto as **Exhibit 3**.

18.     Once this limitation was brought to my attention, I immediately began to evaluate implementing workarounds. And during the 14-day period following PTK's initial August 12 letter, HonorSociety ████████████████████████████████████████████ ██████████████████████████████████████.

19.     ██████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████.



20. ███████     ████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████████████████████████

21. █████████████████████████████████████████████████
████   ████████████   ████████████████████████   ████████████████████
████████████████████████████████████████████████████████████
█████████████████████████████████████

22. ███████████████████████████████████████████████████████
███████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████████████

23. HonorSociety continues to monitor, maintain, and supplement this list.

24. ███████████████████████████████████████████████████████
██████████████████████████████████████████████

25. ████████████████████████████████████████████████████
████████████████████████████████████████████████████ Attached
as **Exhibit 5** is a true and correct copy of my September 2025 email thread escalating this
demanded feature which resulted in Ongage committing to the workaround.

26. ███████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████   ████████████   ████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████

27.    Had HonorSociety purged its records of community-college students as PTK

proclaims it should have, that would undermine HonorSociety's ability to comply with the

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████

28.    PTK supports its allegations that HonorSociety ████████████████████

██████████████████████████████  ████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

█████████████████████████████████ Attached as **Exhibit 6** is a true and correct copy of a

report from HonorSociety's customer database showing that 26 of the supposed violation

examples PTK's motion refers to ████████████████████████████████████

█████████████████████████████████████████████████████████████

██████████

29.    █████████████████████████████████████████████████

██████████████  █████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████  ██████████████████

████████████████████████████████████████.

30.    █████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████



31.   HonorSociety's records show that ███████████████████████

████████████████████████████████████████████████████████

████████████████████████████████     *See* Exhibit 6.

32.   The email PTK complains about ███████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████

33.   Effective September 24, HonorSociety ██████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████

34.   HonorSociety remains ready and willing to make the full payment under the

Agreement consistent with the requirements of the Agreement.


I declare under the penalty of perjury under the laws of the United States of America that,

to the best of my knowledge, the foregoing is true and correct.


Executed October 22, 2025

Michael Moradian