# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>HONORSOCIETY.ORG INC.,<br><br>    Defendant/Counter-Plaintiff<br><br>HONOR SOCIETY FOUNDATION, INC.,<br><br>    Defendant. | Civil Action No. 3:22-cv-00208-CWR-RPM |
| HONORSOCIETY.ORG INC.,<br><br>    Defendant/Counter-Plaintiff/Third-Party Plaintiff<br><br>v.<br><br>LYNN TINCHER-LADNER,<br><br>    Third-Party Defendant. | |

**DECLARATION OF DEREK LINKE IN SUPPORT OF HONORSOCIETY'S RESPONSE TO PTK'S SECOND MOTION TO ENFORCE SETTLEMENT AGREEMENT**

1

I, Derek Linke, hereby declare as follows:

1. I am over 18 years of age, competent to testify to the matters stated herein, and make this declaration on the basis of personal knowledge.

2. I am an attorney at Newman LLP, and counsel of record for defendants HonorSociety.org Inc. and Honor Society Foundation, Inc. in this action.

3. I submit this declaration in support of HonorSociety's response to PTK's second motion to enforce the parties' settlement agreement.

4. Attached hereto as **Exhibit A** is a true and correct copy of the letter PTK's counsel sent to HonorSociety's counsel on August 12, 2025.

5. Attached hereto as **Exhibit B** is a true and correct copy of the letter PTK's counsel sent to HonorSociety's counsel on August 21, 2025.

6. Attached hereto as **Exhibit C** is a true and correct copy of the letter I sent to PTK's counsel on August 26, 2025.

7. Attached hereto as **Exhibit D** is a true and correct copy of the letter I sent to PTK's counsel on September 25, 2025.

8. Attached hereto as **Exhibit E** is a true and correct copy of the letter I sent to PTK's counsel on September 29, 2025.

I declare under the penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed October 22, 2025

                                                                s/ Derek Linke
                                                                 Derek Linke