- 1 -

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY, | Civil Action No. 3:22-cv-00208-CWR-RPM |
| Plaintiff/Counter-Defendant, | |
| v. | |
| HONORSOCIETY.ORG INC., | |
| Defendant/Counter-Plaintiff | |
| HONOR SOCIETY FOUNDATION, INC., | |
| Defendant. | |
| HONORSOCIETY.ORG INC., | |
| Defendant/Counter-Plaintiff/Third-Party Plaintiff | |
| v. | |
| LYNN TINCHER-LADNER, | |
| Third-Party Defendant. | |

**HONORSOCIETY.ORG INC. AND HONOR SOCIETY FOUNDATION, INC.'S
MOTION TO FILE UNDER SEAL**

HonorSociety.org Inc. and Honor Society Foundation, Inc. (together, "HonorSociety") move, under L.U.Civ.R. 79, for leave to file under seal exhibits and select excerpts from their response to Phi Theta Kappa Honor Society's Second Motion for Enforcement of the Settlement Agreement as follows:

1. On May 19, 2025, the parties entered into a Settlement Agreement ("Agreement").

2. Under the Agreement, all terms are to remain confidential other than with specific exceptions.

3. In preparing its response to Phi Theta Kappa Honor Society's Second Motion for Enforcement of the Settlement Agreement, HonorSociety relied on and cited the Agreement and its terms, as well as documents containing or referencing the terms of the Agreement, as well as materials PTK filed in support of its motion that it has moved for leave to file under seal, and certain confidential HonorSociety business records and information, including personally identifying information about certain HonorSociety members.

4. Specifically, HonorSociety requests leave to file the following under seal:

   a. Portions of its Memorandum in Response to PTK's Second Motion to Enforce Settlement Agreement (Dkt. 579) that include references to confidential information in the Agreement;

   b. Portions of the Declaration of Michael Moradian (Dkt. 578-1) that include references to confidential information in the Agreement;

   c. Exhibits 1, 2, 3, 4 and 5 to the Declaration of Michael Moradian (Dkt. 578-1), which include the Agreement and references to confidential information in the Agreement;

   d. Exhibit 6 to the Declaration of Michael Moradian (Dkt. 578-1), which contains personally identifiable information of 29 HonorSociety members; and

   e. Exhibits A, B, C, D, and E to the Declaration of Derek Linke (Dkt. 578-2), which include references to confidential information in the Agreement, and which PTK also moved for leave to file under seal in support of its motion.

5.     HonorSociety moves this Court for an order granting it leave to file under seal unredacted versions of its Memorandum in Response to PTK's Second Motion to Enforce Settlement Agreement (Dkt. 579), the Declaration of Michael Moradian and Exhibits 1 through 6 thereto (Dkt. 578-1), and Exhibits A through E to the Declaration of Derek Linke (Dkt. 578-2). It filed public versions of those documents with only necessary portions redacted.

6.     HonorSociety submits that this proposed handling of the confidential information in the Agreement is reasonable and satisfies any obligation HonorSociety has to protect the confidentiality of that information.

Therefore, HonorSociety respectfully requests that the Court enter an order allowing the filing under seal of unredacted versions of its Memorandum in Response to PTK's Second Motion to Enforce Settlement Agreement (Dkt. 579), the Declaration of Michael Moradian and Exhibits 1 through 6 thereto (Dkt. 578-1), and Exhibits A through E to the Declaration of Derek Linke (Dkt. 578-2).

Dated: October 27, 2025

Respectfully Submitted,

s/ Robert L. Gibbs
Robert L. Gibbs, MSB No. 4816
Jamie D. Travis, MSB No. 99692
GIBBS TRAVIS PLLC
210 East Capital Street, Suite 1801
Jackson, Mississippi 39201
Telephone: 601-487-2631
Facsimile: 601-366-4295
rgibbs@gibbstravis.com
jtravis@gibbstravis.com

s/ Derek Linke
Derek A. Newman (pro hac vice)
Derek Linke (pro hac vice)
Keith P. Scully (pro hac vice)
Gregory M. Scialabba (pro hac vice)
NEWMAN LLP
100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401

Telephone: 310-359-8200
dn@newmanlaw.com
linke@newmanlaw.com
keith@newmanlaw.com
gs@newmanlaw.com

Attorneys for Defendant, Counter-Claimant, and Third-Party Plaintiff HonorSociety.org Inc. and Defendant Honor Society Foundation, Inc.

- 4 -

## Certificate of Service

I hereby certify that on October 27, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

Executed the 27th day of October 2025    s/ Derek Linke
                                         Derek Linke