

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY, ) | |
| ) | |
| Plaintiff ) | Civil Action No. 3:22-cv-00208-CWR-RPM |
| ) | |
| v. ) | **URGENT AND NECESSITOUS** |
| ) | **ORAL ARGUMENT REQUESTED** |
| HONORSOCIETY.ORG, INC. & ) | |
| HONOR SOCIETY FOUNDATION, INC. ) | |
| ) | |
| Defendants. ) | |

## **DECLARATION OF RACHEL SMOOT**

I, Rachel Smoot, declare as follows:

1. I am over the age of eighteen and competent to testify to the matters in this Declaration. I have personal knowledge and access to information regarding the matters discussed in this Declaration, as counsel of record for the Plaintiff Phi Theta Kappa Honor Society ("PTK") in this lawsuit. My Declaration is based on my personal knowledge and investigation into the information and documents discussed in this Declaration.

2. On October 27, I reviewed ▮▮▮▮▮▮▮▮▮▮ attached to the Second Tincher-Ladner Declaration as Exhibit B-9. Using Zoom's "Clip" feature, I was able to record my keystrokes ▮▮▮▮▮▮▮▮▮▮ This recording, which includes my narration, is attached hereto as **Exhibit A-1.**

3. ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮ *See* Ex. A-1. ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮ *Id.* ▮▮▮▮▮▮▮▮▮▮

███████████████████████████████████ *Id.* ███████████████

███████████████████████████████████ *Id.*

4. ████████████████████████████████████████████████

████████ *Id.* ████████████████████████████████████████

███████████████████████████████████ *Id.* ████████████

████████████████████████████████████████████████████

███████████████████████████████████████ *Id.* A static copy of this Basic Member page is attached to Dr. Lynn Tincher Ladner's Second Declaration as Exhibit B-2.

5. ████████████████████████████████████████████████████ to the page attached as Exhibit B-2 to Dr. Lynn Tincher Ladner's Second Declaration.

6. ████████████████████████████████████████████

██████████████████████████████████████████ which was attached to the Polak Declaration as Ex. B-2 at 25-28. ████████████████

███████████████████████████████████ *Id.* ████████████

████████████████████████████████████████████ attached as Exhibit 6 to the Moradian Declaration.

7. ████████████████████████████████████████████

████████████████████ attached as Exhibit B-2 to Dr. Lynn Tincher Ladner's Second Declaration, ████████████████████████████████████████

████████████████████████████████████████████████ The webpage was for all intents and purposes the one attached as Exhibit B-2 to Dr. Lynn Tincher Ladner's Second Declaration.

8. ███████████████████████████████████████████

███████████████████████████████████████ is attached to Dr. Tincher-Ladner's Second

Declaration as Exhibit B.7. When I █████████████████████████████████████

█████████████████████████████████████████ a true and correct copy which is

attached as **Exhibit A-2**.

9. Notably the █████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████.

Content-wise, the webpages in Exhibit A-2 and B-2 are identical, encouraging visitors to

"Complete your Honor Society® membership" by inputting credit card information and selecting

a paid membership level.

10. To determine whether █████████████████████████████████

█████████████████████████████████████████ A true and correct copy of the

webpage with the Capture URL containing my email address is attached as **Exhibit A-3**. ████

████████████████████████████████████████████████████████████████

█████████████████

11. ████████████████████████████████████████████

████████████████████████████████████████████████████████████████

attached hereto as **Exhibit A-4**. █████████████████████████████████

████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on: October 30, 2025

*/s/ Rachel Smoot*
Rachel Smoot

# EXHIBIT A-1

VIDEO – PROVIDE NATIVELY DUE TO FILE FORMAT

# EXHIBIT A-2

PageVault

| | |
|---|---|
| Document title: | Honor Society |
| Capture URL: | https://membership.honorsociety.org/member/dues?welcome_back_mail=█████████@gmail.com |
| Page loaded at (UTC): | Mon, 27 Oct 2025 18:26:00 GMT |
| Capture timestamp (UTC): | Mon, 27 Oct 2025 18:26:25 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | 4g12h7JJ6LR6dQvo2UdX3U |
| Display Name: | RSmoot |

PDF REFERENCE #:   i7SaYW8a31KYa2u8sCbSyw

# Complete your Honor Society® membership. You're a basic member. To activate premium membership and benefits, please complete the membership dues form below.

Honor Society exists to enhance academic and professional success. We are proud to lead in the push for inclusivity for all. We value every member, and pledge to support you to the best of our ability no matter the membership tier selected. As a member, you have access to the Honor Society scholarships platform, mentorship platform, online recognition profile, and graduation regalia. All premium membership tiers are for six month terms, and may be upgraded or downgraded at any time. View the premium Honor Society membership subscriptions below to select the best one for you:



# Payment and Billing



# EXHIBIT A-3

PageVault

| | |
|---|---|
| Document title: | Honor Society |
| Capture URL: | https://membership.honorsociety.org/member/dues?welcome_back_mail=rsmoot@taftlaw.com |
| Page loaded at (UTC): | Wed, 29 Oct 2025 05:21:16 GMT |
| Capture timestamp (UTC): | Wed, 29 Oct 2025 05:22:42 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | eo6sU6TWySrXdV7Ybjbdd9 |
| Display Name: | RSmoot |

PDF REFERENCE #:    dYfRwzXfXBu2AQuocHWHhQ

# Complete your Honor Society® membership. You're a basic member. To activate premium membership and benefits, please complete the membership dues form below.

Honor Society exists to enhance academic and professional success. We are proud to lead in the push for inclusivity for all. We value every member, and pledge to support you to the best of our ability no matter the membership tier selected. As a member, you have access to the Honor Society scholarships platform, mentorship platform, online recognition profile, and graduation regalia. All premium membership tiers are for six month terms, and may be upgraded or downgraded at any time. View the premium Honor Society membership subscriptions below to select the best one for you:



## Payment and Billing



# EXHIBIT A-4

| | |
|---|---|
| Document title: | Honor Society |
| Capture URL: | https://membership.honorsociety.org/member/dues?welcome_back_mail=reeves_chambers@mssd.uscourts.gov |
| Page loaded at (UTC): | Mon, 27 Oct 2025 18:31:04 GMT |
| Capture timestamp (UTC): | Mon, 27 Oct 2025 18:31:30 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | enNiF1TKYzdNW1A6ymCKxt |
| Display Name: | RSmoot |

PDF REFERENCE #:    9wZ1QVokAkTxzDkdLvtVa3

# Complete your Honor Society® membership. You're a basic member. To activate premium membership and benefits, please complete the membership dues form below.

Honor Society exists to enhance academic and professional success. We are proud to lead in the push for inclusivity for all. We value every member, and pledge to support you to the best of our ability no matter the membership tier selected. As a member, you have access to the Honor Society scholarships platform, mentorship platform, online recognition profile, and graduation regalia. All premium membership tiers are for six month terms, and may be upgraded or downgraded at any time. View the premium Honor Society membership subscriptions below to select the best one for you:



# Payment and Billing

