

Exhibit B

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | | |
|---|---|---|
| PHI THETA KAPPA HONOR SOCIETY, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 3:22-cv-00208-CWR-RPM |
| | ) | |
| v. | ) | |
| | ) | **URGENT AND NECESSITOUS** |
| HONORSOCIETY.ORG, INC. & | ) | **ORAL ARGUMENT REQUESTED** |
| HONOR SOCIETY FOUNDATION, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### Second Declaration of Dr. Lynn Tincher-Ladner

I, Lynn Tincher-Ladner, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1.      I am the President and CEO of Phi Theta Kappa Honor Society ("PTK").

2.      Following settlement of the litigation, ████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████

3.      But since July 22, 2025, PTK has continued to receive reports ████████████
████████████████████████████████████████████████████████

4.      ████████████████████████████████████████████████████
████████

5.      On October 23, 2025, ████████████████████████████████████████
████    ████    ████    ████   ██  ██  ████   ████   ████

████████████████████████████████. *See* **Ex. B-1.** ████████████████████████

████████████████████████

6.      A true and correct copy of the webpage that populates ████████████████████

████████████████████████████████████████████ in Ex. B-1

is attached as **Ex. B-2** and available at https://membership.honorsociety.org/member/dues.

7.      On October 27, 2025, ████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████ *See* **Ex. B-3.** ████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

8.      ████████████████████████████████████████████████

████████████████████████

9.      On October 23, 2025, ████████████████████████████████████

████████████████████████████████████████████████████████████

*See* **Ex. B-4.** ████████████████████████████████████████

10.     ████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████

11.     On  October  23,  2025, ████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████ *See* **Ex. B-5.** ██████████████████████

███████████████████

12.    ████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████

13.    On October 22, 2025, ███████████████████████████████

████████  ████████  ████████  ████████  ██  ██  ████████  ████  ████████

███████████████████ *See* **Ex. B-6.** ██████████████████████

███████████████████

14.    ████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████

15.    ████████████████████████████████████████████

███████████████████████████████████████████████████████████

as **Exhibit B-7**.

16.    One solicitation was sent to ███████████████████████████

███████████████████ *See* **Exhibit B-8.** ███████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████

17.    At my request, Dr. Samantha Levy, PTK's Interim Chief Engagement Officer

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████

████████████████████████████████████████████████████



18.

19.

*See* **Ex. B-9.**

20.

21.

███████████████████████████████████████████████

███████████████████████████████████████████████

     I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2025.

_____

Lynn Tincher-Ladner, Ph.D.

# EXHIBIT B-1



**From:** Samantha Levy <samantha.levy@ptk.org>
**Sent:** Monday, October 27, 2025 2:47 PM
**To:** Lynn Tincher-Ladner <lynn.tincher-ladner@ptk.org>
**Subject:** Fw: Colin Stricker: Your Increased Financial Award. 🎓

Austin Community College email address.


**Samantha Levy, Ph.D. (she/her)**
Interim Chief Engagement Officer

Senior Director of Student Engagement - Division III
Phi Theta Kappa Honor Society
(P) 601.984.3543
Empathy • Ideation • Developer • Positivity • Maximizer

---

---------- Forwarded message ---------
From: **Honor Society®** <memberservices@honorsociety.org>
Date: Thu, Oct 23, 2025, 1:12 PM
Subject: Colin Stricker: Your Increased Financial Award. 🎓
To: Colin Stricker <████████@g.austincc.edu>

**HONOR SOCIETY**

**Colin Stricker**

**Increased Financial Award towards Member Dues**

---

View Your Honor Society Dues Financial Award

# Hi Colin,

You have been selected for an increased financial award of **40% off** of member dues. The deadline to utilize your membership discount is **October 31, 2025**.

Honor Society® welcomes you and recognizes your potential to contribute to our society with this limited time financial assistance. We hope you take advantage of this special opportunity to join with a discount applied to all member tiers. Accepting this invitation connects you with like-minded members from across the nation, both in person and through our society's web portal. Take a moment to activate your membership now.

Honor Society® is dedicated to enriching the lives of learners of all backgrounds. We are frequently recognized for our inclusive structure meant to break systemic racism, and create a more level playing field for our members. As a mission-oriented inclusive society, we are proudly The Honor Society for All!™

Our society recognizes you and builds a framework for future success. Take a moment to activate your membership, and start applying for scholarships now.

**Colin Stricker: Accept Membership**

---

# Featured Regalia



### The Honor Society Grad Pack

**Honor cord, medallion & stole**

The grad pack is the best way recognize your membership on graduation day, or to hold on to as a keepsake.

