- 1 -

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY, | Civil Action No. 3:22-cv-00208-CWR-RPM |
|     Plaintiff/Counter-Defendant, | |
| v. | |
| HONORSOCIETY.ORG INC., | |
|     Defendant/Counter-Plaintiff | |
| HONOR SOCIETY FOUNDATION, INC., | |
|     Defendant. | |
| HONORSOCIETY.ORG INC., | |
|     Defendant/Counter-Plaintiff/Third-Party Plaintiff | |
| v. | |
| LYNN TINCHER-LADNER, | |
|     Third-Party Defendant. | |

**DECLARATION OF MICHAEL MORADIAN IN SUPPORT OF HONORSOCIETY'S SURREPLY IN RESPONSE TO PTK'S SECOND MOTION TO ENFORCE SETTLEMENT AGREEMENT**

- 2 -

I, Michael Moradian, hereby declare as follows:

1. I am over 18 years of age, competent to testify to the matters stated herein, and make this declaration on the basis of personal knowledge.

2. I am the founder, President, Treasurer, and executive director of defendant HonorSociety Inc. and the President and Treasurer of defendant Honor Society Foundation Inc.

3. I submit this declaration in support of HonorSociety's surreply in response to PTK's second motion to enforce the parties' settlement agreement.

4. ██████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████ Attached hereto as **Exhibit 1** is a true and correct copy of HonorSociety's ████████████████ ████████████████████████████████████████████. Mailchimp is an email-service provider that HonorSociety uses to communicate with registered members.

5. ██████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████.

6. On February 28, 2025 ██████████████████████████████████████████████ Attached as **Exhibit 2** is a true and correct copy of ██████████████████████████████ ████.

7. ████████ also ordered and received a sterling silver HonorSociety class ring as part of his Signature Membership. Attached as **Exhibit 3** are true and correct copies of ████████ ████████████████████████████████████████████████████████.

8. ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████

███████████████████████. Attached as **Exhibit 4** is a true and correct copy of HonorSociety's ███████████████████████.

9. The email HonorSociety sent to ███████████████████████ p. Attached as **Exhibit 5** is a true and correct copy of HonorSociety's ███████████████████.

10. ███████████████████████████████████████████████████████████████████. Attached as **Exhibit 6** is a true and correct copy of HonorSociety's ███████████████.

11. The email HonorSociety sent to ███████████████████████. Attached as **Exhibit 7** is a true and correct copy of ███████████████████████.

12. ███████████████████████████████████████████████████. Attached as **Exhibit 8** is a true and correct copy of HonorSociety's ███████████████████.

13. The email HonorSociety sent ███████████████████████. Attached as **Exhibit 9** is a true and correct copy of HonorSociety's ███████████████████.

14. I added all the ███████████████████████████████████████████████████████████████████████████████████████.

15. Because ███████████████████████████████████████████████████████████████████████████████████████.

16. PTK's reply and supporting materials also refer to ███████████████████████████████████████████████████████████████ Prior to

receiving PTK's reply, HonorSociety did not know that these ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.



17.     PTK also refers to an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. HonorSociety only learned that the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ when PTK filed its Reply in Support of its Second Motion to Enforce Settlement Agreement on October 30. Once ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. As a result, now that HonorSociety knows that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

18.     Depending on how particular users arrive at the HonorSociety website, they may be presented with different membership registration webpages with content and a registration interface tailored to them.

19.     Some visitors arrive at the HonorSociety website by clicking on links in membership-invitation emails received from HonorSociety. Those email links are generally specific to each recipient. For example, membership-invitation emails typically include links that contain the email address to which that invitation email was sent. Then when the recipient clicks the link in the email they received to visit the HonorSociety website, HonorSociety's website is able to associate that visitor with that email address. This association allows HonorSociety to provide different visitors with a sign-up process that is most relevant to them.

20.     In contrast, other users visit the HonorSociety website by directly typing "honorsociety.org" in their web browser or following a link from another website. When those visitors click on the "Join Now" button at the top of the homepage, HonorSociety doesn't have information about them such as an email address and therefore can't provide them with a sign-up

process that's tailored to them in any way. Instead, all of those direct website visitors see the same sign-up page as all other direct website visitors.

