- 1 -

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| PHI THETA KAPPA HONOR SOCIETY, | Civil Action No. 3:22-cv-00208-CWR-RPM |
| Plaintiff/Counter-Defendant, | |
| v. | |
| HONORSOCIETY.ORG INC., | |
| Defendant/Counter-Plaintiff | |
| HONOR SOCIETY FOUNDATION, INC., | |
| Defendant. | |
| HONORSOCIETY.ORG INC., | |
| Defendant/Counter-Plaintiff/Third-Party Plaintiff | |
| v. | |
| LYNN TINCHER-LADNER, | |
| Third-Party Defendant. | |

**HONORSOCIETY.ORG INC. AND HONOR SOCIETY FOUNDATION, INC.'S MOTION TO FILE UNDER SEAL**

HonorSociety.org Inc. and Honor Society Foundation, Inc. (together, "HonorSociety") move, under L.U.Civ.R. 79, for leave to file under seal exhibits and select excerpts from their Surreply in Response to Phi Theta Kappa Honor Society's Second Motion for Enforcement of the Settlement Agreement (Dkt. 584) and supporting Declaration of Michael Moradian (Dkt. 584-1) as follows:

1. On May 19, 2025, the parties entered into a settlement agreement ("Agreement").

2. Under the Agreement, all terms are to remain confidential other than specific exceptions.

3. In preparing its Surreply in Response to Phi Theta Kappa Honor Society's Second Motion for Enforcement of the Settlement Agreement (Dkt. 584), HonorSociety relied on and cited the Agreement and its terms, as well as documents containing or referencing the terms of the Agreement, as well as materials PTK filed in support of its motion that it has moved for leave to file under seal, and certain confidential HonorSociety business records and information, including personally identifying information about HonorSociety members.

4. Specifically, HonorSociety requests leave to file the following under seal:

    a. Portions of its Surreply in Response to PTK's Second Motion to Enforcement Settlement Agreement (Dkt. 584) that include references to confidential information in the Agreement, materials PTK filed in support of its motion and reply that it has moved for leave to file under seal, as well as personally identifying information about HonorSociety members and HonorSociety's proprietary and confidential business information;

    b. Portions of the Declaration of Michael Moradian (Dkt. 584-1) that include personally identifiable information of HonorSociety members and HonorSociety's proprietary and confidential business information; and

    c. Exhibits 1 through 13 to the Declaration of Michael Moradian (Dkt. 584-1), which include personally identifiable information of HonorSociety members and HonorSociety's proprietary and confidential business information.

5.  HonorSociety moves this Court for an order granting it leave to file under seal unredacted versions of its Surreply in Response to PTK's Second Motion to Enforce Settlement Agreement (Dkt. 584), the Declaration of Michael Moradian and Exhibits 1 through 13 thereto (Dkt. 584-1). It filed public versions of those documents with necessary portions redacted.

6.  HonorSociety submits that this proposed handling of the confidential information in the Agreement is reasonable and satisfies any obligation HonorSociety has to protect the confidentiality of that information.

Therefore, HonorSociety respectfully requests that the Court enter an order allowing the filing under seal of unredacted versions of its Surreply in Response to PTK's Second Motion to Enforce Settlement Agreement (Dkt. 584), the Declaration of Michael Moradian and Exhibits 1 through 13 thereto (Dkt. 584-1).

Dated: November 18, 2025                                Respectfully Submitted,

s/ Robert Gibbs
Robert L. Gibbs, MSB No. 4816
Jamie D. Travis, MSB No. 99692
Gibbs Travis PLLC
210 East Capital Street, Suite 1801
Jackson, Mississippi 39201
Telephone: 601-487-2631
Facsimile: 601-366-4295
rgibbs@gibbstravis.com
jtravis@gibbstravis.com

s/ Gregory Scialabba
Derek A. Newman (pro hac vice)
Derek Linke (pro hac vice)
Keith P. Scully (pro hac vice)
Gregory M. Scialabba (pro hac vice)
Newman LLP
100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401
Telephone: 310-359-8200
dn@newmanlaw.com
linke@newmanlaw.com

- 4 -

keith@newmanlaw.com
gs@newmanlaw.com

Attorneys for Defendant, Counter-Claimant,
and Third-Party Plaintiff HonorSociety.org Inc.
and Defendant Honor Society Foundation, Inc.

## Certificate of Service

I hereby certify that on November 18, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

Executed the 18th day of November 2025    s/ Gregory Scialabba
                                          Gregory Scialabba