---

# Strength & Honor



"Strength & Honor" is more than just our motto. It's our goal to help every member build their individual and collective strength, while interfacing honorably with one another and society.

For more information about Honor Society®, watch a video of our member banquet at UCLA featuring Los Angeles Mayor Villaraigosa congratulating new members like you.



*Copyright © 2025 Honor Society, All rights reserved.*

You are receiving this email because you opted in via our website.

**Our mailing address is:**

Honor Society

1025 Connecticut Avenue, NW

Suite 1000

Washington, DC 20036

Add us to your address book

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.

# EXHIBIT B-2

| | |
|---|---|
| Document title: | Honor Society |
| Capture URL: | https://membership.honorsociety.org/member/dues |
| Page loaded at (UTC): | Tue, 28 Oct 2025 03:10:20 GMT |
| Capture timestamp (UTC): | Tue, 28 Oct 2025 03:10:49 GMT |
| Capture tool: | 10.66.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | oF2AUcVa97cQWUJdt6SzF7 |
| Display Name: | RSmoot |

# HONOR SOCIETY

# Complete your Honor Society® membership. You're a basic member. To activate premium membership and benefits, please complete the membership dues form below.

Honor Society exists to enhance academic and professional success. We are proud to lead in the push for inclusivity for all. We value every member, and pledge to support you to the best of our ability no matter the membership tier selected. As a member, you have access to the Honor Society scholarships platform, mentorship platform, online recognition profile, and graduation regalia. All premium membership tiers are for six month terms, and may be upgraded or downgraded at any time. View the premium Honor Society membership subscriptions below to select the best one for you:



| BUDGET & VALUE | POPULAR | ENHANCED BENEFITS | MOST EXCLUSIVE |
|---|---|---|---|
| **Bronze** | **Silver** | **Gold** | **Signature** |
| Get Bronze | Silver Chosen | Get Gold | Get Signature |
| Our bronze membership extends our basic value and bestows access to premium benefits. | Membership that recognizes your commitment and furthers your benefits. | Membership that goes above and beyond. For those who desire priority access and exclusive tools. | Elite access and exclusive privileges. Membership comes with a limited-edition sterling silver Honor Society member ring. Join our inner-most circle. |
| ✔ **Premium Bronze Benefits** | ✔ **All Bronze Benefits +** | ✔ **All Silver & Bronze Benefits +** | ✔ **All Gold, Silver & Bronze Benefits +** |
| ✔ Free access to Vault Insider career tools (up to $1,000 Value) | ✔ Enhanced Profile | ✔ Priority Customer Support | ✔ Sterling silver limited edition Honor Society class ring included ($499 value) |
| ✔ Dental, Vision and Hearing Health Discount Plans | ✔ Upgraded $150 Restaurant.com gift card | ✔ Early access to member events at discounted rate | ✔ First access to member opportunities |
| ✔ Dining discounts at 18,000 restaurants nationwide | ✔ Roadside Assistance Coverage nationwide | ✔ An upgraded $250 Restaurant.com gift card | ✔ Priority access to member trips, when applicable travel programs are scheduled |
| ✔ **Benefits Included** | ✔ ID Restoration & Cybersecurity protection | ✔ 20% off coupon at the Honor Society store | |
| ✔ Honor Society scholarships platform | | | |
| ✔ Access to Honor Society regalia - Honor cords and tassels | | | Signatures membership includes a sterling silver Honor Society class ring (Valued at $499) |
| ✔ Mentorship Platform | | | |
| ✔ Online recognition profile | | | |
| **$65** | **$100** | **$150** | **$299** |

# Payment and Billing



**Premium Bronze Benefits**

✓ Free access to Vault Insider career tools (up to $1,000 Value)

✓ Dental, Vision and Hearing Health Discount Plans

✓ Dining discounts at 18,000 restaurants nationwide

**Benefits Included**

✓ Honor Society scholarships platform

✓ Access to Honor Society regalia - Honor cords and tassels

✓ Mentorship Platform

✓ Online recognition profile

**$65**

**All Bronze Benefits +**

✓ Enhanced Profile

✓ Upgraded $150 Restaurant.com gift card

✓ Roadside Assistance Coverage nationwide

✓ ID Restoration & Cybersecurity protection

**$100**

**All Silver & Bronze Benefits +**

✓ Priority Customer Support

✓ Early access to member events at discounted rate

✓ An upgraded $250 Restaurant.com gift card

✓ 20% off coupon at the Honor Society store

**$150**

**All Gold, Silver & Bronze Benefits +**

✓ Sterling silver limited edition Honor Society class ring included ($499 value)

✓ First access to member opportunities

✓ Priority access to member trips, when applicable travel programs are scheduled

Signatures membership includes a sterling silver Honor Society class ring (Valued at $499)