21. On June 6, 2025, I instructed HonorSociety's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. It required them to select one of the following options by affirmatively clicking on a checkbox for one of the following options:
   ☐ High School Student (currently enrolled in grades 9–12)
   ☐ Community College, Technical School, or Associate's Program
   ☐ Four-Year University Student (pursuing a bachelor's degree)
   ☐ Graduate or Professional Degree Student (Master's, Doctorate, JD, etc.)
   ☐ Working Professional (currently employed full-time or part-time)
   ☐ Not Currently Enrolled or Employed (career break, transition, caregiving, or other)

22. Attached as **Exhibit 10** is a true and correct depiction of the screening interface HonorSociety implemented on the HonorSociety sign-up webpage for direct website visitors.

23. A visitor who selects the option for "☐ Community College, Technical School, or Associate's Program" is prevented from proceeding with registration. When that option is selected, a bright orange warning is displayed under the selection, which states that "Sorry, this particular educational level is not eligible for Honor Society® at this time." Attached as **Exhibit 11** is a true and correct depiction of the notification displayed to a user after clicking the "☐ Community College, Technical School, or Associate's Program" option.

24. Should a user who selected the "☐ Community College, Technical School, or Associate's Program" option attempt to proceed with registration by clicking "Sign Up!" despite the notification that they are not eligible for HonorSociety membership because of their indicated educational level, the webpage prevents them from moving forward and displays a bright orange warning across the top of the webpage stating that "Sorry, this particular educational level is not eligible for Honor Society® at this time." Attached as **Exhibit 12** is a true and correct depiction of

the warning message shown on the registration page to a user who tried to proceed by clicking "Sign Up!" after selecting the "☐ Community College, Technical School, or Associate's Program" option.

25. Nor can a visitor proceed with registration without first selecting one of the educational or professional status options. The screening interface forces users to pick one of the listed choices. If a user hasn't selected one of those options but tries to proceed with registration by clicking the "Sign Up!" button, the webpage prevents them from moving forward and displays a bright orange warning across the top of the webpage stating that "Education and Profession field is required." Attached as **Exhibit 13** is a true and correct depiction of the warning message shown on the registration page to a user who tried to proceed by clicking "Sign Up!" without first selecting from the educational and professional status options.

26. The effect of the screening interface HonorSociety implemented in June 2025 for the registration process for direct website visitors was to first ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

27. By June 26, 2025, this ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

28. Following some initial testing and adjustments to ensure that this screening interface worked as intended to effectively ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, as of July 21, 2025, the final version went live on the HonorSociety website. Since then, it has not been possible for any direct website visitors to proceed with registration without affirmatively selecting a status option other than the one indicating community-college enrollment.

- 7 -

29. I am not aware of any circumstances in which the ▮▮▮▮▮ ▮▮▮▮▮ has not worked exactly as intended and described above at any time since it went live on the HonorSociety website on July 21, 2025.

30. On September 24, 2025, HonorSociety implemented an additional screening interface for use on the registration webpages displayed to visitors coming in via email links. It was designed to function exactly like the screening interface described above, namely to ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ .

31. On October 30, 2025, PTK's Reply in Support of its Second Motion to Enforce Settlement Agreement identified a potential issue with the ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ .

32. Within hours that same day, HonorSociety fixed the issue with the ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ .

33. Thus, once HonorSociety made that fix on October 30, 2025, the ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮

- 8 -

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████.

34. I am not aware of any circumstances in which this ████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████████.

35. During the period from when this ██████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████.

36. I have carefully reviewed the ████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████.

37. HonorSociety has recently added ██████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████.

38. While HonorSociety uses Mailchimp only for solicitations to paid and unpaid registered members, it also uses Ongage for ████████████████████████████ ████████████████. Emails from MailChimp only go to HonorSociety members.

39. But because HonorSociety has ████████████████████████████████ ███████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ███████████████████████████████████████

40. HonorSociety has repeatedly invited PTK to share any additional ███████ ████████████████████████████████████. PTK's reply brief is the first time PTK informed HonorSociety that ████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ██████████████.

41. Since the █████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ████████████████████.

42. PTK claims it modified an HonorSociety invitation email link by replacing the recipient's address with the Court's address. HonorSociety tested whether PTK's manipulation of its access URLs would result in PTK's claimed outcome—namely that a nonmember could modify a link in an email sent to a member to allow a non-recipient nonmember to gain access to HonorSociety membership. It does not.

- 10 -

43. HonorSociety ████████████████████████

████████████████████████████████

████████████████████

████████████████████████████████

████████████████████

████████████████████████████████

██████████████████████

I declare under the penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed November 14, 2025



Michael Moradian