**$299**

# Payment and Billing

**Credit or Debit Card**
Member dues will be billed semiannually.

**$100**

Card Number               MM / YY          CVV

**Proudly Accredited by the Better Business Bureau**

FIRST NAME

LAST NAME

STREET ADDRESS

CITY

Country
Select Country

State
Select Region

Zip

...tinue, please review and agree:

By checking this box, I agree to abide by the Honor Society Core Values, Terms & Conditions and our Member Satisfaction Refund Policy. Our refund policy is simple - For the first 90 days we guarantee you a full, "no hassle" refund. You may downgrade or refund your membership by visiting the "Subscription Management" tab in your account, or by e-mailing memberservices@honorsociety.org. We are available to assist during business hours via e-mail, phone or live chat. For your convenience, your membership is an auto-renewal subscription that continues until it is cancelled. Feel free to reach out to us at any time, as we are here to help you succeed.

**Confirm Subscription**

# EXHIBIT B-3



**From:** Samantha Levy <samantha.levy@ptk.org>
**Sent:** Monday, October 27, 2025 1:51 PM
**To:** Lynn Tincher-Ladner <lynn.tincher-ladner@ptk.org>
**Subject:** Fw: Dominic Espinoza: Activation Deadline is Approaching.

Maricopa.


**Samantha Levy, Ph.D. (she/her)**
Interim Chief Engagement Officer

Senior Director of Student Engagement - Division III
Phi Theta Kappa Honor Society
(P) 601.984.3543
Empathy • Ideation • Developer • Positivity • Maximizer

---

**From:** Whitney Young <whitney.young@ptk.org>
**Sent:** Monday, October 27, 2025 2:21 PM
**To:** Dominic Espinoza <████████@maricopa.edu>
**Subject:** RE: Dominic Espinoza: Activation Deadline is Approaching.

 Hi,Dominic!

Thank you so much for forwarding this along. I really appreciate you taking the time. Hope your PTK journey – and fall semester! – is off to a great start!

Best,
Whitney

**From:** Dominic Espinoza <███████@maricopa.edu>
**Sent:** Monday, October 27, 2025 1:13 PM
**To:** whitneyyoung894@gmail.com; Whitney Young <whitney.young@ptk.org>
**Subject:** Fwd: Dominic Espinoza: Activation Deadline is Approaching.

---------- Forwarded message ----------
From: **Honor Society** <memberservices@honorsociety.org>
Date: Monday, October 27, 2025
Subject: Dominic Espinoza: Activation Deadline is Approaching.
To: ███████@maricopa.edu

**Dear Dominic,**

We are excited to share the news that you have been chosen for membership in the Honor Society®. This invitation recognizes you and places you among a group of like-minded individuals. However, our records indicate you have not yet activated your benefits.

The Honor Society® acknowledges and celebrates your scholarship while providing a strong framework for your future. As a mission-driven and inclusive organization, we proudly uphold our principle: The Honor Society for All!™  We encourage you to activate your membership promptly to commence your journey with us.

By accepting this invitation, you will gain access to a wide range of opportunities, including exclusive benefits, career tools, networking events, open scholarships platform, and resources designed to support your personal and professional growth.

**Dominic Espinoza:**

**Activate your Membership**

The deadline to activate membership is **October 31, 2025 at 5 p.m. EST**

### *Graduation Regalia & Honor Cords*

Regalia is available exclusively for members. Display your recognition and member standing with the double stranded royal blue and gold themed honor cords, stoles and medallions.

View Shop

---

**The deadline to activate membership is October 31, 2025 at 5 p.m. EST**

We're here to help:
1025 Connecticut Avenue, NW • Suite 1000 • Washington, DC 20036

**This email is exclusively for:** ███████@maricopa.edu

In order to unsubscribe from this mailing list, please click here .

3

# EXHIBIT B-4

## Cassady, DeeAnn

| | |
|---|---|
| **From:** | Ashley Tkach <ashley.tkach@ptk.org> |
| **Sent:** | Thursday, October 23, 2025 4:16 PM |
| **To:** | Samantha Levy |
| **Subject:** | FW: "Honor Society" emails coming to College of Lake County students |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Sent to their college email address!



**Ashley Tkach**
Engagement Consultant, Division III
Phi Theta Kappa Honor Society
International Headquarters
1625 Eastover Drive
Jackson, MS 39211
(P) 601.984.3554
https://calendly.com/ashley-tkach-ptk

**From:** Nelson, Michele <████@CLCILLINOIS.EDU>
**Sent:** Thursday, October 23, 2025 3:14 PM
**To:** Ashley Tkach <ashley.tkach@ptk.org>
**Subject:** "Honor Society" emails coming to College of Lake County students

Hi Ashley,

A student today brought it to my attention that he has received a message from Honors Society. I thought they were not allowed to solicit people at two-year colleges any longer. Just thought I would let you know.

Thanks!
Michele Nelson

**From:** Paul, Arvin <████@navigate.clcillinois.edu>
**Sent:** Thursday, October 23, 2025 3:01 PM
**To:** Nelson, Michele <████@CLCILLINOIS.EDU>
**Subject:** [External]Fwd: Arvin Paul: Your Increased Financial Award. 🎓

**CAUTION: This email was sent from a non-CLC address. Do not click links or open attachments unless you know the content is safe. Please click on the "Phish Alert Report" button if you suspect the content of this email.**

---------- Forwarded message ---------
From: **Honor Society®** <memberservices@honorsociety.org>
Date: Thu, Oct 23, 2025, 1:15 PM
Subject: Arvin Paul: Your Increased Financial Award. 🎓
To: Arvin Paul <████@stu.clcillinois.edu>



**Arvin Paul**

**Increased Financial Award towards Member Dues**

---

View Your Honor Society Dues Financial Award

# Hi Arvin,

You have been selected for an increased financial award of **40% off** of member dues. The deadline to utilize your membership discount is **October 31, 2025**.

Honor Society® welcomes you and recognizes your potential to contribute to our society with this limited time financial assistance. We hope you take advantage of this special opportunity to join with a discount applied to all member tiers. Accepting this invitation connects you with like-minded members from across the nation, both in person and through our society's web portal. Take a moment to activate your membership now.

Honor Society® is dedicated to enriching the lives of learners of all backgrounds. We are frequently recognized for our inclusive structure meant to break systemic racism, and create a more level playing field for our members. As a mission-oriented inclusive society, we are proudly The Honor Society for All!™

Our society recognizes you and builds a framework for future success. Take a moment to activate your membership, and start applying for scholarships now.

**Arvin Paul: Accept Membership**

# Featured Regalia

**The Honor Society Grad Pack**

**Honor cord, medallion & stole**

The grad pack is the best way recognize your membership on graduation day, or to hold on to as a keepsake.

# Strength & Honor

"Strength & Honor" is more than just our motto. It's our goal to help every member build their individual and collective strength, while interfacing honorably with one another and society.

For more information about Honor Society®, watch a video of our member banquet at UCLA featuring Los Angeles Mayor Villaraigosa congratulating new members like you.

*Copyright © 2025 Honor Society, All rights reserved.*

You are receiving this email because you opted in via our website.

**Our mailing address is:**

Honor Society

1025 Connecticut Avenue, NW

Suite 1000

Washington, DC 20036

Add us to your address book

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.

■

*This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom it is addressed. If you are not the intended recipient of this email and you have received it in error, immediately notify the sender and delete the email. Unless explicitly stated otherwise, the information contained herein is confidential, privileged, and/or exempt from disclosure under applicable law, and should not be disseminated, distributed, or copied in any way.*

# EXHIBIT B-5



**From:** Samantha Levy <samantha.levy@ptk.org>
**Sent:** Monday, October 27, 2025 1:47 PM
**To:** Lynn Tincher-Ladner <lynn.tincher-ladner@ptk.org>
**Subject:** Fw: Angelie Peters: Your Increased Financial Award. 🎓

College of Southern Nevada email address.


**Samantha Levy, Ph.D. (she/her)**
Interim Chief Engagement Officer

Senior Director of Student Engagement - Division III
Phi Theta Kappa Honor Society
(P) 601.984.3543
Empathy • Ideation • Developer • Positivity • Maximizer

---

**From:** Whitney Young <whitney.young@ptk.org>
**Sent:** Monday, October 27, 2025 2:34 PM
**To:** ANGELIE PETERS <████████@student.csn.edu>
**Subject:** RE: Angelie Peters: Your Increased Financial Award. 🎓

Hi, Angelie!

Thank you so much for forwarding this along. I really appreciate you taking the time. Hope your PTK journey – and fall semester! – is off to a great start!

Best,

---

**From:** ANGELIE PETERS <████████@student.csn.edu>
**Sent:** Monday, October 27, 2025 1:00 PM
**To:** Whitney Young <whitney.young@ptk.org>
**Subject:** Fw: Angelie Peters: Your Increased Financial Award. 🎓

**From:** Honor Society® <memberservices@honorsociety.org>
**Sent:** Thursday, October 23, 2025 11:12
**To:** ANGELIE PETERS <████████@student.csn.edu>
**Subject:** Angelie Peters: Your Increased Financial Award. 🎓



**Angelie Peters**

**Increased Financial Award towards Member Dues**

---

View Your Honor Society Dues Financial Award

## Hi Angelie,

You have been selected for an increased financial award of **40% off** of member dues. The deadline to utilize your membership discount is **October 31, 2025**.

Honor Society® welcomes you and recognizes your potential to contribute to our society with this limited time financial assistance. We hope you take advantage of this special opportunity to join with a discount applied to all member tiers. Accepting this invitation connects you with like-minded members from across the nation, both in person and through our society's web portal. Take a moment to activate your membership now.

Honor Society® is dedicated to enriching the lives of learners of all backgrounds. We are frequently recognized for our inclusive structure meant to break systemic racism, and create a more level playing field for our members. As a mission-oriented inclusive society, we are proudly The Honor Society for All!™

Our society recognizes you and builds a framework for future success. Take a moment to activate your membership, and start applying for scholarships now.

**Angelie Peters: Accept Membership**

# Featured Regalia



**The Honor Society Grad Pack**

**Honor cord, medallion & stole**

The grad pack is the best way recognize your membership on graduation day, or to hold on to as a keepsake.

---

# Strength & Honor



"Strength & Honor" is more than just our motto. It's our goal to help every member build their individual and collective strength, while interfacing honorably with one another and society.

For more information about Honor Society®, watch a video of our member banquet at UCLA featuring Los Angeles Mayor Villaraigosa congratulating new members like you.



*Copyright © 2025 Honor Society, All rights reserved.*

You are receiving this email because you opted in via our website.

**Our mailing address is:**

Honor Society

1025 Connecticut Avenue, NW

Suite 1000

Washington, DC 20036

Add us to your address book

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.

# EXHIBIT B-6

**Cassady, DeeAnn**

---

| | |
|---|---|
| **From:** | Melissa G. Price <melissa.price@ptk.org> |
| **Sent:** | Monday, October 27, 2025 12:01 PM |
| **To:** | Adrian Gamoneda |
| **Subject:** | RE: Adrian Gamoneda: Your Increased Financial Award. 🎓 |

Hi, Adrian!

Thank you so much for forwarding this along. I really appreciate you taking the time. Hope your PTK journey – and fall semester! – is off to a great start!

Best,



[Dash for Dreams!](#)
*Your support helps future scholars unlock the door to PTK.*
*Donate to the Scholar Dash 5K today!*

**Melissa Price (she/her)**
Engagement Consultant Division II
Phi Theta Kappa Honor Society
International Headquarters
1625 Eastover Drive
Jackson, MS 39211
Phone: 601-984-3574
[www.ptk.org](http://www.ptk.org)

---

**From:** Adrian Gamoneda <██████@my.lonestar.edu>
**Sent:** Monday, October 27, 2025 10:42 AM
**To:** Melissa G. Price <melissa.price@ptk.org>
**Subject:** Fw: Adrian Gamoneda: Your Increased Financial Award. 🎓

Get [Outlook for iOS](#)

---

**From:** Honor Society® <memberservices@honorsociety.org>
**Sent:** Wednesday, October 22, 2025 1:53:40 PM
**To:** Adrian Gamoneda <██████@my.lonestar.edu>
**Subject:** Adrian Gamoneda: Your Increased Financial Award. 🎓

1

**CAUTION:** This email originated from an external sender. Do not click links or open attachments unless you recognize the sender and know the content is safe.



**Adrian Gamoneda**

**Increased Financial Award towards Member Dues**

---

View Your Honor Society Dues Financial Award

# Hi Adrian,

You have been selected for an increased financial award of **40% off** of member dues. The deadline to utilize your membership discount is **October 31, 2025**.

Honor Society® welcomes you and recognizes your potential to contribute to our society with this limited time financial assistance. We hope you take advantage of this special opportunity to join with a discount applied to all member tiers. Accepting this invitation connects you with like-minded members from across the nation, both in person and through our society's web portal. Take a moment to activate your membership now.

Honor Society® is dedicated to enriching the lives of learners of all backgrounds. We are frequently recognized for our inclusive structure meant to break systemic racism, and create a more level playing field for our members. As a mission-oriented inclusive society, we are proudly

The Honor Society for All!™

Our society recognizes you and builds a framework for future success. Take a moment to activate your membership, and start applying for scholarships now.

**Adrian Gamoneda: Accept Membership**

# Featured Regalia



**The Honor Society Grad Pack**

**Honor cord, medallion & stole**

The grad pack is the best way recognize your membership on graduation day, or to hold on to as a keepsake.

# Strength & Honor



"Strength & Honor" is more than just our motto. It's our goal to help every member build their individual and collective strength, while interfacing honorably with one another and society.

For more information about Honor Society®, watch a video of our member banquet at UCLA featuring Los Angeles Mayor Villaraigosa congratulating new members like you.





*Copyright © 2025 Honor Society, All rights reserved.*

You are receiving this email because you opted in via our website.

**Our mailing address is:**

Honor Society

1025 Connecticut Avenue, NW

Suite 1000

Washington, DC 20036

Add us to your address book

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.

# EXHIBIT B-7



**From:** Samantha Levy <samantha.levy@ptk.org>
**Sent:** Monday, October 27, 2025 1:08 PM
**To:** Lynn Tincher-Ladner <lynn.tincher-ladner@ptk.org>
**Subject:** Fw: [EXTERNAL]Fwd: Siham Sheik-Abdi: Activation Deadline is Approaching.


**Samantha Levy, Ph.D. (she/her)**
Interim Chief Engagement Officer

Senior Director of Student Engagement - Division III
Phi Theta Kappa Honor Society
(P) 601.984.3543
Empathy • Ideation • Developer • Positivity • Maximizer

---

**From:** Ashley Tkach <ashley.tkach@ptk.org>
**Sent:** Monday, October 27, 2025 2:07 PM
**To:** Samantha Levy <samantha.levy@ptk.org>
**Subject:** FW: [EXTERNAL]Fwd: Siham Sheik-Abdi: Activation Deadline is Approaching.




**Ashley Tkach**
Engagement Consultant, Division III
Phi Theta Kappa Honor Society
International Headquarters
1625 Eastover Drive
Jackson, MS 39211
(P) 601.984.3554
https://calendly.com/ashley-tkach-ptk

1

**From:** Siham Sheik-abdi <██████@gmail.com>
**Sent:** Monday, October 27, 2025 1:05 PM
**To:** Ashley Tkach <ashley.tkach@ptk.org>
**Subject:** [EXTERNAL]Fwd: Siham Sheik-Abdi: Activation Deadline is Approaching.

**\*\*\*External Email\*\*\***
This email originated from outside of PTK. Please use caution when replying, opening attachments or following links.

---------- Forwarded message ---------
From: **Honor Society** <memberservices@honorsociety.org>
Date: Mon, Oct 27, 2025 at 10:33 AM
Subject: Siham Sheik-Abdi: Activation Deadline is Approaching.
To: <██████@gmail.com>



**Dear Siham,**

We are excited to share the news that you have been chosen for membership in the Honor Society®. This invitation recognizes you and places you among a group of like-minded individuals. However, our records show that you have not yet activated your membership.

The Honor Society® acknowledges and celebrates your scholarship while providing a strong framework for your future. As a mission-driven and inclusive organization, we proudly uphold our principle: The Honor Society for All!™  We encourage you to activate your membership promptly to commence your journey with us.

By accepting this invitation, you will gain access to a wide range of opportunities, including exclusive benefits, career tools, networking events, open scholarships platform, and resources designed to support your personal and professional growth.

**Siham Sheik-Abdi:**

**Activate your Membership**

The deadline to activate membership is **October 31, 2025 at 5 p.m. EST**

---



*Graduation Regalia & Honor Cords*

Regalia is available exclusively for members. Display your recognition and
member standing with the double stranded royal blue and gold themed honor
cords, stoles and medallions.



---

**The deadline to activate membership is October 31, 2025 at 5 p.m. EST**

We're here to help:
1025 Connecticut Avenue, NW • Suite 1000 • Washington, DC 20036

**This email is exclusively for:** ████████████**@gmail.com**

In order to unsubscribe from this mailing list, please click here



**From:** Samantha Levy <samantha.levy@ptk.org>
**Sent:** Monday, October 27, 2025 1:25 PM
**To:** Lynn Tincher-Ladner <lynn.tincher-ladner@ptk.org>
**Subject:** Fw: [EXTERNAL]Fw: Kali Martinez: Activation Deadline Approaching.


**Samantha Levy, Ph.D. (she/her)**
Interim Chief Engagement Officer

Senior Director of Student Engagement - Division III
Phi Theta Kappa Honor Society
(P) 601.984.3543
Empathy • Ideation • Developer • Positivity • Maximizer

---

**From:** Samantha Levy <samantha.levy@ptk.org>
**Sent:** Monday, October 27, 2025 2:01 PM
**To:** Lynn Tincher-Ladner <lynn.tincher-ladner@ptk.org>
**Subject:** Fw: [EXTERNAL]Fw: Kali Martinez: Activation Deadline Approaching.


**Samantha Levy, Ph.D. (she/her)**
Interim Chief Engagement Officer

Senior Director of Student Engagement - Division III
Phi Theta Kappa Honor Society
(P) 601.984.3543
Empathy • Ideation • Developer • Positivity • Maximizer

**From:** Kali Martinez < ▮▮▮▮▮▮ @gmail.com>
**Sent:** Monday, October 27, 2025 1:42 PM
**To:** Samantha Levy <samantha.levy@ptk.org>
**Subject:** [EXTERNAL]Fw: Kali Martinez: Activation Deadline Approaching.

> **\*\*\*External Email\*\*\***
> This email originated from outside of PTK. Please use caution when replying, opening attachments or following links.

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, October 27, 2025, 12:06, Honor Society® <memberservices@honorsociety.org> wrote:



**Dear Kali,**

We are excited to share the news that you have been chosen for membership in the Honor Society®. However, our records indicate that you have not yet taken the step to accept this membership and unlock the valuable benefits it offers.

We encourage you to activate your membership promptly to begin your journey with us and enjoy the many benefits of being part of our community.

By accepting this invitation, you will gain access to a wide range of exclusive opportunities, including scholarships, networking events, and resources designed to support your personal and professional growth.

**Kali Martinez:**

## Activate your Membership

The deadline to activate membership is **October 31, 2025 at 5 p.m. EST**



---

### *Graduation Regalia & Honor Cords*

Regalia is available exclusively for members. Display your recognition and member standing with the double stranded royal blue and gold themed honor cords, stoles and medallions.

View Shop

---

**The deadline to activate membership is October 31, 2025 at 5 p.m. EST**

We're here to help:
1025 Connecticut Avenue, NW • Suite 1000 • Washington, DC 20036

**This email is exclusively for:** ███████@gmail.com

You are receiving this email because you subscribed to receive updates and information from Honor Society.

In order to unsubscribe from this mailing list, please click here

# EXHIBIT B-8

**From:** Samantha Levy <samantha.levy@ptk.org>
**Sent:** Monday, October 27, 2025 1:31 PM
**To:** Lynn Tincher-Ladner <lynn.tincher-ladner@ptk.org>
**Subject:** Fw: [EXTERNAL]Fwd: Anamaria Rubiano: Activation Deadline is Approaching.


<Outlook-n5dokasb.png>

<image.png>

**Samantha Levy, Ph.D. (she/her)**
Interim Chief Engagement Officer
Senior Director of Student Engagement - Division III
Phi Theta Kappa Honor Society
(P) 601.984.3543
Empathy • Ideation • Developer • Positivity • Maximizer

---

**From:** Samantha Levy <samantha.levy@ptk.org>
**Sent:** Monday, October 27, 2025 2:26 PM
**To:** Lynn Tincher-Ladner <lynn.tincher-ladner@ptk.org>
**Subject:** Fw: [EXTERNAL]Fwd: Anamaria Rubiano: Activation Deadline is Approaching.

**Samantha Levy, Ph.D. (she/her)**
Interim Chief Engagement Officer

Senior Director of Student Engagement - Division III
Phi Theta Kappa Honor Society
(P) 601.984.3543
Empathy • Ideation • Developer • Positivity • Maximizer

---

**From:** Samantha Levy <samantha.levy@ptk.org>
**Sent:** Monday, October 27, 2025 1:59 PM
**To:** Lynn Tincher-Ladner <lynn.tincher-ladner@ptk.org>
**Subject:** Fw: [EXTERNAL]Fwd: Anamaria Rubiano: Activation Deadline is Approaching.

**Samantha Levy, Ph.D. (she/her)**
Interim Chief Engagement Officer

Senior Director of Student Engagement - Division III
Phi Theta Kappa Honor Society
(P) 601.984.3543
Empathy • Ideation • Developer • Positivity • Maximizer

---

**From:** Melissa G. Price <melissa.price@ptk.org>
**Sent:** Monday, October 27, 2025 1:48 PM
**To:** anamaria rubiano <███████████@gmail.com>
**Subject:** RE: [EXTERNAL]Fwd: Anamaria Rubiano: Activation Deadline is Approaching.

Hi, Anamaria!

Thank you so much for forwarding this along. I really appreciate you taking the time. Hope your PTK journey – and fall semester! – is off to a great start!

Best,

<image001.png>
Dash for Dreams!
*Your support helps future scholars unlock the door to PTK.*
*Donate to the Scholar Dash 5K today!*

**Melissa Price (she/her)**
Engagement Consultant Division II
Phi Theta Kappa Honor Society
International Headquarters
1625 Eastover Drive
Jackson, MS 39211
Phone: 601-984-3574
[www.ptk.org](www.ptk.org)

---

**From:** anamaria rubiano <████████████@gmail.com>
**Sent:** Monday, October 27, 2025 11:47 AM
**To:** Melissa G. Price <melissa.price@ptk.org>
**Subject:** [EXTERNAL]Fwd: Anamaria Rubiano: Activation Deadline is Approaching.

<div style="border:1px solid black; background:#f5d97a; padding:8px; text-align:center">

**\*\*\*External Email\*\*\***
This email originated from outside of PTK. Please use caution when replying, opening attachments or following links.

</div>

---------- Mensaje reenviado ---------
**De: Honor Society** <memberservices@honorsociety.org>
**Fecha:** El lun, 27 oct 2025 a la(s) 08:40
**Asunto:** Anamaria Rubiano: Activation Deadline is Approaching.
**Para:** <████████████@gmail.com>



**Dear Anamaria,**

We are excited to share the news that you have been chosen for membership in the Honor Society®. This invitation recognizes you and places you among a group of like-minded individuals. However, our records show that you have not yet activated your membership.

The Honor Society® acknowledges and celebrates your scholarship while providing a strong framework for your future. As a mission-driven and inclusive organization, we proudly uphold our principle: The Honor Society for All!™  We encourage you to activate your membership promptly to commence your journey with us.

By accepting this invitation, you will gain access to a wide range of opportunities, including exclusive benefits, career tools, networking events, open scholarships platform, and resources designed to support your personal and professional growth.

**Anamaria Rubiano:**

**Activate your Membership**

The deadline to activate membership is **October 31, 2025 at 5 p.m. EST**



*Graduation Regalia & Honor Cords*

Regalia is available exclusively for members. Display your recognition and member standing with the double stranded royal blue and gold themed honor cords, stoles and medallions.



**The deadline to activate membership is October 31, 2025 at 5 p.m. EST**

We're here to help:
1025 Connecticut Avenue, NW • Suite 1000 • Washington, DC 20036

**This email is exclusively for:** ███████████**@gmail.com**

In order to unsubscribe from this mailing list, please click here

# EXHIBIT B-9

**Cassady, DeeAnn**

| | |
|---|---|
| **From:** | Melissa G. Price <melissa.price@ptk.org> |
| **Sent:** | Monday, October 27, 2025 12:15 PM |
| **Subject:** | FW: [EXTERNAL]Fwd: Jacob Hunley: Activation Deadline Approaching. |

Hi, Jacob!

Thank you so much for forwarding this along. I really appreciate you taking the time. Hope your PTK journey – and fall semester! – is off to a great start!

Best,



[Dash for Dreams!](#)
*Your support helps future scholars unlock the door to PTK.*
*Donate to the Scholar Dash 5K today!*

**Melissa Price (she/her)**
Engagement Consultant Division II
Phi Theta Kappa Honor Society
International Headquarters
1625 Eastover Drive
Jackson, MS 39211
Phone: 601-984-3574
[www.ptk.org](http://www.ptk.org)

**From:** Jacob Hunley <████████@gmail.com>
**Sent:** Monday, October 27, 2025 11:09 AM
**To:** Melissa G. Price <melissa.price@ptk.org>
**Subject:** [EXTERNAL]Fwd: Jacob Hunley: Activation Deadline Approaching.

> **\*\*\*External Email\*\*\***
> This email originated from outside of PTK. Please use caution when replying, opening attachments or following links.

---------- Forwarded message ---------
From: **Honor Society®** <[memberservices@honorsociety.org](mailto:memberservices@honorsociety.org)>
Date: Mon, Oct 27, 2025 at 11:06 AM

Subject: Jacob Hunley: Activation Deadline Approaching.
To: <███████████@gmail.com>



**Dear Jacob,**

We are excited to share the news that you have been chosen for membership in the Honor Society®. However, our records indicate that you have not yet taken the step to accept this membership and unlock the valuable benefits it offers.

We encourage you to activate your membership promptly to begin your journey with us and enjoy the many benefits of being part of our community.

By accepting this invitation, you will gain access to a wide range of exclusive opportunities, including scholarships, networking events, and resources designed to support your personal and professional growth.

**Jacob Hunley:**

**Activate your Membership**

The deadline to activate membership is **October 31, 2025 at 5 p.m. EST**



---

### *Graduation Regalia & Honor Cords*

Regalia is available exclusively for members. Display your recognition and member standing with the double stranded royal blue and gold themed honor cords, stoles and medallions.

View Shop

---

**The deadline to activate membership is October 31, 2025 at 5 p.m. EST**

We're here to help:
1025 Connecticut Avenue, NW • Suite 1000 • Washington, DC 20036

**This email is exclusively for:** ████████**@gmail.com**

You are receiving this email because you subscribed to receive updates and information from Honor Society.

In order to unsubscribe from this mailing list, please click here